UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

In the Matter of

**RICHARD ENRIQUE ULLOA**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 1 8 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

**SEALING ORDER**

CASE NO. 1:10-CR- 321 (TJM)

------------------------------------

Now, on motion of the United States of America by its attorney, Richard S. Hartunian, United States Attorney for the Northern District of New York, Thomas A. Capezza, Assistant United States Attorney, of counsel, it is hereby

**ORDERED**, that the **Indictment** and **Arrest Warrant** regarding the above referenced case, shall be **sealed** until further order of this Court, and it is further

**ORDERED**, that this **Sealing Order** is **sealed** along with the **Indictment** and **Arrest Warrant** and it is further

**ORDERED**, that this **Sealing Order, Indictment and Arrest Warrant** are sealed and it is further

**ORDERED**, that this file not be served on any party except the United States and the counsel for the parties.

Dated: June 18, 2010
Albany, New York

_____
HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

\* \* \*

The provision of the Order directing that certain documents be sealed is hereby vacated and said documents shall be **unsealed**.

Dated:

_____
HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE