**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

        v.                                               No. 10-CR-321

Richard Enrique Ulloa

                Defendant.

---

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### ORDER TO RELEASE DETAINED DEFENDANT

The above-named defendant has satisfied the conditions for release and the defendant shall be released from custody forthwith.

**IT IS SO ORDERED.**

DATED: June 24, 2010
        Albany, New York

_/s/ David R. Homer_
United States Magistrate Judge