U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 24 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

..................................................................

United States of America

-v.-

Richard Enrique Ulloa

Defendant.

..................................................................

Acknowledgement of Receipt of Cash or Real Property for Bond

Case No. 10-CR-321

   I/We, the undersigned, hereby acknowledge that there has been deposited in the Registry of the Court the sum of $10,000 in _____ in satisfaction of a condition for the release of the above captioned defendant.

   The conditions of this bond require, among other things, that the above captioned defendant appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of conditions of the defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred.  I/We understand that the defendant must abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and must obey any order or direction in connection with such judgment.

   I/We agree and understand that this is a continuing bond, and includes any proceeding on appeal or review, and that the cash or real property which has been deposited in the Registry of the Court shall continue as a bond for the defendant until such time as I/We are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the conditions established for his or her release, this bond is to be void, **BUT <u>if the defendant fails to obey or perform any of these conditions, forfeiture of this cash or real property for any breach of the conditions of release may be declared by any United States district court having cognizance of the above captioned matter at the time of such breach and if the cash or real property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court.</u>**

This acknowledgement is signed on  6/24/10  at  Albany, NY
                                   (Date)         (Place)

_Luis W. Irvin_
(Name)

_22 Ridge Mtn. Rd_
_Stone Ridge NY 12484_

(Address)

_____
(Name)

_____

(Address)

Signed and acknowledged before me on  6/24/2010
                                                   (Date)

Judicial Officer/Clerk      _Maria A. Blue_