AO 442 (Rev. 12/85) Warrant for Arrest

**ORIGINAL**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 25 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RICHARD ENRIQUE ULLOA

**WARRANT FOR ARREST**

Case Number: 1:10 -CR- 321 (TJM)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RICHARD ENRIQUE ULLOA
                                                                                              Name
and bring him forthwith to the nearest magistrate to answer an

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Notice

charging him with (brief description of offense)
   MAIL FRAUD
in violation of Title 18   United States Code, Section(s) 1341 AND 2

| HON. DAVID R. HOMER | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *David R. Homer* (signature) | June 18, 2010, Albany, NY |
| Signature of Issuing Officer | Date and Location |
| U.S. Attorney's Office | Thomas A. Capezza |
| Name/Agency of Officer Seeking Warrant | Name of Assistant U.S. Attorney Seeking Warrant |

Bail fixed at $ _____ by _____
                                                                         Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| Date Received<br>6/21/2010 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>6/22/2010 | SA Mark G. Maroney | *signature* |