Richard-Enrique; Ulloa, Sui Juris
c/o postal department 771
Stone Ridge, New York republic

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 0 6 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE # 1:10-CR-0321 (TJM) |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | AFFIDAVIT OF TRUTH |
| v. ) | Submission of Act of State |
| ) | |
| ) | |
| RICHARD ENRIQUE ULLOA, ) | JUDICIAL NOTICE |
| ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF TRUTH – Submission of Act of State**

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.

Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-308, and Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

I submit this Affidavit of Truth for and into the record that all statements and or documents submitted in support of Petition are true and that I have firsthand knowledge of all the facts in all these documents.

**<u>Let it be known for and on the record, that I do not represent myself, I am not PRO SE, I am myself.</u>**

The document attached is a copy of the Act of State filed by me with 19 agencies in the UNITED STATES Corporation.

The attached document filed in this affidavit as exhibit A, id an Apostille, filed with the Secretary of State of New York on the 24th day of November 2009 and carries the Number A-144092A, Sealed, Signed and Stamped by Gary M. Trechel, Special Depute Secretary of State for New York.

Exhibit A is a true copy, and certified by me as true and complete.

The document within the Apostille is an Act of State, signed by me on the 10th of July 2009.

I took the Act of State to be notarized on the 10th of July 2009.

I had the notary's signature certified by the Ulster County Clerk's Office on 20th November 2009, prior to taking it to the Secretary of State for New York.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to

amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

## 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the second day of the seventh month in the year of our Lord and Savior two thousand ten.

_____
Richard-Enrique; Ulloa
Sui Juris

Date: July 2, 2010

## Proof and Evidence of Service

I, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "AFFIDAVIT OF TRUTH-SUBMISSION OF ACT OF STATE"* by *"*hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| | |
|---|---|
| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

_____

Richard-Enrique; Ulloa

July 2, 2010

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**



*Apostille*

(Convention de La Haye du 5 Octobre 1961)

1. Country:    United States of America

   This public document

2. has been signed by **Alice Lawlis**

3. acting in the capacity of **Deputy Clerk**

4. bears the seal/stamp of the county of **Ulster**

   Certified

5. At Albany, New York        6. the 24th day of November 2009

7. by Special Deputy Secretary of State, State of New York

8. No. A-144092A

9. Seal/Stamp                 10. Signature

   Gary M. Trechel
   Special Deputy Secretary of State

04135595.RSL ( REV: 2/6/96)

Form: publici sui juris / Affidavit
Session: one supreme Court

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatriations

I, Richard-Enrique: Ulloa, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within New York, a Republic, of the constitutional Township, Stone Ridge, within the body of a constitutional county, Ulster County, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for the united States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty / Fictitious "U.S. person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., STATE OF NEW YORK, COUNTY OF ULSTER, TOWN OF STONE RIDGE, RICHARD ENRIQUE ULLOA, RICHARD ULLOA, RICHARD E. ULLOA, R E ULLOA, or any variation thereof, XXX—XX-8283, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace of and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"), until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article I, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State of NEW YORK), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249.
Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: MARCH 20, 1959

_____

Me, American, Private, Christian, Sentient;
Sovereign; Divine Inhabitant within North America; within New York, a Republic;
"within" a constitutional county and a constitutional township republic.

" . . . at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_____                    _____
Divine, Sentient, and Common Law Witness     Divine, Sentient, and Common Law Witness

---

**Archetype**

Form: publici sui juris / Affidavit
Session: one supreme Court

---

**STATE OF NEW YORK** } SS.:
Ulster County Clerk's Office

I, Nina Postupack, Clerk of the County of Ulster and of the Courts of said County, and of the Supreme Court of the State of New York, in and for said County, the same being Courts of Record, DO HEREBY CERTIFY:

That .......... *Katherine A. Caird Duxix* ..........
whose name is subscribed to the certificate of the proof or acknowledgement of the annexed instrument, and thereon, written, was at the time of taking such proof or acknowledgement, a Notary Public in and for the County of Ulster, dwelling in the said County, sworn and duly authorized to take the same. AND FURTHER: That I am acquainted with the handwriting of such Notary Public, and verily believe

Moral Obligation (peremptory mandamus), and the Divine Law (18 U.S. Code; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249. Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: MARCH 20, 1959

_____
**Me, American, Private, Christian, Sentient;
Sovereign; Divine Inhabitant within North America; within New York, a Republic;
"within" a constitutional county and a constitutional township republic.**

" . . . at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_____              _____
Divine, Sentient, and Common Law Witness     Divine, Sentient, and Common Law Witness

---

**Archetype**

Form: publici sui juris / Affidavit
*Session: one supreme Court*

---

**STATE OF NEW YORK** } SS.:
Ulster County Clerk's Office

I, Nina Postupack, Clerk of the County of Ulster and of the Courts of said County, and of the Supreme Court of the State of New York, in and for said County, the same being Courts of Record, DO HEREBY CERTIFY: That ........Katherine A. Caird Davis........................................................................................................

whose name is subscribed to the certificate of the proof or acknowledgement of the annexed instrument, and thereon, written, was at the time of taking such proof or acknowledgement, a Notary Public in and for the County of Ulster, dwelling in the said County, sworn and duly authorized to take the same. AND FURTHER: That I am acquainted with the handwriting of such Notary Public, and verily believe that the signature to the said Certificate of Proof or acknowledgement is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of said Courts and County, this _20th_ day of _November_ 20_09_.

Nina Postupack, County Clerk

_Alice Lawlis_____Deputy Clerk

Me, American, Private, Christian, Sentient;
Sovereign; Divine Inhabitant within North America; within New York, a Republic;
"within" a constitutional county and a constitutional township republic.

"... at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_____    _____
Divine, Sentient, and Common Law Witness         Divine, Sentient, and Common Law Witness

---

Form: publici sui juris / Affidavit          Archetype
Session: one supreme Court

### Act of State
### Primary Signature Certification
### (Convention de La Haye du 5 October 1961)
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, Richard Enrique Ulloa, do hereby certify the document enclosed to be a true, correct, complete and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

The State of New York
The County of Ulster            Acknowledged before me the 10 day of July 2009 A.D.

                                                                KATHERINE A. CAIRO DAVIS
_____      _____    Notary Public, State of New York
Sentient Citizen; Autograph        Notary Signature             4843340
                                                                Qualified in Ulster County
                                                                Commission Expires
                                                                07/31/20

Apostille Number: A-144092A
(applied manually upon issuance)

**Reaffirmation of Character and Renunciation of Attempted Expatriation/Act of State**