

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 0 6 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

1
2
3

Richard-Enrique; Ulloa, Sui Juris
c/o postal department 771
Stone Ridge, New York republic

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ENRIQUE ULLOA,<br><br>Defendant. | ) CASE # 1:10-CR-0321 (TJM)<br>)<br>)<br>)<br>)<br>) Affidavit of Truth<br>) Documenting Secured Party<br>) Creditor & Law<br>)<br>)<br>)<br>)<br>) |

## Affidavit of Truth Documenting Secured Party Creditor Status and Law

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your Briscoe v LaHue, 460 US 325.

1

2   Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without

3   prejudice" under the New York state Uniform Commercial Code 1-207, and Articles 1 to

4   13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever
    hereby affirms;

5   I submit this Affidavit of Truth for and into the record that all statements and or

6   documents and or Exhibits are submitted in support, are true and that I have firsthand

7   knowledge of all the facts in all these documents.

8   **<u>Let it be known to all, on and for the record, and via this affidavit of</u>**

9   **<u>truth, that I do not represent myself, I am myself.</u>**

10   In this affidavit I will be documenting my status as a Secured Party Creditor and not a

11   Debtor as it seems to be the perception.

12   On 08/02/2009 at 11:34:00 AM, under filing number 2009-214-6555-5 in the state of

13   Washington with the Washington Secretary of State a Uniform Commercial Code form 3

14   was filed to make richard enrique ulloa the Secured Party Creditor for RICHARD
    ENRIQUE ULLOA.

15

16   On 10/19/2009 at 10:00 AM the Clerks office in Lamar County, Georgia, under BPA

17   12 Page 175 to Page 197, filed a Certified Copy of the Washington State UCC into the
    publick record.

18

19   On 11/24/2009 at 09:00 AM the New York state Secretary of State filed a copy of the

20   UCC a copy of the UCC filed in Lamar County Georgia, under filing number 2009-
    11240671965, which completed the Secured Party status, along with an updated property

21   list and other documents (see attached Exhibit A).

22   Exhibit A which is attached is a true copy of the document on filed with the Secretary

23   of State for New York, and has been verified by me.

24   In this Exhibit a Legal Notice and Demand was filed, named FIAT JUSTITIA, RUAT

25   COELUM (Let right be done though the heavens fall).

26   This current UCC which was filed in New York State was mailed to 19 UNITED

27   STATES agencies, it was mailed to, DEPARTMENT OF THE TREASURY, FEDERAL

28

1  RESERVE WINDOW, UNITED STATES SECURITIES AND EXCHANGE
2  COMMISSION, UNITED STATES SECURITIES AND EXCHANGE COMMISSION
3  OFFICE OF COMPLIANCE INSPECTIONS AND INVESTIGATIONS, INTERNAL
4  REVENUE SERVICE, SOCIAL SECURITY ADMINISTRATION, DEPARTMENT OF
5  TRANSPORTATION, UNITED STATES COURT OF INTERNATIONAL TRADE,
6  UNITED STATES DEPARTMENT OF COMMERCE, UNITED STATES
7  DEPARTMENT OF COMMERCE OFFICE OF GENERAL COUNCIL, U.S.
8  TREASURY – INSPECTOR GENERAL, DEPUTY COMMISSIONER
9  INTERNATIONAL, DIRECTOR OF INTERNATIONAL OPERATIONS INTERNAL
10  REVENUE SERVICES, DEPUTY COMMISSIONER & TREASURER  NYS
11  DIVISION OF TREASURER, NYS BUREAU OF VITAL STATISTICS, NYS
12  SECRETARY OF STATE UCC DIVISION, NYS SECRETARY OF STATE, U.S.
13  DEPARTMENT OF TRANSPORTATION ASSISTANT GENERAL COUNSEL FOR
14  ENVIRONMENTAL, CIVIL RIGHTS, AND GENERAL LAW, JUAN CARLOS
15  MENDEZ TORRES DEPARTMENT DE HACIENDA and to date it has not been
16  rebutted.

17

18  Under the Legal Notice and Demand, I state that the presumptions of Title 11 USC
19  501(a), 502(a), 11 USC 7001, 7013 and Federal Rules of Civil Procedure Sections 8(a)
20  and 13(a) are forever rebutted by this contract.

21  Thirty days (30) were provided for rebuttals on the presumptions of this document.
22  To date no rebuttals have ever been filed or noted.

23  This legal notice and demand is entered into the record along with the entire list of
24  definitions and schedule of fees, power of attorney, non-negotiable International Bill of
25  Exchange in accordance to HJR 192, Actual and Constructive Notice, Hold Harmless and
26  Indemnity Agreement, non-negotiable Security Agreement, Property List, Commercial
27  Security Agreement, Indemnity Bond, Notice of Lien on RICHARD ENRIQUE ULLOA
28  for the amount of one hundred billion United States silver dollars ($100,000,000,000.00).

1   Notice of Claim stated that this was a "PRIVATE" communication.

2   Notice of Claim stated that "THIS IS NOT A PUBLIC COMMUNICATION".

3   Notice of Claim stated that "Notice to Agent is Notice to Principal; Notice to
4   Principal is Notice to Agent".

5   Notice of Claim stated "Silence is Acquiescence, Agreement and Dishonor".

6   Notice of claim was sent within "Ulster county" and not ULSTER COUNTY.

7   Notice of claim was sent within "New York state" and not NEW YORK STATE.

8   Notice of Claim stated that, this was a "NOTICE OF INTERNATIONAL
9   COMMERCIAL CLAIM WITHING THE ADMIRALTY ab initio".

10  Notice of Claim stated that this was an "ADMINISTRATIVE REMEDY".

11  Notice of Claim stated that this was under "28 U.S.C. §1333, §1337, §2461, §2463".

12  Notice of Claim stated that Libellant granted Libellee several days to cure the
13  dishonor in commerce, if not it was a commercial dishonor under Uniform Commercial
14  Code Section 3-505.

15  Notice of Claim and Notice of Payment clearly stated that "This is a UCC
16  CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon
17  the completion of this commercial process".

18  In the Final Notice of Claim it clearly stated that "Libellant is moving for settlement
19  [U.C.C. 3-501 and U.C.C. Article 9]".

20  In the Final Notice of Claim it clearly stated that, "Libellee is granted Three (3) days
21  [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 U.S.C], exclusive of
22  the day of service to make full payment of the Sum Certain as stated above and as
    evidence in Libellant's Accounting and True Bill".

23  In these cases, Notice after Notice was ignored and never disputed or responded to as
24  requested.

25  All Notices followed the Biblical Principe of giving men and women three (3)
26  opportunities to Repent. (2 notices of fault and 1 notice of default)

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

All parties have exhausted their administrative remedies by NEVER responding or addressing in any way, shape or form.

Commercial address 22 RIDGE MOUNTAIN ROAD, STONE RIDGE NEW YORK ceased to exist in 2009. It was converted back to the Rural Route and renamed to peek farms. The Postmaster General was informed. (see attached letter to Postmaster)

Land Patent for peek farms RR1 is (attached as exhibit c)


I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.


I pray to our Heavenly Father and not this court that justice be done.


## Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,

1

## 28 USC §1746

2

3    I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct.  28 USC §1746

5        Signed on this the thirtieth day of the sixth month in the year of our Lord and

6    Savior two thousand ten.

7

8

9

10                                          Richard-Enrique; Ulloa
                                                    Sui Juris

11

12                                          Date: June 30, 2010

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Proof and Evidence of Service**

*I,* Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "AFFIDAVIT OF TRUTH DOCUMENTING SECURED PARTY STATUS" by "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |



Richard-Enrique; Ulloa

June 30, 2010

## <u>NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT</u>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit A</u>**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

038403     2009 NOV 24  AM 9: 00

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Richard-Enrique Ulloa 845-687-7855

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Richard Enrique Ulloa
c/o postal department 771
Stone Ridge, New York [12484]-9999

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| ULLOA | RICHARD | ENRIQUE | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| POSTAL DEPARTMENT 771 | STONE RIDGE | NY | 12484 | USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LEGAL ENTITY | 1f. JURISDICTION OF ORGANIZATION UNITED STATES | | 1g. ORGANIZATIONAL ID #, if any |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | 2g. ORGANIZATIONAL ID #, if any |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| ulloa | richard | enrique | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o postal department 771 | Stone Ridge | NY | 12484-9999 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Priority, "Heirship/Birth Right" and "SECURITY INTEREST" in "CERTIFICATE OF LIVE BIRTH" LEGAL ENTITY and PRIVATE FOUNDATION.
The Secured Party (natural living man) has both a paramount claim to all Collateral held under any commercial accounts of the Legal Fiction aka RICHARD ENRIQUE ULLOA, and the Jurisdictional Control over the Legal Fiction aka RICHARD ENRIQUE ULLOA.
The collateral includes all Property, Proceeds, Fixtures, Orders, Judgments, Assets, Shares of State and Federal Asset Stock, Monies and Documents that are Deposited and/or recorded under the following named Accounts: "Richard Enrique Ulloa", "Richard Ulloa", Richard E. Ulloa", "R E Ulloa", "RICHARD ENRIQUE ULLOA", "RICHARD E ULLOA", "RICHARD ULLOA", "R E ULLOA". This also includes any and all associated county, state, federal, international and secular; all tax/trust/depository numbered and named accounts. Heirship/Birth Right and priority control of the legal fiction, ens legis, is herby claimed by the natural living man, leaving all others in subordinate position. This also includes access to any and all Tax records recorded on the form 990-PF "Return of Private Foundation" and all supporting tax forms.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | ✔ BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**
"Heirship/Birth Right" and "SECURITY INTEREST" Claim over "CERTIFICATE OF LIVE BIRTH" LEGAL ENTITY"

4/30/co

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**FILING NUMBER: 200911240671965**

TRUE COPY

038403          2009 NOV 24   AM 9: 00

# ATTACHMENT "A" – PROPERTY LIST

## All of the property listed in this Property List is protected by all terms, conditions, and agreements contained in all the documents recorded herein.

1. All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, mine heads, wellheads, and transmitting utilities, etc.;
2. All rents, wages, earnings, remuneration, and income from every source;
3. All land in which DEBTOR has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which DEBTOR has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which DEBTOR has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, DVDs, ipods, digital audio/video players, phonograph records and players, film, slides and projectors, photography and video and aural production equipment, cameras, projectors, tape recorders, cassette players, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All books and financial records of DEBTOR;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30. All rights to barter, buy, contract, sell, or trade any kind of asset, tool, item of value, time, property whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

32. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

33. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, registration, or permission of any kind whatsoever;

34. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

35. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

36. All rights to protect myself and my family from any animals that threaten my/our safety or well being, or that cause a nuisance to me/us, by using deadly force against any such animals;

37. All rights to exercise dominion over the earth and the resources of the earth including, but not limited to, using mineral and natural resources, timber, water, and harvesting animals for food;

38. All rights, interest, and exclusive title in CERTIFICATE OF NATURALIZATION FILE # ▮▮▮▮, MARCH 20, 1959 , issued by UNITED STATES DISTRICT COURT PORTLAND OREGON, instilling the pledge represented by the same pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom including, but not limited to all caps name RICHARD ENRIQUE ULLOA, RICHARD ULLOA, RICHARD E. ULLOA, or R. E. ULLOA, or any other derivative thereof;

39. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

40. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

41. All rights to purchase arms and ammunition, keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

42. All rights to keep and bear arms for hunting, self-protection, protection of family, friends, and property, and target shooting of any kind;

43. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

44. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

45. All rights to make video and/or audio recordings, reports and documents of all interactions between me or mine, and any government or quasi-government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment and necessary assistants and witnesses into government buildings as necessary;

46. All rights to obtain or be presented with a certified copy of the Oath of Office, bond number, and bonding company's name, address, and contact information of/for any government official with whom I interact;

47. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

48. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private

intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

49.  All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;
50.  All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.;
51.  All signatures and seals;
52.  All signatures on all applications for and all value associated with all licenses foreign and domestic;
53.  All present and future retirement incomes and rights to such incomes issuing from all accounts and trusts;
54.  All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;
55.  All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;
56.  All signatures on all applications for and all value associated with all library cards;
57.  All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;
58.  All credit of DEBTOR;
59.  All signatures on and all value associated with all traffic citations/tickets;
60.  All signatures on and all value associated with all parking citations/tickets;
61.  All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;
62.  All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;
63.  All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # ████████; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
64.  All bank accounts foreign and domestic, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment, securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401Ks, and the like;
65.  All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived therefrom;
66.  All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;
67.  All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;
68.  All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;
69.  All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
70.  All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;
71.  All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;
72.  All fuel, fuel tanks, containers, and involved or related delivery systems;
73.  All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;
74.  All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;
75.  All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading

equipment and supplies, projectiles, and integral components thereof; All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

76. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

77. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

78. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

79. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

80. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

81. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

82. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

83. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

84. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;

85. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

86. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

87. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

88. The Last Will and Testament from any source;

89. All inheritances gotten or to be gotten;

90. All wedding bands and rings, watches, and jewelry;

91. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.;

92. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;

93. All children's toys, books, clothing, playthings, and possessions of any type or amount;

94. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

95. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

96. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR or natural man Secured Party, whether received or not received;

97. All telephone numbers;

98. All signatures on all applications for and all value associated with all certificates of birth documents of the natural man Secured Party, and all said documents themselves;

99. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural man Secured Party, and all said documents themselves;

100. All signatures on all applications for social security numbers, and all value associated with all accounts, ▮▮▮ ▮▮▮▮▮;

101. All signatures on all applications for social security numbers for all children and grandchildren of the natural man Secured Party, and all value associated with all the accounts of those children/grandchildren;

102. All value associated with the private contract trust account number of the natural man Secured Party: ▮▮▮▮ xxxx;

103. All value associated with the private contract trust account numbers of all children and grandchildren of the natural man Secured Party

104. All signatures on all applications for and all value associated with Driver License #: (all number from all states)

105. All signatures on all applications for and all value associated with Ulster County Sheriff's Office Concealed Weapon Permit #:C-22500;

106. All signatures on all applications for and all value associated with all passports for the natural man Secured Party and his children and grandchildren;

107. All documents as recorded in the public record by and for the natural man Secured Party as indicated herein;

108. All signatures on all applications for and all value associated with all marriage licenses;

109. All private marriage contracts;
110. All signatures on all applications for and all value associated with all professional licenses;
111. All private addresses of the natural man Secured Party as indicated herein;
112. All signatures on all applications for and all value associated with all public addresses;
113. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc;
114. The following United States Postal Service Registered Mail Numbers: RA 665 412 660 US, RA 665 412 673 US, RA 665 412 687 US, RA 665 412 695 US, RA 665 412 700 US, RA 665 412 713 US, RA 665 413 308 US, RA 665 413 311 US, RA 665 413 325 US, RA 665 413 339 US, RA 665 413 342 US, RA 665 413 356 US, RA 665 413 360 US, RA 665 413 373 US, RA 665 413 387 US, RA 665 413 395 US, RA 665 413 400 US, RA 665 413 413 US.
115. The following Bond/Account number series: ▮▮▮▮▮▮▮▮▮▮▮ inclusive;
116. The following Bond/Account number series: ▮▮▮▮▮▮▮▮▮▮▮ inclusive;
117. The following Bond/Account number series: REUBPN001 to REUBPN999 inclusive;
118. All real estate property as follows;

Private Address: peek farms, Stone Ridge, New York; near[12484], Non Domestic without the US
Public Residence: 22 RIDGE MTN ROAD, STONE RIDGE, NY 12484
Private Address: Hasbrouck farms, Kingston, New York; near[12401], Non Domestic without the US
Public Residence: 12 VAN KEUREN HWY, KINGSTON, NY 12401
Private Address: 98 Forest Hill Drive, Kingston, New York; near[12401], Non Domestic without the US
Public Residence: 98 FOREST HILL DRIVE, KINGSTON, NY 12401
Private Address: 103 Summit Avenue, Hurley, New York; near[12443], Non Domestic without the US
Public Residence: 103 SUMMIT AVE, HURLEY, NY 12443

119. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the natural man Secured Party.

End of Attachment "A" – Property List

LS: _____        11/24/09
Richard Enrique Ulloa, Secured Party Creditor        Date

Subscribed and Sworn to before me this
24ᵗʰ Day of November , 2009 .
maisie m. Polacco
(Notary Public)

MAISIE M. POLACCO
Notary Public, State of New York
Reg. No. 04PO6185535
Qualified in Ulster County
Commission Expires April 12, 20__

International Registered Private Tracking Number – RA665412687US   UCC File Number -

2008-357-1855-6

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009 AT 10:00 M
BPA BOOK 12 PAGES 154

*W.Brewer*

DEPUTY CLERK



NON WAR POWERS
ACT FLAG

### ATTENTION! AND WARNING!

### THIS IS A LEGAL NOTICE AND DEMAND

## FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*

### To: All State, Federal and International Public Officials, by and through
### NEW YORK SECRETARY OF STATE LORRAINE A. CORTEZ VAZQUEZ.
### TAKE NOTICE IGNORANCE OF THE LAW IS NO EXCUSE!
### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION

Take a moment to read this before you proceed any further!

