Richard-Enrique; Ulloa, Sui Juris
c/o postal department 771
Stone Ridge, New York republic

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 0 6 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,           )   CASE # 1:10-CR-0321 (TJM)
                                    )
               Plaintiff,           )
                                    )
                                    )   Petition by Affidavit
        v.                          )   to return Property
                                    )
                                    )
RICHARD ENRIQUE ULLOA,              )
                                    )
               Defendant.           )
_____)

**Petition by Affidavit to return Property**

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your Briscoe v LaHue, 460 US 325.

Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-207, and Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

I submit this Affidavit of Truth for and into the record that all statements and or documents submitted in support of Petition are true and that I have firsthand knowledge of all the facts in all these documents.

**Let it be known for and on the record, that I do not represent myself, I am myself.**

In this affidavit I am demanding the return of personal property, since the 30 day seizure is way over the industry standard for copying a hardware drive in its entirety.

One hardware copying system (www.ics-iq.com) can copy eight (8) hard drives in two (2) minutes.

One the www.ics-iq.com it states that "The Rapid Image family of Duplicators are Complete Solution Stations designed to provide the fastest and latest technology in Hard Drive Duplication with the ultimate User Management Tools. They are designed to copy up to 19 "Target" hard drives simultaneously at speeds exceeding 6GB/minute. They can also be configured to store images, upload and download images from the network"

Even without this technology, which is much that standard for the industry, it does not take 30 days to copy simple files, which are not encrypted to another drive or computer system.

I copy my documents in HP machine in just two (2) hours, and that is over 30 gigabytes of data.

The Compaq computer takes me about 20 minutes to backup.

The HP serial CNF94... takes me about 20 minutes to backup.

The IBM type 2373 serial 99-D53RR takes no time to back up since it contains NO Hard Drive or Power Source.

The IBM type 6457 serial L3Y6667 takes me about 2 minutes to back up since it contains approximately 20 document files in the Documents Directory.

All other computer hard drives have minimal hard drive space; some of them were wiped clean in preparation for other Operating System loads and upgrades and take NO TIME to back up, because they contain no data.

Apple IPOD serial 8K64ZAQHV9R takes almost no time to back up, and it usually takes me about 30 minutes to backup.

Since I have worked in the computer software and hardware fields, I know how long it takes to backup.

It would take me approximately one afternoon to back up and copy ALL the data that was seized on 6/22/2010, but I would give someone that is not as able as I am, three days to backup.

It has been over a week, and no status on when these items will be returned.

The computers did not commit a crime and should not be held hostage for such a long period of time, since most copies will take 1/2 to 1 day to complete.

This seizure has and will encumber my ability to defend myself, and has encumbered my ability to work and/or return to earn a living.

I demand this equipment be release back to me immediately so I can continue my defense and continue my ability to earn a living.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate

facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

## 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the thirtieth day of the sixth month in the year of our Lord and Savior two thousand ten.

                                                Richard-Enrique; Ulloa
                                                          Sui Juris

                                                Date: June 30, 2010

## Proof and Evidence of Service

I, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "PETITION OF AFFIDAVIT TO RETURN PROPERTY" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
| --- | --- |
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |



Richard-Enrique; Ulloa

June 30, 2010

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT