No. 1116

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

UNITED STATES OF AMERICA )
vs. )
)
)
Richard Enrique Ulloa )
)

at Albany JUL 07 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Case No. 1:10-CR-321

Received on behalf of the United States from, Richard Enrique Ulloa

☐ Collateral

☒ Passport No. U.S. Passport # 802413499    Richard Enrique Ulloa
(Name)
General Post Office 771        Stone Ridge, New York 12484
(Address)                      (City, State and Zip Code)

☐ Deed for property located at _____

_____ owned by _____

☐ Other _____

Receipt is hereby acknowledged.
7/7/2010

Clerk, U.S. District Court
By: _____ Deputy Clerk

Location: _____

Disposition: _____

Received the above item as described,

_____   _____   _____
(Signature)        (Print Name)       (Date)