Richard-Enrique; Ulloa, Sui Juris
c/o postal department 771
Stone Ridge, New York republic

*In Propria Persona*

All Rights Reserved Without Prejudice

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 16 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,[sic]  )<br>  )<br>Plaintiff,[sic]  )<br>  )<br>  )<br>v.  )<br>  )<br>  )<br>RICHARD ENRIQUE ULLOA, [sic]  )<br>  )<br>Defendant. [sic]  )<br>_____) | CASE # 1:10-CR-0321 (TJM)<br><br>NOTICE OF DAMAGED EQUIPMENT AFTER SEIZURE |

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have

Objection to Stop of Speedy Trial Clock Page **1** of **8**

personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.

---

COMES NOW Richard-Enrique; Ulloa, *Sui Juris*, Citizen of New York, republic, expressly not a citizen of the United States ("federal citizen"), and Defendant in the above entitled matter (hereinafter "Defendant"), to move this honorable Court to provide restitution for damaged computer equipment after it was returned to me on 7/7/2010. See affidavit attached.

The computer HP Pavilion dv9000 is damaged. The screen is loose and it seems now that the screen needs to be held steady in order for the mouse to work.

This computer serial number CNF 8035GVG must be replaced.

I have attached a list of computers from the HP website that may be compatible and could be used to replace the one that is damaged.

I am requesting that the court order restitution to replace the damaged computer.

VERIFICATION

Defendant hereby verifies, under penalty of perjury, under the laws of the United States of America, without the "United States", that the above statement of facts is true and correct, and all matters of law addressed herein are accurate and true, to the best

of Defendant's current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1).

Executed on 07/13/2010:

Richard-Enrique; Ulloa, *Sui Juris*
New York, republic

All Rights Reserved without Prejudice

Richard-Enrique; Ulloa, Sui Juris
c/o postal department 771
Stone Ridge, New York republic

*In Propria Persona*

All Rights Reserved Without Prejudice

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,[sic] ) | CASE # 1:10-CR-0321 (TJM) |
| ) | |
| Plaintiff,[sic] ) | |
| ) | |
| v. ) | AFFIDAVIT OF FACTS |
| ) | 28 U.S.C 1746 |
| RICHARD ENRIQUE ULLOA,[sic] ) | |
| ) | Damaged Equipment |
| ) | |
| Defendant.[sic] ) | |

## AFFIDAVIT OF FACTS 28 U.S.C 1746

COMES NOW Richard-Enrique; Ulloa, *Sui Juris*, Citizen of the New York republic, expressly not a citizen of the United States ("federal citizen"), and Defendant in the above entitled matter (hereinafter "Defendant"), to submit this, Defendant's AFFIDAVIT OF FACTS.

VERIFICATION

Defendant hereby verifies, under penalty of perjury, under the laws of the United States of America, without the "United States", that the following statement of facts is true and correct, and all matters of law addressed herein are accurate and true,

to the best of Defendant's current information, knowledge, and belief, pursuant to 28 U.S.C. 1746(1).

I am a Citizen of the New York, republic, which is one of the several states party to the Constitution for the united States of America, as lawfully amended (hereinafter "U.S. Constitution").

I inhabit and live in peek farms, 3rd judicial district of tens, Stone Ridge, New York, republic, on privately owned land which is not within any federal enclave or federal area, as ceded to the United States (federal government) in compliance with 40 U.S.C. 255. See also 18 U.S.C. 7(3).

As such, I am endowed by My Creator with certain unalienable Rights, and I am entitled to all Rights secured by the U.S. Constitution, particularly with respect to due process of law provisions articulated in the Fourth, Fifth, Sixth, and Seventh Amendments to said Constitution.

I attest that the computer in question the HP Pavilion dv9000 was in perfect working order, prior to the seizure.

I attest that the HP Pavilion computer is my main computer for my defense and now has been rendered useless after the seizure.

I attest that the computer in question the HP Pavilion is now useless and must be replaced.

I attest that the computer in question now needs the screen to be held at the bottom of the screen in order for the cursor to move locations on the screen.

I attest that the computer in question the HP Pavilion's screen is damaged and the computer needs to be replaced.

