Richard-Enrique; Ulloa, Sui Juris
c/o postal department 771
Stone Ridge, New York republic

*In Propria Persona*

All Rights Reserved Without Prejudice

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 16 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,[sic]   ) | CASE # 1:10-CR-0321 (TJM) |
|                              ) | |
|            Plaintiff,[sic]   ) | OBJECTION TO JUDGES |
|                              ) | ORDER TO STOP SPEEDY |
|                              ) | TRIAL CLOCK |
|        v.                    ) | |
|                              ) | |
|                              ) | |
| RICHARD ENRIQUE ULLOA, [sic] ) | |
|                              ) | |
|                              ) | |
|            Defendant. [sic]  ) | |

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have

1
2   personal knowledge of the matters stated herein, am over the age of majority, and hereby
3   asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.
4
5   _____
6
7   COMES NOW Richard-Enrique; Ulloa, *Sui Juris*, Citizen of New York, republic,
8   expressly not a citizen of the United States ("federal citizen"), and Defendant in the
9   above entitled matter (hereinafter "Defendant"), to move this honorable Court to
10  reverse its decision not to count time between 7/7/2010 to 7/21/2010, due to US Attorney
11  NOT complying with Judge Homers previous Order on 6/23/2010 as to provide within
12  seven (7) days the address book from my computer so I could start addressing and
13  provide an answer to the question from Judge Homer as to who would be representing
    me.
14
15  On 7/7/2010 one or two hours before the court date at 1:30pm, the Federal Bureau of
    Investigations, return the computers as ordered by Judge Homer.
16
17  Neither the FBI nor the US Assistant District Attorney ever complied with the
18  Judge's Order that within 7 days from 6/23/2010, they were to provide the address book,
19  and to contact or provide to me, so I could have an answer as to representation on
    7/7/2010.
20
21  Since neither the US Assistant attorney general nor the FBI complied with the
22  Judge's Order, the US Assistant Attorney's request that the time between 7/7/2010 and
23  7/21/2010 not be counted against the Speedy Trial Clock should be denied.
24
25  If the US Attorney would have had the Address Book as ordered or requested by
    Judge Homer, the additional time to 7/21/2010 would not have been necessary.
26
27

Objection to Stop of Speedy Trial Clock Page **2 of 4**

Therefore, I object to providing the US Attorney a gift of time, when he clearly violated the Judges request and cause the delay by his own actions or better yet, his own inactions.

## VERIFICATION

Defendant hereby verifies, under penalty of perjury, under the laws of the United States of America, without the "United States", that the above statement of facts is true and correct, and all matters of law addressed herein are accurate and true, to the best of Defendant's current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1).

Executed on 07/13/2010:

*signature*

Richard-Enrique; Ulloa, *Sui Juris*
New York, republic

All Rights Reserved without Prejudice

Deeming this a motion for reconsideration, reconsideration is granted. Upon reconsideration, the ruling remains the same and the time is excluded from the Speedy Trial calculations.

David R. Homer
U-S. M. J.
7/20/10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## Proof and Evidence of Service

I, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "Objection to Stop of Speedy Trial Clock" by "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Richard-Enrique; Ulloa
07/13/2010

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

richard-enrique: Ulloa
c/o postal department 771
Stone Ridge, New York republic
without the US

MID HUDSON NY 125
14 JUL 2010 PM 2 L

1220742325

US District Court of Northern NY
COURT CLERK
445 Broadway, Room 509
Albany, New York 12207