Richard-Enrique: Ulloa
C/O postal department 771
Stone Ridge, New York; republic Near: 12484
Non Domestic without the US

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 06 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> RICHARD ENRIQUE ULLOA ) <br> Respondent/Defendant ) <br> _____ ) <br> Richard-Enrique: Ulloa Sui Juris, agent, ) <br> lawful man, secured party creditor, injured ) <br> third party intervener. NO hearing requested ) <br> _____ ) | In Admiralty <br> Account Number 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 <br><br> COMMERCIAL NOTICE <br><br> APPOINTMENT OF <br> FIDUCIARY CREDITOR AND <br> DEBTOR <br><br> CASE # 1:10-cr-0321 (TJM) |

## COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR AND CREDITOR

COMES NOW Richard-Enrique: Ulloa a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK, who is unschooled in law and notices this court with enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

### Appointment of Fiduciary

I, Richard-Enrique: Ulloa "Third Party Interest Intervener," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as RICHARD ENRIQUE ULLOA, a.k.a. R.ULLOA, RICHARD ULLOA, RICHARD E. ULLOA, R.E. ULLOA, R. ULLOA, or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc 03/20/1959 C.E., said entity having as it's trustee the

Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, Richard-Enrique: Ulloa, "Third Party Interest Intervener," hereby nominate and do appoint the Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Magistrate Judge of the UNITED STATES DISTRICT COURT as being qualified to fulfill the position of "Fiduciary Creditor" and Fiduciary Debtor" for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the People of the Territory, of new York, through their original Organic Constitutions of New York state.

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of Richard-Enrique: Ulloa, "Third Party Interest Intervener," the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of Richard-Enrique: Ulloa, "Third Party Interest Intervener" or other delegated appointee of Richard-Enrique: Ulloa, "Third Party Interest Intervener," including assignments for or on behalf of the principal (Debtor), RICHARD ENRIQUE ULLOA, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Fiduciary Creditor, Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Magistrate Judge of the UNITED STATES DISTRICT COURT, is hereby authorized to use the private exemption of Richard-Enrique: Ulloa, i.e. RICHARD ENRIQUE ULLOA, 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, for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers 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, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. The Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Magistrate Judge of the UNITED STATES DISTRICT COURT is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

I, Richard-Enrique: Ulloa, "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading. So certified without the United States.

Right Thumb

DATE: 7/2/10

Richard-Enrique: Ulloa
Third Party Interest Intervener,
Authorized Agent For:
RICHARD ENRIQUE ULLOA, (ens legis)
   C/O Richard Enrique Ulloa
   postal department 771
   Stone Ridge, New York, republic [12484]
   Without the US

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.**

28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746
Signed on this the second day of the seventh month in the year of our Lord and Savior two thousand ten.

Enclosures:
Fiduciary form 56

RESPECTFULLY SUBMITTED;

_____
(Signature)

Richard Enrique: Ulloa
Party Interest Intervener,
Authorized Agent For:
RICHARD ENRIQUE ULLOA, (ens legis)
C/O Richard Enrique Ulloa
postal department 771
Stone Ridge, New York, republic [12484]
Without the US

DENIED in its entirety.
David R. Homer
U.S.M.J.
7/20/10

Fiduciary Appointment in Admiralty                                                   Page 4

| Form **56** (Rev. July 2004) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

**Part I   Identification**

Name of person for whom you are acting (as shown on the tax return)
RICHARD ENRIQUE ULLOA

Identifying number
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

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
C/O GENERAL POST OFFICE 771

City or town, state, and ZIP code (If a foreign address, see instructions.)
STONE RIDGE, NEW YORK 12484

Fiduciary's name
David R. Homer, d/b/a DAVID R. HOMER Magistrate Judge

Address of fiduciary (number, street, and room or suite no.)
445 Broadway, USDC for Northern NY

City or town, state, and ZIP code
Albany, New York 12207

Telephone number (optional)
(   )

**Part II   Authority**

1  Authority for fiduciary relationship. Check applicable box:
  a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . (2) Date of death ....................
  b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . . (2) Date (see instructions) ....................
  c    ☐ Valid trust instrument and amendments
  d    ☒ Other. Describe ▶ Appointment of Fiduciary Debtor and Creditor

**Part III   Nature of Liability and Tax Notices**

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ..............................
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ..............................
4  Year(s) or period(s) (if estate tax, date of death) ▶ ..............................
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable ..............................

**Part IV   Revocation or Termination of Notice**

Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:
  a ☐ Court order revoking fiduciary authority
  b ☐ Certificate of dissolution or termination of a business entity
  c ☐ Other. Describe ▶

Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
 b  Specify to whom granted, date, and address, including ZIP code.
    ▶ ..............................

Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
  ▶ ..............................

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375I    Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004) — Page 2

**Part V — Court and Administrative Proceedings**

- Name of court (if other than a court proceeding, identify the type of proceeding and name of agency):
- Date proceeding initiated:
- Address of court:
- Docket number of proceeding:
- City or town, state, and ZIP code:
- Date:
- Time: a.m. / p.m.
- Place of other proceedings:

**Part VI — Signature**

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _[signature]_

Fiduciary's signature | Title, if applicable | Date

Form 56 (Rev. 7-2004)