UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

RICHARD ENRIQUE ULLOA

No. 1:10-CR-321
(TJM/DRH)

## ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the Affidavit of Truth-Submission of Act of State, DKT #12 in the above-entitled action shall be stricken from the docket for the following reason(s) listed below. Because Plaintiff's submission is being stricken from the docket, it will not be considered by the Court.

1. Order to Strike document as irrelevant to any matter in this case

SO ORDERED,

DATED:   July 20, 2010
         Albany, NY

_____
David R. Homer
U.S. Magistrate Judge