UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF
AMERICA

                                                                             **No. 1:10-CR-321**
                                                                                **(TJM/DRH)**

  vs.

**RICHARD ENRIQUE
ULLOA**

## ORDER TO STRIKE

      **IT IS HEREBY ORDERED**, that the Affidavit of Truth Documenting Secured Party Creditor & Law , DKT #13 in the above-entitled action shall be stricken from the docket for the following reason(s) listed below.  Because Plaintiff's submission is being stricken from the docket, it will not be considered by the Court.

1.      Order to strike as irrelevant to any matter in this case

SO ORDERED,

DATED:      July 20, 2010
                    Albany, NY

_David R. Homer_
David R. Homer
U.S. Magistrate Judge