**richard-enrique: Ulloa**   c/o general post-office 771
non-domestic, non-commercial, non-resident
stone ridge, new york: the land
(845) 687-7855



July 13, 2010

JUL 1 4 2010

DAVID R. HOMER
UNITED STATES MARSHALLS OFFICE    UNITED STATES MAGISTRATE JUDGE
USDC of Northern New York    ALBANY, NEW YORK
Freedom Information Officer
445 Broadway
Albany, New York

1:10-CR-321

Dear Sir or Madam;

This request is based on the Freedom of Information Act.

I am requesting the video and audio for Judge David R. Homers court for the date 7/7/2010 during the times of 2:00pm and 3:00pm.

This video should cover the court after it was adjourned.

During that time period there were threats made to me by the Assistant U.S. attorney Thomas Capezza, you should clearly hear it in the audio.

I need the audio and video, in order to complete my package for a Motion for Sanctions and a BAR grievance to the New York State Bar Association and the BAR in Washington D.C.

Please let me know if you need a formal complaint signed by me.

I am sending Judge Homer a copy of this letter, in case you need his permission to release the audio and video.

There were one or two Security Guards, two FBI agents and Kendra L. Rennie, I am sure the audio and their testimony will be needed for a formal complaint.

If payment is need for this request, I authorize up to $25.00. If more is needed pleas let me know at 914-456-3594.

_____
richard-enrique: [for the family ulloa]

cc: Judge Homer