

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway*
*Albany, New York 12207*
*(518)431-0247*

August 10, 2010

**By ECF**

HONORABLE DAVID R. HOMER
United States Magistrate Judge
James T. Foley, United States Courthouse
Albany, New York 12207

       Re: **United States v. Richard Enrique Ulloa**
                      10 CR 321 (TJM)

Dear Judge Homer:

    As the Court is aware, the above-referenced defendant filed a motion entitled: "*Notice of Damaged Equipment After Seizure.*" See ECF no. 20.

    In response to said motion, and consistent with the government's representation to the Court on July 21, 2010, the government writes to respectfully advise the Court, that on July 22, 2010, FBI Special Agent Mark Maroney advised defendant during

*HONORABLE DAVID R. HOMER*
*United States Magistrate Judge*
*August 10, 2010*
*Page Two*

a telephone conversation that defendant should address any such claims in writing to:

>Chief Division Counsel
>Federal Bureau of Investigation
>200 McCarty Avenue
>Albany, New York 12209

>Respectfully submitted,

>RICHARD S. HARTUNIAN
>United States Attorney

By: Thomas A. Capezza
Assistant U.S. Attorney

cc: Richard Enrique Ulloa
P.O. Box 771
Stone Ridge, New York 12484