UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.  Case No. 10-CR-321 (TJM)

Richard Enrique Ulloa,

        Defendant.

---

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2010, I electronically filed the Government Status letter regarding defendant's filing of docket #20 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    And, I hereby certify that on August 10, 2010, I have mailed by the United States Postal Service the Sentencing Memorandum of the United States to the following non-CM/ECF Participant:

        Richard Enrique Ulloa
        P.O. Box 771
        Stone Ridge, New York 12484

                      /s/ Thomas A. Capezza
                      Assistant U.S. Attorney