UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
UNITED STATES OF AMERICA,

    v.

RICHARD ENRIQUE ULLOA,

    Defendant.

No. 10-CR-321 (TJM)

-----------------------------------------------------------------

## ORDER

Presently pending is the second motion of defendant Richard Enrique Ulloa for return of certain computer equipment seized from him by the Federal Bureau of Investigation pursuant to search warrants. Docket No. 18. This motion seeks return of certain external hard drives and related equipment. Id. The United States has responded to the motion advising that all such equipment may be returned to Mr. Ulloa and advising Mr. Ulloa of the procedure by which to obtain the equipment from the FBI. Docket No. 31. Since the United States has agreed to the relief requested by Mr. Ulloa, this motion is now moot. Accordingly, it is hereby

**ORDERED** that the motion for a return of seized property (Docket No. 18) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: August 18, 2010
       Albany, New York

*[signature]*
United States Magistrate Judge