

U.S. Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway*
*Albany, New York 12207*
*(518)431-0247*

August 20, 2010

***Filed Via ECF***

Hon. Thomas J. McAvoy
United States District Judge
Northern District of New York
United States Courthouse
15 Henry Street
Binghamton, New York 13901

        Re: **United States v. Richard Enrique Ulloa**
                    10 CR 321 (TJM)

Dear Judge McAvoy:

    The government makes the instant letter-request pursuant to Defendant Richard Enrique Ulloa's *Motion to Extend Time for Pre Trial Motions*. See Attachment A. The government received said motion on August 19, 2010. *Id.*

    The government consent's to defendant's motion requesting "two weeks (2) in order to submit a few Motions that are in the works right now." *Id.* Defendant further acknowledges that he "understand[s] that this will move ALL the dates forward, but the additional time is needed in the pursuit of justice." *Id.*

    The government requests that the additional time be excluded

Hon. Thomas J. McAvoy
United States District Judge
Northern District of New York
August 20, 2010
Page Two

from speedy trial pursuant to 18 U.S.C. § 3161(h)(1)(D) (delay resulting from any pretrial motion).

                                       Respectfully submitted,

                                       RICHARD S. HARTUNIAN
                                       United States Attorney

                       By:  Thomas A. Capezza
                          Assistant U.S. Attorney

cc:  Richard Enrique Ulloa
     P.O. Box 771
     Stone Ridge, New York 12484