# ATTACHMENT A

Richard-Enrique; Ulloa, Sui Juris, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic, Without the U.S. [12484]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE # 1:10-CR-0321 (TJM) |
| Plaintiff, ) | |
| ) | MOTION TO |
| ) | EXTEND TIME FOR |
| v. ) | PRE TRIAL MOTIONS |
| ) | |
| RICHARD ENRIQUE ULLOA, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME FOR PRE TRIAL MOTIONS**

state of New York   }
                    } §
county of Ulster    }

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and n[...]

MOTION TO EXTEND TIME FOR PRE TRIAL MOTIONS Page 1          Copyright ©

1  appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have
2  personal knowledge of the matters stated herein, am over the age of majority, and hereby
3  asseverate understanding the liabilities presented in your <u>Briscoe v LaHue,</u> 460 US 325.

4  *"Allegations such as those asserted by petitioner, (a pro se litigant), however*
5  *inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence.*
6  *Accordingly, although we intimate no view on the merits of petitioner's allegations, we*
7  *conclude that he is entitled to an opportunity to offer proof."* **<u>Haines v. Kerner</u>, 404**
8  **<u>U.S. 519, 522</u>**

---

12  Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without
13  prejudice" under the New York state Uniform Commercial Code 1-308, and UCC
14  Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving
    None, Ever hereby affirms;

15  I submit this MOTION for and into the record that all statements and or documents
16  and or Exhibits are submitted in support, are true and that I have firsthand knowledge of
17  all the facts in all these documents.

18  **<u>Let it be known to all, on and for the record, and via this MOTION</u>**
19  **<u>and all others that I do not represent myself, I am myself, and reserve</u>**
20  **<u>all my rights including but not limited to my right to assistance of</u>**
21  **<u>counsel.</u>**

22  In the document labeled Assignment/Information Form dated July 21, 2010. The
23  court had made a deadline for August 18, 2010 as the last date for ALL Motions to be
24  filed.

25  I am asking at this time that we extend the date and additional two weeks (2) in order
26  to submit a few Motions that are in the works right now.

This delay is due to my partner Luis Rivera, being in that Hospital at Albany Medical which re-focused my commitments to his health and not my defense, I do not have to tell this court that family first, everyone else is second.

I understand that this will move ALL the dates forward, but the additional time is needed in the pursuit of justice.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

MOTION TO EXTEND TIME FOR PRE TRIAL MOTIONS Page 3        Copyright ©

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the eighteenth day of the eighth month in the year of our Lord and Savior two thousand ten.



Richard-Enrique; Ulloa
Sui Juris, unrepresented

Date: August 18, 2010

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "MOTION TO EXTEND TIME FOR PRE TRIAL MOTIONS" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Richard-Enrique; Ulloa

Sui Juris, unrepresented

August 18, 2010

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

RECEIVED
10 AUG 19 PM 2:21
US ATTY.
ALBANY, NY





MID HUDSON NY 125
12 AUG 2010 PM ST

THOMAS A. CAPEZZA
Assistant U.S. Attorney Bar #503159
445 Broadway, Room 509
ALBANY, NEW YORK 12207

Richard-enrique: Ulloa
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic, Without the US [12484]