UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                                    Crim. No. 10-CR-321 (TJM)

v.

RICHARD ENRIQUE ULLOA,

                  Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the United States Attorney for the Northern District of New York and is a person of such age and discretion as to be competent to serve papers.

That on August 20, 2010 he served a copy of the following:

**UNITED STATES RESPONSE TO DEFENDANT'S MOTION TO EXTEND TIME FOR PRE TRIAL MOTIONS,**

by placing same in an envelope addressed to the person hereinafter named, at the place and address stated below, which is last known address, and by depositing said envelope and contents in the U.S. Mail at Albany, New York 12207.

Addressee:

Richard Enrique Ulloa
P.O. Box 771
Stone Ridge, New York 12484

                                                            s/ *Stuart Gang*

                                                            Stuart Gang
                                                            Legal Assistant