U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 20 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Richard-Enrique; Ulloa, Sui Juris, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic without US [12484]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE # 1:10-CR-0321 (TJM) |
| Plaintiff, ) | |
| ) | Affidavit of Truth |
| v. ) | NOTICE of Corporate Denial |
| ) | Creditor & Law |
| RICHARD ENRIQUE ULLOA, ) | |
| Defendant. ) | |

**Affidavit of Truth NOTICE of Corporate Denial and NON-Corporate status**

state of New York     }
                     } §
county of Ulster     }

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not

appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.

*"Allegations such as those asserted by petitioner, (a pro se litigant), however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. Accordingly, although we intimate no view on the merits of petitioner's allegations, we conclude that he is entitled to an opportunity to offer proof."* **Haines v. Kerner, *404 U.S. 519, 522***

---

Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-308, and Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

I submit this Affidavit of Truth for and into the record that all statements and or documents and or Exhibits are submitted in support, are true and that I have firsthand knowledge of all the facts in all these documents.

**<u>Let it be known to all, on and for the record, and via this affidavit of truth, and Notice of Non Corporate Status and that I do not represent myself, I am myself, and reserve all my rights including but not limited to my right to assistance of counsel.</u>**

In this affidavit I will be documenting my status as Non-Corporate entity, which is critical in my defense along with my Act of State which was filed previously and with the Secretary of State of New York, so it can no longer be assumed that I am a corporate entity and that I am a living soul.

# NOTICE OF CORPORATE DENIAL AND

# NON-CORPORATE STATUS

With the knowledge of the fact that "Assumption" and "Presumption" may prevail unless rebutted, or explicitly denied, this Affiant plainly states that Affiant is in no way to be considered, termed as, or thought as, a <u>person</u>, <u>legal entity</u>, <u>legal fiction</u>, <u>fictional character</u>, or <u>corporation</u> of any form; with the knowledge that all such entities are not living, breathing, sentient men. Therefore, Affiant hereby makes express and explicit claim and affirmation to the living, whose Creator is Affiant's Heavenly Father; and, express and explicit claim that Affiant is not a "<u>person</u>" or any other form of <u>corporation</u>.

The word "person" is according to several references and 22 USC Sec. 1621: Definitions -STATUTE- For the purposes of this subchapter - (a) The term '<u>person</u>' shall include an individual, partnership, corporation, or the <u>Government of the United States</u>.

I am not a Corporation; I deny ever being a Corporation.

I am a living soul; I am not a "person" or corporation.

I rebut the presumption by anyone that I am a Corporation.

I have never acquiesced, by agreement or otherwise that I am a Corporation, I deny being a corporation.

I am not a corporation and cannot appear and plea, I deny ever entering a plea, I deny being a corporation.

I have no proof that corporation should be treated the same as living, breathing human beings, I deny being a person or corporation.

I do not have a contract with this court; I deny that a contract exists.

I am as a living man, excluded from the term person and corporation; I deny being a corporation or a person.

I as a Sovereign man cannot be construed as a person or corporation; I deny being a corporation or a person.

The term person "in common usage" does not include the sovereign; I deny being a "person".

I am NOT a "United States Person", "United States Resident", "U.S. Citizen", "U.S. Individual", "U.S. Corporation" or "citizen subjected to its jurisdiction"; as such are "words of art"; or corporation created under the laws of the United States or any state of the Union States, the District of Columbia, or any territory, commonwealth or possession of the United States or a foreign state or country, public or private.

I am NOT a "resident of", "inhabitant of", a "franchisee of", "subject of", "ward of", property of", "chattel of", or "subject to the jurisdiction of" the State of the Forum of any United States, corporate State, corporate County, or corporate City, or Municipal body politic created under the primary authority of Art. I, Sec. 8, Cl.17 and Art. IV, Sec. 3 Cl. 2 of the Constitution for the united States of America and not subjected to any legislation created by or under the jurisdiction of any employees, officers, or agents deriving their authority thereof. Further, Affiant is NOT a subject of the Administrative and Legislative Article I Courts or bound by precedents of such courts created by the "United States", as "<u>Legislation enacted by Congress applicable to the inferior courts in the exercise of the power under Article III of the Constitution cannot be affected by legislation enacted by Congress under Art. I, Sec. 8,Cl.17, of the Constitution</u>, "D.C. Code, Title 11 at p. 13 "an officer, agent, shareholder, franchise or fiduciary agent, surety, resident inhabitant or domiciled in any corporation."

