Richard-Enrique; Ulloa, Sui Juris, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic, Without the U.S. [12484]

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 1 0 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ENRIQUE ULLOA,<br><br>Defendant. | CASE # 1:10-CR-0321 (TJM)<br><br>OBJECTION to<br>Charges Read<br>"I do not understand" |

**OBJECTION to Charges read "I DO NOT UNDERSTAND"**

state of New York    }
                     } §
county of Ulster     }

I Richard-Enrique; Ulloa, am a sovereign, sui juris, unrepresented, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation

1 and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court.
2 I have personal knowledge of the matters stated herein, am over the age of majority, and
3 hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460
4 US 325.

5 *"Allegations such as those asserted by petitioner, (a pro se litigant), however*
6 *inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence.*
7 *Accordingly, although we intimate no view on the merits of petitioner's allegations, we*
8 *conclude that he is entitled to an opportunity to offer proof."* **Haines v. Kerner, 404**
9 **U.S. 519, 522**

---

13 Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-308, and Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

**<u>Let it be known to all, on and for the record, and via this affidavit of truth, and Notice of Non Corporate Status and that I do not represent myself, I am myself, and reserve all my rights including but not limited to my right to assistance of counsel, and are proceeding unrepresented.</u>**

In this affidavit I will be documenting my objection to the court not reading or clarifying the charges. It was entered for the record that I had read the charges, thst is correct, but I still DO NOT UNDERSTAND the charges.

After reviewing the audio recordings of 7/7/2010 and 7/21/2010, I object to the entering into the record that I had read and understood the charges. I want to OBJECT and NOTICE the court that "I DO NOT UNDERSTAND" the charges.

This error is a violation of due process, and needs to be corrected

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

## 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the third day of the ninth month in the year of our Lord and Savior two thousand ten.

Richard-Enrique; Ulloa
Sui Juris, unrepresented

Date: September 3, 2010

**Proof and Evidence of Service**

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "OBJECTION TO UNDERSTANDING THE CHARGES" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |



Richard-Enrique; Ulloa, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
Non-domestic, non-combatant
Without the U.S. [12484]
September 3, 2010



**<u>NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT</u>**