Richard-Enrique; Ulloa, Sui Juris, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic, Without the U.S. [12484]

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 1 0 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ENRIQUE ULLOA,<br><br>Defendant. | CASE # 1:10-CR-0321 (TJM)<br><br>OBJECTION to<br>Having signed Medical release form, without proper HIPPA Rules |

**OBJECTION to having signed a form for release of medical information**

state of New York      }
                       } §
county of Ulster       }

I Richard-Enrique; Ulloa, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not

1  appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have
2  personal knowledge of the matters stated herein, am over the age of majority, and hereby
3  asseverate understanding the liabilities presented in your <u>Briscoe v LaHue,</u> 460 US 325.

4  *"Allegations such as those asserted by petitioner, (a pro se litigant), however*
5  *inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence.*
6  *Accordingly, although we intimate no view on the merits of petitioner's allegations, we*
7  *conclude that he is entitled to an opportunity to offer proof."*   **Haines v. Kerner, 404**
8  **U.S. 519, 522**

---

12  Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without
13  prejudice" under the New York state Uniform Commercial Code 1-207, and Articles 1 to
14  13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever
   hereby affirms;

15  I submit this Affidavit of Truth for and into the record that all statements and or
16  documents and or Exhibits are submitted in support, are true and that I have firsthand
17  knowledge of all the facts in all these documents.

18  **<u>Let it be known to all, on and for the record, and via this affidavit of</u>**
19  **<u>truth, and Notice of Non Corporate Status and that I do not represent</u>**
20  **<u>myself, I am myself, and reserve all my rights including but not limited</u>**
21  **<u>to my right to assistance of counsel, and are proceeding unrepresented.</u>**

22  In this affidavit I will be documenting my status as Non-Corporate entity, so it can no
23  longer be assumed that I am a corporate entity and that I am a living soul.

24  I object and rescind my signatures on the Medical Release form, which I was force to
25  sign as part of my Pre-Trial release.

26  Release of Medical Information to non-medical [government] public servants is a
27  violation of HIPPA regulations.

28

OBJECTION to having medical information released Page 2         Copyright ©

I was unaware that my signature would be used for the release of ANY MEDICAL information for ANY doctor in my past or future.

I am requesting this court that this form be confiscated from the Pre-trial [government] public servants and destroyed.

If the court at any time feels that Medical Information id needed a Court Order can be issued.

The idea of the BLANK signed form and since I was not notified by Pre-Trial how this information was going to be used, I again demand this form be confiscated and that any Medical Information be destroyed for any Pre-trial or US Attorney files.

This is a major violation of my Rights, and I rescind my signature on that and any other Medical Form the Pre-Trial [government] public servants may have or copied.

REMEDY: I was unaware that these forms would be used in that manner and I wish the court to order the destruction of the form and issue court order when and if the time comes for these medical records to be released from my doctors to the court, if that time would ever come.

I am not an expert in the law however I do know right from wrong.  If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways.  I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined.  If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations.  Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.  May the will of our Heavenly Father Yahvah,

through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 USC §1746

Signed on this the thirtieth day of the eight month in the year of our Lord and Savior two thousand ten.

_____
Richard-Enrique; Ulloa
Sui Juris, unrepresented

Date: August 30, 2010

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "OBJECTION TO HAVING TO PRODUCE SALARY INFORMATION" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

*[signature]* Agent

Richard-Enrique; Ulloa, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
Non-domestic, non-combatant
Without the U.S. [12484]
August 30, 2010

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT