Richard-Enrique; Ulloa, Sui Juris, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic, Without the U.S. [12484]

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 1 0 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE # 1:10-CR-0321 (TJM) |
| Plaintiff, ) | |
| ) | NOTICE to enter sworn |
| v. ) | statements in writing into |
| ) | the record |
| RICHARD ENRIQUE ULLOA, ) | |
| Defendant. ) | |

**NOTICE to enter sworn statements in writing into the record.**

state of New York   }
                    } §
county of Ulster    }

I Richard-Enrique; Ulloa, am a sovereign, sui juris, unrepresented, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation

and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.

*"Allegations such as those asserted by petitioner, (a pro se litigant), however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. Accordingly, although we intimate no view on the merits of petitioner's allegations, we conclude that he is entitled to an opportunity to offer proof."* **<u>Haines v. Kerner</u>, 404 U.S. 519, 522**

---

Richard-Enrique; Ulloa, a Secured Party creditor, and reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-308, and Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

**<u>Let it be known to all, on and for the record, and via this affidavit of truth, and Notice of Non Corporate Status and that I do not represent myself, I am myself, and reserve all my rights including but not limited to my right to assistance of counsel, and are proceeding unrepresented.</u>**

In this affidavit I will be entering as Exhibit (07/07/2010) and Exhibit 2 (07/21/2010) my sworn statements read into the record on those dates.

After reviewing the audio recordings of 7/7/2010 and 7/21/2010, It is clear that the statements are correct and I am entering them in writing into the record as I intended on 7/7/2010.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will

sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

## 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the third day of the ninth month in the year of our Lord and Savior two thousand ten.

Richard-Enrique; Ulloa
Sui Juris, unrepresented

Date: September 3, 2010

**Proof and Evidence of Service**

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "NOTICE OF STATEMENTS ENTERED INTO THE RECORD" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |



Richard-Enrique; Ulloa, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
Non-domestic, non-combatant
Without the U.S. [12484]
September 3, 2010

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

*TRUE COPY (c)*
*Ru*

My name is Richard Enrique Ulloa; I understand that I am to accurately state the facts, and if I knowingly inaccurately state the facts I may subject myself to penalties for perjury under the laws of the United States of America.  Having qualified my testimony, I deny that I am public property.
I object to be deemed public property by any public entity or person.

Is there a trustee here?

With no trustee here, there is no party here that can state a claim in which relief can be granted.

Is there any objection to closing this matter permanently?

This matter is closed by beneficiary's order.

*Entered*
*9/10/10*

EXHIBIT (1)

*TRUE COPY (c)*

My name is Richard Enrique Ulloa; I understand that I am to accurately state the facts, and if I knowingly inaccurately state the facts I may subject myself to penalties for perjury under the laws of the United States of America. Having qualified my testimony, I deny that I am public property.
I object to be deemed public property by any public entity or person.

The constitution states in Article 1 that congress shall make no law to petition the government for a redress of grievance, but here we are with an unconstitutional accusation of mail fraud being asserted by those who are paid trained educated and sworn to uphold the constitution.

"Since mail fraud is a specific intent crime, good faith is a complete defense to that crime"
US V WALL 130 f3d 739 6th circuit 1997

The Bill of Rights states in **Article the eighth** [Amendment VI] "In criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been

EXHIBIT (2)

committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense."

Yet I am being told that there is some rule that "requires me to have a lawyer or attorney"

28 USC 2072 states that "(b) Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect.

If this is the case it seems to me we have a violation of the constitution.

I cannot represent myself, since I am myself and as stated in the Bill of Rights, I will proceed with several assistance of counsel, to include Robert Fox.

I will be submitting a counter-claim in this case. As stated in my Affidavit "Act of State" and my Affidavit "of Secured Party Creditor" a schedule of what constitutes a false charge is listed in the documents and those fees will be used.

The prosecutor knew or should have known that he was proceeding with an illegal grand jury, he knew or should have known that alleged defendant was not invited or even was aware of the pending indictment. The Prosecutor has brought a fraud upon the court. I will be submitting a motion for sanctions, and a BAR grievance.

As for the threats made by the prosecutor to me on 7/7/2010 I am awaiting the Freedom of Information request sent to the US Marshall's for a complete video and audio of this court room on that date after the court rested, and the transcript of the proceedings on the same date. Once these are received I can submit A BAR grievance and a motion for sanctions and charges on this issue.

Again I ask, Is there a trustee here?

With no trustee here, there is no party here that can state a claim in which relief can be granted.

Again I ask, Is there any objection to closing this matter permanently?

This matter is closed by beneficiary's order.