UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                               Case No. 10-CR-321(TJM)

     v.

RICHARD ENRIQUE ULLOA,

        Defendant.

## CERTIFICATE OF SERVICE

     I hereby certify that on September 27, 2010, I electronically filed the Government's Response to Defendant's Motions filed September 10, 2010 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

     And, I hereby certify that on September 27, 2010, I have mailed by the United States Postal Service, the foregoing to the following:

   1. Richard Enrique Ulloa
      P.O. Box 771
      Stone Ridge, NY 12484

                                               /s/*Kelly L. Ciccarelli*
                                             Legal Assistant