MOTION #8 - ALBANY MOTION DAY - 10/12/10
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     M. Price
STENO:     L. Tennyson
LC    :    SE

10:00 AM     Court meets.

8.    UNITED STATES OF AMERICA

      VS.                                              1:10-CR-321

      RICHARD ENRIQUE ULLOA

   1.   DEFT MOTION FOR A MORE DEFINITE STATEMENT [40] - **TAKEN ON SUBMIT.**

   APPEARANCES:     None

10:45 AM     Court stands adjourned.