UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

United States of America

    -vs.-                            Case No. **1: 10-CR-321 (TJM)**

**RICHARD ENRIQUE ULLOA**

Pursuant to this Court's [47] Decision & Order filed on October 18, 2010, and because the interests of justice so require;

It is hereby **ORDERED** that:

The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named defendant in the limited capacity as standby counsel and shall file a notice of appearance with the Clerk of Court.

Dated:   October 20, 2010

                                        Thomas J. McAvoy
                                        Senior, U.S. District Judge