

## richard-enrique: Ulloa

c/o general post-office 771
non-domestic,non-commercial,non-resident
stone ridge, new york republic
Without the U.S. [12484]
(845) 687-7855

September 28, 2010

The Office of Chief Divisional Counsel
Federal Bureau of Investigation
(Division of the DOJ)
200 McCarty Avenue
Albany, New York 12209

10-CR-321

**CERTIFIED MAIL 7009-3410- 0002- 4234-3587**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 29 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

Dear Sir or Madam;

In reference to Richard-Enrique Destroyed laptop.

Please find attached the first letter, the second letter and this third demand request for a replacement of a damaged laptop while in the care of the FBI.

I have not received a response to my first letter or second letter, and this is your final demand for payment.

I am not sure that you are aware of the implications of not restoring this laptop to a useful purpose.

In order for my defense, there is critical data on this laptop that cannot be recovered in the condition it is in. You may want to check with the US Asst. Attorney on the implications.

You are now interfering with my defense which is a constitutional violation of due process.

I have made my requested three times, and you have failed to respond and any way.

The next step is thru court action. Please be aware that any fees and or assistance of counsel fees will be added to your bill.

If you need me for anything, please do not hesitate to call.

Respectfully Yours;

_[signature]_

richard-enrique: [for the family ulloa]

cc: Thomas Capezza via (FCM)
    Honorable Judge Homer



**richard-enrique: Ulloa**

c/o general post-office 771
non-domestic,non-commercial,non-resident
stone ridge, new york republic
Without the U.S. [12484]
(845) 687-7855

September 9, 2010

Chief Divisional Counsel
Federal Bureau of Investigation
(Division of the DOJ)
200 McCarty Avenue
Albany, New York 12209

Dear Sir or Madam;

In reference to Richard-Enrique Destroyed laptop.

Please find attached the first letter and this second request for a replacement of a damaged laptop while in the care of the FBI.

I have not received a response to my first letter.

I am not sure that you are aware of the implications of not restoring this laptop to a useful purpose.

In order for my defense, there is critical data on this laptop that cannot be recovered in the condition it is in. You may want to check with the US Asst. Attorney on the implications.

If I cannot get to this data, you will be preventing me from properly defending myself, and it will not allow me for a proper defense. I am sure it is a violation of due process.

Please call me in the least and let me know,

    1- You received my letters.
    2- You are working on it?
    3- You don't care and you are not going to replace it?
    4- I should go somewhere else?
    5- I should file a Federal Claim in USDC and sue the FBI for it?
    6- Something, Anything.. So I know there is intelligent life on the other side.

If you need me for anything, please do not hesitate to call.

Respectfully Yours;

_____
richard-enrique: [for the family ulloa]

cc: Thomas Capezza via (FCM)
    Honorable Judge Homer



**richard-enrique: Ulloa**

c/o general post-office 771
non-domestic,non-commercial,non-resident
stone ridge, new York republic
Without the U.S [12484]
(845) 687-7855

August 28, 2010

Chief Divisional Counsel
Federal Bureau of Investigation
(Division of the DOJ)
200 McCarty Avenue
Albany, New York 12209

Dear Sir or Madam,

Find attached my request to replace a computer which was discovered damaged, and has been unusable since its return

Please use this letter and the attached Notice of Damaged Equipment, which was filed with Judge Homer and the court on July 16, 2010 dckt # 20, as my demand and claim for the replacement of this vital computer, which has to be used for my defense.

Please get back to me as soon as possible, so we can get this matter completed.

richard-enrique [for the family ulloa]

cc: Judge Homer -- no attachments
Attachments: Letter to Judge Homer dated August 10, 2010 from R. Hartunian
    Notice of Damaged Equipment after Seizure Docket # 20



richard-enrique; Ulloa
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic, Without the US [12484]

MID HUDSON NY 125
28 SEP 2010 PM 3 T

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
SEP 29 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

united States District Court of N. New York
445 Broadway Room 509
Albany, New York 12207

12207+2348

FILE INTO CASE