Richard-Enrique; Ulloa, Sui Juris, unrepresented
RR1 peek farms
c/o postal department 771
Stone Ridge, New York republic
non-domestic, Without the U.S. [12484]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE # 1:10-CR-0321 (TJM) |
| ) | |
| Plaintiff, ) | |
| ) | DEMAND FOR |
| ) | PRODUCTION OF |
| v.        ) | DOCUMENTS |
| ) | |
| ) | |
| RICHARD ENRIQUE ULLOA, ) | |
| ) | |
| ) | |
| Defendant.    ) | |
| ) | |

## DEMAND FOR PRODUCTION OF DOCUMENTS

state of New York        }

                    }    §

county of Ulster        }

COMES NOW, Richard-Enrique: Ulloa, sui juris, and demands PRODUCTION OF DOCUMENTS necessary to my defense.

ALL questions are to be answered and all discoveries completed before upcoming hearings in Federal and State courts, the next hearing set for 11/09/2010.

1

2      All parties are going to be called as witnesses, will be cross examined and shall

3      disclose fully and completely the information demanded.

4

5      All records herein requested are to be brought forth in a timely manner by all parties

6      and discovery shall be completed before trial can proceed. Many records requested

7      contain exculpatory evidence, necessary to my defense and for impeachment of

8      witnesses. Any requested records that are withheld will be criminal obstruction of justice

9      and withholding of evidence, and all parties are being held accountable in Federal Court,

10     Case No. 10-CR-0321, for the ongoing conspiracy being enacted upon the Ulloa family.

11

12     In addition to the records listed in the attached Freedom of Information/Privacy Act

13     demand, specific disclosure of the following video tapes, audio tapes and documents are

14     critical to any forthcoming hearings.

15

16     All records are discoverable not only under the Freedom of Information Act/Privacy

17     Act, but also the New York Open Public Records Law, and all information is critical to

18     the public knowledge of the methods and operations of government agencies; also equal

19     protection and privacy is paramount and as such I am lawfully entitled to every document

20     bearing my name or picture.

21

22     Any hearings or trials held before discovery is completed by all parties will be a

23     violation of rights and liberties of due process, and all parties shall be held accountable.

24

25     Parties specifically named are in bold type and are all being individually served, as

26     well as those named in the body of the FOIA demand and addendum. All parties are

27

28

1   expected to read the entire document and produce records that apply to them wherein

2   demanded.

3

4   1. The PROSECUTOR shall produce a complete witness list, and complete

5       information disclosing the intended testimony of each witness; also the relevance

6       and purpose of each witness' testimony that they are going to call. I expect an

7       accurate list that will not be changed many times before trial, as in past

8       proceedings. I expect this information in a timely manner, at least ten days before

9       any trial in court. The PROSECUTOR shall produce all codes, rules and

10      regulations or evidence the PROSECUTOR and action is subject to that would be

11      exculpatory in nature to Defendant and/or tend to mitigate the charges. Otherwise

12      the PROSECUTOR is Concealing the True Disposition of the Case to the harm

13      of the Plaintiff whatever the ruling would be on the Plaintiff's objections; and is

14      plain error on the part of the Court and warrants supervisory action.

15

16  2. The COURT shall produce records from every hearing in Case No. 10-cr-0321

17      the Warrant of Arrest. Produce all court AUDIO and VIDEOTAPES, transcripts

18      and exhibits shall be produced before hearings or trials.

19

20  3. The COURT, Judge DAVID R. HOMER shall produce a transcript and videotape

21      or audiotape of the hearing before records from every hearing in Case No. 10-cr-

22      0321 Mail Fraud action. The COURT shall disclose the reports, letters, and

23      memos relating to an investigation of this mail fraud action. All police reports, in

