

October 1, 2010

Dear Thomas A. Capezza[sic]Assistant United States Attorney[sic] and Grand Jury Foreman[sic]United States District Court of Northern New York[sic];

There is a serious error going on here.

It appears that you are intending to make misleading and fraudulent statements in derogation of Title 15 Chap 2(b)§78 §§(f)(f) which could libel you to a $25 Million dollar fine and Life In prison because of your insistence that your false and misleading statements be relied upon by others.

Therefore I am demanding, including this Public Disclosure Request, which you and your Public Disclosure Officer provide to me **the law in its historical entirety** that substantiates your conduct(s) previous, present and/or future against me:

1. that **DENIES MY RIGHT** of my access to the court
2. that **DENIES ME MY RIGHT** of honest services of your offices.
3. that all parties are **NOT LIABLE** under Title 15 chap 2(b)§ 78§§(f)(f) for your reliance on a false misleading statements by Thomas A. Capezza that is not supported by **the law**.
4. **Provide the** law in its historical entirety of the Statue 18 U.S.C. 1341.
5. **Provide the law,** in its historical entirety of the Statue 18 U.S.C. 1349.
6. **Provide the law,** in its historical entirety that a Defendant is barred from presenting a defense to a Grand Jury.
7. **Provide the law;** in its historical entirety that when a defendant is not present at a grand jury, that this not tampering with a jury.
8. **Provide the written** and audio transcripts of all Grand Jury proceedings for 1:10-cr-0321.
9. **Provide, produce and disclose** all exculpatory material of the grand jury testimony by all witnesses, complete and accurate transcript. Exculpatory materials and all statements from all witnesses, stenographic, mechanical, and electronic and or other recordings or transcripts made (legal and illegal) by any witnesses and all evidence presented to the grand jury.

10. **Provide, produce and disclose** all evidence obtained (legal and illegal) of all persons interviewed in connection to the investigation of this matter, including all notes, mechanical, electronic, or any other recording media, and any and ALL written statements, ALL documents provided by witnesses voluntarily or by subpoena, ALL statements made by witnesses or ANYONE signed or unsigned.

11. **Provide, produce and disclose** ALL Subpoenas made, served and un served in this matter.

12. That **determinations** by juries trying perfected facts **CAN BE OVER RULED** in any court of the United States (in violation of the 7th Amendment to the US Constitution, as amended 1791)

These demands under Public Disclosure shall **not be construed** as requests for **legal advice**, legal research, and/or public records not applicable to discovery but validation of the authorization for the communication for which you used the US Mails [mail fraud] to contact me in order for you to avoid any ensuing claims against you.

For this intrinsic, extrinsic self-executing-implied-contract, **all inadequate, evasive, misleading, exemplatory false statements** will be calculated at 1000 pieces .9995 fine gold per each **inadequate, evasive, misleading, exemplatory false statements** pursuant to the original Coinage Act of 1792, after 72 hrs. along with ensuing grand jury investigations and criminal claims against your bonds, or that the above requests for **the law** are denied or avoided to be assessed against all assets whatsoever, wherever of you and all others in connection herein and hereunto eternity in all attempts to interfere with and obstruct the existing truly lawful judgment-claims before your court.

I will await the record being corrected within 72 hours of the receipt of this self executing implied contract-communication-claim presented to you.

For your education:
<u>Interference with commerce by threats or violence.</u>

18 U.S.C. § 1951 Interference with commerce by threats or violence.-

(a) *Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce*, by *robbery or extortion or attempts or conspires so to do*, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section *shall be fined under this title or imprisoned not more than twenty years, or both.*

(b) As used in this section -

(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.

(2) The term "*extortion*" *means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right*.

Frauds and swindles.

18 U.S.C. § 1341 Frauds and swindles. *Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises*, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, *places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service*, or deposits or causes to be deposited any matter or thing whatever *to be sent or delivered by any private or commercial interstate carrier*, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

Rebellion or insurrection.

