

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway*
*Albany, New York 12207*
*(518)431-0247*

November 2, 2010

***Filed Via ECF***

Hon. Thomas J. McAvoy
United States District Judge
Northern District of New York
United States Courthouse
15 Henry Street
Binghamton, New York 13901

                Re: **United States v. Richard Enrique Ulloa**
                         10 CR 321 (TJM)

Dear Judge McAvoy:

     As the Court is aware, a grand jury for the Northern District of New York returned a superseding indictment against Defendant Richard Enrique Ulloa on October 27, 2010 (ECF no. 58). Defendant is scheduled to be arraigned on Friday, November 5, 2010.

     Thus, the government respectfully requests that that the time prior to defendant's arraignment be excluded from computing the speedy trial time within which a trial must commence. *See* 18 U.S.C. § 3161(c)(1).

     The government further requests that the Court reschedule

*Hon. Thomas J. McAvoy*
*United States District Judge*
*November 2, 2010*
*Page Two*

dates relative to pretrial motions, pretrial filings, and trial regarding the superseding indictment.

                                        Respectfully submitted,

                                        RICHARD S. HARTUNIAN
                                        United States Attorney

                                        /s/ Thomas A. Capezza

                            By:   Thomas A. Capezza
                                        Assistant U.S. Attorney


cc:   Richard Enrique Ulloa
       P.O. Box 771
       Stone Ridge, New York 12484