UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                              Case No. 10-CR-321(TJM)

v.

RICHARD ENRIQUE ULLOA,

       Defendant.

CERTIFICATE OF SERVICE

       I hereby certify that on November 2, 2010 I electronically filed a letter request with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

                Paul Evangelista, Esq.
                Office of the Federal Public Defender
                39 North Pearl Street, 5th Floor
                Albany, NY 12207

       And, I hereby certify that on November 2, 2010,  I have mailed by the United States Postal Service, the foregoing to the following:

                Richard Enrique Ulloa
                P.O. Box 771
                Stone Ridge, New York 12484

                /s/*Kelly L. Ciccarelli*
                Legal Assistant