

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

445 Broadway
Albany, New York 12207
(518)431-0247

November 2, 2010

*Filed Via ECF*

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV - 2 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Bing.

Hon. Thomas J. McAvoy
United States District Judge
Northern District of New York
United States Courthouse
15 Henry Street
Binghamton, New York 13901

**\*\* ENDORSED ORDER \*\***

Re: <u>United States v. Richard Enrique Ulloa</u>
10 CR 321 (TJM)

Dear Judge McAvoy:

As the Court is aware, a grand jury for the Northern District of New York returned a superseding indictment against Defendant Richard Enrique Ulloa on October 27, 2010 (ECF no. 58). Defendant is scheduled to be arraigned on Friday, November 5, 2010.

Thus, the government respectfully requests that that the time prior to defendant's arraignment be excluded from computing the speedy trial time within which a trial must commence. *See* 18 U.S.C. § 3161(c)(1).

The government further requests that the Court reschedule

Hon. Thomas J. McAvoy
United States District Judge
November 2, 2010
Page Two

dates relative to pretrial motions, pretrial filings, and trial regarding the superseding indictment.

                                        Respectfully submitted,

                                        RICHARD S. HARTUNIAN
                                      United States Attorney

                                        /s/ Thomas A. Capezza

                     By:  Thomas A. Capezza
                          Assistant U.S. Attorney

cc:  Richard Enrique Ulloa
      P.O. Box 771
      Stone Ridge, New York 12484

**ENDORSED ORDER:** The Government's request to exclude time under the Speedy Trial Act is hereby GRANTED. The time from the date of this order up to & including the date of defendant Ulloa's arraignment on the Superseding Indictment shall be excluded under 18:3161 et seq.

SO ORDERED.

Dated: November 2, 2010

                                        Hon. Thomas J. McAvoy, SUSDJ