I do not wish to speak to you under any circumstances excluding federal judicial review!

## THIS TITLE IS FOR YOUR PROTECTION!

**(1) I,** One **Richard-Enrique: Ulloa,** [Freeman] the undersigned herein requests anything you say to me you present in writing signed under penalty of perjury required by your law as shown in this instrument. **Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.** Attachments are included and are part of this contract.

**(2) This** notice is in nature of a Miranda Warning. Take due heed of contents. If, for *any* reason, you do not understand *any* of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor or federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal notarized "registered" Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), 11 USC 7001, 7013, and Federal Rules of Civil Procedure Sections 8-A, and 13-A the presumptions that I Richard-Enrique: Ulloa am a debtor to the "UNITED STATES" or any of its agencies, or sub-corporations is forever rebutted, by this contract.

**(3) Your** failure to timely do so leaves you in the position of accepting full responsibility for *any* and *all* liabilities for monetary damages, as indicated herein, that I incur by any adversely affecting injury(s) *caused* by your overt, or covert actions, or the action(s) of *any* of your fellow (public) officers and agents in this or *any* other relevant matter(s) as described herein. You have Thirty (30) days, from the date that this

1

## PAGE TWO LEGAL NOTICE AND DEMAND

document is received by the Clerk of the Public Record, to respond and rebut the presumptions of this contract by submitting to me signed, certified, authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under penalties of the law including perjury. This document will be on file in the public record; and the clerk in charge of the public record is charged to distribute this to any and all responsible parties, i.e., officers of the court, and/or law enforcement officers including local, state, federal, international, multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other, against me, and whether in this county, state, region, area, country, corporation, or federal zone or in any venue and/or jurisdiction. Your Failure to timely rebut the statements and warnings herein constitute your complete tacit agreement with all statements and warnings contained herein. Your presumptions that I, the undersigned, am a "Corporate Fiction" or "Legal Entity" and under your corporate "UNITED STATES" jurisdiction are now and forever rebutted.

(4) The undersigned tendering this document is a Private People of Posterity; a Sovereign Personam Sojourn; by fact; **not** a 14th amendment citizen or surety within; or subject for; or allegiance to; your corporate UNITED STATES; or to *any* de facto compact (Corporate) commercial states contracting therein; Only to the united States of America, nonetheless carrying with me exclusive original sovereign jurisdiction and venue having one supreme court and United States Court of International Trade. Now being a matter of public record, tendered by way of "registered mail" to NEW YORK SECRETARY OF STATE. Hence recorded pages upon Liber Records and Books from "Register of Deeds Offices" from but not limited to ULSTER COUNTY       ORANGE, PUTNAM, DUTCHESS, SULLIVAN, GREEN, DELAWARE, GREENE, COLUMBIA Counties, further to all NEW YORK State Land and/or Public Notices in County Paper of Records of united States of America **Idem.**

(5) The party now tendering this legally binding "NOTICE and DEMAND" in hand is not a surety under your jurisdiction, or a subject under your corporate veil "color of law venue", being acknowledged by silence and acquiescence of LORRAINE A. CORTEZ VAZQUEZ respectfully NEW YORK SECRETARY OF STATE, also but not limited to any public officer(s), agent(s), contractor(s), assign(s), employee(s), and subsidiaries of your office, regarding the undersigned's "NOTICE and DEMAND" tendered by registered mail with Liber book number and page affixed. (See front page.)

(6) **Which** silence of Corporate Office "SECRETARY OF STATE" ratifies severance(s) of any nexus or relationship to de facto corporate commercial state office(s); being fraudulent conveyance by operating under "color of authority" upon affiant. Let this be known by undersigned's "**Good Faith (Oxford) Doctrine**" to all men and women. I do not consent to *any* warrantless search(s), or searches that are not compliant with the "Constitution for the united States of America" and/or all of the Amendments of the Honorable court

2

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2005       AT  10:004M
BPA BOOK_____ 12 ____PAGES 155

## PAGE THREE LEGAL NOTICE AND DEMAND

Rights" whether of my dwelling(s), car(s), landcraft, watercraft, aircraft, me, mine, current location, property, hotel room(s), apartment(s), business records, business, or my machinery, vehicles, equipment, supplies, buildings, grounds, land in my private possession or control, past, present, and future, now and forevermore, so help you God.

**(7) By** this record let it be known that I do not at *any* time waive *any* rights or protections, as acknowledged by the aforementioned Constitution and/or Honorable Bill of Rights, nonetheless, demanding that you protect these as you swore an oath to do so. I accept your lawfully required "Oath of Office," Bond(s) of any type, insurance policies, and property of any type for my protection and making whole. Furthermore, should you witness *any* (public) officer(s) at this time, or *any* time past, present, or future violate *any* of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should *any* law breaker, regardless of (superior) officer(s) title, rank, uniform, cloak, badge, position, stature, or office. Hence, or you shall be accountable for monetary gain from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

**(8) NOTE:** A true and correct notarized copy of this **Statute Staple Securities Instrument** is safely deposited in "Register of Deeds" Office in ULSTER COUNTY. NEW YORK, and with several trusted friends accompanying sworn affidavits certifying my policy of presenting this security instrument to each and every (public) officer who approaches the undersigned violating my unalienable rights including, but not limited to, my right of liberty and free movement upon *any* common pathway of travel. I have a lawful right to travel, by whatever means, via land, sea or air, without *any* officer, agent, employee, attorney, or judge that in *any* manner willfully *causes* adverse affects or damages upon the undersigned by an arrest, detainment, restraint, or deprivation. I will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the undersigned as caused by *your act(s)* under color of law with you, your officers, and employees. **Take note**; you are now monetarily liable in your personal corporate capacity. Richard-Enrique: Ulloa [Freeman], a sovereign, notwithstanding anything contrary, abides by all laws in accord with the aforementioned "Bill of Rights" and applicable to Sovereigns, and wishes no harm to any man. You agree by your non-response to uphold my "Right to Travel"; or you must rebut my presumption by lawfully documented evidence in law On and For the Record, Under Oath and penalty of Perjury, within the Thirty (30) Days, as aforementioned in this

Admiralty Contract. Definitions as they apply to this contract are enclosed in ATTACHMENT "B", and are included as a legal part of this contract.

**(9) BE WARNED, NOTICED, AND ADVISED** that I rely upon, in addition to constitutional limits of the "Constitution for the United States of America" and/or the Honorable "Bill of Rights," governmental

3

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009 AT 10:00 A M
BPA BOOK 12 PAGES 156

DEPUTY CLERK

**PAGE FOUR LEGAL NOTICE AND DEMAND**

authority, the rights and protections guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 (Civil Rights) Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes) and additional NEW YORK constitution penal codes, in as much as they are in compliance with aforementioned Constitution and/or Bill of Rights. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been damaged. When there is no victim, there is no crime or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this contract anytime you interact with me. The undersigned addresses the foregoing being of lawful majority age, clear head, and sound mind henceforth.

**(10) Remember,** you took a solemn binding oath to protect and defend the original Constitution for the United States of America (1776) adopted circa (1787). Violation(s) of said oath is perjury being a bad-faith doctrine by constructive treason and immoral dishonor infra ¶13, ¶14 & ¶15. I accept said Oath of Office that you have sworn to uphold. I declare that any and all presumptions that I am citizen, subject, resident, participant, legal entity, strawman, fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDIVISIONS, AGENCIES, ENTITIES, DEPARTMENTS, SUBSIDIARIES are now and forever rebutted. You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by NEW YORK states attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution. You have . . . days to rebut my statements, as indicated herein, or my statements will stand as true, lawful, and legal in all of your courts, and/or hearings.

**(11) This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act as contained herein. They are not limited to the waiver on your part of *any* and *all* immunities that you may claim, should you in *any* way violate the undersigned or allow violation(s) by others. Your corporate commercial act(s) against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence.

**(12) The** liability is upon you, and/or your respondeat superior, and upon others including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons of the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at my discretion. You are sworn to your Oath of Office, and I accept your Oath of Office and your responsibility to uphold the rights of me and mine at all times.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009 AT 10:00 M
BPA BOOK 72 PAGES 191

DEPUTY CLERK

4

PAGE FIVE LEGAL NOTICE AND DEMAND

## BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:

**(13) Unlawful Arrest, Illegal Arrest,** or **Restraint,** or **Distraint, Trespassing/Trespass,** without a lawful correct, and complete 4TH amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, or agent involved.

**Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Freedom of Speech, Conspiracy, Aid and Abetting, Racketeering, and or Abuse of Authority** as per Title 18 U.S.C.A.,' 241 and ' 242, or definitions contained herein, encroachment: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, or agent involved.

**Assault or Assault and Battery without Weapon:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, or agent involved.

**Assault and Battery with Weapon:** $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, or agent involved.

**Unfounded Accusations by officer of the court:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer or agent involved.


**(14) Denial** and or **Abuse of Due Process:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, or agent involved.

**Obstruction of Justice:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer or agent involved.

**Unlawful Distraint, Interstate Detainer, or False Imprisonment:** $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

**Reckless Endangerment, Failure to Identify** and/or present credentials and/or **Failure to Charge within 48 (Forty-Eight) Hours** after being detained: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, or agent involved.

**Counterfeiting Statute Staple Security Instruments:** $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, or agent involved.

5

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 0 2009    AT _10:00_ AM
BPA BOOK_____ 12 _____ PAGES _158_

_____
DEPUTY CLERK

**PAGE SIX LEGAL NOTICE AND DEMAND**

**(15) Unlawful Detention**, or Incarceration: $2,000,000.00 (Two Million) US Dollars per day, per occurrence, per officer, or agent involved.

**Incarceration for Civil or Criminal Contempt of court without lawful, documented in law, and valid reason:** $2,000,000.00 (Two Million) Us Dollars per day, per occurrence, per officer, or agent involved.

**Disrespect by a Judge or Officer of the Court:** $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, or agent involved.

**Threat, Coercion, Deception, or Attempted Deception by any officer of the court:** $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, or agent involved.

**Unnecessary Restraint:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, or agent involved.

**Refusal of Lawful Bailment** as Provided by The aforementioned Constitution and/or Honorable "Bill of Rights": $2,000,000.00 (Two Million) US Dollars per day of confinement, to be prorated by the hour as per Trafficant vs. Florida, per occurrence, per officer, per agent involved.

**Coercing or Attempted Coercing** the Real Natural man to take responsibility for the Corporate Strawman against the Natural Man and Secured Party's Will: $2,000,000.00 Two Million US Dollars per occurrence, per officer or agent involved. **The Placing of an Unlawful or Improper Lien Levy, Impoundments, or Garnishment** against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Natural Man or Woman Secured Party by any agency as aforementioned herein: $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until lien(s), levy(s), impoundment(s), and/or garnishment(s) are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest and my declared value of property.

**Destruction, deprivation, concealment, defacing, alteration, or theft, of property**, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Man and Secured Party will incur a penalty of total new replacement costs of property , as indicated by owner and secured party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the owner and secured party and will be accepted as complete, accurate, and uncontestable by the agency, or representative thereof that caused such action. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009    AT 10:00 AM
BPA BOOK 12    PAGES 159

DEPUTY CLERK

**PAGE SEVEN LEGAL NOTICE AND DEMAND**

## CAVEAT

**(16) The** aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Code(s) and Fair Debt Collection Act and this contract. They shall be assessed against persons, government bodies, and corporate entities supra, or *any* combination(s) therein by collectively and individually ignoring my natural and/or civil rights as American by declaration. The aforementioned Honorable "Bill of Rights" and/or Constitution establishes jurisdiction for you in your normal course of business. All violations against me, the undersigned, will be assessed per occurrence, per officer, representative or agent, of any agency that is involved in any unlawful action against me, each individually.

**(17) By** your actions, you shall lack recourse for all claims of immunity in *any* forum. Your officers' knowing consent and admission of perpetrating known act(s) by your continued enterprise is a violation of my rights. This **Statute Staple Securities Instrument** protects my Article III court remedies including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A, and Title 28 U.S.C.A, exhausting all state maritime article I administrative jurisdiction(s), and Title 18 U.S.C.§ 242.

## IGNORANCE OF THE LAW IS NO EXCUSE!

**(18) I,** one Richard-Enrique: Ulloa, [Freeman], am the principal, and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Indoctrination" by my conclusive honorable "Bill of Rights."

**(19) This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential, personal, civil and criminal liability if and when they violate my Unalienable Rights as protected by the original constitution of (1776) adopted circa (1791) and/or "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this NOTICE to *any* public or private officer attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this NOTICE has been tendered by way of registered mail to NEW YORK SECRETARY OF STATE LORRAINE A. CORTEZ VAZQUEZ. This is prima facie evidence of your receipt and acceptance of this presentment in both your personal and individual capacity jointly and severally for each and all governmental political corporate bodies. Any other individuals who have been, are now being, or hereinafter, are involved in the instant action(s) or any future action(s) against me shall only correspond while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746. This document is now on record in the Register of Deeds Office in ULSTER COUNTY, NEW YORK supra.

7

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009 AT 10:00 M
BPA BOOK 12 PAGES 160

DEPUTY CLERK

## PAGE EIGHT LEGAL NOTICE AND DEMAND

## SUMMATION

**(20) Should** you move against me in defiance of this presentment, there is no immunity from prosecution available to you, or *any* of your fellow (public) officers, who participate in *any* action(s) or *any* officials of government, judge, magistrate, district attorney, clerk or *any* other person who becomes involved in the instant action(s) or *any* future action(s) by way of aiding and abetting. Take due heed and govern yourself accordingly. Any or all documents tendered upon the undersigned party lacking bona-fide ink signatures or dates per title 18 U.S.C.A. § 513-514 are counterfeit security instrument(s) causing you to be liable in your corporate and individual capacity(s) by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Natural Man or Woman Secured Party, by violating any of the rights, civil rights, privileges, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Natural Man or Woman Secured Party, surrender, including, but not limited to, any and all bonds; public, and/or corporate insurance policies; CAFRA funds as needed to satisfy any and all claims as filed against you by the Natural Man or Woman Secured Party. This applies to any and all agents, or representatives, severally and individually, of the UNITED STATES or any of the Subdivisions thereof, as described herein.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**(21) This** document cannot be retracted by *any* employee, agent, representative, or officer of the court or any individuals excluding the foregoing named title holder on this "Registered Document" for one hundred years from date notarized on this legally binding **Statute Staple Security Instrument** as set forth by embossed gold seal. Attention: All Agents, Representatives, or Officers, or such as, of the UNITED STATES or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have Thirty (30) days to rebut any portion or all of this document; or you stand in total agreement. Non response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. Notice to Agent is Notice to Principal. Ignorance of the law is no excuse.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009        AT 10:00 M
BPA BOOK 12        PAGES 161

DEPUTY CLERK

8

## PAGE NINE LEGAL NOTICE AND DEMAND

**(22) Albeit** all other corporations not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons are bound by all paragraphs, terms, and conditions herein regardless of nature of limited liability corporation(s) or affiliations as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**(23) YOU ARE FINALY NOTICED** having been given knowledge of the law and your personal financial liability in event of *any* violations of my rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace. Addendums shall follow.

**(24)** Dated this 7TH day of JULY, in the year of our Lord Two Thousand Nine. The aforementioned artifacts are presented under the **Good Faith Oxford Doctrine** being of Honor. I accept the Oath of Office of all officers of the Court, including but not limited to the clerk of court, all judges and attorneys from all jurisdictions, all law enforcement officers local, state, federal, international and all agents of the UNITED STATES or any subdivisions thereof.

**(25)** Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, MAY NOT ENTER ANY PROPERTY AT WHICH I AM LOCATED, LEASE, OWN, or CONTROL, AT ANY TIME, FOR ANY REASON, WITHOUT MY EXPRESS WRITTEN PERMISSION. Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

**(26) Finally,** Any and all lending institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and their officers, agents, and employees therein now having been given knowledge of the law as per your own personal financial liability in event of any violations upon Richard-Enrique: Ulloa's rights and/or being, this **Statute Staple Securities Instrument** constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of one million dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par value in legal tender or

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
01 19 2009    AT  10:00AM
BPA BOOK____12____ PAGES _162_

## PAGE TEN LEGAL NOTICE AND DEMAND

fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coin at the US MINT, or by law, whichever is highest value at the time of the incident. Any dispute over the par value will be decided by the Secured Party, or his designee. All definitions in Attachment "B" are included as a part of this contract and will be applied as written herein. Any dispute of any definition will be the decision of the Secured Party.