I am not PRO SE or representing myself, I am myself.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counter affidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

1
2
3
## 28 USC §1746

4  I declare under penalty of perjury under the laws of the United States of America that
5  the foregoing is true and correct.  28 USC §1746

6  Signed on this the thirteenth day of the seventh month in the year of our Lord and
7  Savior two thousand ten.

8
9
10  Executed on 07/13/2010:
11


12  Richard-Enrique; Ulloa, *Sui Juris*
    New York, republic
13
14  All Rights Reserved without Prejudice
15
16
17
18
19
20
21
22
23
24
25
26
27

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "Objection to Stop of Speedy Trial Clock" by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| | |
|---|---|
| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Richard-Enrique; Ulloa
07/13/2010

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Objection to Stop of Speedy Trial Clock Page **8** of **8**


**Home & Home Office**

Order status  Customer service  Sign in

My cart 0 items

Search: Su

| Laptops & Netbooks | Desktop & All-in-One PCs | Printers | Ink & Toner | Accessories | Phones & More | Small Business Direct | Quick-ship Products |

Outlet

📞 1 (866) 638-2088

Windows®. Life without Walls™. HP recommends Windows 7.

**Shop by**
» Laptops & Mini Netbooks
   Screen size
   » 15.0 - 16.9 (4)
   » Over 16.9 (2)
   Solutions
   » Students (1)
   » Home and family (3)
   » Entertainment (4)
   » Technology and style (6)
   Usage
   Starting price
   Battery Life
   Weight
   Blu-ray drive
   Colors
   Brand
   Optical drive
   Processor
   ENERGY STAR
   Top rated
   Special offers
   » Top deals (1)
   See all

» All Customizable series
» All Quick-ship models

**Quick-find**

CQ62Z series  [▼]
[»]

**Shopping assistance**

❓ Help me choose

💬 Live assistance

   Learn, Use, & Create

⭐ Shop Top Rated

**Sign up**

Sign up for e-mail updates
[Enter e-mail address] [»]

Other ways to stay connected



Tue, Jul 13, 2010

Checkout. Fast. Easy. Secure.
⊠Bill Me Later


Now Accepting PayPal


BBB ACCREDITED BUSINESS

# High performance Laptops & Mini Netbooks
Powerful notebooks for all your mobile needs


FREE SHIPPING on select PCs • see details
POWER BOOSTERS
SAVE UP TO $300 on select high performance HP laptops

Laptops & Mini Netbooks > High performance (remove) : 6 matching results

[Compare Items]  **Sort by:** Low price [▼]

□ Compare

🆕 **HP Pavilion dv6z series**

★★☆ 2.5 out of 5 stars (2 reviews)

Designed with quality, this stylish 15" laptop will expertly handle all your computing and media needs. Powered by AMD. Available in colors.

**Genuine** Windows 7 Home Premium 64-bit

AMD Turion(TM) II Dual-Core Mobile Processor P520 (2.3GHz, 2MB L2 Cache)

FREE Upgrade to 4GB DDR3 System Memory (2 Dimm)

320GB 7200RPM SATA Hard Drive with HP ProtectSmart Hard Drive Protection

ATI Mobility Radeon(TM) HD 4250 Graphics with 128MB Display Cache Memory

HP TrueVision Webcam + Digital Microphone

Dolby(TM) audio + Altec Lansing speakers

 

**From: $579.99*** (after savings)

No payments for 6 months, if paid in full with Bill Me Later subject to credit approval

🆓 Free standard shipping

💰 Save up to $230 instantly (on customizable models). Offer includes:
- $100 instant rebate
- FREE 4GB memory upgrade ($50 savings)
- FREE 4 year Lojack upgrade from 1 year ($70 savings)
- FREE 3 year Norton Internet Security subscription from 2 year ($10 savings)

See all special offers & deals

[ » View Models ]
Customizable & Quick-ship PCs

□ Compare

🆕 **HP Pavilion dv6t series**

★★★★★ 4.6 out of 5 stars (10 reviews)

Look cool and handle the toughest tasks in this 15" HD display laptop powered with Intel iCore processors. Available in multiple colors.