I declare, revoke and cancel all of my signatures on any and all forms which may be construed to give the Federal Government or any other agency or department of the

| | |
|---|---|
| 1 | United States Government, created under the authority of Article I, Sec. 8, Cl. 17 and |
| 2 | Article IV, Sec. 3, Cl.2 of the Constitution for the United States, authority or jurisdiction |
| 3 | over Affiant. Affiant also, revokes, rescinds and make void ab initio, all powers of |
| 4 | attorney, in fact, in presumption, or otherwise, signed either by Affiant or anyone else, |
| 5 | with or without Affiant's consent, as such power of attorney pertains to Affiant, by, but |
| 6 | not limited to, any and all government/quasi/colorable, public, Government entities or |
| 7 | corporations, on the grounds of constructive fraud, and non-disclosure of pertinent facts. |
| 8 | I am NOT a vessel documented under Chapter 121 of Title 46, United States Code or a |
| 9 | vessel numbered as provided in Chapter 123 of said Title. |
| 10 | I hereby, cancels any presumed election made by the United States Government or any |
| 11 | agency or department, thereof, that Affiant is, or ever has been, a citizen, alien citizen or |
| 12 | resident of any territory, possession, instrumentality or enclave, under the sovereignty or |
| 13 | exclusive jurisdiction of the United States, as defined in the Constitution for the united |
| 14 | States of America in Art. I, Sec. 8 Cl. 17 and Art. IV, Sec. 3, Cl. 2. Affiant has no record |
| 15 | or evidence that Affiant does not cancel any presumption that Affiant ever voluntarily |
| 16 | elected to be treated as such a citizen or resident. |
| 17 | I am NOT an enemy of the United States or any corporation created under the laws of the |
| 18 | United States or any state of the Union States, the District of Columbia, or any territory, |
| 19 | commonwealth or possession of the United States or a foreign state or country, public or |
| 20 | private. |
| 21 | My name is a Possession of Affiant and is not given to any other, however, the Christian |
| 22 | Appellation that Affiant answers to is; Richard-Enrique: of the Ulloa Family, with |
| 23 | location of domicile where the Living Man stands, who may be NOTICED at RR1 peek |
| 24 | farms, c/o 22 Ridge Mountain Road, non-domestic, non-commercial, Without the U.S., |
| 25 | Stone Ridge, New York republic [12484], and is particularly unique to this Affiant, |
| 26 | although not affiliated with the "Corporate Body Politic" near the same location and is |
| 27 | determined as complete, necessary and sufficient identification evidencing Affiant's |
| 28 | |

Affidavit of Truth Non Corporate Status & Memorandum of Law Page 5

1 neutral standing (15 USC 1681(h)).

2 This Affidavit was NOT written for the purpose of debating the constitutionality or
3 legality of the Communications Act of 1934, but rather to establish facts exposing the
4 United States Government's <u>lack of jurisdiction</u> in this matter. Affiant is NOT a pirate,
5 affiliated with or an enemy of any public or private corporation, domestic or foreign, but
6 is a neutral body. Any past or future reference to Affiant as such by any agency and its
7 officer(s) will be considered "defamation of character" and will be litigated as such in
8 the foreign jurisdiction where offenders, oppressors, and all Libellees will have no
9 immunity, "Within the Admiralty". 28 USC 1333 or 1337, Bills of Lading Act, The
10 Public Vessel Act, Foreign Sovereign Immunity Act, False Claims Act; see 31 U.S.C.
11 §3729(a)(7) and Federal Tort Claims Act. Any of the facts or Laws presented herein are
12 NOT contrary to the Communications Act of 1934, or Court decisions applicable to
13 Affiant. All facts contained herein are based upon ruling case law and un-overruled
14 decisions of the Supreme Court of the united States. None of these facts have been found
15 to be "frivolous" by any court, when argued in their exact and proper context. These are
16 technical facts that, under Commercial Law must be rebutted with "case law" or
17 acquiesced to.

18 Any statements or claims in this Affidavit must be properly rebutted by facts of law, or
19 overriding Article III Supreme Court rulings, and shall not prejudice the lawful validity
20 of other claims not properly rebutted or invalidated by facts of law. Therefore, an
21 Affidavit of Truth, under Commercial Law, can only be satisfied: (i) through a rebuttal
22 Affidavit of Truth, point for point, (ii) by payment, (iii) by agreement, (iv) by resolution
23 by a jury under the rules of Common Law.