24      particular by officers GEORGE F. GOODWIN, JOSH CALIENDO, of the Ulster

25      Sheriff and Town of Rosendale Police and JOE AUREMMA, MARIO

26      RESTIVO, NORM KANTOWITZ  New York State Police; all FBI notes and all

27      interactions between SA Samantha Estevez, SSA Laura Youngblood, SA Julie

28      Kelly Mounce, SA MD McDonald, SA Margaret Carmichael, CART FE Cory

Pritchard, SA James Breen, SA Christopher Mulhall, SA Rebecca Shaw, SA Chris West, SA Jim Kolbe, SA Garrett Gnatek, SA Mark Kleist, SA Mark Shelhamer, SA Gregory Hautau, SA Steve Young, SA Eric Boyce, AUSA Thomas Capezza, ADA John Tobin, TFO Warren Wilson, TFO Mark Kleist, TFO Kevin Buttenschon, TOT CART Cheryl L. Durham, TOT STORAGE Cory J. Pritchard, Mark G. Maroney, IBM Lisa Grassi, IBM Nick Haubol, IBM Greg McLouglin, Rosendale PD Josh Caliendo, NYSP Joe Auriemma, NYSP Mario Restivo, NYSP Norm Kantowitz, NYPD Ed Lawson, UC Sheriff Debra Montgomery, UC Sheriff George F. Goodwin, UC Sheriff P.J. Van Blarcum, TimeWarner – Linda Kavanaugh, BAR– Michael Jordan, BAR – Andrew Zweben, BAR – John Bailey, BAR -  Suzanne E. Panara, BAR – Steven J. Baum, BAR – Stephanie M. Vampotic, BAR – Renee Garcia, BAR – Jason J. Kovacs, BAR – Costello, Cooney,BAR – Beatrice Havranek, BAR – William W. Frame, BAR – Paul O. Sullivan, BAR – Jon H. Adams, BAR – Richard V. Corbally, BAR - Michael G. Gartland, BAR - Karen E. Hagstrom, BAR - Rena M. O'Connor, BAR - Allan B. Rappleyea, BAR - Vincent L. DeBiase, ULSTER – Florence Brandt, ULSTER – Nina Postupack, ULSTER – Alice lawlis, ULSTER – James E. Quigley III,ROSENDALE – Joan Jordan, ROSENDALE – Patrick McDonough, Judge – David R. Homer, Judge – Thomas J. Mc Avoy, Judge – J. Platkin, Judge – Susan Kesick, Judge – George B. Ceresia Jr, Judge – Kimberly A. O'Connor, Judge – Eugene J. Rizzo, Judge – Terry B. Elia, Judge – Marsha Weiss, and SA Samantha Estevez, SSA Laura Youngblood, SA Julie Kelly Mounce, SA MD McDonald, SA Margaret Carmichael, CART FE Cory Pritchard, SA James Breen, SA Christopher Mulhall, SA Rebecca Shaw, SA Chris West, SA Jim Kolbe, SA Garrett Gnatek, SA Mark Kleist, SA Mark Shelhamer, SA Gregory Hautau, SA Steve Young, SA Eric Boyce, AUSA Thomas Capezza, ADA John Tobin, TFO Warren Wilson, TFO Mark Kleist, TFO Kevin Buttenschon, TOT CART Cheryl L. Durham, TOT STORAGE Cory J. Pritchard, Mark G. Maroney,  FBI agents and police shall be made known.

4. Judge DAVID R. HOMER, shall produce all phone records, home phone, office phone and cell phone and computer phone records of every conversation

occurring with any and all others in connection to this action. Also said judge
must produce all letters, reports, memos, faxes, telephone conversations,
background information, criminal records, interviews, "star chamber" interviews
between him and others in connection with this action, and all VIDEOTAPES
and AUDIOTAPES of these interviews and meetings and hearings.

5. To help ensure applying the correct legal standard the COURT, again Judge
   DAVID R. HOMER, shall produce all signed Judgments or Orders with
   reference to defendant or in connection with this case. Further, the COURT shall
   produce all codes, rules and regulations and evidence and disposition of said
   codes, rules and regulations and evidence, the Court is subject to or aware of that
   would be exculpatory in nature to defendant and/or tend to mitigate the charges.
   This is necessary to produce because Party's failure to cite relevant authority, or
   discuss relevant legal principles, does not relieve court of duty to apply correct
   legal standard. BATEMAN V. US POSTAL SERVICE, 231 F3d 1220 (9th Cir.
   2000). Right to a fair trial is basic requirement of due process and includes right
   of unbiased judge. HAUPT V. DILLARD, 17 F3d 285 (9th Cir 1994). (The
   Maxim of law is "Suppression of fact, which should be disclosed, is the same in
   effect as willful misrepresentation;" and "Ignorance of the Law does not excuse
   misconduct in anyone, least of all a sworn officer of the law.")

6. Judge THOMAS J. MCAVOY, shall produce all phone records, home phone,
   office phone and cell phone and computer phone records of every conversation
   occurring with any and all others in connection to this action. Also said judge
   must produce all letters, reports, memos, faxes, telephone conversations,
   background information, criminal records, interviews, "star chamber" interviews

between him and others in connection with this action, and all VIDEOTAPES and AUDIOTAPES of these interviews and meetings and hearings.