18 U.S.C. § 2383. Rebellion or insurrection.- **Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto,** shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

Seditious conspiracy.

18 U.S.C. § 2384. Seditious conspiracy.- If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, *or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States*, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.     Felony theft, false swearing, false statements to authorities. subject land.

TITLE 15 > CHAPTER 2B > § 78ff

**§ 78ff. Penalties**

**(a) Willful violations; false and misleading statements**

Any person who willfully violates any provision of this chapter (other than section 78dd–1 of this title), or any rule or regulation thereunder the violation of which is made unlawful or the observance of which is required under the terms of this chapter, or any person who willfully and knowingly makes, or causes to be made, any statement in any application, report, or document required to be filed under this chapter or any rule or regulation thereunder or any undertaking contained in a registration statement as provided in subsection (d) of section 78o of this title, or by any self-regulatory organization in connection with an application for membership or participation therein or to become associated with a member thereof which statement was false or misleading with respect to any material fact, shall upon conviction be fined not more than $5,000,000, or imprisoned not more than 20 years, or both, except that when such person is a person other than a natural person, a fine not exceeding $25,000,000 may be imposed; but no person shall be subject to imprisonment under this section for the violation of any rule or regulation if he proves that he had no knowledge of such rule or regulation.

**(b) Failure to file information, documents, or reports**

Any issuer which fails to file information, documents, or reports required to be filed under subsection (d) of section 78o of this title or any rule or regulation thereunder shall forfeit to the United States the sum of $100 for each and every day such failure to file shall continue. Such forfeiture, which shall be in lieu of any criminal penalty for such failure to file which might be deemed to arise under subsection (a) of this section, shall be payable into the Treasury of the United States and shall be recoverable in a civil suit in the name of the United States.

(c) Violations by issuers, officers, directors, stockholders, employees, or agents of issuers

(1)

(A) Any issuer that violates subsection (a) or (g) of section 78dd-1 of this title shall be fined not more than $2,000,000.

(B) Any issuer that violates subsection (a) or (g) of section 78dd-1 of this title shall be subject to a civil penalty of not more than $10,000 imposed in an action brought by the Commission.

(2)

(A) Any officer, director, employee, or agent of an issuer, or stockholder acting on behalf of such issuer, who willfully violates subsection (a) or (g) of section 78dd-1 of this title shall be fined not more than $100,000, or imprisoned not more than 5 years, or both.

(B) Any officer, director, employee, or agent of an issuer, or stockholder acting on behalf of such issuer, who violates subsection (a) or (g) of section 78dd-1 of this title shall be subject to a civil penalty of not more than $10,000 imposed in an action brought by the Commission.

(3) Whenever a fine is imposed under paragraph (2) upon any officer, director, employee, agent, or stockholder of an issuer, such fine may not be paid, directly or indirectly, by such issuer.


The Debtors and each of them uttered false statements to public servants in a scheme to defraud the Creditor out of the subject land . This constitutes felony theft, false swearing, and false statements to public officials, which are crimes under New York state law. Through these crimes the Debtors succeeded in obtaining the subject land.

Conspiracy against rights,<br>
libel, fraud via U.S. mail.<br>
making use of U.S. Postal Service, and making false allegations

These false claims have served to discredit the Creditor in commerce and in his personal associations. This conduct on the part of the Debtors constitutes a violation of 18 USC § 241 Conspiracy against rights, § 876(d) mailing threatening communications, and § 1341 Frauds and swindles.