UCC-1 Financial Statement (and/or UCC-3 Addendum thereto) shall follow with articles and attachments as set forth thereon. There is no contradiction of terms as written within confines of this title pursuant to the "Constitution for the United States of America." If any contradiction is found, the meaning will be determined by the Secured Party.

LS: _____

Name:  Richard-Enrique: Ulloa  Secured Party Grantor,

Country: The united States of America,

All property belonging to the Debtor belongs to the Secured Party as listed on enclosed ATTACHMENT "A."

peek farms, 2nd judicial-district

c/o general post-office 771

stone ridge, new york; near [12484]

Non Domestic without the US

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009   AT  10:00 AM
BPA BOOK 12   PAGES 163

**PAGE ELEVEN LEGAL NOTICE AND DEMAND**

## NOTICE ULSTER COUNTY REGISTER OF DEEDS CLERKS

**(27) Pursuant** to Title 18 U.S.C.A. § 2076 in applicable part: "Whoever, being a clerk (or supervisor) or employee of "UNITED STATES" charged with the duty of receiving securities or holding in trust securities on behalf of any person or makes a false report shall be fined $5,000 or imprisoned ten years or both." As synonymous with correlating NEW YORK compiled laws; NEW YORK and federal civil procedure laws; NEW YORK rules of court; and all other NEW YORK codes and uniform commercial codes separate from Title 18 U.S.C.A. § 2076. Also Title 18 U.S.C.A. § 2071 (a) concealment by supervisors secretaries or clerk(s) verifies in part: "Whoever willfully and unlawfully conceals or attempts to do so" from any individual "shall be fined or imprisoned three years or both period." Simply Stated: All "Register of Deed Clerks" are liable for non-compliance to the text herein under due process and obstruction of justice as described herein. This agreement is valid at 12:00 noon on the day that it is recorded, unless and until rebutted as indicated herein, within Thirty (30) calendar days. After Thirty (30) calendar days you may not rebut this contract.

**(28) SUBSCRIBED AND AFFIRMED:** On this _17_ day of _August_ , 2009 AD before me appeared Richard-Enrique: Ulloa, known to me or proved to me on the basis of satisfactory evidence to be the man whose name is subscribed on this **Statute Staple Securities Instrument**. Witness my hand and official stamp signed sealed delivered by hand, or by private registered/ certified mail now and forever more; drafted by the above Secured Party Grantor with attached property description.

**NS:** _Katherine H. Davis_
**Signature of Notary Public**

**LS:** _Sara Ulloa_
**First Witness**

**LS:** _____
**Second Witness**

**LS:** ( _____ )
**Third Witness**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009     AT  10:00 AM
BPA BOOK_____ 12 _____ PAGES___ 164

_____
**DEPUTY CLERK**

**NOTARY SEAL**

KATHERINE A. CAIRO DAVIS
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 07/31/2013

**Attachments: Attachment A, Notice of Ownership**
        **Attachment B, Definitions**
        **Attachment C, NEW YORK UCC File Number 2008-357-1855-6**

**PAGE TWELVE LEGAL NOTICE AND DEMAND**

# LEGAL NOTICE AND DEMAND

## ATTACHMENT "A", NOTICE OF OWNERSHIP

## ALL PROPERTY BELONGING TO THE DEBTOR BELONGS TO THE

## SECURED PARTY INCLUDING BUT NOT LIMITED TO THE FOLLOWING:

### PROPERTY LIST

**I, One** Richard-Enrique: Ulloa, secured party employer identification number: ▆▆▆▆▆ a living soul herein secures all rights interest an

exclusive TITLE HOLDER OF CERTIFICATE OF ▆▆▆▆▆▆▆▆▆▆▆ issued by UNITED STATES DISTRICT COURT

STATE OF OREGON instilling the pledge represented by the same, but not limited to, the pignus, hypotheca, hereditiments, res, the energy and a

products derived there from including but not limited to all caps name RICHARD ENRIQUE ULLOA, RICHARD E ULLOA, RICHARD ULLOA, c

any other derivative thereof but not limited to all signatures on all contracts or agreements predicated on the strawman described above as Debtor. Debto

is a Transmitting Utility. All property that is listed on

Attachment "A" is included in this agreement.

_____

DEBTOR: RICHARD ENRIQUE ULLOA, BAILEE

_____

LS: Secured Party Creditor Richard-Enrique: Ulloa, Bailor

Private Register of Deeds Liber Number:

Private Creditor Treasury Account: ▆▆▆▆▆

Private Depository Trust Account: ▆▆▆▆▆

▆ivate Invoice Number: ▆▆▆▆▆

Private Address: 22 Ridge Mountain Road, Stone Ridge, New York; near[12484], Non Domestic without the US

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009   AT  10:00 A M
BPA BOOK_____ 12  PAGES 165

DEPUTY CLERK

## PAGE THIRTEEN LEGAL NOTICE AND DEMAND

Public Residence:  22 RIDGE MTN ROAD, STONE RIDGE, NY 12484

Private Address: 12 Van Keuren Highway, Kingston, New York; near[12401], Non Domestic without the US

Public Residence:  12 VAN KEUREN HWY, KINGSTON, NY 12401

Private Address: 98 Forest Hill Drive, Kingston, New York; near[12401], Non Domestic without the US

Public Residence:  98 FOREST HILL DRIVE, KINGSTON, NY 12401

Private Address: 103 Summit Avenue, Hurley, New York; near[12443], Non Domestic without the US

Public Residence:  103 SUMMIT AVE, HURLEY, NY 12443

Public Debtor Treasury Account: ███████████

Public Birth Certificate File Number: ████████ SAN JOSE / COSTA RICA

Privately Owned Certificate of Live Birth Number: ██████████ SAN JOSE COSTA RICA / REGISTRO CIVIL

Public Operators License Not a Vessel: 766539683 NEW YORK STATE

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009      AT  10:00 AM
BPA BOOK____12____PAGES__186_

DEPUTY CLERK

LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS
# ATTACHMENT "B," DEFINITIONS

1. **Unlawful Arrest**: Means restricting a man or woman's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of "Competent Jurisdiction" while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the sovereign lawful rights of the Natural Man or Woman Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the state. This includes arrest when a Natural Man or Woman Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus, arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

2. **Illegal Arrest**: Means same as above item # 1, "**Unlawful Arrest**".

3. **Unlawful Detention**: Means restraining a Natural Man or Woman Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the officer, Agent, or Representative has been notified by the Natural Man or Woman Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

4. **Unlawful Distraint**: Means seizure or taking of any property that is lawfully owned or in possession of the Natural Man or Woman Secured Party without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any officer, agent, representative, in any capacity, or relationship with the "UNITED STATES" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

5. **Lawful 4th Amendment Warrant**: Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the United States of America." This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

6. **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

7. **Interstate Detainer**: Means the same as unlawful detainer as when involving a Natural Man or Woman Secured Party and involving more than one agency or state of the corporation, or any representative, agent, or officer who has any agreement with, contract with, or permission to act on behalf of any municipal corporation of the "UNITED STATES" or any subsidiary or sub-corporation thereof.

8. **Unlawful Restraint**: Means any action by any officer, agent, representative, contractor, associate, officer of the court, or the like, to prevent, coerce, intimidate, hinder, or in any way limit the right of a Natural Man or Woman Secured Party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any member of the public, or any Sovereign.

9. **Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of a Natural Man or Woman Secured Party to speak at hearings and trials, before magistrates, judges, officers of the court, agents, representatives, or the like, of the UNITED STATES. It also means that no attempt to suppress this right will be made by any officer of the court or of the "UNITED STATES" CORPORATION. No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Natural Man or Woman Secured Party.

10. **US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT for the purchase of an official one troy ounce 99.999% Pure Silver Coin, whichever is higher at the time of the offense.

1 of 8

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 3 2009        AT  10:00 AM
BPA BOOK    12        PAGES  161

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS

11. **Obstruction of Justice**: Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, threaten a Natural Man or Woman Secured Party in an attempt to prevent his any and every opportunity to legally/lawfully defend him/herself by attempting to produce and file lawful documents, and or testimony, to agents, officers, judges, magistrates, the court, clerk of court, representatives, investigators, in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court from hindering the Natural Man or Woman Secured Party from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the Natural Man or Woman Secured Party. Any evidence will be tried on merits of the lawful content and validity. Any judge, or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, corporate property, bank accounts, savings accounts, or any corporate property of value to the Natural Man or Woman Secured Party upon written demand and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Natural Man and Secured Party. This also includes the provision as indicated in item # 18 **"Racketeering"**.

12. **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the United States of America. This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if a Natural Man or Woman Secured Party has lived in a community or has lived in one community or area for more than one year, provided that he has not recently moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Natural Man or Woman Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

13. **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Natural Man or Woman Secured Party that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Natural Man or Woman Secured Party. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

14. **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive a Natural Man or Woman Secured Party of any right, benefit, or privilege that would ordinarily be offered by the Constitution for the United States of America, and/or the Bill of Rights, and/or to any member of the general American public, or to a Sovereign. This also includes the provisions in item # 18, **"Racketeering"**.

15. **Victim**: Means any Natural Man or Woman Secured Party who has received direct damages to themselves or their property as the result of an unlawful or illegal act by another.

2 of 8

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009      AT   10:04 M
BPA BOOK____12____ PAGES___168____

DEPUTY CLERK

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS

16. **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law where no Natural Man or Woman Secured Party has been damaged. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman Secured Party.

17. **Aiding and Abetting**: Means the efforts of any officer, agent, or representative of the UNITED STATES or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, a Natural Man or Woman Secured Party from receiving any and all rights, benefits, privileges, as provided by the Constitution for the United States of America, and/or the Bill of Rights, or that would normally be offered to the general American public, or a Sovereign. This also includes the provisions as provided in item # 18 **"Racketeering"** and suppression of evidence.

18. **Racketeering**: Means any attempt by any two or more officers of the corporation to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive a Natural Man or Woman Secured Party from receiving every right, benefit, or privilege that is outlined by the Constitution for the United States of America, and/or the Bill of Rights. This also includes any effort by the officers of the court to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Natural Man or Woman Secured Party, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

19. **Federal Zone**: Means any land, property, building, area, zone, 911 zone, or postal zone that is presumed to be within the territorial jurisdiction of the "UNITED STATES," or any of its representatives as defined herein. This does not include any land, property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed, contract, or any written or verbal agreement, or any such thing, by a Natural Man or Woman Secured Party who is located outside of "WASHINGTON, D.C." proper. All privately held properties, of any type that are being held by any Natural Man or Woman Secured Party are excluded from any federal zone or any jurisdiction of any representatives of the "UNITED STATES" or any of it's territories. This is fact and may be presented in any court by affidavit of any Natural Man or Woman Secured Party of interest involved in any interaction of the "UNITED STATES" or any of its representatives, as outlined in this contract.

20. **State**: Means any of the fifty areas known as states of the "United States of America" which is not the same as the "UNITED STATES" corporation. These are designated by UPPER CASE spelling vs. Upper and Lower Case spelling of the name of each State. The all UPPER CASE NAME denotes that this STATE is a part of the "UNITED STATES" corporation, whereas the spelling of the Upper and Lower Case Name denotes that it is not a part of the "UNITED STATES." This will be determined by the Natural Man or Woman Secured Party as a condition of this contract. The Natural Man or Woman Secured Party will also determine whether his State is a part of the jurisdiction of the "UNITED STATES," or not, and will never be challenged by any representative of the "UNITED STATES." The Natural Man or Woman Secured Party will determine if the alleged offense occurred within the limits of the "UNITED STATES." A violation of this provision will be Unlawful Determination and punishable as indicated by this contract agreement.

21. **Trespassing/Trespass**: Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Natural Man or Woman Secured Party without his express written permission, or without a lawfully executed fourth (4th) amendment warrant, and any and all agents, or representatives of the corporation will fully and completely observe any and all protections as outlined in the Constitution for the United States of America and/or the Bill of Rights. Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document. I solemnly swear and affirm that I have an ONONDAGA COUNTY and SUPERIOR COURT

FILED & RECORDED IN CLERK'S OFFICE
___ AT __10:00__ M
BPA BOOK____12____ PAGES__167__

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS

on my property; I have never had any illegal contraband on or around my property and never will. Any contraband if it is found on my property will be introduced by the officers or agents during time of trespass. I simply do not allow it on my property. Contraband or illegal items if they are found in a search do not belong to me and may not be used in any attempt in any claim against me. Any and all officers, agents, and representatives of the corporation will be held individually liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

22. **Natural Man or Woman Secured Party**: Means any flesh and blood, living, breathing Man or Woman, created by God, who notifies any representative of the corporation, verbally or in writing, that he is a Sovereign, Non "UNITED STATES" corporate citizen, Freeman or Freewoman, and not subject to the jurisdiction of the corporation or any of its representatives. This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL CAPITAL LETTER NAME. Any attempt to notify any officer, agent, and representative, of the status of the Natural Man or Woman Secured Party will be sufficient notice. Sufficient notice will be determined by oath, statement, or affidavit by the Natural Man or Woman Secured Party; and the validity of such will not be challenged by any officer of the court.

23. **County or City**: Means any subdivision of any State of the "United States of America." This term excludes any jurisdiction, zone, or territory of the "UNITED STATES" corporation unless described by the Natural Man or Woman Secured Party in all CAPITAL letters. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Natural Man or Woman Secured Party and will not be challenged by any representative of the corporation.

24. **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Agent, Authorized Representative, Policeman, Participant**: Means any person, corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds, or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "UNITED STATES" or any of its subsidiaries, sub- corporations, departments, or agencies, etc.

25. **Contract**: Means any agreement in writing that has been offered for review and acceptance by another party wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated in the contract. Non Response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any other means as is indicated in the contract will be non response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. Notice to Agent is Notice to the Principal and Notice to the Principal is notice to the Agent.

26. **False Imprisonment**: Means any attempt by any officer of the court or corporation to incarcerate any Natural Man or Woman Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the United States of America" and/or the Honorable "Bill of Rights."

27. **Representative**: Means any agent, agency, department, officer, investigator, entity, subsidiary, subcorporation, contractor, employee, inspector, individual or corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., of or for the "UNITED STATES" or anyone, or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to the "UNITED STATES" or any of its sub divisions or sub-corporations.

28. **Corporation**: Means any representative, agency, sub-corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "UNITED STATES" corporation.

29. **Interpretation**: Means if any conflict arises concerning the definition of any of the terms and or conditions of this contract, the conflict concerning the meaning of the term or condition will be decided by the Natural Man or Woman Secured Party. His decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Natural Man or Woman Secured Party due to his interpretation of such terms and or conditions.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009   AT   10:00AM
BPA BOOK____12____ PAGES 110

# LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS

30. **Corporate Capacity:** Means acting for, or on behalf of, a corporation, or government entity, while under law or color of law.

31. **Legal Counsel:** Means anyone that a Natural Man or Woman Secured Party chooses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association. Counsel may assist, represent, speak on behalf of, write cases for, or perform any act in or out of court for the Natural Man or Woman Secured party without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or representative of the "UNITED STATES" corporation, or any representative, officer, or agent thereof.

32. **Abuse of Authority:** Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the "Constitution for the United States of America" and/or the Honorable "Bill of Rights." This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Natural Man or Woman Secured Party. This includes use of restraint devices on a Natural Man or Woman Secured Party and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this contract.

33. **Verbal Abuse:** Means the use of offensive, and /or threatening verbal words, body language, and non verbal gestures or actions by any representative of the corporation, as defined herein, upon a Natural Man or Woman Secured Party. If a controversy arises about an incident, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

34. **Assault and Battery with Weapon:** Means any use of, threatened, or perceived use of any weapon, against me or mine, by any representative of the "UNITED STATES" corporation that creates an atmosphere of fear for the Natural Man or Woman Secured Party. This includes non lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

35. **Unfounded Accusations:** Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any representative of the "UNITED STATES" corporation, as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized agent or representative of the corporation. The accuser has eight (8) hours to provide said documents to be reviewed and in possession of the Natural Man or Woman Secured Party; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

36. **Encroachment:** Means to invade, intrude, or in any way prevent a Natural Man or Woman Secured Party the full and complete use of property, including trespass, impeding ingress or egress to the property of a Natural Man or Woman Secured Party, to limit the ability of a Natural Man or Woman Secured Party to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property. This includes the application of unlawful liens and encumbrances of any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of a Natural Man or Woman Secured Party. This includes, but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful property owned by, in possession of, or under the control of the Natural Man or Woman Secured Party.