**Genuine** Windows 7 Home Premium 64-bit

Intel(R) Core(TM) i3-350M Dual Core processor (2.26GHz, 3MB L3 Cache)

4GB DDR3 System Memory (2 Dimm)

**From: $649.99*** (after savings)

No payments for 6 months, if paid in full with Bill Me Later subject to credit approval

🆓 Free standard shipping

💰 Save up to $220 instantly (on customizable models). Offer includes:
- $100 instant rebate
- FREE 500GB hard drive upgrade ($40 savings)
- FREE 4 year Lojack upgrade from 1

FREE Upgrade to 500GB 7200RPM SATA Hard Drive with HP ProtectSmart Hard Drive Protection

Intel(R) HD Graphics

Dolby(TM) audio + Altec Lansing speakers

 

year ($70 savings)
- FREE 3 year Norton Internet Security subscription from 2 year ($10 savings)

See all special offers & deals

» View Models

Customizable & Quick-ship PCs

---

Compare



**NEW** HP Pavilion dv6z Select Edition series

★★★★ 4.4 out of 5 stars (10 reviews)

Stylish powerful computing. This 15" metal finish laptop can handle your toughest task. Standard discrete graphics, optional touchscreen.

Genuine Windows 7 Home Premium 64-bit

AMD Phenom(TM) II Quad-Core Mobile Processor P920 (1.6GHz, 2MB L2 Cache)

FREE Upgrade to 6GB DDR3 System Memory (2 Dimm)

500GB 7200RPM SATA Hard Drive with HP ProtectSmart Hard Drive Protection

512MB ATI Mobility Radeon(TM) HD 5470 switchable graphics

SuperMulti 8X DVD+/-R/RW with Double Layer Support

Up to 5.25 hours of battery life (6 cell)+++

Dolby(TM) audio + Altec Lansing speakers

From: **$799.99*** (after savings)

No payments for 6 months, if paid in full with Bill Me Later subject to credit approval

**FREE** Free standard shipping

Save up to $330 instantly (on customizable models). Offer includes:
- $150 instant rebate
- FREE 6GB memory upgrade ($100 savings)
- FREE 4 year Lojack upgrade from 1 year ($70 savings)
- FREE 3 year Norton Internet Security subscription from 2 year ($10 savings)

See all special offers & deals

» View Models

Customizable PCs

---

Compare



**NEW** HP Pavilion dv6t Select Edition series

★★★★ 4.0 out of 5 stars (113 reviews)

Sleek and powerful. This 15" metal finish laptop comes equipped with Intel iCore, discrete graphics, and touchscreen options

Genuine Windows 7 Home Premium 64-bit

Intel(R) Core(TM) i5-450M Dual Core processor (2.40GHz, 3MB L3 Cache)with Turbo Boost up to 2.66 GHz

FREE Upgrade to 6GB DDR3 System Memory (2 Dimm)

FREE Upgrade to 500GB 7200RPM SATA Hard Drive with HP ProtectSmart Hard Drive Protection

512MB ATI Mobility Radeon(TM) HD 5470 switchable graphics

SuperMulti 8X DVD+/-R/RW with Double Layer Support

Dolby(TM) audio + Altec Lansing speakers

  Metal finish 

From: **$849.99*** (after savings)

No payments for 6 months, if paid in full with Bill Me Later subject to credit approval

**FREE** Free standard shipping

Save up to $330 instantly (on customizable models). Offer includes:
- $150 instant rebate
- FREE 6GB memory upgrade ($100 savings)
- FREE 4 year Lojack upgrade from 1 year ($70 savings)
- FREE 3 year Norton Internet Security subscription from 2 year ($10 savings)

See all special offers & deals

» View Models

Customizable PCs

---

Compare

**NEW** HP Pavilion dv7t Select Edition series

From: **$949.99*** (after savings)



Demo

★ ★ ★ ★   4.1 out of 5 stars (59 reviews)

Grab hold of your entertainment! Let this 17" metal finish, Intel iCore powered laptop deliver crisp big screen HD viewing and superior sound with Beats Audio. Includes discrete graphics.