24 For reasons explicitly defined within this Point, Affiant denies having, or ever having
25 had, a "<u>birthday</u>"; but rather, Affiant DID have a "<u>Nativity</u>" upon the Soil and celebrates
26 his day of Nativity as such.

27 I make it perfectly clear that Affiant is an Adverse Party denying under oath the

28

allegation that Affiant is incorporated; as per: *"The failure of an adverse party to deny under oath the allegation that he is incorporated with the necessity of proof of the fact [it becomes part of the official record]."* <u>Galleria Bank v. Southwest Properties</u>, 498 Southwest 2nd

USE, MISUSE, AND ABUSE OF WORDS TO CHANGE THE MEANING.

Webster's 1828 Dictionary says this under "BIRTH": BIRTH, n. berth. "Birth", "berth" and "born" all come from the same root of "to bear". When you look up "berth" you find out that every definition has to do with ships. So our "berth-day" is the day we were given a place within the maritime/admiralty jurisdiction of the State. *Webster's New World Dictionary of the English Language - Third College Edition*, copyright 1988, page 132, berth *n.* ...4 a position, place, <u>office</u>, job, etc.

We perceive that this "berth" is the "office of person" aboard the SHIP OF STATE

A Living Soul has a date of Nativity; a Corporation Sole has a date of Birth/Berth.

There are only two birthday parties in the Scripture. In both cases a man lost his head. At Pharaoh's birthday party in Genesis the baker was hung and at Herod's birthday party in the Gospels John the Baptist was beheaded. So how did a "Christian" culture end up celebrating "Berth"-days as we do? Somebody had a plan, and that plan involved embedding a number (the number of the beast) into our consciousness at a very early age. A possible third "birthday" was mentioned in the Holy Writ; note that the 666 talents of gold mentioned below did NOT include all that was brought by merchant means.

1 Kings 10:14 and 2 Chronicles 9:13, *"Now the weight of gold that came to Solomon in one year was six hundred threescore and six talents of gold;"*

Therefore, I inform the nice policeman, the bureaucrat, the "de facto" court system, and all other parties that may inquire, "<u>I have no birthday,</u>" even backing that with, "No man can be compelled to incriminate himself."

ADDITIONAL INFORMATION TO CLARIFY MEANING OF "U.S. CITIZEN"

1  The term "Citizen of the United States", as found in the Qualifications Clauses, is
2  properly constructed to mean a Citizen of ONE OF the States which are united by and
3  under the U.S. Constitution. This construction -- ONE OF -- is reiterated in the following
4  passage from Words and Phrases, to wit:
5  "Citizens of a state, within the removal act [18 Stat. 473, March 3, 1875] means citizens
6  of one of the United States, and the suits contemplated are suits between citizens of one
7  of the states of the Union on one side, and foreign states, or citizens or subjects on the
8  other." citing <u>Roberts v. Pacific & A. Ry. & Navigation Co.</u>, 121 F. 785, 789, 58 C.C.A.
9  61. (9th Cir. 1903)"]
10
11  I am not an expert in the law however I do know right from wrong. If there is any
12  human being damaged by any statements herein, if he will inform me by facts I will
13  sincerely make every effort to amend my ways. I hereby and herein reserve the right to
14  amend and make amendment to this document as necessary in order that the truth may be
15  ascertained and proceedings justly determined. If the parties given notice by means of
16  this document have information that would controvert and overcome this Affidavit,
17  please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt
18  hereof providing me with your counteraffidavit, proving with particularly by stating all
19  requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate
20  facts or conclusions of law, that this Affidavit Statement is substantially and materially
21  false sufficiently to change materially my status and factual declarations. Your silence
22  stands as consent to, and tacit approval of, the factual declarations herein being
23  established as fact as a matter of law. May the will of our Heavenly Father Yahvah,
24  through the power and authority of the blood of His Son Yahshua be done on Earth as it
25  is in Heaven.
26
27  I pray to our Heavenly Father and not this court that justice be done.
28

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the seventeenth day of the eight month in the year of our Lord and Savior two thousand ten.



———————————————
Richard-Enrique; Ulloa
Sui Juris, unrepresented

Date: August 17, 2010

**Proof and Evidence of Service**

I, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "AFFIDAVIT OF TRUTH DECLARING NON-CORPORATE STATUS" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Richard-Enrique; Ulloa
Sui Juris, unrepresented
August 17, 2010

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**