7. To help ensure applying the correct legal standard the COURT, again Judge THOMAS J. MCAVOY, shall produce all signed Judgments or Orders with reference to defendant or in connection with this case. Further, the COURT shall produce all codes, rules and regulations and evidence and disposition of said codes, rules and regulations and evidence, the Court is subject to or aware of that would be exculpatory in nature to defendant and/or tend to mitigate the charges. This is necessary to produce because Party's failure to cite relevant authority, or discuss relevant legal principles, does not relieve court of duty to apply correct legal standard. BATEMAN V. US POSTAL SERVICE, 231 F3d 1220 (9th Cir. 2000). Right to a fair trial is basic requirement of due process and includes right of unbiased judge. HAUPT V. DILLARD, 17 F3d 285 (9th Cir 1994). (The Maxim of law is "Suppression of fact, which should be disclosed, is the same in effect as willful misrepresentation;" and "Ignorance of the Law does not excuse misconduct in anyone, least of all a sworn officer of the law.")

8. The COURT shall produce and disclose any and all application of trigger laws used or intended to be used in this action to date.

9. I hereby challenge the jurisdiction of the COURT in this matter and the COURT shall disclose and explain the jurisdiction of the COURT, its boundaries, and its relationship and position with the national and international democracy connection(s) of the UNITED STATES, and how this is democratic arrangement is reconciled with the COURT'S/JUDGE'S oath of office to guarantee and uphold the state republic, and avoids conflict of interest, and/or avoids imposing

inconvenient forum and/or national or international democracy enforcement on citizens of the state republican form of government. The Maxim of Law is "The order of things is confounded if every one preserves not his jurisdiction;" and "Every jurisdiction has its own bounds;" and "One who exercises jurisdiction out of his territory is not obeyed with impunity;" and "Nothing inconvenient is lawful;" and "What is inconvenient or contrary to reason, is not allowed in law."

10. Per the Jefferson Manual rules and practices of the legislative houses, Sections 6 and 22 et al., the COURT shall provide, produce and disclose the voting records evidence that the bill law or statute for Mail Fraud being charged against defendant is passed by three readings with the President giving notice at each reading whether it be the first, second, or third, and which readings shall be on three different days, with few exceptions regarding the separate days, and with a Majority of each House, a quorum to do business in attendance and/or all seats filled and members in attendance when required.

11. Further, the JUDGES, DAVID R. HOMER and THOMAS J. MCAVOY and PROSECUTORS, RICHARD S. HARTUNIAN, THOMAS A. CAPEZZA and any other prosecutors involved will produce all records of memberships to which they belong to determine if there is any conflict of interest with their connection to this action. The JUDGES and PROSECUTORS will produce evidence of their membership in a freemason lodge and the oath they have taken to become a mason and their membership in the National Lawyers Guild, considered to be a communist front organization per the 81st Congress; and produce evidence of any other membership and group affiliations they hold and associations with any and all collective entities.

1

2   12. The COURT shall provide, produce and disclose the Law or "statute" abrogating

3   the Eleventh Amendment of the Constitution for the United States of America

4   passed by three readings with the President giving notice at each reading whether

5   it be the first, second, or third, and which readings shall be on three different

6   days, with few exceptions regarding the separate days, and with a Majority of

7   each House, a quorum to do business in attendance and/or all seats filled  and

8   members in attendance when required, and thereby allowing the COURT Judicial

9   power of the United States to be construed to extend to any suit in law or equity,

10  commenced or prosecuted against one of the United States by Citizens of another

11  State, or by Citizens or Subjects of any Foreign State.

12

13  13.11.  **Further, the JUDGE, DAVID R. HOMER, will produce all records**

14  **pertaining to investments and business transactions, and all financial**

15  **accounts to see if there be any conflict of interest with the JUDGE sitting in**

16  **this case.**

17

18  14.11.  **Further, the JUDGE, THOMAS J. MC AVOY, will produce all records**

19  **pertaining to investments and business transactions, and all financial**

20  **accounts to see if there be any conflict of interest with the JUDGE sitting in**

21  **this case.**

22

23

24

25  Richard-Enrique: Ulloa, sui juris

26  Copies attached to Case No.: 10-CR-0321and served on all parties named in attached

27  Certificate of service.

28

I am not an expert in the law however I do know right from wrong.  If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways.  I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined.  If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations.  Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.  May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.


**Reserving  ALL  Natural  God-Given  Unalienable  Birthrights, Waiving None, Ever,**

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 USC §1746

Signed on this the thirtieth day of the ninth month in the year of our Lord and Savior two thousand ten.