Debtors knew this conduct to be violative as described and chose to conceal and to further their scheme, in violation of 18 USC § 2 Principal, § 3 Accessory after the fact, and § 4 Misprision of felony

Sincerely

:Richard-Enrique:

**FOIA and Open Records Public Disclosure Requests and Actual and Constructive Notice**

From: :Richard-Enrique;Ulloa;

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3549
FEDERAL BUREAU OF INVESTIGATIONS
170 Marcel Drive
Winchester, VA 22602-4483

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3556
DEPARTMENT OF JUSTICE
Room 115
LOC Building
Washington, DC 20530-0001

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3570
INTERAL REVENUE SERVICE
OGDEN, UTAH 84201

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3600
UNITED STATES DISTRICT COURT NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3600
UNITED STATES DISTRICT COURT NORTHERN NEW YORK
GRAND JURY FOREMAN
445 BROADWAY
ALBANY, NEW YORK 12207

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3617
NYS JUDICIAL 3RD JUDICIAL
40 STEUBEN STREET
ALBANY, NEW YORK 12207

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3631
NEW YORK STATE INSURANCE COMMISIONER
ONE COMMERCE PLAZA
ALBANY, NEW YORK 12257

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3648
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3662
ULSTER COUNTY & ULSTER COUNTY CLERK OFFICE
255 FAIR STREET
KINGSTON, NEW YORK 12401

To: PUBLIC DISCLOSURE OFFICER 7009-3410-0002-4234-3686
TOWN OF ULSTER
ONE TOWN HALL ROAD
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD POLICE
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3686
TOWN OF ULSTER POLICE
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL)
TOWN OF MARBLETOWN
3775 MAIN STREET
STONE RIDGE, NEW YORK 12484

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3709
FLORENCE BRANDT
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: ADELE BRUCK **FIRST CLASS MAIL** (SENT TWICE)
THE VALLEY GROUP, INC
PO BOX 3128
KINGSTON, NEW YORK 12401

To: DAWN VANHOUTEN **FIRST CLASS MAIL** (SENT TWICE)
SELECTIVE INSURANCE COMPANY
PO BOX 480
BRANCHVILLE, NEW JERSEY 07826

To: DAVID BOOLE 7009-3410-0002-4234-3709
ULSTER COUNTY ASSISTANT DA
285 WALL STREET
KINGSTON, NEW YORK 12401

To: NINA POSTUPACK 7009-3410-0002-4234-3662
ULSTER COUNTY CLERK
255 FAIR STREET
KINGSTON, NEW YORK 12401

To: ALICE LAWLIS 7009-3410-0002-4234-3662
ULSTER COUNTY CLERK
255 FAIR STREET
KINGSTON, NEW YORK 12401

To: JAMES E. QUIGLEY III 7009-3410-0002-4234-3686
TOWN OF ULSTER
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JOAN JORDAN 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PATRICK MCDONOUGH, 7009-3410-0002-4234-3716
TOWN OF ROSENDALE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3716
TOWN OF ROSENDALE COURT
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICER (FOIA, FOIL) 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: JEAN M SAVANYU **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: LETITIA WALSH **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: GEORGIA A. DAMINO **FIRST CLASS MAIL** (SENT TWICE)
NEW YORK STATE COMMISSION ON JUDICAL CONDUCT
CORNING TOWER, SUITE 2310
EMPIRE STATE PLAZA
ALBANY, NEW YORK

To: DEBRA MONTGOMERY 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: GEORGE F. GOODWIN 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: SHERIFF P.J. VAN BLARCUM 7009-3410-0002-4234-3655
ULSTER COUNTY SHERIFF OFFICE
380 BOLULEVARD
KINGSTON, NEW YORK 12401