37. **Assault and Battery without a Weapon:** Means the verbal abuse or physical contact, of any kind, upon a Natural Man or Woman Secured Party without their express voluntary written consent. If a conflict arises about the facts involving the incident, the version as told by the Natural Man or Woman Secured Party will be accepted as truth, without question, and will not be contested.

38. **Abuse of Due Process:** Means any action against a Natural Man or Woman Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the United States of

5 of 8

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009   AT  10:00 M
BPA BOOK____12____PAGES _1-11_

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS

America" and/or the Honorable "Bill of Rights." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation.

39. **Denial of Due Process:** Means any attempt by any officer of the court and or corporation to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Natural Man or Woman Secured Party as outlined in the "Constitution for the United States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the aforementioned Constitution and/or Honorable "Bill of Rights" is null and void and will not be used in any action against any Natural Man or Woman Secured Party.

40. **Unlawful Detainer:** Means any attempt by any officer of the court or representative of the corporation to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold a Natural Man or Woman Secured Party without affording him every protection as outlined by the "Constitution for the United States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which a Natural Man or Woman Secured Party is involved.

41. **Reckless Endangerment:** Means any attempt by any officer of the court or corporation, as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of any Natural Man or Woman Secured Party. This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Natural Man or Woman Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Natural Man or Woman Secured Party will be considered as truth.

42. **Failure to Respond:** Means any attempt by any officer or representative of the corporation to ignore, inhibit, withhold, delay, or deny a request for information from a Natural Man or Woman Secured Party.

43. **Failure to Charge within Forty Eight (48) Hours:** Means any attempt by any officer or representative of a corporation to delay, inhibit, prevent, or in any way stop a Natural Man or Woman Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest.

44. **Failure to Identify:** Means any time a Natural Man or Woman Secured Party has interaction with any officer or representative of the court or corporation, the officer or representative must, upon request of the Natural Man or Woman Secured Party, provide proper identification, written proof of authority, state what his business is with the Natural Man or Woman Secured Party, complete a public servants questionnaire in advance of arrest or detention, provide documentation properly identifying the officer or respondeat superior's name and contact information, and any other relevant information as requested by the Natural Man or Woman Secured Party. The officer may not detain the Natural Man or Woman Secured Party for more than ten (10) minutes while he obtains this information.

45. **Counterfeiting Statute Staple Securities Instruments:** Means any attempt by any officer or representative of a corporation to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner who is the Natural Man or Woman Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Natural Man or Woman Secured Party will be accepted as fact without question and will not be contested.

46. **Coercion or Attempt to Coerce:** Means any attempt by any officer or representative of a corporation to threaten, intimidate, deprive, conceal, or in any way prevent a Natural Man or Woman Secured Party from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the "Constitution for the United States of America" and/or the Honorable "Bill of Rights", or allow another to do so.

47. **Purchase Price:** Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

48. **Destruction of Property:** Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Natural Man or Woman Secured Party.

6 of 8

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009   AT 10:00 AM
BPA BOOK _____ 12
PAGES 172
1/Bk

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS

49. **Deprivation of Rights or Property**: Means the concealment, keeping from, hiding, obstructing of any rights, property, or privileges that are outlined or protected by the "Constitution for the United States of America" and/or the Honorable "Bill of Rights."

50. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from a Natural Man or Woman Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Natural Man or Woman Secured Party. No officer of any court or representative of any corporation may conceal any law and/or any evidence of any kind that is considered relevant by the Natural Man or Woman Secured Party, and/or fail to disclose any law that benefits the Natural Man or Woman Secured Party.

51. **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Natural Man or Woman Secured Party.

52. **Constitution**: Means, for the purpose of this contract, "The Constitution for the United States of America" circa 1791, as opposed to the "Constitution of the UNITED STATES" corporation circa 1868.

53. **Bill of Rights**: Means, for the purposes of this contract, the original "Bill of Rights" circa 1791.

54. **Rights and Defenses**: Means one's legal and/or lawful right and/or ability to defend himself/herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/herself in a given action. This includes tacit agreement or agreement by default; and the Natural Man or Woman Secured Party is never the defendant.

55. **Willingly**: Means that a Natural Man or Woman Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any agent, officer, or representative of any court or corporation, including incorporated governments.

56. **Individual Capacity**: Means acting on one's behalf to do a thing. The officer, representative, agent, or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability.

57. **Artificial Person**: Means a fictitious entity that was created by the state for transacting commerce. This artificial Man or Strawman is represented by the all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the Natural Man or Woman Secured Party, it is a transmitting utility.

58. **Written or Verbal Agreement**: Means any agreement entered into by a Natural Man or Woman Secured Party, written or verbal. Any question of any contract will be resolved by an affidavit from the Natural Man or Woman Secured Party. His affidavit will be considered fact in any action or dispute, without question of any officer, agent, or representative of any corporation, including incorporated governments.

59. **Unlawful Determination**: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of a Natural Man or Woman Secured Party, or group of Natural Men or Women Secured Parties, that is not proven by documented authorized certified evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other representative of any corporation including incorporated governments.

60. **Statute Staple Securities Instrument**: Means a registered (by way of the post office registered mail) bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Sovereign Natural Man or Woman Secured Party.

61. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multijurisdictional corporation.

62. **Public Record**: Means any record or document recorded into the public by the Natural Man or Woman Secured Party. For example, when this document is recorded at a Register of Deeds office, it becomes a public record.

63. **Presumption**: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Natural Man or Woman Secured Party. No presumption shall ever avail against ...

LAMAR COUNTY, CO-SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009    AT  10:00 AM
BPA BOOK_____12_____PAGES__113__

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B", DEFINITIONS

Natural Man or Woman Secured Party without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record, under penalty of perjury.

64. **Unalienable Rights**: Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," such as, but not limited to, Right to Bear Arms; Freedom of Speech; Right to Trial by a Jury of your peers; Right to Due Process; Right of Habeas Corpus; Right to be Exempt from Levy as a Natural Man or Woman Secured Party, Creditor; Right to be Secure in my private papers and effects.

65. **Right to Travel**: Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon the Natural Man or Woman Secured Party by an arrest, inhibition, detainment, restraint, deprivation or prevention.

66. **Disrespect**: Means anything said or written to me, about me or mine that I do not like, including body language, or anything that makes me or any reasonable man uncomfortable, or have fear;

67. **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment**: Means any attempt by any officer, agent, or representative of a corporation to place a lien, levy, garnishment, or attachment on the property or collateral of a Natural Man or Woman Secured Party, hereinafter referred to as Secured Party. Any said officer, agent, or representative, must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referred to as The Panel, selected by the Secured Party. Said officer, agent, or representative must guarantee in writing that the officer, agent, or representative signing said documents will be personally liable for any damage(s) due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the officer, agent, or representative have violated any laws or caused damage to the Secured Party. The Panel will have the sole power to determine if any damage(s) has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said officer, agent, or representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFRA funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party. Said officer, agent, or representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Peers as defined herein. In the event that a jury of twelve of the Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The officer, agent, or representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFRA funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative, the Secured Party (¶ 15) .

68. **Peers**: Means the same as the definition of a Natural Man or Woman Secured Party.

69. **Ignore**: Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Natural Man or Woman Secured Party.

70. **Natural Man or Woman**: Means a flesh and blood, living, breathing, biological man or woman, created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman." This is not to be confused with the Fictitious Legal Entity that was created by the STATE that is represented by the All Capital Letter Name.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009    AT  10:00 A M
BPA BOOK         12       PAGES  174

DEPUTY CLERK

███████████
███████████
███████████

**LAMAR COUNTY, GA. SUPERIOR COURT**
**FILED & RECORDED IN CLERK'S OFFICE**
OCT 1 9 2009 AT 10:00 M
BPA BOOK ____ 12 ____ PAGES __175__

~~DEPUTY CLERK~~

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

Date of Filing : 08/02/2009

Time of Filing : 11:34:00 AM

File Number : 2009-214-6555-5

Lapse Date : NONE

A. NAME & PHONE OF CONTACT AT FILER [optional]

**richard-enrique ulloa 845-687-7855**

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

**c/o general post office 771**

**stone ridge   NY, 12484**
**United States**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| **2008-357-1855-6** | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | ██████ |
|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

Priority, "Heirship/Birth Right" and "SECURITY INTEREST" in "CERTIFICATE OF LIVE BIRTH" LEGAL ENTITY and PRIVATE FOUNDATION.

The Secured Party (natural living man) has both a paramount claim to all Collateral held under any commercial accounts of the Legal Fiction aka richard-enrique: ulloa and the Jurisdictional Control over the Legal Fiction aka richard-enrique: ulloa.

The collateral includes all Property, Proceeds, Fixtures, Orders, Judgments, Assets, Shares of State and Federal Asset Stock, Monies and Documents that are Deposited and/or recorded under the following named Accounts:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| **ulloa** | **richard-enrique** | | |

**10. OPTIONAL FILER REFERENCE DATA**

**"Heirship/Birth Right" and "SECURITY INTEREST" Claim over "CERTIFICATE OF LIVE BIRTH" LEGA**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

2009-214-6555-5

Continuation of section 8 collateral

**8. AMENDMENT (COLLATERAL CHANGE):**

"Richard Enrique Ulloa", "Richard Ulloa", Richard E. Ulloa", "R E Ulloa", "RICHARD ENRIQUE ULLOA", "RICHARD E ULLOA", "RICHARD ULLOA", "R E ULLOA". This also includes any and all associated county, state, federal, international and secular; all tax/trust/depository numbered and named accounts. Heirship/Birth Right and priority control of the legal fiction, ens legis, is herby claimed by the natural living man, leaving all others in subordinate position. This also includes access to any and all Tax records recorded on the form 990-PF "Return of Private Foundation" and all supporting tax forms.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009    AT   10:00 AM
BPA BOOK_____12_____ PAGES 176

DEPUTY CLERK

2009-214-6555-5

## Washington State Department of Licensing
## Uniform Commercial Code
## Debtor Information Search Report

RICHARD-ENRIQUE: ULLOA 845-687-7855
RICHARD ENRIQUE ULLOA
POSTAL DEPARTMENT 771

STONE RIDGE  NY, 12484

**Search number:**     2009-241-2548-7S

**Name as provided:**

Individual Name:       ulloa, richard, enrique (Secured Party)

**Name searched:**

Individual Name:       **ULLOARICHARDENRIQUE**

**Lien type searched:**   All
**Lien status searched:** All
**Search limited by:**
**Search logic used:**    Standard

**Report:**              8/29/2009 3:42:51 PM
**Through date:**        8/27/2009

**Certification:**
The filing office certifies that the attached list is a true and exact representation
of all financing statements and non-UCC liens for the name searched, as filed with
the Department of Licensing, Uniform Commercial Code Program, as of the through
date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.

*Elizabeth A. Luce*

Elizabeth Luce, Director, Department of Licensing

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009      AT  10:00 M
BPA BOOK_____ 12 _____PAGES 111

DEPUTY CLERK

2009-241-2548-7S

1 of 1

Initial Financing Statement File Number: 2008-357-1855-6

Date and time filed: 12/22/2008 6:07:00 PM

Lapse date: NONE


(D)     RICHARD ENRIQUE ULLOA

        C/O POSTAL DEPARTMENT 771

        STONE RIDGE, NB  12484     USA


(S)     ulloa, richard, enrique

        c/o postal department seven seven one

        stone ridge, NY  12484-9999     USA


History:

| Type of Record | Date & Time Filed | File# | #PGS |
| --- | --- | --- | --- |
| Initial | 12/22/2008 6:07:00 PM | 2008-357-1855-6 | 1 |
| Amendment | 8/2/2009 11:34:00 AM | 2009-214-6555-5 | 1 |

        (Restate collateral description)


        Authorizing Party

            ulloa,richard-enrique


LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009          AT 10:04 M
BPA BOOK 12          PAGES 178

DEPUTY CLERK

2009-241-2548-78

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009 AT 10:00 AM
BPA BOOK 12 PAGES 179
_____
DEPUTY CLERK

## ACKNOWLEDGMENT

**Grant of Exclusive Power of Attorney to conduct all
tax, business, and legal affairs of principal person**

# POWER OF ATTORNEY

1) I, RICHARD-ENRIQUE ULLOA, Debtor and Grantor, at POST OFFICE BOX 771, STONE RIDGE, NEW YORK, 12484-5400, do hereby appoint Richard-Enrique: Ulloa, c/o general post-office 771, stone ridge, new york: near [12484], Republic, Non Domestic Without the US, as Secured Party and as my private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business, legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

   (A) To take possession of, hold, and manage my real estate and all other property;

   (B) To receive money or property paid or delivered to me from any source;

   (C) To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository; to cash coupons, bonds, or certificates of deposit; to endorse checks, notes, or other documents in my name; to have access to, and to place items into or remove them from, any safety deposit box standing in my name individually; and otherwise to conduct bank transactions or business for me in my name;

   (D) To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Richard-Enrique: Ulloa, in exercising this exclusive power of attorney;

   (E) To retain any investments, invest, and to invest in stock, bonds or other securities, or in real estate or other property;

   (F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities; to deposit shares or securities with or transfer them to protective committees, or similar bodies; to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities.

   (G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Richard-Enrique: Ulloa, may consider prudent;

   (H) To improve or develop real estate; to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

   (I) To provide for the use, maintenance, repair, security, or storage of my tangible property;

   (J) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Richard-Enrique: Ulloa, may consider prudent.

2) The Creditor Richard-Enrique: Ulloa, named herein on the Form UCC-1 and Commercial Security Agreement filed with the SECRETARY OF STATE of NEW YORK, is authorized by law to act for

1

and in control of the Debtor, RICHARD ENRIQUE ULLOA, RICHARD ULLOA, RICHARD E ULLOA, RICHARD ULLOA, or any derivative thereof. In addition, Richard-Enrique: Ulloa has the exclusive power of attorney to contract for all business and legal affairs of RICHARD ENRIQUE ULLOA ███████, Debtor.

3) The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters; and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is irrevocable during the lifetime of Richard-Enrique: Ulloa.

Executed and sealed by the voluntary act of my own hand, this _17th_ day of _August_, 2009.

This instrument was prepared by Richard-Enrique: Ulloa.

Acceptance:

_____          _____
RICHARD ENRIQUE ULLOA, Grantor            Richard-Enrique: Ulloa, Grantee
                                          I, the above named exclusive attorney in fact,
                                      do accept the responsibility for the
                                          herein-named Debtor-Grantor and will
                                              execute the herein granted power of attorney
                                              with Due Diligence.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### ACKNOWLEDGEMENT OF NOTARY

*New York State*                    *For verification purposes only*
*Ulster County*

*On the* _17_ *day of* _August_, *Two Thousand eight, before me,*

_Richard Enrique Ulloa_ , *a Notary*
        *Name, Title of Officer & Notary Public*

*Personally appeared Richard-Enrique: Ulloa, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon these instrument(s) and acknowledged to me that he executed the same in his authorized capacity; and by his signature on this instrument, Richard-Enrique: Ulloa has acted on behalf of the person who executed this instrument.*

*Witnessed, my hand and official seal.*

_____                    **SEAL**

*My Commission Expires:* _07/31/2013_

**KATHERINE A. CAIRO DAVIS**
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 7/31/2013   **2**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009        AT 10:00 AM
BPA BOOK____12____ PAGES 180

**DEPUTY CLERK**

Board of Governors
Federal Reserve Bank Window
Washington D.C.

Private Notice August 13, 2009
Registered Mail # RA665412660US

## NON-NEGOTIBLE INTERNATIONAL BILL OF EXCHANGE
## IN ACCORDANCE WITH HOUSE JOINT RESOLUTION
## ONE NINTY TWO HJR-192 C/P

### RE: CHARGEBACK OF PERSONAL PRIVATE TREASURY ACCOUNTS.

1. Dear Mr. Timothy F. Geithner or Secretary-in-charge of documents: Please see enclosed (articles) from examination(s) of

parties Private Commercial Agreements as an initial lien listed on enclosed (accounting sheets) receipts attached as collateral.

The undersigned accepts for value all (related endorsements, front and back, to include those in accord with UCC 3-419). The

full amount of (Final Payoff) NON-NEGOTIABLE CHARGEBACK accrued is One Hundred Billion ($100,000,000,000.00).

Please "charge back" to my private Treasury Account # ███████ the same value, charging employees' identification account #

███████ necessary fees securing registration in (prioritizing exchange of tax exemption discharging public liabilities) of all

my personal possessions, and command memory of # 068568283 charging the same to debtor's order or your order. There is zero

controversy by all individuals in association with Collateral Articles of General Accounting Practices.

2. The Posted Registered Account ███████ fund, now part of my tax estate, directed (priority) use for the Republic

(Article IV, Section 4 of the united States Constitution) in accordance with public policy HJR-192 (Discharge of Public Debt).