<u>Genuine</u> Windows 7 Home Premium 64-bit

Intel(R) Core(TM) i5-450M Dual Core processor (2.40GHz, 3MB L3 Cache) with Turbo Boost up to 2.66 GHz

FREE Upgrade to 6GB DDR3 System Memory (2 Dimm)

FREE Upgrade to 500GB 7200RPM SATA Hard Drive with HP ProtectSmart Hard Drive Protection

1GB ATI Mobility Radeon(TM) HD 5650 switchable graphics +HDMI and VGA ports- For Dual Core Processors

SuperMulti 8X DVD+/-R/RW with Double Layer Support

Beats(TM) audio + HP Triple Bass Reflex Subwoofer

Metal finish

No payments for 6 months, if paid in full with Bill Me Later subject to credit approval

**FREE** Free standard shipping

Save up to $330 instantly (on customizable models). Offer includes:
- $150 instant rebate
- FREE 6GB memory upgrade ($100 savings)
- FREE 4 year Lojack upgrade from 1 year ($70 savings)
- FREE 3 year Norton Internet Security subscription from 2 year ($10 savings)

See all special offers & deals

» View Models
Customizable & Quick-ship PCs

☐ Compare



Demo

**NEW** HP Pavilion dv8t series

★ ★ ★ ★   3.9 out of 5 stars (112 reviews)

iCore performance, Blu-ray, ultrawide display with 1080p and a 16:9 ratio, this 18" laptop is ready to bring you power and extreme entertainment. Includes discrete graphics

<u>Genuine</u> Windows 7 Home Premium 64-bit

Intel(R) Core(TM) i5-450M Dual Core processor (2.40GHz, 3MB L3 Cache) with Turbo Boost up to 2.66 GHz

FREE Upgrade to 6GB DDR3 System Memory (2 Dimm)

640GB 7200RPM SATA Dual Hard Drive (320GB x 2) with HP ProtectSmart Hard Drive Protection

1GB Nvidia GeForce GT 230M

SuperMulti 8X DVD+/-R/RW with Double Layer Support

SRS audio + Altec Lansing speakers

**From: $1,099.99*** (after savings)

No payments for 6 months, if paid in full with Bill Me Later subject to credit approval

**FREE** Free standard shipping

Save up to $330 instantly (on customizable models). Offer includes:
- $150 instant rebate
- FREE 6GB memory upgrade ($100 savings)
- FREE 4 year Lojack upgrade from 1 year ($70 savings)
- FREE 3 year Norton Internet Security subscription from 2 year ($10 savings)

See all special offers & deals

» View Models
Customizable PCs

Compare Items   **Sort by:**  Low price

\* Prices, specifications, availability and terms of offers may change without notice. Quantity limits may apply to orders, including orders for discounted and promotional items. Despite our best efforts, a small number of items may contain pricing, typography, or photography errors. Correct prices and promotions are validated at the time your order is placed. These terms apply only to products sold by the HP Home & Home Office Store; reseller offers may vary. Items sold by the HP Home & Home Office Store are not for immediate resale. Orders that do not comply with HP Home & Home Office Store terms, conditions, and limitations may be cancelled.

‡ Intel's numbering is not a measurement of higher performance.

Intel, the Intel logo, Intel Core and Core Inside are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

\*\*\* AMD's model numbering is not a measurement of clock speed. Dual/Quad/Triple Core is a new technology designed to improve performance of multithreaded software products and hardware-aware multitasking operating systems and may require appropriate operating system software for full benefit. Not all customers or software applications will necessarily benefit from use of this technology.

§ Actual formatted capacity is less. A portion of the hard drive is reserved for system recovery software — for notebooks up to: 20GB (Windows 7), 8GB (XP and XP Pro), 12GB (Vista), 12GB (MCE); for desktops up to: 14GB (Windows 7), 10GB (Vista, XP, XP Pro), 12GB (MCE). For hard drives 1GB=1 billion bytes.

††† Battery life varies depending on product configuration, model, settings, loaded applications, utilized features. As with all batteries, maximum capacity decreases with time and use. Battery life times based on MobileMark 2007 battery benchmark. Reported times are with wireless functionality off.



richard-enrique: Ulloa
c/o postal department 771
Stone Ridge, New York republic
without the US

US District Court of Northern NY
COURT CLERK
445 Broadway Room 509
Albany, New York 12207