 

Richard-Enrique; Ulloa
Sui Juris

Date: September 30, 2010

1

**Proof and Evidence of Service**

2

    *I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "DEMAND FOR PRODUCTION OF DOCUMENTS" by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

3

4

5

6

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

7

8

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3549
FEDERAL BUREAU OF INVESTIGATIONS
170 Marcel Drive
Winchester, VA 22602-4483

9

10

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3556
DEPARTMENT OF JUSTICE
Room 115
LOC Building
Washington, DC 20530-0001

11

12

13

14

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3570
INTERAL REVENUE SERVICE
OGDEN, UTAH 84201

15

16

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3600
UNITED STATES DISTRICT COURT NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

17

18

19

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3600
UNITED STATES DISTRICT COURT NORTHERN NEW YORK
GRAND JURY FOREMAN
445 BROADWAY
ALBANY, NEW YORK 12207

20

21

22

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3617
NYS JUDICIAL 3RD JUDICIAL
40 STEUBEN STREET
ALBANY, NEW YORK 12207

23

24

25

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3631
NEW YORK STATE INSURANCE COMMISIONER
ONE COMMERCE PLAZA
ALBANY, NEW YORK 12257

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3648
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3662
ULSTER COUNTY & ULSTER COUNTY CLERK OFFICE
255 FAIR STREET
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3686
TOWN OF ULSTER
ONE TOWN HALL ROAD
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD POLICE
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3686
TOWN OF ULSTER POLICE
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT

ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) **FIRST CLASS MAIL** (SENT TWICE)
TOWN OF MARBLETOWN
3775 MAIN STREET
STONE RIDGE, NEW YORK 12484

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3709
FLORENCE BRANDT
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: ADELE BRUCK **FIRST CLASS MAIL** (SENT TWICE)
THE VALLEY GROUP, INC
PO BOX 3128
KINGSTON, NEW YORK 12401

To: DAWN VANHOUTEN **FIRST CLASS MAIL** (SENT TWICE)
SELECTIVE INSURANCE COMPANY
PO BOX 480
BRANCHVILLE, NEW JERSEY 07826

To: DAVID BOOLE 7009-3410-0002-4234-3709
ULSTER COUNTY ASSISTANT DA
285 WALL STREET
KINGSTON, NEW YORK 12401

To: NINA POSTUPACK 7009-3410-0002-4234-3662
ULSTER COUNTY CLERK
 255 FAIR STREET
KINGSTON, NEW YORK 12401

To: ALICE LAWLIS 7009-3410-0002-4234-3662
ULSTER COUNTY CLERK
255 FAIR STREET
KINGSTON, NEW YORK 12401

To: JAMES E. QUIGLEY III 7009-3410-0002-4234-3686
TOWN OF ULSTER
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JOAN JORDAN 7009-3410-0002-4234-3716
TOWN OF ROSENDALE

PO BOX 423
ROSENDALE, NEW YORK 12472

To: PATRICK MCDONOUGH, 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3716
TOWN OF ROSENDALE COURT
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICER (FOIA, FOIL) 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941


To: JEAN M SAVANYU **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: LETITIA WALSH **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: GEORGIA A. DAMINO **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: DEBRA MONTGOMERY 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: GEORGE F. GOODWIN 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To: SHERIFF P.J. VAN BLARCUM 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: LINDA KAVANAUGH **FIRST CLASS MAIL** (SENT TWICE)
TIME WARNER
717 N MacQuesten Pkwy
 MOUNT VERNON, NEW YORK 10552

To: JOSH CALIENDO 7009-3410-0002-4234-3716
TOWN OF ROSENDALE POLICE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: ROBERT VOSPER 7009-3410-0002-4234-3716
TOWN OF ROSENDALE COURT
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICER (FOIA, FOIL) 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK MARONEY 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA SAMANTHA ESTEVEZ 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA LAURA YOUNGBLOOD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JULIE KELLY MOUNCE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARGARET CARMICHAEL 7009-3410-0002-4234-3679

FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: MD MCDONALD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: CART FE CORY PRITCHARD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JAMES BREEN 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA CHRISTOPHER MULHALL 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To:  SA REBEECA SHAW 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA CHRIS WEST 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JIM KOLBE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA GARRETT GNATEK 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK KLEIST 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS

200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK SHELHAMER 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA GREGORY HAUTAU 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA STEVE YOUNG 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA ERIC BOYCE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TFO WARREN WILSON 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TFO KEVIN BUTTENSCHON 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TOT CART CHERYL L. DURHAM 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TOT STORAGE CORY J. PRITCHARD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: NORMAN KANTROWITZ 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: JOE AURIEMMA 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: MARIO RESTIVO 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: ED LAWSON 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: JUDGE GEORGE B. CERESIA JR. **FIRST CLASS MAIL** (SENT TWICE)
DISTRICT ADMINISTRATIVE JUDGE
40 STEUBEN STREET
ALBANY, NEW YORK 12207

To: USA THOMAS A. CAPEZZA 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE DAVID R. HOMER 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE THOMAS J. MCAVOY 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE J. PLATKIN 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: KIMBERLY A. O'CONNOR 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: JUDGE CHRISTOPHER CAHILL 7009-3410-0002-4234-3709

SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: JUDGE SUSAN KESICK 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JUDGE MARSHA WEISS 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JUDGE EUGENE RIZZO 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: JUDGE TERRY B. ELIA 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: WILLIAM W. FRAME 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: PAUL O. SULLIVAN 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: JON H. ADAMS 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: RICHARD V. CORBALLY 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP

35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: MICHAEL G. GARTLAND 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: KAREN E. HAGSTROM 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: RENA M. O'CONNOR 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: ALLAN B. RAPPLEYEA 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: VINCENT L. DEBIASE 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: ANDREW ZWEBEN **FIRST CLASS MAIL** (SENT TWICE)
12 JOHN STREET
KINGSTON, NEW YORK 12401

To: MICHAEL JORDON **FIRST CLASS MAIL** (SENT TWICE)
PO BOX 4120
KINGSTON, NEW YORK 12402

To: JOHN W. BAILEY **FIRST CLASS MAIL** (SENT TWICE)
BAILEY, KELLEHER & JOHNSON P.C.
PINE WEST PLAZA 5, SUITE 507
ALBANY, NEW YORK 12205

To: SUZANNE E. PANARA **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: STEVEN J. BAUM **FIRST CLASS MAIL** (SENT TWICE)

STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: STEPHANIE M. VAMPOTIC **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: RENEE GARCIA **FIRST CLASS MAIL** (SENT TWICE)
HOGAN & HARTSON, LLP
875 THIRD AVENUE
NEW YORK, NEW YORK 10022

To: JASON J. KOVAS **FIRST CLASS MAIL** (SENT TWICE)
RUSK, WADLIN, HEPPNER & MARTUSCELLO
P.O. BOX 727
MARLBORO, NEW YORK 12542

To: PUBLIC DISCLOSURE OFFICER (FOIL, FOIA) **FIRST CLASS MAIL** (SENT TWICE)
COSTELLO, COONEY, FEARSON, PLLC.
220 COLUMBIA TURNPIKE
RENSSELAER, NEW YORK 12144

Richard-Enrique; Ulloa

September 30, 2010

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

DIANA S. CLINE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CL6015194
QUALIFIED IN ULSTER COUNTY
COMMISSION EXPIRES 10 / 26 / 2010

**FOIA and Open Records Public Disclosure Requests and Actual and Constructive Notice**

From: :Richard-Enrique;Ulloa;

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3549
FEDERAL BUREAU OF INVESTIGATIONS
170 Marcel Drive
Winchester, VA 22602-4483

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3556
DEPARTMENT OF JUSTICE
Room 115
LOC Building
Washington, DC 20530-0001

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3570
INTERAL REVENUE SERVICE
OGDEN, UTAH 84201

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3600
UNITED STATES DISTRICT COURT NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3600
UNITED STATES DISTRICT COURT NORTHERN NEW YORK
GRAND JURY FOREMAN
445 BROADWAY
ALBANY, NEW YORK 12207

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3617
NYS JUDICIAL 3RD JUDICIAL
40 STEUBEN STREET
ALBANY, NEW YORK 12207

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3631
NEW YORK STATE INSURANCE COMMISIONER
ONE COMMERCE PLAZA
ALBANY, NEW YORK 12257

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3648
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3662
ULSTER COUNTY & ULSTER COUNTY CLERK OFFICE
255 FAIR STREET
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3686
TOWN OF ULSTER
ONE TOWN HALL ROAD
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD POLICE
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3686
TOWN OF ULSTER POLICE
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL)
TOWN OF MARBLETOWN
3775 MAIN STREET
STONE RIDGE, NEW YORK 12484

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3709
FLORENCE BRANDT
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: ADELE BRUCK **FIRST CLASS MAIL** (SENT TWICE)
THE VALLEY GROUP, INC
PO BOX 3128
KINGSTON, NEW YORK 12401

To: DAWN VANHOUTEN **FIRST CLASS MAIL** (SENT TWICE)
SELECTIVE INSURANCE COMPANY
PO BOX 480
BRANCHVILLE, NEW JERSEY 07826

To: DAVID BOOLE 7009-3410-0002-4234-3709
ULSTER COUNTY ASSISTANT DA
285 WALL STREET
KINGSTON, NEW YORK 12401

To: NINA POSTUPACK 7009-3410-0002-4234-3662
ULSTER COUNTY CLERK
 255 FAIR STREET
KINGSTON, NEW YORK 12401

To: ALICE LAWLIS 7009-3410-0002-4234-3662
ULSTER COUNTY CLERK
255 FAIR STREET
KINGSTON, NEW YORK 12401

To: JAMES E. QUIGLEY III 7009-3410-0002-4234-3686
TOWN OF ULSTER
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JOAN JORDAN 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PATRICK MCDONOUGH, 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3716
TOWN OF ROSENDALE COURT
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICER (FOIA, FOIL) 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941