To: LINDA KAVANAUGH **FIRST CLASS MAIL** (SENT TWICE)
TIME WARNER
717 N MacQuesten Pkwy
MOUNT VERNON, NEW YORK 10552

To: JOSH CALIENDO 7009-3410-0002-4234-3716
TOWN OF ROSENDALE POLICE
PO BOX 423
ROSENDALE, NEW YORK 12472

To: ROBERT VOSPER 7009-3410-0002-4234-3716
TOWN OF ROSENDALE COURT
PO BOX 423
ROSENDALE, NEW YORK 12472

To: PUBLIC DISCLOSURE OFFICER (FOIA, FOIL) 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK MARONEY 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA SAMANTHA ESTEVEZ 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA LAURA YOUNGBLOOD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JULIE KELLY MOUNCE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARGARET CARMICHAEL 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: MD MCDONALD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: CART FE CORY PRITCHARD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JAMES BREEN 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA CHRISTOPHER MULHALL 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To:  SA REBEECA SHAW 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA CHRIS WEST 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA JIM KOLBE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA GARRETT GNATEK 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK KLEIST 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA MARK SHELHAMER 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA GREGORY HAUTAU 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA STEVE YOUNG 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: SA ERIC BOYCE 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TFO WARREN WILSON 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TFO KEVIN BUTTENSCHON 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TOT CART CHERYL L. DURHAM 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: TOT STORAGE CORY J. PRITCHARD 7009-3410-0002-4234-3679
FEDERAL BUREAU OF INVESTIGATIONS
200 MCCARTY AVENUE
ALBANY, NEW YORK 12209

To: NORMAN KANTROWITZ 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: JOE AURIEMMA 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: MARIO RESTIVO 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: ED LAWSON 7009-3410-0002-4234-3723
NEW YORK STATE POLICE
55 CRYSTAL RUN ROAD
MIDDLETOWN, NEW YORK 10941

To: JUDGE GEORGE B. CERESIA JR. **FIRST CLASS MAIL** (SENT TWICE)
DISTRICT ADMINISTRATIVE JUDGE
40 STEUBEN STREET
ALBANY, NEW YORK 12207

To: USA THOMAS A. CAPEZZA 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE DAVID R. HOMER 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE THOMAS J. MCAVOY 7009-3410-0002-4234-3600
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK 12207

To: JUDGE J. PLATKIN 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: KIMBERLY A. O'CONNOR 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: JUDGE CHRISTOPHER CAHILL 7009-3410-0002-4234-3709
SUPREME COURT FOR THE STATE OF NEW YORK
285 WALL STREET
KINGSTON, NEW YORK 12401

To: JUDGE SUSAN KESICK 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449


To: JUDGE MARSHA WEISS 7009-3410-0002-4234-3686
TOWN OF ULSTER COURT
ONE TOWN HALL DRIVE
LAKE KATRINE, NEW YORK 12449

To: JUDGE EUGENE RIZZO 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: JUDGE TERRY B. ELIA 7009-3410-0002-4234-3693
TOWN OF LLOYD COURT
12 CHURCH STREET
HIGHLAND, NEW YORK 12528

To: PUBLIC DISCLOSURE OFFICE (FOIA, FOIL) 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: WILLIAM W. FRAME 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: PAUL O. SULLIVAN 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: JON H. ADAMS 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: RICHARD V. CORBALLY 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: MICHAEL G. GARTLAND 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: KAREN E. HAGSTROM 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: RENA M. O'CONNOR 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: ALLAN B. RAPPLEYEA 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: VINCENT L. DEBIASE 7009-3410-0002-4234-3846
CORBALLY, GARTLAND AND RAPPLEYEA, LLP
35 MARKET STREET
POUGHKEEPSIE, NEW YORK 12601

To: ANDREW ZWEBEN **FIRST CLASS MAIL** (SENT TWICE)
12 JOHN STREET
KINGSTON, NEW YORK 12401

To: MICHAEL JORDON **FIRST CLASS MAIL** (SENT TWICE)
PO BOX 4120
KINGSTON, NEW YORK 12402

To: JOHN W. BAILEY **FIRST CLASS MAIL** (SENT TWICE)
BAILEY, KELLEHER & JOHNSON P.C.
PINE WEST PLAZA 5, SUITE 507
ALBANY, NEW YORK 12205

To: SUZANNE E. PANARA **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: STEVEN J. BAUM **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: STEPHANIE M. VAMPOTIC **FIRST CLASS MAIL** (SENT TWICE)
STEVEN J. BAUM, P.C.
P.O. BOX 1291
BUFFALO, NEW YORK 14240