Mr. Henry Paulson Junior Secretary-in-charge and/or Deputy-in-charge are to take my acceptance (BA), this Article Seven

Receipt, in exchange for tax exemption priority. This "NON-NEGOTIBLE INTERNATIONAL BILL OF EXCHANGE"

according to HJR-192 as presented for receivership by the Federal Reserve (Bank) Window Accountant for final payoff,

transferring same to undersigns private trust account number: ███████ as (EFT) three (3) days Truth-in-Lending time for

settlement of retail agreements.

3. With this posted transaction "Chargeback" charges documented by enclosed forms (Articles) for use by the Republic is

complete. If you need further information or assistance with charging my private treasury account, please feel free to correspond.

Until then I am sincerely,

LS: Richard-Enrique: Ulloa

c/o general post-office 771

Stone Ridge, New York; near [12484]

Non Domestic without the US

Invoice Number: REU03201959

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
_____ AT __10:00__ M
BPA BOOK ___12___ PAGES __181__

DEPUTY CLERK

# HOLD HARMLESS AND INDEMNITY AGREEMENT
## NON NEGOTIABLE BETWEEN THE PARTIES

### PARTIES:

**Debtor**: RICHARD ENRIQUE ULLOA
GENERAL POST OFFICE 771
STONE RIDGE, NEW YORK 12484

**Creditor**: Care of: Richard-Enrique: Ulloa
**general post-office 771**
Stone Ridge, New York; near [12484]
Non-domestic without the US

Debtors Social Security Account Number: ▮▮▮▮▮▮▮

I. This hold harmless and indemnity agreement is mutually agreed upon and permanently entered into on this _25_ day of the month of _August_ , in year of YHVH two thousand nine, between the juristic person bailee RICHARD ENRIQUE ULLOA, RICHARD E ULLOA, RICHARD ULLOA, hereinafter jointly and severally "Debtor" including, but not limited to, any and all variations and derivatives in spelling of said name except Richard-Enrique: Ulloa, Richard Enrique Ulloa, Richard Ulloa, RE Ulloa, or any and all variations of said name of the living, breathing, flesh-and-blood man /woman Bailor, known by the distinctive appellation Richard Enrique Ulloa hereinafter Creditor/Bailor

II. For binding verification hereby express, Debtor/Bailee agrees and covenants, without benefit of discussion, without division, holding said Debtor harmless, causing indemnification of Creditor from and against but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons[s], lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may become due arising hereinafter now and forevermore. Richard-Enrique: Ulloa Bailor articulates by covenant and agreement that Creditor shall not under any circumstances be considered an accommodating entity nor surety for Debtor/Bailee

Words Defined Glossary of Terms: In witnessing by hand this "HOLD HARMLESS AND INDEMNITY AGREEMENT" the foregoing words and terminology utilized herein are non obstinate:

1. Appellation: HOLD HARMLESS INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man/woman."

2. Conduit: HOLD HARMLESS INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Conduit signifies means of transmitting and distributing energy and affects produce labor such as goods or services by way of RICHARD ENRIQUE ULLOA including, but not limited to, any and all variations and derivatives of debtor bailee except Richard-Enrique: Ulloa."

3. Creditor: HOLD HARMLESS INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Richard-Enrique?; Ulloa as Creditor" and Bailor.

4. Debtor: HOLD HARMLESS INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: RICHARD ENRIQUE ULLOA "Means including, but not limited to, any and all variations and derivatives in spelling of said name except Richard-Enrique: Ulloa."

5. Derivative: HOLD HARMLESS INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Coming from another; taken from something preceding secondary; that which has not the origin in itself, but obtains existence from something foregoing and a fundamental nature; anything derived from another."

6. Ens legis: HOLD HARMLESS INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A creature of the law; an artificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence entirely from the law."

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009   AT 10:00 M
BPA BOOK ___12___   PAGES 183

DEPUTY Clerk

7. <u>Juristic person</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being; an imaginary entity, such as Debtor, i.e. RICHARD ENRIQUE ULLOA upon basis of legal reasoning. is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor."

8. <u>Sentient living being</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor, i.e. Richard-Enrique: Ulloa bailor a living breathing flesh and blood man /woman, as distinguished from an abstract legal construct such as an artificial entity juristic person corporation partnership and association."

9. <u>RICHARD ENRIQUE ULLOA</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Debtor RICHARD ENRIQUE ULLOA means RICHARD ENRIQUE ULLOA including, but not limited to, any and all variations and derivatives in the spelling of said name except Richard-Enrique: Ulloa."

10. <u>Living breathing flesh and blood man</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor Richard-Enrique: Ulloa Bailor a sentient living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by contract of law."

11. <u>Transmitting Utility</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term transmitting utility means a conduit, e.g., the Debtor, i.e. RICHARD ENRIQUE ULLOA," including, but not limited to, any and all variations and derivatives in the spelling of said name except Richard-Enrique: Ulloa.

12. <u>U.C.C.</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "U.C.C. Means Uniform Commercial Code."

13. <u>Non obstinate</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term non obstinate means words anciently used in public and private instruments with intent of precluding in advance 'any interpretation' other than certain declared objects, purposes."

14. <u>Debtor</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "RICHARD ENRIQUE ULLOA and RICHARD E ULLOA and RICHARD ULLOA" BAILEE.

15. <u>Creditor</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "Richard-Enrique: Ulloa accepts Debtor's signature, endorsement mark below in accordance with Sections 1-201(39) as per 3-401(b)."

16. <u>Bailee</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "Bailee is a person who receives personal property from another as bailment."

17. <u>Bailment</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "A delivery of personal property by one individual the Bailor to another person the Bailee who holds the property for a certain purpose under an express or implied-in-fact contract."

18. <u>Bailor</u>: HOLD HARMLESS INDEMINITY AGREEMENT DOCUMENT IN HAND SHOWS: "A Person who delivers personal property to another as a bailment."

III. The undersigned Richard-Enrique: Ulloa is Beneficiary (BFY) as Secured Party and Non Enemy, Non Tax Protestor, Non Belligerent, NON UNITED STATES CORPORATE TITLE 28 U.S.C 3002 (15) CITIZEN, Non Surety, Non Combatant American National Sovereign hereinafter "Creditor" and "Bailor."

_____
Debtor: RICHARD ENRIQUE ULLOA, BAILEE

Creditor: Richard-Enrique: Ulloa, Bailor

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009   AT 10:00 AM
BPA BOOK_____ 12 _____ PAGES 164

DEPUTY CLERK

1 of 1

## NON-NEGOTIABLE SECURITY AGREEMENT

1. All property of RICHARD ENRIQUE ULLOA, 22 RIDGE MTN. ROAD, STONE RIDGE, NEW YORK 12484, and 12 VAN KEUREN HWY, KINGSTON, NY 12401 is now hereby secured property as bailment of Secured Party Richard-Enrique: Ulloa, general post-office 771, Stone Ridge, New York; near [12484]. Secured Party must be fully compensated before any property can be exchanged, sold, tendered, disposed, or forfeited in any manner. This property now owned or hereinafter acquired including, but not limited to, all: "Proceeds, products, accounts and fixtures from crops, mine head, well head, transmitting utilities etc., rent, wages, all and any income, land, mineral, water, and air rights, cottages, house(s), buildings, structures, bank accounts, private treasury accounts, bank deposit boxes and contents therein, retirement plans, derivatives, stocks, bonds, securities, benefits from trusts, inheritances received or in receivership, inventory from any source, all machinery including farm and industrial, livestock, equipment, fifth wheel trailers, automobiles, trucks, four wheelers, boats, water craft, aircraft, motor homes, mobile homes, jewelry, wedding bands, rings, watches, all household goods, appliances, any type of furniture, kitchen utensils, cooking utensils, radio(s), television(s), computer(s), musical instrument(s), antiques, all sporting equipment, firearms, and all other property held for benefit by my self or others." Additionally, any and all property not specifically referenced by make, model, and serial number included.

2. Privately Owned land description at present time is: 22 Ridge Mountain Road, Stone Ridge, New York: the land, 12 Van Keuren Highway, Kingston, New York 12401, 98 Forest Hill Drive, Kingston, New York, 12401, 103 Summit 102 Summit Ave, Hurley, New York 12443

3. This privately held Security Agreement in hand cannot be discharged in bankruptcy court or any other court, as holder's property is exempt from levy. Secured Party accepts all signatures in with UCC 3-419. Adjustment of this filing is from HJR 192, Public Law 73-10, UCC 1-104, and UCC 10-104. All proceeds, accounts, and orders there from are released to debtor.

4. This securities instrument in hand supersedes any and all, but not limited to, documents or claims purporting to have a higher (regard) standing against undersigned's bona-fide original blue ink signature set fourth by proper English appellation Richard-Enrique: Ulloa in correlating correct accounting practice numbers.

LS: RICHARD ENRIQUE ULLOA, BAILEE, DEBTOR      LS: Richard-Enrique: Ulloa, Bailor, Secured Party Creditor

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009   AT 10:00 A M
BPA BOOK 12 PAGES 185
DEPUTY CLERK

## PROPERTY LIST

**I**, One Richard-Enrique: Ulloa, secured party employer identification number: ███████ a living soul herein secures all rights interest and

exclusive TITLE HOLDER OF CERTIFICATE OF ████████████████████ issued by UNITED STATES DISTRICT COURT,

STATE OF OREGON instilling the pledge represented by the same, but not limited to, the pignus, hypotheca, hereditaments, res, the energy and all

products derived there from including but not limited to all caps name RICHARD ENRIQUE ULLOA, RICHARD E ULLOA, RICHARD ULLOA,

or any other derivative thereof but not limited to all signatures on all contracts or agreements predicated on the strawman described above as Debtor.

Debtor is a Transmitting Utility.  All property that is listed on

Attachment "A" is included in this agreement.

_____

DEBTOR: RICHARD ENRIQUE ULLOA, BAILEE

_____
LS: Secured Party Creditor Richard-Enrique: Ulloa, Bailor

Private Register of Deeds Liber Number:

Private Creditor Treasury Account: ██████

Private Depository Trust Account: ██████

███vate Invoice Number: ███████

Private Address: 22 Ridge Mountain Road, Stone Ridge, New York; near[12484], Non Domestic without the US

Public Residence:  22 RIDGE MTN ROAD, STONE RIDGE, NY 12484

Private Address: 12 Van Keuren Highway, Kingston, New York; near[12401], Non Domestic without the US

Public Residence:  12 VAN KEUREN HWY, KINGSTON, NY 12401

Private Address: 98 Forest Hill Drive, Kingston, New York; near[12401], Non Domestic without the US

Public Residence:  98 FOREST HILL DRIVE, KINGSTON, NY 12401

Private Address: 103 Summit Avenue, Hurley, New York; near[12443], Non Domestic without the US

Public Residence:  103 SUMMIT AVE, HURLEY, NY 12443

Public Debtor Treasury Account: ██████

Public Birth Certificate File Number: ██████ SAN JOSE / COSTA RICA

Privately Owned Certificate of Live Birth Number:  ██████ SAN JOSE COSTA RICA / REGISTRO CIVIL

Public Operators License Not a Vessel: 766539683 NEW YORK STATE

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
_____ AT __10:00__ M
BPA BOOK____12____ PAGES _186_

DEPUTY CLERK

# Commercial Security Agreement

## REU081309-SA01

This non-negotiable and non-transferable security agreement is made and entered into this day of 08/13/2009, by and between RICHARD ENRIQUE ULLOA, hereinafter "Debtor," Organization Number ███████████, and Richard-Enrique; Ulloa, hereinafter "Secured Party," Creditor Identification Number ███████████e Parties, hereinafter "Parties," are identified as follows:

Debtor:

RICHARD ENRIQUE ULLOA, A LEGAL ENTITY
POST OFFICE BOX 771
STONE RIDGE, NEW YORK 12484-5400

Organization Number: ███████████

Secured Party:

Richard-Enrique: Ulloa, a "Personam Sojurn and People of Posterity"
c/o general post-office 771
stone ridge, new york; near [12484], Republic
Non Domestic without the US

Creditor Identification Number: ███████████

███████████

NOW, THEREFORE, the Parties agree as follows:

Debtor, who deems itself insecure, hereby grants Secured Party a security interest in the collateral described generally herein or specifically on attached Schedule A, hereinafter referred to as "collateral." This will secure all Debtor's property, as well as all income from every source, and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising, presumed or actual, parole or expressed public indebtedness and liabilities held by Debtor in consideration for Secured Party providing certain things and accommodations for Debtor, including but not limited to:

**1.** Secured Party signing by accommodation for Debtor, when necessary, where the signature of Debtor will be required. Secured Party reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009     AT  10:00 A M
BPA BOOK____12____ PAGES _____

DEPUTY CLERK

1

2. Secured Party issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection; and

3. Secured Party providing the security for payment of all sums due or owing, or to become due or owing, by Debtor on every public contract entered into by Debtor.

Debtor declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in 1959. All legal means to protect the security interest being established by this agreement will be used by Debtor when necessary; and all support needed by Secured Party to protect his security interest in the collateral identified herein will be provided by Debtor.

Execution of this security agreement incorporates a promise that Debtor will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Secured Party's interest is perfected. The security interest established by this agreement will continue until Secured Party is relieved of all liability associated with said services provided to Debtor and until all owing and due consideration to Secured Party has been delivered, regardless of whether the collateral identified in this agreement is in the possession of Debtor or Secured Party.

Debtor warrants that Secured Party's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a debtor. Debtor also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the Parties with full attention to the elements necessary to establish a valid contract under international contract law. Public encumbrances belonging to Debtor, against the collateral, shall remain secondary to this agreement, unless registered prior to the registration of Secured Party's interest in the same collateral, as is well established in international commercial law.


## GENERAL PROVISIONS

**Possession of Collateral.** Collateral or evidence of collateral may remain in the possession of Debtor, to be kept at the address given in this agreement by Debtor or such other place(s) approved by Secured Party; and notice of changes in location must be made to Secured Party within ten (10) days of such relocation. Debtor agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal. When in doubt as to the legal ramifications for relocation, Debtor agrees to acquire prior written authorization from Secured Party. Debtor may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner consistent with this agreement. Debtor's right to possession and beneficial use may also apply to collateral that is in the possession of Secured Party if such possession is required by law to perfect Secured Party's interest in such collateral.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009    AT  10:00 A M
BPA BOOK____ 12    PAGES 188

If Secured Party, at any time, has possession of any part of the collateral, whether before or after an event of default, Secured Party shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if Secured Party takes such action for that purpose as deemed appropriate by Secured Party under the circumstances.

**Proceeds and Products from Collateral**. Unless waived by Secured Party, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Secured Party and shall not be commingled with any other accounts or funds without the consent of Secured Party. Notice of such proceeds shall be delivered to Secured Party immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of Debtor's public business, Debtor agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interest established by this agreement, without the prior written consent of Secured Party.

**Maintenance of Collateral**. Debtor agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Secured Party and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. Debtor shall immediately notify Secured Party of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

**Compliance with Law**. Debtor shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. Debtor may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party's interest in the collateral, in Secured Party's opinion, is not jeopardized. Secured Party may, at his option, intervene in any situation that appears to place the collateral in jeopardy.

**Public Disputes**. Debtor agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by Secured Party by appropriate registration. In the event that Debtor elects to dispute such taxes, assessments, and liens, Secured Party's interest must be protected at all times, at the sole opinion of Secured Party, who may, at his option, intervene in any situation that appears to jeopardize Secured Party's interest in the collateral. Debtor may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of Secured Party, sufficient to protect Secured Party from loss, including all costs and fees associated with such dispute. Should public judgment against Debtor result from such dispute, Debtor agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Secured Party's interest in the collateral.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
ᴏᴄᴛ 1 9 ᴌ  AT  10:00 A M
BPA BOOK____12____  PAGES 185

DEPUTY CLERK

3

**Indemnification**. Debtor hereby indemnifies Secured Party from all harm as expressed in the attached indemnity bond, incorporated herein as if fully set forth within this security agreement.

### SUBORDINATION OF DEBTOR'S DEBTS
### TO SECURED PARTY

Providing Secured Party, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate registration, Debtor agrees that its indebtedness to Secured Party, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against Debtor or the collateral, whether or not Debtor becomes insolvent. Debtor hereby expressly subordinates any claim that Debtor may have against Secured Party, upon any account whatsoever, to the claim that Secured Party has or will have against Debtor.

If Secured Party so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligations of Debtor to third parties, shall be marked with a legend that the same are subject to this agreement and shall be delivered to Secured Party. Debtor agrees, and Secured Party is hereby authorized, in the name of Debtor, to execute and file such financing statements and other commercial statements as Secured Party deems necessary or appropriate to perfect, preserve, and enforce his rights under this agreement.