To: JEAN M SAVANYU **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: LETITIA WALSH **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: GEORGIA A. DAMINO **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: DEBRA MONTGOMERY 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: GEORGE F. GOODWIN 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: SHERIFF P.J. VAN BLARCUM 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: LINDA KAVANAUGH **FIRST CLASS MAIL** (SENT TWICE)
TIME WARNER
717 N MacQuesten Pkwy
 MOUNT VERNON, NEW YORK 10552

To: JOSH CALIENDO 7009-3410-0002-4234-3716
TOWN OF ROSENDALE POLICE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: ROBERT VOSPER 7009-3410-0002-4234-3716
TOWN OF ROSENDALE COURT
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICER (FOIA, FOIL) 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK MARONEY 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA SAMANTHA ESTEVEZ 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA LAURA YOUNGBLOOD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JULIE KELLY MOUNCE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARGARET CARMICHAEL 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: MD MCDONALD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: CART FE CORY PRITCHARD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JAMES BREEN 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA CHRISTOPHER MULHALL 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To:  SA REBEECA SHAW 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA CHRIS WEST 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JIM KOLBE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA GARRETT GNATEK 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK KLEIST 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK SHELHAMER 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA GREGORY HAUTAU 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA STEVE YOUNG 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA ERIC BOYCE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TFO WARREN WILSON 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TFO KEVIN BUTTENSCHON 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TOT CART CHERYL L. DURHAM 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TOT STORAGE CORY J. PRITCHARD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: NORMAN KANTROWITZ 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: JOE AURIEMMA 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: MARIO RESTIVO 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: ED LAWSON 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: JUDGE GEORGE B. CERESIA JR. **FIRST CLASS MAIL** (SENT TWICE)
DISTRICT ADMINISTRATIVE JUDGE
40 STEUBEN STREET
ALBANY, NEW YORK 12207

To: USA THOMAS A. CAPEZZA 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE DAVID R. HOMER 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE THOMAS J. MCAVOY 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE J. PLATKIN 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: KIMBERLY A. O'CONNOR 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: JUDGE CHRISTOPHER CAHILL 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: JUDGE SUSAN KESICK 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JUDGE MARSHA WEISS 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JUDGE EUGENE RIZZO 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: JUDGE TERRY B. ELIA 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: WILLIAM W. FRAME 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: PAUL O. SULLIVAN 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: JON H. ADAMS 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: RICHARD V. CORBALLY 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: MICHAEL G. GARTLAND 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: KAREN E. HAGSTROM 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: RENA M. O'CONNOR 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: ALLAN B. RAPPLEYEA 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: VINCENT L. DEBIASE 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: ANDREW ZWEBEN **FIRST CLASS MAIL** (SENT TWICE)
12 JOHN STREET
KINGSTON, NEW YORK 12401

To: MICHAEL JORDON **FIRST CLASS MAIL** (SENT TWICE)
PO BOX 4120
KINGSTON, NEW YORK 12402

To: JOHN W. BAILEY **FIRST CLASS MAIL** (SENT TWICE)
BAILEY, KELLEHER & JOHNSON P.C.
PINE WEST PLAZA 5, SUITE 507
ALBANY, NEW YORK 12205

To: SUZANNE E. PANARA **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: STEVEN J. BAUM **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: STEPHANIE M. VAMPOTIC **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: RENEE GARCIA **FIRST CLASS MAIL** (SENT TWICE)
HOGAN & HARTSON, LLP
875 THIRD AVENUE
NEW YORK, NEW YORK 10022

To: JASON J. KOVAS **FIRST CLASS MAIL** (SENT TWICE)
RUSK, WADLIN, HEPPNER & MARTUSCELLO
P.O. BOX 727
MARLBORO, NEW YORK 12542

To: PUBLIC DISCLOSURE OFFICER (FOIL, FOIA) **FIRST CLASS MAIL**
(SENT TWICE)
COSTELLO, COONEY, FEARSON, PLLC.
220 COLUMBIA TURNPIKE
RENSSELAER, NEW YORK 12144

**FOIA and Open Records Public Disclosure Requests**

Dear FOIA/PA Officer and Attorneys:

Pursuant to both the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a,

Comes Now, Richard-Enrique: Ulloa, sui juris to demand for the production of records, documents and things needed under the authority of the Freedom of Information Act, 5

U.S.C. § 552, Privacy Act 5 U.S.C. § 552a, and New York Freedom of Information Law (FOIL): N.Y. Pub. Off. Law, secs 84-90, and the New York Open Meetings Law: NY Pub. Off. Law Secs. 100-111 Open Records Laws. I seek access to and copies of all records and things about me which you have in your possession.