To: RENEE GARCIA **FIRST CLASS MAIL** (SENT TWICE)
HOGAN & HARTSON, LLP
875 THIRD AVENUE
NEW YORK, NEW YORK 10022

To: JASON J. KOVAS **FIRST CLASS MAIL** (SENT TWICE)
RUSK, WADLIN, HEPPNER & MARTUSCELLO
P.O. BOX 727
MARLBORO, NEW YORK 12542

To: PUBLIC DISCLOSURE OFFICER (FOIL, FOIA) **FIRST CLASS MAIL**
(SENT TWICE)
COSTELLO, COONEY, FEARSON, PLLC.
220 COLUMBIA TURNPIKE
RENSSELAER, NEW YORK 12144

### FOIA and Open Records Public Disclosure Requests

Dear FOIA/PA Officer and Attorneys:

Pursuant to both the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a,

Comes Now, Richard-Enrique: Ulloa, sui juris to demand for the production of records, documents and things needed under the authority of the Freedom of Information Act, 5

U.S.C. § 552, Privacy Act 5 U.S.C. § 552a, and New York Freedom of Information Law (FOIL): N.Y. Pub. Off. Law, secs 84-90, and the New York Open Meetings Law: NY Pub. Off. Law Secs. 100-111 Open Records Laws. I seek access to and copies of all records and things about me which you have in your possession.

All records should be provided without charge for they are going to be used to "contribute significantly to public understanding of the operations or activities of the Government." However, in the alternative, I agree to pay reasonable fees incurred in the copying of these documents up to the amount of $50.00. If the estimated fees will be greater than that amount, please contact me by telephone before such expenses are incurred.

All requests must be answered and documents produced within twenty days, or a written explanation must be given for the delay. Refusal to comply with this request is forbidden and I intend to bring appropriate charges/claims against those who refuse to comply.

For any omission or other claims of exemption from requirement to disclose, per the Jefferson Manual rules and practices of the legislative houses, Sections 6 and 22 et al., provide the voting records evidence that the bill law or statute being claimed grants exemption is passed by three readings with the President giving notice at each reading whether it be the first, second, or third, and which readings shall be on three different days, with few exceptions regarding the separate days, and with a Majority of each House, a quorum to do business in attendance and/or all seats filled and members in attendance when required.


**Reason for Request/Demand:**
For all respondents: Due to the fact you are the proponent of a rule or order with the burden of proof and due to your apparent lack of ability to produce substantial evidence and/or due to your lack jurisdiction for your actions, yet you are pursuing charges against me in prima facia violation of U.S.C 556D I am making this FOIA, Open Records - Public Disclosure Request, and Privacy Act Request pursuant to state law, and the federal Freedom of Information Act and Privacy Act in support of my defense and pending complaints and/or grievances to the appropriate agencies, and at law.

Per United States Code "Except as otherwise provided by statute, ~ the proponent of a rule or order has the burden of proof." Any code, rule or regulation or statute a party is imposing must be done upon "...reliable, probative, and substantial evidence...," see 5 USC Sec 556 D. Any statute that makes an exception to this requirement of evidence is unconstitutional in nature and null an void unless the unconstitutionality is without issue, and one upon which the rule is imposing waives rights to substantial evidence. This is not the case here. The one upon which the rule is imposing is hereby asserting and retaining all Creator-God given rights, "Without Prejudice" and without exception.

For the PROSECUTOR and other attorneys it seems obvious that you are proceeding without performing "an inquiry reasonable under the circumstances." This is in response

to your unreasonable to unlawful pursuit of said actions clearly without merit in apparent violation of your state bar professional code of ethics and conduct agreement, and in violation of Rule 11, Fed. R. Civ. P.. The Maxim of Law is, "Punishment is due if the words of an oath be false."