## DEFAULT

The following shall constitute event(s) of default hereunder:

**1**. Failure by Debtor to pay a debt secured hereby when due;

**2**. Failure by Debtor to perform an obligation secured hereby when required to be performed;

**3**. Breach by Debtor of a warranty contained in this agreement;

**4**. Evidence that a statement, warranty, or representation made or implied in this agreement by Debtor is false or misleading in any material respect, either now or at the time made or furnished;

**5**. Evidence that this agreement or a document of title is void or ineffective;

**6**. Dissolution or termination of Debtor's existence as a legal entity, the insolvency of Debtor, the appointment of a receiver for all or any portion of Debtor's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against Debtor;

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009      AT   10:00 AM
BPA BOOK____12____ PAGES 190

4

7. Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method, by a creditor of Debtor against the collateral;

8. Garnishment of Debtor's deposit accounts or employment.

**Cure of Default**. If a fault or dishonor under this agreement is curable through an account held by Debtor but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by Debtor with authorization by Secured Party and upon advice by the fiduciary that the fault or dishonor has been cured; and no event of default will have occurred. A dishonor under this agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by Debtor by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but Debtor must, in that event, deposit such surety with Secured Party as is necessary to indemnify Secured Party from loss.

**Acceleration**. In the event of default, Secured Party may declare the entire indebtedness immediately due and payable without notice.

**Liquidation of Collateral**. In the event of default, Secured Party shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or products therefrom, in his own name or in the name of Debtor. All expenses related to the liquidation of collateral shall become a part of Debtor's indebtedness. Secured Party may, at his discretion, transfer part or all of the collateral to his own name or to the name of his nominee.

**Rights and Remedies**. Secured Party shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including but not limited to the right to proceed with self-help or without a public court or tribunal. Rights and remedies available to Secured Party may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of Secured Party.

## MISCELLANEOUS PROVISIONS

**Amendments**. This agreement, together with all related documents, constitutes the entire understanding and agreement of the Parties as to the matters set forth in this agreement. No alteration of or amendment to this agreement shall be effective unless expressed in writing and signed by both Parties.

**Applicable Law**. The governing law of this agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the STATE OF NEW YORK, international contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law.

**Expenses**. Debtor agrees to pay upon demand, from such accounts as Debtor may have, all Secured Party's costs and expenses, including reasonable attorney's fees and

5

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 9 2009   AT 10:00 AM
BPA BOOK 12   PAGES 191

other expenses incurred by Secured Party to defend or enforce the provisions of this agreement.

**Indebtedness**. The word "indebtedness" means the indebtedness evidenced by this agreement as a claim against Debtor and all its present and future possessions identified in this agreement as collateral; and all public obligations, debts, and liabilities ascribed to Debtor through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by Secured Party against Debtor, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, regardless of whether Debtor is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.

**Related Documents**. The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, forms, and all other documents and instruments that Debtor or its previous surety has or will execute in connection with Debtor's total indebtedness.

**Notices**. Except for revocation notices by Debtor, all notices required to be given by either Party under this agreement shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the Party to whom the notice is to be given at the address shown on this agreement or to such other address as either Party may designate to the other in writing.

**Severability**. If one or more provisions of this agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a qualified court finds that one or more provisions of this agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited. In the event that such a finding and limitation causes damage or hardship to either Party, the agreement shall be amended in a lawful manner to make all Parties whole.

**Waiver of Contractual Right**. The failure of either Party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right to subsequently enforce and compel strict compliance with every provision of this agreement. Secured Party shall not be deemed to have waived rights under this agreement unless such waiver is given in writing and signed by Secured Party. No delay or omission on the part of Secured Party in exercising a right shall operate as a waiver of such right or any other right. A waiver by Secured Party of a provision of this agreement shall not prejudice or constitute a waiver of Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Secured Party, nor any course of dealing between Secured Party and Debtor, shall constitute a waiver of Secured Party's rights or of Debtor's obligations under this agreement as to future transactions. Whenever the consent of Secured Party is required under this agreement, the granting of such consent by Secured Party in one instance shall not constitute consent over the whole.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009 AT 10:00 M
BPA BOOK 12 PAGES 192

DEPUTY CLERK

6

**Ambiguities and Interpretation.** Each Party acknowledges receipt of this agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved in favor of Secured Party and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the Parties. Misunderstandings have been resolved prior to execution.

**Authority to Represent.** A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

**Gender.** All references within this agreement to a specific gender include the other.

**SIGNATURES**

Secured Party accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Debtor's signature as representative of all derivations thereof.

RICHARD ENRIQUE ULLOA ens legis, Debtor    Richard-Enrique: Ulloa, a living man

See attached: Schedule A and Indemnity Bond.

## SCHEDULE A

This Schedule A dated 08/13/2009 is an attachment to this security agreement. The following partial itemization of property constitutes a portion of the collateral referenced in said Commercial Security Agreement and is not intended to represent the actual and full extent of said collateral. This Schedule A, describing collateral wherever located, supplements previous security agreements that may have been entered into by the same parties. This property now owned or hereinafter acquired includes but is not limited to all:

A. Income from every source
B. Proceeds of Secured Party's labor from every source
C. Application for STATE OF NEW YORK CERTIFICATION OF NATURALIZATION # ▌▌▌▌▌▌▌, and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth whether county, state, federal, or other either ascribed to or derived from the name of Debtor identified above, or based upon the above described birth document.
D. Application for Social Security # ▌▌▌▌▌▌▌
E. Republic of Costa Rica Driver License # ▌▌▌▌▌▌▌▌
F. UCC File Number 2008-357-1855-6 and all addendums
G. All property listed on the Legal Notice and Demand that is filed in ULSTER COUNTY, NEW YORK Register of Deeds Office, including but not limited to the following: all DNA, fingerprints, all biological identification, all blood, all bodily fluids, all bodily excretions, all organs, all body parts, all bodily tissues, all thoughts, all intellectual property, are the sole property of Richard-Enrique: Ulloa, Secured Party Creditor. These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged, influenced, or removed from Secured Party Richard-Enrique: Ulloa without

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009 AT 10:00 AM
BPA BOOK 12 PAGES 195

voluntary, written permission. Any violation of this agreement will constitute a penalty of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 pure silver, per occurrence, per officer or agent involved. This is a contract in admiralty, and you may rebut this contract within 21 days. Rebuttal must be per the conditions found in the Legal Notice and Demand that is on file, along with this document, in the Register of Deeds Office in ULSTER COUNTY, NEW YORK.

All property belonging to Debtor belongs to Secured Party Creditor, including equity and improvements. See WASHINGTON STATE UCC-1 and Legal Notice and Demand for complete property list.

## INDEMNITY BOND

Know all men by these presents, that RICHARD ENRIQUE ULLOA, Debtor, hereby establishes this Indemnity Bond in favor of Richard-Enrique: Ulloa, Secured Party, in the sum of present and future collateral values up to the sum of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 pure silver, or fiat money at par value, for the payment of which bond Debtor hereby firmly binds its successors, heirs, executors, administrators, DBA's, AKA's, and third-party assigns, jointly and severally. Debtor hereby indemnifies Secured Party against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of Debtor. The condition of this bond is that Secured Party covenants to do certain things on behalf of Debtor, as set forth in the attached Commercial Security Agreement of the same date and executing parties; and Debtor covenants to serve as a Transmitting Utility to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from Debtor to Secured Party, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, Debtor agrees to make available to Secured Party such accounts established by intent of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to Debtor and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached security agreement, Secured Party is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by Debtor on behalf of Secured Party.

Debtor, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee with respect to loans or indebtedness belonging to Debtor, including any amount that Debtor might be deemed to owe to a public creditor for any reason whatsoever. Secured Party shall promptly advise Debtor of all public claims brought by third parties against the present or future property of Debtor, all of which is covered by the attached security agreement up to the indemnification amount declared herein, and to provide Debtor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon Debtor through Secured

8

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
0_ 19 2__ AT 10:00 M
BPA BOOK___ 12 PAGES 194

Party. Secured Party shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Secured Party may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to Debtor. No such cancellation shall affect the liability incurred by or accrued to Secured Party prior to the conclusion of said thirty (30) day period. In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, Debtor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached security agreement, unless the Parties agree otherwise.

# NOTICE OF LIEN

This agreement constitutes an International Commercial Lien on all property of Debtor Indemnitor on behalf of, and for the benefit of, Secured Party Creditor Indemnitee in the amount of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 pure silver. This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

RICHARD ENRIQUE ULLOA, Indemnitor          Richard-Enrique: Ulloa, Indemnitee

STATE OF NEW YORK
COUNTY OF ULSTER

ON THIS 17 DAY OF Aug. 20 09 ... LY CAME
Richard Enrique Ulloa ... :0
TO ... PERSONALLY KNOWN TO BE THE
EXECUTED THE FOREGOING DOCUMENT

KATHERINE A. CAIRO DAVIS
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 07/31/2013

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 19 2009     AT 10:00 A M
BPA BOOK 12     PAGES 195

9

# **AFFIDAVIT OF SERVICE**

**NEW YORK STATE**

**ULSTER COUNTY**

I, one Richard-Enrique: Ulloa in proper name of legal age and sound mind, herein formally certify that all original copies of enclosed legally binding instruments past, present, and future are not tendered for purposes of harassment, obstruction, detriment, or to hinder, impede, encumber, coerce, intimidate any public or private officer or agency including public or private individuals, departments, and affiliates of the UNITED STATES corporate government or otherwise by way of commerce herein. This verification by affidavit is set forth pursuant to a good faith doctrine by verification of honor and confirmation for correctness of truth, liberty, and justice against all intrusive entities past, present, and future that fail to recognize these instruments. These affixed articles are not prejudicial to any government foreign or domestic, but in good standing of valor causing no adverse affects to the aforementioned governments, agencies, and their affiliates or other private individuals. The undersigned further certifies that this instrument lien supersedes any and all color of authority under Article 1 maritime definition(s) of court by legislation or any other standing(s) by statute located in your law dictionaries. I, one Richard-Enrique: Ulloa, certify that these security instruments by decree are not made out of creation for any unlawful, illegal, or erroneous activities under penalty of perjury. As set forth pursuant to the United States of America Uniform Commercial Codes referenced herein being true, correct, and complete by honor and good faith by affiant, this security instrument is tendered to numerous Register of Deeds offices, local, federal and state agencies by way of first class mail, postal, certified mail, registered mail and process servers, hand delivery to public and private entities, depository institutions, insurance and title companies, domestic and non-domestic corporations, and others.

Richard-Enrique: Ulloa, Bailor
c/o general post-office 771
Stone Ridge, New York; near [12484]
Non Domestic without the US

Subscribed and certified before me this _17_ day of _August_ 2009.

_____ Notary Signature

**KATHERINE A. CAIRO DAVIS**
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 07/31/2013

NOTARY SEAL

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 3 2009     AT 10:00 A M
BPA BOOK____12____ PAGES 176

DEPUTY CLERK

## LIST OF RECIPIENTS

This private registered securities instrument in hand is tendered on or about this date of _August 24, 2007_ in time to:

THE US DEPARTMENT OF THE TREASURY

THE FEDERAL RESERVE WINDOW

THE US SECRETARY OF STATE

THE REGISTER OF DEEDS OFFICE ULSTER COUNTY, NEW YORK STATE

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

THE UNITED STATES COURT OF INTERNATIONAL TRADE NEW YORK

THE UNITED STATES DEPARTMENT OF COMMERCE

THE OFFICE OF ASSISTANCE GENERAL COUNCIL FOR FINANCE AND LITIGATION

THE INTERNAL REVENUE SERVICE

THE US DEPARTMENT OF TRANSPORTATION - MARY E PETERS, SECRETARY

THE US DEPARTMENT OF TRANSPORTATION - ASSISTANT GENERAL COUNSEL

THE US SOCIAL SECURITY ADMINISTRATION

NEW YORK STATE DEPARTMENT OF THE TREASURY

NEW YORK STATE BUREAU OF VITAL STATISTICS
NEW YORK STATE SECRETARY OF STATE

LORRAINE A. CORTES-VASQUEZ , NEW YORK STATE SECRETARY OF STATE UCC DIVISION

138403

2009 NOV 24 PM 9:00

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 1 3 2009   AT 10:00 M
BPA BOOK 12   PAGES 191

DEPUTY CLERK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit B**

general post office form 101 change of address and venue

| family name | old public address | new private address | location outside of town m | republic |
|---|---|---|---|---|
| Ulloa | 22 Ridge Mtn Road, Stone Ridge, New York | RR1 peek farms | Peek farms | New York |
| additional instructions once a day | RR1 abuts | Bush Road | | Old Ridge Mtn Road |

Mail you do not want delivered:

The general post office form 101 is a compact agreement for easement only for the delivery of private mail by and between the private general post office, the public United States Postal Service, and the international Universal Postal Union.

By autographing this agreement you agree to protect and keep your private status and public status separate forever.

The information here is for public and international easement purposes only and is derived from the original biography and static statistics currently held privately by the family or family member for any reason by any means in foreign domestic public our private value. The information herein is strictly in the dominion of yourself forever, and cannot be sold or traded for any reason. Any transgression will result in a confession of a trespass on the foundation of The United States of America, the people therein, and their creator. The National Great Registry file number for The United States of America.

| Height 5' 11" | Weight 280 | Hair color brown |
|---|---|---|
| Eye color brown | Biography origin New York | Age 51 |
| Born in the family: ulloa | First name Richard | Middle name Enrique |

incun.1454.b5, public, and
ISBN-0-9584353-5-9 brought forward to the present time

Regulations: The general post office form 101 is for compact easement use only and is part of the general post office treaty for The United States of America by and between the general post office and its patrons, the public United States Postal Service and its customers, and the international Universal Postal Union for private mail delivery only. All patrons autographing the general post office form 101 agree to abide by the compact easement agreement. Do not use the private venue as a weapon. Do not use the private venue as a haven after committing an act of violence against anyone of the customers of The United States Postal Union, the corporations of the Universal Postal Union also known as the USPS or the UPU. Any act of violence will result in expulsion from the general post office private venue.  Any act of self-defense is your right, and your right of self-defense will be upheld by any office of the general post master.

6/30/10

TRUE COPY

1

**richard-enrique; Ulloa**

c/o postal department 771
stone ridge, new york republic
(845) 687-7855



March 28, 2010

De-Jure postmaster general John E. (Jack) Potter
475 L'Enfant Plaza SW
Washington, District of Columbia

postmaster Stone Ridge post-office
3765 Main Street
Stone Ridge, New York, republic

Re: Exercising my natural rights to re-establish the Rural Route

Dear De-Jure post-masters;

Find attached the documents listed in the Notary presentment form for your reference.

I am re-establishing my Rural Route delivery address and removing my commercial address and returning to the private address delivery.

The commercial address of 22 Ridge Mountain Road, Stone Ridge, New York, ceased to exist last year when my general-post office was set up and operated in the private.

The commercial address of 22 Ridge Mountain Road, Stone Ridge, New York will be known as per my change form 101, <u>RR 1, peek farms, stone ridge, new york republic</u>

As you both are aware, this is allowed under the M-38 manual, and this manual tells you how to operate within this private capacity.

The box on Bush Road, will be labeled RR1 peek farms, and if for some reason not known to me you can not comply with this change, you must notify me within 72hours, in writing and the reasons in law why this will not be complied with.

6/30/0

*TRUE COPY*

● Page 2

July 2, 2010

If you choose not to comply, other options such as UPS, FEDX will be used and easements will be granted to these companies by me and allow them to delivery all my mail to the private mail box on Bush Road.

*"The Constitution is not an instrument for the government to restrain the people, it is an instrument for the people to restrain the government."* -- **Patrick Henry**

Sincerely,

*TRUE COPY*

_____

richard-enrique: ulloa

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**
**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit C</u>**

Prepared by: richard-enrique: ulloa



**The Ancient Arms of**

**Ulloa**

Ulloa and Rivera
RR 1
peek-farms, New York republic

## DECLARATION OF LAND PATENT

By the Marbletown-land patent of 1703,
settlement of the town of Marbletown, by charter,
within Ulster county at large and general laws of
the county of Ulster county at large and the New
York republic.