All records should be provided without charge for they are going to be used to "contribute significantly to public understanding of the operations or activities of the Government." However, in the alternative, I agree to pay reasonable fees incurred in the copying of these documents up to the amount of $50.00. If the estimated fees will be greater than that amount, please contact me by telephone before such expenses are incurred.

All requests must be answered and documents produced within twenty days, or a written explanation must be given for the delay. Refusal to comply with this request is forbidden and I intend to bring appropriate charges/claims against those who refuse to comply.

For any omission or other claims of exemption from requirement to disclose, per the Jefferson Manual rules and practices of the legislative houses, Sections 6 and 22 et al., provide the voting records evidence that the bill law or statute being claimed grants exemption is passed by three readings with the President giving notice at each reading whether it be the first, second, or third, and which readings shall be on three different days, with few exceptions regarding the separate days, and with a Majority of each House, a quorum to do business in attendance and/or all seats filled and members in attendance when required.


**Reason for Request/Demand:**
For all respondents: Due to the fact you are the proponent of a rule or order with the burden of proof and due to your apparent lack of ability to produce substantial evidence and/or due to your lack jurisdiction for your actions, yet you are pursuing charges against me in prima facia violation of U.S.C 556D I am making this FOIA, Open Records - Public Disclosure Request, and Privacy Act Request pursuant to state law, and the federal Freedom of Information Act and Privacy Act in support of my defense and pending complaints and/or grievances to the appropriate agencies, and at law.

Per United States Code "Except as otherwise provided by statute, ~ the proponent of a rule or order has the burden of proof." Any code, rule or regulation or statute a party is imposing must be done upon "...reliable, probative, and substantial evidence...," see 5 USC Sec 556 D. Any statute that makes an exception to this requirement of evidence is unconstitutional in nature and null an void unless the unconstitutionality is without issue, and one upon which the rule is imposing waives rights to substantial evidence. This is not the case here. The one upon which the rule is imposing is hereby asserting and retaining all Creator-God given rights, "Without Prejudice" and without exception.

For the PROSECUTOR and other attorneys it seems obvious that you are proceeding without performing "an inquiry reasonable under the circumstances." This is in response

to your unreasonable to unlawful pursuit of said actions clearly without merit in apparent violation of your state bar professional code of ethics and conduct agreement, and in violation of Rule 11, Fed. R. Civ. P.. The Maxim of Law is, "Punishment is due if the words of an oath be false."

For all respondents: Your prosecution of this matter against me is attempting trespass on the case by deception against me in an effort to prevent me from accessing or exercising my rights and property. And this is your due process warning your intended actions are prohibited and that it is apparent that your processes are flawed, erroneous, and without merit, suppressing or confusing critical information and/or inherent problems, and your actions are an apparent gross negligence or intentional violation of rules or regulations under U.S.C. Title 15 Chapter 2B, Sec. 78ff making statements "which statement was false or misleading with respect to any material fact" and the Maxim of Law is "Gross negligence is held equivalent to intentional wrong;" and "Suppression of the truth is equivalent to the expression of what is false;" and "The law punishes falsehood."

It is not my desire to complain or to bring legal action, but you are leaving me little choice considering, to my understanding, your pattern of abuse of the legal system and or laws in this matter since you are without substantial evidence and jurisdiction to move this case forward, and so it appears you are or will be depending on whatever legal or other maneuvers you have planned to cover up your lack of substance and jurisdiction to proceed.

The Maxim of Law says, "You ought to know with whom you deal." and this is part of my effort to know with whom I deal.

Therefore, I am making this FOIA, Open Records Public Disclosure Request and demand for my defense and to find out if you have shown this same pattern of behavior with others, and for my pending complaint(s).

As corporate government entities you have no right to withhold the information I by law request and hereby demand. The Maxim of Law is "One who commands lawfully must be obeyed;" and "Laws should bind their own maker."

**Attorneys:**
All attorneys you are demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your law firm/offices with reference to: Bar Grievance Complaints to the New York State Bar or any State Bar, Summary of State of federal agency complaints, Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all non bar state or federal agencies, Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal,

Further, respond to the following requests with reference to why it is apparent you consider it acceptable to proceed against me without due cause.

You are demanded to produce and forward any and all records yours and your law firm or your bank has on me with reference to me: in or at law, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your attorney firm and bank/lending institution.

**Law Enforcement State and Federal:**
All law enforcement agents, Sheriff Office, Town and State Police, FBI, and all others, town, county, state and federal, et al., you are demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your offices with reference to: Grievances and Complaints to the New York State or the Federal Government, a Summary of State or federal agency complaints, a Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all state or federal agencies, Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal, and

Further, respond to the following requests: You are demanded to produce and forward any and all records your office has on me with reference to me: in or at law, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all other law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your office.

**Judges and Court officers:**
All judicial officers, judges, clerk of court, county clerk, and others, town, county, state and federal, et al., you are demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your offices with reference to: New York State judicial review boards for Grievances and Complaints, a Summary of State or federal agency complaints, a Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all state or federal agencies,

Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal,  and

Further, respond to the following requests: You are demanded to produce and forward any and all records your office has on me with reference to me: in or at law, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all other law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your office.

**Prosecutor:**
The Prosecutor is demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your offices with reference to: New York State judicial review boards for Grievances and Complaints, a Summary of State or federal agency complaints, a Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all state or federal agencies, Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal,  and

Further, respond to the following requests: You are demanded to produce and forward any and all records your office has on me with reference to me: in or at law, all grand jury interviews, deliberations and minutes, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all other law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your office.

**IRS:**
Internal Revenue Service you are demanded to produce and forward the relevant **IMF SPECIFIC and IMF MCC TRANSCRIPT-SPECIFIC Master Files that you allege apply to and/or are in connection with me.**

This request is for officers and offices and all attorneys in connection to this matter to date and hereafter; so please, you must, produce and forward this demand to any and all

officers and offices and attorneys, judges, police, FBI, Prosecutors, etc…, and their to respond to, and answer in connection with this matter at any time.

In the Year of Our Lord
Date: September ___30___, 2010

Without Prejudice

Sign Manual

Richard-Enrique: Ulloa, sui juris

Actual and Constructive Notice

Notice, for the record, all agents and principals of the same, **Take Notice** that truly I verify, I, Me, Richard-Enrique: Ulloa, am a Living Soul, a Christian man, sui juris, one of the people of this state, I am not, and I deny being anyone's or anything's, accommodation, or corporation, or unincorporated association, or a collective or fictional statutory entity of any kind, and am without attorney, unrepresented, without waiving my right to counsel. I am competent to handle my own affairs; I am without receipt of any documents that attach to me or that I agree to with knowledge, will or intent that verify otherwise. It is required, by provisions of the Privacy Act you answer to, that you must update your records to reflect the same or be in breach of your fiduciary duty.

> "As long as information contained in agency's files is capable of being verified, then, under Privacy Act, agency must take reasonable steps to maintain accuracy of information to assure fairness to individual and, if agency willfully or intentionally fails to maintain its records in that way, and consequently makes determination adverse to individual, it will be liable to that person for money damages." SELLERS V. BUREAU OF PRISONS, 959 F2d 307 (DC Cir. 1992)

> "Supervisory liability may be imposed under § 1983 when an official has actual or constructive notice of unconstitutional practice and demonstrates "gross negligence" or "deliberate indifference" by failing to act." MERIWETHER V. COUGHLIN, 879 F2d 1037 (2nd Cir. 1989)

If the Natural Born, Christian, Living Soul is without recognition of being a true, real man with Creator-God given rights then the officer of the court is respecting and enforcing the status of a fictional person but not of a real true living soul, natural person, in fact, and is a respecter of persons and judging a man unheard, and operating out side the law. Even aliens are extended equal protection.

The Maxims of Law say:
    He who decides anything, a party being unheard, though he should decide right, does

wrong, -

**No man** should be condemned unheard,

**The law is no respecter of persons, [Acts 10:34]**

Where truth is, fiction of law does not exist.

What is good and equal, is the law of laws

Date: September ___30___ , 2010

**Verification:**

I Richard-Enrique: Ulloa, duly affirms, assert and say,

I have read the foregoing "FOIA and Open Records Public Disclosure Requests and Actual and Constructive Notice" and affirm the contents thereof, that the same is true and accurate to the best of my knowledge, information and belief.

Without Prejudice

Sign Manual

Richard-Enrique: Ulloa, Sui Juris

Verification:

Notary Public

State of: New York

County of:  Ulster

This instrument; " FOIA and Open Records Public Disclosure Requests and Actual and Constructive Notice " was acknowledged before me a Notary Public in and for the State

of _New York_____ on this _30___ day of the ninth month in the

year of our Lord and Savior, Jesus Christ Two thousand and ten A.D.

_Diana S. Cline_____

Name

_Diana Cline_____          Seal:
Signature

DIANA S. CLINE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CL0151?4
QUALIFIED IN ULSTER COUNTY
COMMISSION EXPIRES 10 / 26 / 2090

My commission expires: 10/26/2010

richard-enrique
RR1 peek farms
C/O PO BOX 771
Stone Ridge [12484]
New York, uSA
non-domestic, without the U S

Hon. David R. Homer, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway Room 441

USPS
0 130
NY usa
0 4 20
12443
USA44