For all respondents: Your prosecution of this matter against me is attempting trespass on the case by deception against me in an effort to prevent me from accessing or exercising my rights and property. And this is your due process warning your intended actions are prohibited and that it is apparent that your processes are flawed, erroneous, and without merit, suppressing or confusing critical information and/or inherent problems, and your actions are an apparent gross negligence or intentional violation of rules or regulations under U.S.C. Title 15 Chapter 2B, Sec. 78ff making statements "which statement was false or misleading with respect to any material fact" and the Maxim of Law is "Gross negligence is held equivalent to intentional wrong;" and "Suppression of the truth is equivalent to the expression of what is false;" and "The law punishes falsehood."

It is not my desire to complain or to bring legal action, but you are leaving me little choice considering, to my understanding, your pattern of abuse of the legal system and or laws in this matter since you are without substantial evidence and jurisdiction to move this case forward, and so it appears you are or will be depending on whatever legal or other maneuvers you have planned to cover up your lack of substance and jurisdiction to proceed.

The Maxim of Law says, "You ought to know with whom you deal." and this is part of my effort to know with whom I deal.

Therefore, I am making this FOIA, Open Records Public Disclosure Request and demand for my defense and to find out if you have shown this same pattern of behavior with others, and for my pending complaint(s).

As corporate government entities you have no right to withhold the information I by law request and hereby demand. The Maxim of Law is "One who commands lawfully must be obeyed;" and "Laws should bind their own maker."

**Attorneys:**
All attorneys you are demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your law firm/offices with reference to: Bar Grievance Complaints to the New York State Bar or any State Bar, Summary of State of federal agency complaints, Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all non bar state or federal agencies, Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal,

Further, respond to the following requests with reference to why it is apparent you consider it acceptable to proceed against me without due cause.

You are demanded to produce and forward any and all records yours and your law firm or your bank has on me with reference to me: in or at law, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your attorney firm and bank/lending institution.

**Law Enforcement State and Federal:**
All law enforcement agents, Sheriff Office, Town and State Police, FBI, and all others, town, county, state and federal, et al., you are demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your offices with reference to: Grievances and Complaints to the New York State or the Federal Government, a Summary of State or federal agency complaints, a Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all state or federal agencies, Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal, and

Further, respond to the following requests: You are demanded to produce and forward any and all records your office has on me with reference to me: in or at law, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all other law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your office.

**Judges and Court officers:**
All judicial officers, judges, clerk of court, county clerk, and others, town, county, state and federal, et al., you are demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your offices with reference to: New York State judicial review boards for Grievances and Complaints, a Summary of State or federal agency complaints, a Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all state or federal agencies,

Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal, and

Further, respond to the following requests: You are demanded to produce and forward any and all records your office has on me with reference to me: in or at law, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all other law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your office.

**Prosecutor:**
The Prosecutor is demanded to produce and forward me any and all complaints and any type of grievance you have on file against you and/or your offices with reference to: New York State judicial review boards for Grievances and Complaints, a Summary of State or federal agency complaints, a Summary of Complaints to any and all courts, state or federal courts, in the course of litigation or apart from a particular litigation, Summary of FTC complaints, Summary of Complaints to any and all state or federal agencies, Summary of Complaints to administrative courts, state and federal, Summary of Complaints to administrative agencies, state and federal, and

Further, respond to the following requests: You are demanded to produce and forward any and all records your office has on me with reference to me: in or at law, all grand jury interviews, deliberations and minutes, any and all emails, letters, notes and meeting, records, and conversations, produce and provide me, all records, written, videotapes, audiotapes, faxes, telephone conversations, provide a copy of what you have on any and all digital media you have pertaining to me, on CD's, DVD's, microfiche, or other types of recording of digital media like hard-drives, flash/thumb drives, etc, also all Reports and Interviews, Transcripts, and files in your possession pertaining to me. Also, please produce and forward a record of all other correspondence you or those you supervisor or are in contact with have made to any and all other law enforcement offices or any other government agencies regarding me. Further, please produce and forward the name and address of your insurance carrier(s) for yourself and your office.