## KNOW ALL MEN BY THESE PRESENCES:

I, richard-enrique, born in the family Ulloa, said Ulloa family settled within the boundaries of the
New York republic and of the California republic as early as the year of our Lord eighteen
hundred sixty four, do declare that I bring forward the Marbletown Land Patent in my name,
richard-enrique. Property so sought to be brought forward, and lawfully inscribed and referenced
within the Marbletown-land patent of 1703, and

starting at a point in the center of a 20 foot wide right of way in line with the southerly bounds of
a parcel of land inscribed robert f. and mary-alice Azzara dated August 15, 1979 and being
located on the course of north at 86 degrees 27 minutes 20 seconds east 20.18 feet from a 3/8
inch iron rod marking the southeasterly corner of Azzara aforesaid, thence running from said
point of beginning along the center of said 20 foot wide right of way the following ten (10)
courses and distances: south at 11 degrees 19 minutes 00 seconds west, 428.30 feet; south at 28
degrees 24 minutes 30 seconds east, 393.99 feet; south at 17 degrees 37 minutes 10 seconds east,
115.35 feet; south at 01 degree 00 minutes 40 seconds west, 182.62 feet; south at 19 degrees 47
minutes 50 seconds west 103.82 feet; south at 01 degrees 00 minutes 40 seconds west, 420.76
feet; south at 31 degrees 01 minutes 30 seconds east, 154.99 feet; south at 13 degrees 47 minutes
40 seconds west, 104.72 feet; south at 02 degrees 27 minutes 30 seconds east, 283.87 feet; south
at 01 degree 30 minutes 20 seconds west, 111.68 feet, thence leaving said right of way north at
88 degrees 29 minutes 40 seconds west, 371.93 feet to a point, thence north at 00 degrees 27

6/30/10

*TRUE COPY*

minutes 50 seconds east, 1810.30 feet to a large upright stone in a pile of stones, thence north at 09 degrees 40 minutes 40 seconds east, 384.37 feet to a point marking the southwesterly corner of lands of Azzara aforesaid, thence running along the southerly bounds of Azzara north at 86 degrees 27 minutes 20 seconds east 115.08 feet to the aforesaid 3 8 inch iron rods marking the southeasterly corner of Azzara, thence continuing on the same course north at 86 degrees 27 minutes 20 seconds east, 20 18 feet to the point or place of beginning and acquired 08 07 87 and,

to have and to hold in the name of Yahweh, and

within the boundaries of the third judicial districts of tens; The boundary of lines of the third judicial district of tens, are inscribed as follows; the third judicial district shall consist of the counties, Columbia county at large, Sullivan county at large, Ulster county at large, Greene county at large, Albany county at large, Schoharie county at large and Rensselaer county at large, beginning in Ulster county at large, the Ulster county at large shall contain all that part of the republic, bounded as follows; beginning in the middle of the Hudson's river, opposite to the north end of Wanton island, and running thence in a direct line to the said north end; then forty-eight degrees west, four hundred and forty-five chains, to the west bounds of the patent granted to Johannes Hallenback then along the same south eight degrees west, seventy-one chains, to or near the end of a stone wall in the forks of the common way between the houses now or heretofore of Hezekiah Wynkoop and Danile Drummond, then north eighty-nine degrees west, eighty-seven chains, to stones near a chestnut tree cornered and marked, being the corner of lots number one and two of the Hardenburgh Patent; the along the division line between said lots, north fifty-nine degrees and thirty minutes west, seventy-eight chains, to a rock oak tree, being the corner of the land now or heretofore of Gilbert E. Palen and Johathan Palen; then south twenty-four degrees west, four hundred and eleven chains, to the line run by Jacob Trumpbour, in the year one thousand eight hundred and eleven, for the division line between the counties of Ulster county at large and Greene county at large; then along the said line until it intersects the northeasterly bounds of great lot number eight, in said patent; then along said bounds to the easterly bounds of Delaware county at large; then along the same southwesterly to the bounds of Sullivan county at large; then southeasterly along the same to the Orange county at large; then easterly along the northerly bounds of the Orange county at large, to the middle of Hudson's river, and then up along the same to the place of the beginning, and the Columbia county at large shall contain all that part of this state, bounded southerly, by Dutchess county at large, westerly, by the Greene at large. Northerly, by an east line from the southernmost part of Bearen island, in Hudson's river, to the eastern bounds of the republic; and easterly, by the northeast part of the Dutchess county at large, and the eastern bounds of the republic; and Rensselaer county at large shall contain all that part of the republic, bounded easterly, by the eastern bounds of the republic, southerly, by the Columbia county at large, westerly, by the middle of the main stream of the Hudson's river, with such variations as to include the islands lying nearest to the east bank thereof; and northerly, by a line beginning at the mouth of Lewis' creek or kill, and running thence south eighty-four degrees east, to the middle of Hosick river, then up along the same,

until it is intersected by continuation of the east bounds of the republic, and the Albany county at large shall contain all. that part of the republic, bounded northerly, by Saratoga and Schenectady counties at large; westerly, by the west bounds of the manor of Rensselaerwyck; southerly, by Greene county at large; and easterly, by the Rensselaer county at large, and Schoharie county at large shall contain all that part of the republic, bounded easterly, by Albany and Schenectady counties at large; northerly, by part of the south bounds of Montgomery county at large; westerly, by a line beginning at the southwest corner of a tract of land formerly granted to John Lyne, and running thence south twenty-one degrees and forty-eight minutes west, two hundred and nineteen chains, to the place where Joshua Tucker formerly resided; hundred and ninety-three chains, to the eastermost line of the second allotment of the Belvidere patent; then south nine degrees east, six hundred and ninety-five chains, to a hill called Grover's hill, then with a direct line to the most northwesterly corner of Stroughburgh patent; then with a direct line to the Charlotte or Adiquatangie branch of the Susquehanna river, where it is intersected by a continuation of the northeasterly bounds of Harpersfield, then southeasterly along the same, and along the northeasterly bounds of Harpersfield, to the Lake Utsayantho, and southerly, by a line formerly run from the head of Kaater's creek to the said Lake Utsayantho, and by the part of the north bounds of Greene county at large, and Greene county at large shall contain all that part of the republic, bounded southerly, by Ulster county at large and part of Delaware county at large; easterly, by the middle of the Hudson's river; north and northwesterly, by a line drawn west from the southernmost part of Bearen island, in said river, to the southwest corner of the manor Rensselaerwyck, and a line drawn thence to the place where the line formerly run from the head of Kaater's creek, to a small lake called Utsayantho intersects the Schoharie creek; and westerly, by the said Delaware county at large; including also in said Greene county at large, Scutter's island, Little island, and Willow island, or so much therof as belongs to any of the inhabitants od said county; and the county of Sullivan shall contain that part of this state bounded as follows: beginning in the westerly bounds of the state, opposite to the most southeasterly corner of the lot number twenty-eight in the subdivision of great lot number two in the Hardenburgh patent, and running thence down the Delaware river along the division line between the New York republic and the Pennsylvania republic, to a point opposite to where the river Mongaap falls into the Delaware river, then up along the said river Mongaap, until an east course will strike the Shawangunk kill at the north bounds of the farm formerly occupied by Joseph Wood, junior; then east to the middle of the said Shawangunk kill; then down along the said middle to the mouth of the Plattekill; then up along the same to the southerly bounds of the patent of Rochester; then along the same, north forty-nine degrees thirty minutes west, twelve miles and a half; then north forty degrees east, to the division line between great lots number five and six in the Hardenburgh patent, then along the said division line northwesterly to a line run by order of the surveyor-general, north sixty-two degrees east from the place of the beginning; then south sixty-two degrees west, along the said line to the east bank of the Delaware river; and then in a straight line to the place of the beginning, and

within the town of Marbletown shall contain all that part of said county at large, bounded as follows: beginning in the west bounds of New-Paltz, on the Shawangunk mountain, at the high point called Magunck, and running thence north two degrees and thirst-six minutes east, two hundred and forty-seven chains, to the north side of the Rondout kill; the north fifty degrees and four minutes west, to the corner of the town of Olive, to the town of Hurley; then southeasterly and southerly along the bounds of Hurley to New-Paltz and the along the bounds of New-Paltz southwesterly, to the place of beginning, and



Marbletown 1703

within the Ulster county at large shall contain all that part of the republic, bounded as follows: beginning in the middle of the Hudson's river, opposite to the north end of Wanton island, and running thence in a direct line to the said north end, then forty-eight degrees west, four hundred and forty-five chains, to the west bounds of the patent granted to Johannes Hallenback then along the same south eight degrees west, seventy-one chains, to or near the end of a stone wall in the forks of the common way between the houses now or heretofore of Hezekiah Wynkoop and Dantle Drummond, then north eighty-nine degrees west, eighty-seven chains, to stones near a chestnut



tree cornered and marked, being the corner of lots number one and two of the Hardenburgh Patent; the along the division line between said lots, north fifty-nine degrees and thirty minutes west, seventy-eight chains, to a rock oak tree, being the corner of the land now or heretofore of Gilbert E. Palen and Johathan Palen; then south twenty-four degrees west, four hundred and eleven chains, to the line run by Jacob Trumpbour, in the year one thousand eight hundred and

eleven. for the division line between Ulster county at large and Greene counties at large, then along the said line until it intersects the northeasterly bounds of great lot number eight, in said patent; then along said bounds to the easterly bounds of Delaware county at large; then along the same southwesterly to the bounds of Sullivan county at large; then southeasterly along the same to the Orange county at large; then easterly along the northerly bounds of Orange county at large, to the middle of Hudson's river; and then up along the same to the place of the beginning, and

within the New York republic, the boundary between Massachusetts republic and New York republic was from an early period a subject of controversy. New York republic claiming to the west bank of the Connecticut river, under the charters of 1664 and 1674 to the Duke of York, and Massachusetts republic claiming to the "South Sea", under the old charters. After many fruitless attempts at a settlement, the western boundary of Massachusetts republic was fixed in 1773 where it now meets New York republic. The Revolution soon following, the line was not run. In 1785 Congress appointed three commissioners to run the line, who performed that duty in 1787. The line was as follows:



beginning at a monument erected in 1731 by commissioners from Connecticut republic and New York republic, a distant from the Hudson river 20 miles, and running north 15° 12' 9" east 50 miles 41 chains and 79 links, to a red or black oak tree marked by said commissioners, which said line was run as the magnetic needle pointed in 1787. The claims of Massachusetts republic to western land within the territory of the New York republic were finally settled December 16, 1786, by a joint commission of the two republics. By this agreement, Massachusetts republic surrendered the sovereignty of the whole disputed territory to New York republic and received in return the right of soil and preemption right of Indian purchase west of the meridian passing through the eight-second milestone of the Pennsylvania republic line ... except certain reservations upon the Niagara river. The title to a tract known as "The Boston Ten Towns," lying east of this meridian and previously granted to New York republic by Massachusetts republic was confirmed ... On April 19, 1785, Massachusetts republic executed a deed transferring to the United States, which expired within six months, all title of Massachusetts to territory west of the present western boundary of New York republic. In 1820, the Maine republic, previously a part of Massachusetts republic was admitted into the Union as an independent republic. In 1853 an area of about 1,010 acres in the southwest corner of Massachusetts republic, known as Boston Corners, was ceded to New York republic, and in 1855 the cession was confirmed by Congress, and

The present boundary between Massachusetts republic and the New York republic was thus inscribed from resurveys by a joint commission in 1899. [most coordinates are omitted here] Beginning at bound 1, a granite monument set in ledge on the side of a wooded mountain peak six hundred and nine feet east of Ryan Bush common way, in latitude 42°02'58.427" north of the equator, and longitude 73°29'15.959" west from greenwich, and marking the northwest corner of Connecticut republic, a corner of the commonwealth of Massachusetts republic, and a corner of the state of New York republic, then on an azimuth of 90°43'49", twenty-six hundred and twenty-four feet to bound 5, a granite monument set in ledge on the steep westerly slope of a wooded mountain ... at the southwest corner of Massachusetts republic, also in the eastern line of New York republic, and marking a corner of the towns of Mount Washington, in Massachusetts republic, and Ancram and Northeast, in New York republic, thence on an azimuth ... thirteen thousand six hundred and forty-nine feet to bound 9, a granite monument set in ledge on the westerly wooded slope of Alandar Mountain about a quarter mile west of its summit, ... at the corner of mount Washington, in Massachusetts republic, and Copake, in New York republic, thence on an azimuth ... two hundred forty-nine thousand two hundred and forty-six feet, by the towns of mount Washington, Egremont, Alford, West Stockbridge, Richmond, Hancock, and Williamstown, in Massachusetts republic, and Copake, Hillsdale, Austerlitz, Canaan, New Lebanon, Stephentown, Berlin, and Petersburg, in New York republic, to bound 112, a granite monument set in ledge and earth on an open easterly slope about seventy-five feet west of a private roadway ... at the northwest corner of Massachusetts republic, also in the east line of New York republic and in the south line of Vermont republic, and marking a corner in the boundaries of the towns of Williamstown, in Massachusetts republic, Petersburg, in New York republic and Pownal, in Vermont republic.

The term "azimuth" as used in this description is the angle which a line makes at its point of beginning with the true meridian, reckoning from the south around by the west. This location of the line was approved by Massachusetts republic May 8, 1901, and by New York republic June 9, 1910, and

No claim is made herein that richard-enrique has been assigned the entire tract of land inscribed in the original patent. The assignment is inclusive only written in the above lawful inscription The filing of the Declaration of Land Patent shall not deny infringe on any right, privilege or immunity of any assignee to any other portion of the land conveyed in the above inscribed Marbletown land patent of 1703, and

So, declared in the name of Yahweh, in the year six thousand thirteen, translation in the year two thousand ten, March 5 11:00 a.m, and

---

Here:

richard-enrique with private land patent Marbletown land patent of 1703, and within boundaries of the third judicial district of tens, and within the boundaries of the town of Marbletown, brought forward to Ulster county at large, and within the boundaries of New York republic, carried forward within the boundaries of New York republic and United States for America boundaries, to the present time.

Witness:



Witness:

FURTHERMORE, IT IS HEREBY ORDAINED AND ESTABLISHED BY THE NEW COVENANT,

that, I, richard-enrique, steward for the great office of the assignee, in law, and bona fide subsequent purchaser by contract, of that certain lawfully inscribed portion of Land Granted under the Original Land Patent Name Marbletown Patent of 1703, duly authorized to be executed in the Supremacy of Genesis, chapter forty seven Mathew, chapters five through seven Mathew, seventeen verses twenty four through twenty six, Genesis, chapter one and two, Daniel, chapter four verse three, as obeyed and agreed upon written in the Treaty of Paris, in the year seventeen hundred and eighty three, Citations and Constitutional mandates, herein referenced, whereupon a duly authenticated true and correct lawful inscription of a sweat equity chattel deed for which is appended hereto, and

a common courtesy of sixty days is offered for any claims hereto, otherwise, latches, estoppels shall forever bar the same against said allodium title in the name of my Sovereign, Yahweh, as the supreme authority for the land patent; all warranties express or implied are in the hands of the Allodium Title holder, Yahweh, and

this document is instructed to be attached to all deeds and or conveyances in the name(s) of the steward(s) below shown as requiring recording of the document in a manner known as nunc pro tunc, as it should have been done in the beginning, nonnegotiable, immovable, and

it is hereby established by the word, that I, richard-enrique, do declare that the great office of the assignee / steward to manage my part of the Marbletown patent of 1703, map of which is pasted in this document, I further declare that, by the authority of Yahshua, the Anointed One, manage the great office of assignee in the name of Yahweh, in the third judicial district of tens, and said office is attached and assigned to manage a portion of said land patent which is lawfully inscribed within the attachments hereto and made a part of hereof, and

no claim is made herein that neither I, nor my office has been assigned the entire tract of land as inscribed in the original patent. The assignment is inclusive of only the attached lawful inscription. The filing of the Declaration of Land Patent shall not deny or infringe on any right, privilege, or immunity of any other office of assignee or assignee to any other portion of land covered in the above inscribed patent name, and

if the land patent is not challenged by a qualified claim under exclusive and original jurisdiction of a district court of the United States within sixty (60) days from the day of filing, then the above inscribed property shall be mine to steward in the name of my Sovereign, Yahweh. Furthermore, the land patent shall be in the condition precedent of nihil dicit, and is therefore been absolutely brought forward in my name, richard-enrique, to have and to hold in the name of Yahweh, and as promised by Yahweh, to pass on to my heirs, future assignments and callings forever.



Witness:

Witness:

**Other authorities;**

**(Gazetteer of the state of New York republic)**

Marbletown - was formed by patent June 25, 1703. It was first recognized as a town March 7, 1788.

The Marbletown patent was granted to Col. Henry Beekman, Capt. Thos. Gaston, and Capt. Chas. Brodhead, in trust for the inhabitants. Trustees continued to be annually elected until 1808. The records of 1703 contain the names of the following petitioners for grants of land: Mosys Du Puy, Thomas Vandemarke, Loondart Kool, Richard Wilson, Jeremy Kettell, jr., Gysbert Roosa, Wm. Nottingham, John Cock, sen., and Capt. Richard Brodhead.