**IRS:**
Internal Revenue Service you are demanded to produce and forward the relevant **IMF SPECIFIC and IMF MCC TRANSCRIPT-SPECIFIC Master Files that you allege apply to and/or are in connection with me.**

This request is for officers and offices and all attorneys in connection to this matter to date and hereafter; so please, you must, produce and forward this demand to any and all

officers and offices and attorneys, judges, police, FBI, Prosecutors, etc…, and their to respond to, and answer in connection with this matter at any time.

In the Year of Our Lord
Date: September __30__, 2010

Without Prejudice

Sign Manual

Richard-Enrique: Ulloa, sui juris

### Actual and Constructive Notice

Notice, for the record, all agents and principals of the same, **Take Notice** that truly I verify, I, Me, Richard-Enrique: Ulloa, am a Living Soul, a Christian man, sui juris, one of the people of this state, I am not, and I deny being anyone's or anything's, accommodation, or corporation, or unincorporated association, or a collective or fictional statutory entity of any kind, and am without attorney, unrepresented, without waiving my right to counsel. I am competent to handle my own affairs; I am without receipt of any documents that attach to me or that I agree to with knowledge, will or intent that verify otherwise. It is required, by provisions of the Privacy Act you answer to, that you must update your records to reflect the same or be in breach of your fiduciary duty.

> "As long as information contained in agency's files is capable of being verified, then, under Privacy Act, agency must take reasonable steps to maintain accuracy of information to assure fairness to individual and, if agency willfully or intentionally fails to maintain its records in that way, and consequently makes determination adverse to individual, it will be liable to that person for money damages." SELLERS V. BUREAU OF PRISONS, 959 F2d 307 (DC Cir. 1992)

> "Supervisory liability may be imposed under § 1983 when an official has actual or constructive notice of unconstitutional practice and demonstrates "gross negligence" or "deliberate indifference" by failing to act." MERIWETHER V. COUGHLIN, 879 F2d 1037 (2nd Cir. 1989)

If the Natural Born, Christian, Living Soul is without recognition of being a true, real man with Creator-God given rights then the officer of the court is respecting and enforcing the status of a fictional person but not of a real true living soul, natural person, in fact, and is a respecter of persons and judging a man unheard, and operating out side the law. Even aliens are extended equal protection.

The Maxims of Law say:
He who decides anything, a party being unheard, though he should decide right, does

wrong, -
No man should be condemned unheard,
**The law is no respecter of persons, [Acts 10:34]**
Where truth is, fiction of law does not exist.
What is good and equal, is the law of laws

Date: September ___30___, 2010

**Verification:**

I Richard-Enrique: Ulloa, duly affirms, assert and say,

I have read the foregoing "FOIA and Open Records Public Disclosure Requests and Actual and Constructive Notice" and affirm the contents thereof, that the same is true and accurate to the best of my knowledge, information and belief.

Without Prejudice

Sign Manual

Richard-Enrique: Ulloa, Sui Juris

Verification:

Notary Public

State of: New York

County of:  Ulster

This instrument; " FOIA and Open Records Public Disclosure Requests and Actual and Constructive Notice " was acknowledged before me a Notary Public in and for the State of _New York_____ on this _30_ day of the ninth month in the year of our Lord and Savior, Jesus Christ Two thousand and ten A.D.

_Diana S. Cline_____
Name

_Dana S Cline_____
Signature

Seal:    DIANA S. CLINE
         NOTARY PUBLIC, STATE OF NEW YORK
         NO. 01CL0151??
         QUALIFIED IN ULSTER COUNTY
         COMMISSION EXPIRES 10/26/20?0

My commission expires: 10/26/2010

ard-enrique
l peek farms
, P.O. BOX 77,
ne Ridge. [12484]
v York, uSA
-domestic, without the U S

LAWRENCE K. BAERMAN, CLERK
ALBANY

OCT 0 6 2010

R E C E I V E D

N.D. OF N.Y.

U.S. DISTRICT COURT

united States District Court of N. New York
445 Broadway Room 509
Albany, New York 12207