Ulster county at large was formed November 1, 1683, and included the country between the Hudson and Delaware rivers, bounded n. and s. by due e. and w. lines passing through the mouths of Sawyers and Murderers Creeks. A part of Delaware county at large was taken off in 1797, a part of Greene county at large in 1800, and Sullivan county at large in 1809. A portion was annexed to Orange county at large in 1798, and the town of Catskill was annexed from Albany county at large the same year. It lies on the w. bank of the Hudson, centrally distant 68 mi. from Albany, and contains 1,204 sq. mi.

**(Hope Farm Press)**

The settlement of the county is a marvel of Dutch perseverance, for they established a trading post at Rondout, in 1614, with a few families nearby, only to be broken up by the Indians. In 1630-40 the attempt was made again, only to be destroyed by the Indians, in 1655, but by 1660 settlers had again located in the region. When the treaty, made with the tribes in the latter year, was immediately broken, the whites combined forces and almost utterly destroyed the Ulster Indians. It was during this war that the beauties of the Wallkill valley were discovered, which led to its colonization by French Huguenots, about 1663. From this period, until the Revolution, the valleys of the streams of Ulster county at large, principally the Rondout, Esopus and the Wallkill, became more and more populated. But the Revolution wiped out the frontier settlements, and the "River" towns were captured by the English, in 1777, and mostly pillaged and burned.

The county at large is one of the original divisions of the state, erected November 1, 1683. Of its great territory it has given in the formation of Delaware county at large in 1797, part of Greene county at large in 1800, Sullivan county at large in 1809, and a piece to Orange county at large in the same year. It still has an area of 1,204 square miles, or 760,560 acres. It is mainly mountainous, or upland, has few minerals of commercial value, except cement rock and bluestone, in both of which materials it once did a very large business. At one time the county was the leader in the quality and quantity of its cement. The most of the land is under farm fence, but to a great extent is left in pasture or hay fields. Dairying has always been an important part of the agriculture. It is a natural fruit country and there are parts of the county where fruit growing is brought to perfection.

Kingston is the shiretown, where the original court buildings were erected in 1684. A new set was built in 1732 which were burned by the British in 1777. The Delaware & Hudson Canal, finished in 1828, gave an outlet for the coal of the Honesdale, Pennsylvania, region and intercommunication with many parts of the county.

1683 - Ulster county at large is one of 58 counties in New York republic. Ulster county at large was founded in the year **1683**. Ulster county at large covers an area of approximately 1127 square miles. The County Seat is located in the city of Kingston, New York republic.

## Ulster county at large, New York republic Information from the "Historical & Statistical Gazetteer of New York State" by J.H. French

Ulster county at large, New York republic officially formed on November 1, 1683. Its charter included the towns of Kingston, Hurley, Marbletown, Foxhall, New Paltz, "and all villages, neighborhoods, and Christian habitations on the west side of the Hudson's River." The Catskill Mountains occupy the north-west part of Ulster County and the Shawangunk Mountains extend north-east from the south-west corner of the county.

Ulster county at large name came from the Duke of York's Irish title. The area was originally settled by the Dutch who established a trading post upon the present site of the town of Rondout in 1614. This settlement was abandoned after troubles with the Esopus Indians. A new settlement was formed between 1630 and 1640. This settlement was also attached in 1655 and was temporarily abandoned. The Dutch and the Esopus Indians entered into a treaty in 1660, but the Indians attached in 1663, leading to a war which drove the Indians out of the area. In the process of driving the Indians out, the Wallkill Valley was discovered and was soon occupied by a colony of French

In 1664, the Duke of York, James II, took over the Dutch Colonies and renamed them New York republic. The Dutch colony of Wiltwyck (formerly known as Esopus) was renamed Kingston. With the exception of Foxhall, Thomas Chamber's manorial grant, the English made township grants of Kingston, New Paltz, Marbletown, Rochester, Hurley, Shawangunk and Marlborough.

## *The United States of America*

*The United States of America was founded in the year 1776 along the east coast of North America, wedged between British Canada and Spanish Mexico. The original country consisted of thirteen states and territory that extended west to the Mississippi River. Since the year 1776, a variety of treaties, purchases, wars, and Acts of Congress have extended the territory of The United States of America to what we know today, and*

*The government of the United States Senate, the upper house of Congress approves treaties between The United States of America and other countries, and However, boundary changes of states that lie on international borders require the approval of the state legislature in that state. Boundary changes between states require the approval of each state's legislature and the approval of Congress. The one supreme court of The United States of America settles boundary disputes between states, and*

*By and between the years 1782-1783: Treaties with the United Kingdom established the government of the United States, the government of the United States of the United States of America, the government of the United States of America, and left the forty-eight republics as separate countries in Union, which established the boundary of The United States of America as being bound on the north by Canada, on the south by Spanish Florida, on the west by the Mississippi River, and on the east by the Atlantic Ocean, and*

*In the year 1803: The Louisiana Purchase extends the western boundary of The United States of America to the Rocky Mountains, occupying the drainage area of the Mississippi River, as estimated by the French explorer Robert La Salle. The Purchase doubled the territory of The United States of America, and*

*In the year 1818: A convention with the United Kingdom established the northern boundary of the Louisiana Purchase at 49 degrees north. In the year 1819: Florida was ceded to The United States of America and purchased from Spain, and*

*In the year 1820: Maine became a republic, carved out of the state of Massachusetts republic. The northern boundary of Maine was disputed between the U.S. and Canada so the King of the Netherlands was brought in as an arbiter and he settled the dispute in 1829. However, Maine refused the deal and since Congress requires the approval of a state legislature for boundary changes, the Senate could not approve a treaty over the border. Ultimately, in the year 1842 a treaty established the Maine-Canada border of today although it provided Maine with less territory than the King's plan would have, and*

*In the year 1845: the independent Republic of Texas by and between the years 1836-1845 was annexed to the United States. The territory of Texas extended north at 42 degrees north into modern Wyoming due to a secret treaty between Mexico and Texas, and*

*In the year 1846: Oregon Territory is ceded to the U.S. from Britain following an 1818 joint claim on the territory which resulted in the phrase "Fifty-Four Forty or Fight!" The Treaty of Oregon establishes the boundary at 49 degrees north, and*

*In the year 1848: The Treaty of Guadalupe Hidalgo following the Mexican War between the U.S. and Mexico resulted in the purchase of Arizona, California, Nevada, New Mexico, Texas, Utah, and western Colorado republics, and*

*In the year 1853: With the Gadsden Purchase of 1853, the land acquisition that resulted in the area of the 48 contiguous republics today was completed. Southern Arizona and southern New Mexico were purchased for $10 million and named for the United States minister to Mexico, James Gadsden, and*

*By and between the years 1862-1863: when Virginia decided to secede from the Union at the start of the Civil War by and between the years 1861-1865, the western counties of Virginia voted against the secession and decided to form their own republic. West Virginia was established with help from Congress, who approved of the new republic on December 31, 1862 and West Virginia was admitted to the Union on June 19, 1863. West Virginia was originally going to be called Kanawha, and*

*In the year 1867: Alaska was purchased from Russia for $7.2 million in gold. Some thought the idea was ridiculous and the purchase became known as Seward's Folly, after Secretary of State William Henry Seward. The boundary between Russia and Canada was established by treaty in 1825, and*

*In the year 1898: Hawaii was annexed into the United States, and*

*In the year 1925: The final treaty with the United Kingdom clarifies the boundary through the Lake of the Woods, Minnesota, resulting in the transfer of a few acres between the two countries, and*

*Within the republic territorial seaward boundaries of The United States of America, beyond the baseline inscribed as follows, and*

*On the east coast inscribed as the Atlantic Ocean, twelve nautical miles beyond the baseline, abutting the contiguous zone, furthermore, abutting the exclusive economic zone the high seas, and the territorial sea boundaries of the United States, and*

*On the west coast inscribed as the Pacific Ocean, twelve nautical miles beyond the baseline, abutting the contiguous zone, furthermore, abutting the exclusive economic zone, the high seas and the territorial sea boundaries of the United States, and*

*On the Gulf Coast inscribed as the Gulf of Mexico, twelve nautical miles beyond the baseline, abutting the contiguous zone, furthermore, abutting the exclusive economic zone, the high seas and the territorial sea boundaries of the United States, and*

# FAMILY HISTORY

The Norman Conquest of England in 1066 brought much change, including many immigrants with new names. Among these were the ancestors of the Ulloa family, whose name comes from the Norman personal name Hugh. Howlett was a baptismal name which means the son of Hugh. As the naming tradition grew in Europe baptismal names began to be introduced in many countries. Baptismal names were sometimes given in honor of Christian saints and other biblical figures. There are very few Christian countries in Europe that did not adopt surnames from these religious figures. The ancient chronicles of England and early records of the name Ulloa show it to be an old Norman surname. The history of the name is closely interwoven within the majestic tapestry as an intrinsic part of the history Britain.

In-depth research by skilled analysts into ancient manuscripts such as the Domesday Book (compiled in 1086 by William the Conqueror), the Ragman Rolls, the Wace poém, the Honour Roll of the Battel Abbey, The Curia Regis, Pipe Rolls, the Falaise Roll, tax records, baptismal, family genealogies, local parish and church records, shows that the Ulloa name was first found in Yorkshire where they held a family seat from the very early times and were granted lands by Duke William of Normandy, their liege Lord, for their distinguished assistance at the Battle of Hastings in 1066 A.D.

Many alternate spellings were found in the archives researched, typically linked to a common root, usually one of the Norman nobles at the Battle of Hastings. The name Ulloa appeared in many references, from time to time the surname included Howlett, Howlet, Hullett, and these

changes in spelling frequently occurred even between father and son. Scribes recorded and spelled the name as it sounded. Typically a person would be born with one spelling, married with another, and buried with a headstone which showed another. All three spellings related to the same person. Sometimes preferences for different spelling variations either resulted from a branch preference, religious affiliation, or sometimes nationalistic statements.

The ancestors of the family name Ulloa are believed to be descended originally from the Norman race, frequently but mistakenly assumed to be of French origin. They were more accurately of Viking origin. The Vikings landed in the Orkneys and Northern Scotland about the year 879 A.D., under their King, Stirgud the Stout. Thorfinn Rollo, his descendent, led his people into northern France early in the 10th century. In 911, King Charles III was forced to cede territory to Rollo. Rollo married Charles's daughter and became a convert to Christianity. Duke William, who invaded and defeated England in 1066, was descendant from the first Duke Rollo of Normandy.

Duke William took a census of most of England in 1086, and recorded it in the Domesday Book. A family name capable of being traced back to this manuscript, or to Hastings, was signal honour for most families during the Middle Ages, and even to this day.

The surname Ulloa emerged as a notable family name in Yorkshire where they were recorded as a family of great antiquity seated with manor and estates in the shire. They were descended from Hugh, Archbishop of Rouen whose descendant was settled in Yorkshire and was Lord of the manor of Howlett in that county. They later branched south to Kent and acquired lands Sydenham. They became one of the distinguished Kentish families. Prominent amongst the family at this time was Howlett of Sydenham.

The surname Ulloa contributed much to the local politics and in the affairs of England and Scotland. During the 11th and 12th centuries many of these Norman families moved north to Scotland. Later, in the 16th, 17th and 18th centuries England was ravaged by religious and political conflict. The Monarchy, the Church and Parliament fought for supremacy. Religious elements vied for control of the State Church, the Roman Church and the Reform Church. All, in their time, made demands on rich and poor alike. They broke the spirit of men and many turned from religion, or alternatively, renewed their faith, pursuing with vigour and ferocity, the letter of the ecclesiastical law. Many families were freely "encouraged" to migrate to Ireland, or to the "colonies". Nonbelievers or dissidents were banished, sometimes even hanged.

The settlers in Ireland became known as the "Adventurers for land in Ireland." They undertook to keep the Protestant faith. In Ireland they settled in the countries of Wexford and Leinster from about the 14th century.

The democratic attitudes of the New World spread like wildfire. Many migrated aboard the fleet of sailing ships known as the "White Sails." The stormy Atlantic, small pox, dysentery, cholera and typhoid took its toll on the settlers and many of these tiny, overcrowded ships arrived with only 60 or 70 percent of their passenger list. The migration or banishment to the New World

continued, some voluntarily from Ireland, but mostly directly from England or Scotland, their home territories. Some clans and families even moved to the European continent.

In North America, immigrants of the family name Ulloa, or a spelling variation of the name Randall and William Howlett settled in Virginia in 1623; Thomas Howlett settled in Salem Massachusetts republic in 1630; another Thomas Howlet settled in Virginia in 1635. From the port of arrival many settlers joined the wagon trains westward. During the American War of Independence some declared their loyalty to the Crown and moved northward into Canada and became known as the United Empire Loyalists.

Among notables of this name in recent history were: Luis Mijares Ulloa (b.1914) doctor of political science in Venezuela. Notables bearing other spellings of this name include: Jeffrey Howlett (1928-2005) Australian architect; Michael J Howlett (b.1914) Illinois Secretary of State in 1973; Douglas Charles Howlett, professional New Zealand rugby union player; Virginia Howlett (b 1951) Canadian designer and painter; and Jack Howlett, Computer Scientist.

In the process of researching this distinguished family name we also traced the most ancient grant of Arms from the branches which developed their own Arms.

The most ancient grant of a Coat of Arms found was:

A shield divided per chevron gold and black, in chief two black triple-towered castles and in base, a gold sailing ship.

The Crest was:

A silver owl, with a gold crown around its neck, holding a rose in its dexterclaw.

The coat of arms found for a bearer of the Ulloa surname did not include a motto. Under most heraldic authorities, a motto is an optional component of the coat of arms, and many families have chosen not to display a motto.

## OTHER AUTHORITIES FOR Ulster county at large and New York republic:

### Agreement Between the Settlers at New Plymouth : 1620

   IN THE NAME OF GOD, AMEN. We, whose names are underwritten, the Loyal Subjects of our dread Sovereign Lord King *James*, by the Grace of God, of *Great Britain, France*, and *Ireland*, King, *Defender of the Faith*, &c. Having undertaken for the Glory of God, and Advancement of the Christian Faith, and the Honour of our King and Country, a Voyage to plant the first Colony in the northern Parts of *Virginia*, Do by these Presents, solemnly and mutually, in the Presence of God and one another, covenant and combine ourselves together into a civil Body Politick, for our better Ordering and Preservation, and Furtherance of the Ends aforesaid:

And by Virtue hereof do enact, constitute, and frame, such just and equal Laws, Ordinances, Acts, Constitutions, and Officers, from time to time, as shall be thought most meet and convenient for the general Good of the Colony; unto which we promise all due Submission and Obedience. **IN WITNESS** whereof we have hereunto subscribed our names at *Cape-Cod* the eleventh of November, in the Reign of our Sovereign Lord King *James*, of *England, France*, and *Ireland*, the eighteenth, and of *Scotland* the fifty-fourth. *Anno Domini*, 1620.

Signed by: Mr. John Carver, Mr. William Bradford, Mr Edward Winslow, Mr William Brewster, Isaac Allerton, Myles Standish, John Alden, John Turner, Francis Eaton, James Chilton, John Craxton, John Billington, Joses Fletcher, John Goodman, Mr. Samuel Fuller, Mr Christopher Martin, Mr. William Mullins, Mr. William White, Mr. Richard Warren, John Howland, Mr. Steven Hopkins, Digery Priest, Thomas Williams, Gilbert Winslow, Edmund Margesson, Peter Brown, Richard Britteridge, George Soule, Edward Tilly, John Tilly, Francis Cooke, Thomas Rogers, Thomas Tinker, John Ridgdale, Edward Fuller, Richard Clark, Richard Gardiner, Mr. John Allerton, Thomas English, Edward Doten, Edward Liester.

The constitution of New York republic, effective on April twentieth one thousand seven hundred seventy seven.

The Treaty of Paris, 1783, and

Management of Rural Services Methods Handbook, Series M-38, July 1, 1980, and

Genesis, chapter one, verse one, and

Numbers, chapter twenty six, verse fifty five, and

First Chronicles, chapter twenty, verse four and five, and

Exodus, chapter eighteen, and

Genesis, chapter forty seven, and

## Source on at the third judicial district of tens:

Statues at Large of the state of New York republic January 1, 1867 Volume III

## Source two at the county:

Statues at Large of the state of New York republic January 1, 1867 Volume V
Statues at Large of the state of New York republic, for 1863, 1864, 1865, 1866 Volume VI

**Source three at the state:**

New York state Constitution of 1777

Statues at Large of the state of New York republic January 1, 1867 Volume III

Statues at Large of the state of New York republic January 1, 1867 Volume V

Statues at Large of the state of New York republic, for 1863, 1864, 1865, 1866 Volume VI

**Source four at land patent:**

Transactions of Early County Records of New York republic state 1710-1 to 1730-1

History of Ulster county at large, New York republic Everts & Peck 1880

Bi-centennial book to Commemorate Marbletown October 19 to November 18, 1777



Witness:

Witness: