*Written Response to*:
Ulster county court
Justice Mark-Arnold
General-post office
Main Street-4
Hurley-town
New York Republic

*Or Respond to;*
Richard-Enrique;
General-post office
Main Street-4
Hurley-town
New York Republic



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 2 2 2010
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk
RECEIVED

DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE
ALBANY, NEW YORK

*Assembly*

*of, by and for the People on the Ulster county*

*in circuit judicial capacity*

# SUMMONS

## File # 2010-001114-5

---

**UNITED STATES DISTRICT COURT-NORTHERN NEW YORK**

10-CR-0321 TJM

USA

Plaintiff

Vs.

RICHARD ENRIQUE ULLOA

Defendant

---

**Richard-Enrique, house of Ulloa**

*Witness Protection Witness Claimant*

Vs,

## UNITED STATES DISTRICT COURT-NORTHERN NEW YORK

### David R. Homer, FIDUCIARY / ACTOR

And

Susan Kesick, ULSTER TOWN COURT, TOWN OF ULSTER TOWN COURT, TOWN OF ULSTER, David Boole, THE PEOPLE OF THE STATE OF NEW YORK, John Dwyer, William L. Spearman, David Wright, MID HUDSON VALLEY CREDIT UNION, Florence Brandt, SUPREME COURT OF THE STATE OF NEW YORK, ULSTER COUNTY SUPREME COURT, ULSTER COUNTY COURT CLERK, MICHAEL G. GARTLAND, CORBALLY GARTLAND AND RAPPLEYEA, LLP, Thomas A. Capezza, Richard S. Hartunian .

c/o 445 Broadway, Room 509

Albany, NY 12207

*Respondent(s)*

p 1 of 2

***TO EACH OF THE ABOVE REFERENCED RESPONDENTS***:

You are hereby ORDERED to appear before the Judicial Department of the Assembly of, by, and for the People on the Ulster county on November 28. 2010 at 7:30 pm.

You may appear in writing by responding to the Victim /Witness EXACTLY as addressed in the top margin hereof;


OR,

You may appear before the circuit judicial officer of the Assembly by attending any Judicial Department proceeding and making yourself known to the Clerk/Scribe of the Judicial Department and providing your proper name, service location, Domicile, and telecommunications information to the record within the given time

See Declaratory Decree attached.  FAIL NAUGHT AT YOUR PERIL.

The SUMMONS and DECLATORY DECREE  may be served by any County Ranger, man or woman of competent age and discretion and /or US Mails with proper postage and will be finalized in favor of the Witness Protection Witness Claimant upon you failure..


Given this <u>14</u><sup>TH</sup> day of <u>November</u>, 2010 A.D.

<u>: MARK — ARNOLD :</u>          Locus Sigilli
Public Minister of Justice


<u>: SAL — JR :</u>          Locus Sigilli
Scribe


Done this fourteenth day of the eleventh month in the year of our Savior and King, two thousand ten.

<u>: SAL — JR :</u>
Scribe

p 2 of 2

Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

1. _maria - janet_ :
Juror
_maria - janet_
Print

2. _i marisa-helen_ :
Juror
_marisa-helen_ ;
Print

3. _Roy - Anselmo_
Juror
_Roy - Anselmo_
Print

4. _MARIO  GABRIEL_
Juror
_MARIO  GABRIEL_
Print

5. _Barbara — Jane_
Juror
_Barbara — Jane_
Print

6. _Teresa · Rose_ :
Juror
_teresa - rose_ :
Print

7. _Gerhard Burfeindt_
Juror
_GERHARD  BURFEINDT_
Print

8. _melanie - elizabeth_
Juror
_melanie - elizabeth_
Print

9. _Vincent Eugene_
Juror
_Vincent EUGENE_
Print

10. _jeffrey - charles_ :
Juror
_jeffrey - charles_ :
Print

11. _Mark Davis_
Juror
_Mark Davis_
Print

12. _ALEX-EARDANESH_
Juror
_ALEXEANDANESU_
Print

Alternate jurors;

1a._____
Juror
_____
Print

2a._____
Juror
_____
Print

3a_____
Juror
_____
Print

4a._____
Juror
_____
Print



**Third judicial district of tens, fifties, hundreds and thousands**
**Ulster county A. D. 1683, New York republic A. D, 1777**
**United States of America as amended A. D. 1791**



# Declaratory Decree (Judgment)

File # 10-001114-5

In Re: Richard-Enrique; family of Ulloa

    In the de jure Superior Court of the third judicial district of tens, fifties, hundreds and thousands, for Ulster county Judicial District A. D. 1683, New York republic A. D. 1777, original jurisdiction for the United States of America as amended A. D. 1791, a Foreign Nation.

## The Organic, New York republic A. D. 1777 – A Foreign Nation

This 14<u>th</u> day of November A. D. 2010

:UNITED STATES OF AMERCIA [sic]-ALLEGED
TRUSTEE-GOVERNING-PERSON:

Cause No.<u>10-CR-321</u>

vs.

Richard-Enrique: Ulloa
Witness Protection Witness Claimant
Real sovereign man
Real party in interest

<u>OTHERS SIMILARLY SITUATED</u>
<u>:VASSALEES:</u>

and all JOHN and JANE DOES 1-20 yet unnamed.


Debtors/Libellees
From the Office of Public Minister of Justice, Mark-Arnold, Tri Republic Assembly, general-post office, Main Street – 4, Hurley-town, New York Republic.  Justice for Ulster county judicial district court on New York, one of the several States of the Union of States of the United States of America, under the original jurisdiction, 1787 as amended 1791 Anno Domini.

Directed to:
    Any and all agents named in the original Counterclaim, NIHIL DECIT Judgments, including but not limited to all corporate entity(s) named herein;

1 – Declaratory Decree (Judgment) Page 1 of 5

:MID-HUDSON VALLEY FEDERAL CREDIT UNION [SIC] ALLEGED-TRUSTEE- GOVERNING- PERSON:
:SUPREME COURT OF THE STATE OF NEW YORK [SIC]-] ALLEGED-TRUSTEE- GOVERNING- PERSON:
:ULSTER COUNTY SUPREME COURT [SIC]- ALLEGED -TRUSTEES-GOVERNING-PERSONS:
: FLORENCE BRANDT [SIC]-ALLEGED -TRUSTEE-GOVERNING-PERSON:
: WILLIAM L. SPEARMAN [SIC]- ALLEGED-TRUSTEE- GOVERNING-PERSON:
: DAVID WRIGHT [SIC]-ALLEGED-TRUSTEE-GOVERNING-PERSON:
: JOHN DWYER [SIC] -ALLEGED-TRUSTEE- GOVERNING- PERSON:
: CORBALLY GARTLAND AND RAPPLEYEA, LLP [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
: [ATTORNEY] MICHAEL G. GARTLAND [SIC]-ALLEGED TRUSTEE, GOVERNING PERSON:
: [ATTORNEY] WILLIAM F. FRAME [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
: [ATTORNEY] THOMAS A. CAPEZZA [SIC]- ALLEGED-TRUSTEE- GOVERNING- PERSON:
[ATTORNEY] RICHARD S. HARTUNIAN [SIC]- ALLEGED-TRUSTEE- GOVERNING- PERSON:
: AMERICA'S CHOICE TITLE [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
and all JOHN and JANE DOES 1-20 yet unnamed.

Be it known and remembered by All to whom these presence come and may concern.
This DECREE is issued forth for the following reasons:

1.  It has come to attention of this Justice and Jury for Ulster county court that agent/officers of your foreign administrative, bankrupt, corporate, de facto entities have invaded the Republic,[18 June 2010] under color of law, with acts of war, under arms, with threats of violence, attempted seizure and trespass upon the family, liberty, chattel and property under stewardship of Richard-Enrique; of the family Ulloa, with threats of extortion, and intent to do bodily harm.  These acts were carried out by para-military agents and corporate agents under the guise of judgments rendered by administrative agent(s) acting as a judge(s) in an administrative tribunal calling itself a "civil court" which is, in reality, a Roman court [military] and they/you have done so without proper due process of Law.

2.  These acts were specifically directed at Richard-Enrique; of the family Ulloa (June 18, 2010) whom, by your error, you presume to be some ens legis, procedural phantom, straw man, corporate person, legal fiction. Who, in reality, is a living breathing man, a private civilian upon the land on the Ulster county A. D. 1683, New York Republic- 1777 A.D.

3.  This cause will be found in favor of the Witness Protection Witness complainant upon defendant's failure to appear and show cause or defend their position.

4.  Lawful process and court date and time is hereby issued by Justice Mark-Arnold, and served upon all parties allowing adequate time for response/appearance including

    Summons (Regular and syntax language copy)
    Coram Nobis  (Regular copy and syntax language copy)
    Letters Rogatory  (Regular copy and syntax language copy)
    Writ of Mandamus (Regular copy and syntax language copy)
    Copy of Notice of Ulster county, received November 03, 2010 by ULSTER COUNTY
    Commissioners (Regular copy and syntax language copy)
    Richard-Enrique Decree of Political Will  (Regular copy and syntax language copy)
    Original 13th amendment (Regular copy and syntax language copy)

Notice of Final Judgment in Nihil Dicit demanding immediate payment in the amount of $176,000,000.00 dollars coin specie pursuant to the original Coinage Act of 1792 et sec for the Kesick issue and $2.8 billion dollars coin specie pursuant to the original Coinage Act of 1792 et sec for the Mid-Hudson Valley Credit Union issue.

5. If no answer is received by the Ulster county court, on twenty-seventh day of the eleventh month anno domini, final judgment will be issued to witness protection witness claimant.

6. This cause will be found in favor to the complainant upon defendant's failure to appear and show cause or defend their position.

7. The resolution of this conflict by this de jure forum will be final and is res judicata.

## Declaratory Decree:

1. All agent/officers/co-conspiurators shall dismiss all charges by the expiration of three days (72 hours) from the service/receipt of this Decree/Order and shall cease any further action(s) under color of law, acts of war under force of arms, threats of violence, attempted seizure, ejection, extortion, intent to do violence or bodily harm by any and all of your corporate agent/ officers. All purported warrants and process of any kind naming your ens legis procedural phantom, are hereby quashed.  All property taken shall be immediately returned in at least the same condition as when it was taken or better. They, each and all shall maintain a distance of one thousand (1000) feet from the man Richard-Enrique of the family Ulloa; and the lands and property under his stewardship.  The defendants shall immediately pay Richard-Enrique: of the family Ulloa the accrued sweat equity stewardship damage fees [Nihil Dicit Final Judgment] [$176,000,000.00] dollars coin specie pursuant to the original Coinage Act of 1792 et sec for the Kesick issue and the accrued sweat equity stewardship damage fees [Nihil Dicit Final Judgment] [$176,000,000.00] dollars coin specie pursuant to the original Coinage Act of 1792 et sec. for the Mid-Hudson Valley Credit Union issue.  Said Declaratory Decree issued forth by this de jure forum will be binding and perpetual, res judicata, from the date of the finalized Declaratory Decree upon default of the Defendants..

2. A copy of this show cause Declaratory Decree shall be served upon all parties named above with an original retained by Richard-Enrique of the family Ulloa.

3. All interlocking equities, instrumentalities, agencies and agents and co-conspirators NAMED ABOVE are hereby noticed of the date and time to finalize this Declaratory Decree and shall acknowledge and process any finalized Declaratory Decree upon default of the Defendants.  [service by U.S. Marshalls, county Rangers and or United States Mail] issued against all assets of the defendant respondents along with all contemptuous agents/officers and co-conspirators forthwith.

4. The law of necessity in this case is hereby abolished.

5. All defendants will stipulate to all of the facts, As to counts ONE through FIVE, in the Susan Kesick Counterclaim upon the default of the Defendants. And As to counts ONE through TWO, in the Mid-Hudson Valley Credit Union Counterclaim upon the default of the Defendants.

6. All defendants will stipulate upon any default to the facts, As to the Corum Nobis' completion of this fact order finalization is on November 24, 2010 at 7:30 pm at the Ulster county court.

7. All defendants will stipulate upon any default to the facts, As to dismissal of all charges and claims by the defendants and co-conspirators with the accrued damages to the witness protection witness claimant.

Peace in the Name of the Prince of Peace.

Location: Ulster county court, c/o 80 Pancake Hollow Road, Highland [12528] New York

### *Peace in the Name of the Prince of Peace.*

**Done and so Ordered** under signature and Seal on this the fourteenth day of the Eleventh month in the Year of Our Savior and my King, two thousand ten.

:mark—arhold:

**Public Minister of Justice**                    Locus Sigilli

:SAL —JR:

**Scribe**                                        Locus Sigilli

Done this fourteenth day of the eleventh month in the year of our Savior and King, two thousand ten.

:SAL —JR:

Scribe

Respond to:
Justice Mark-Arnold
General post-office
Main Street-4   #608
Hurley-town
New York Republic




:Flag-of-the-Peace~2010

:THIRD JUDICIAL DISTRICT OF~TENS,~FIFTIES,~HUNDREDS-
AND~THOUSANDS :ULSTER COUNTY~AD~1683-: NEW-YORK-
REPUBLIC~AD~1777 :UNITED-STATES-OF-AMERICA WITH THE
AMENDMENT~AD~1791

# :DECLARATORY-DECREE-(JUDGMENT)

FILE~2010~0011~14~5

: Richard-Enrique: family-of-Ulloa

:DE-JURE-SUPERIOR-COURT OF THE THIRD-JUDICIAL-DI-
STRICT~~TENS~~FIFTIES~~HUNDREDS-AND~THOUSANDS-ULSTER-COUNTY-
JUDICIAL-DI-STRICT-AD-1683:WASHINGTON-REPUBLIC-AD~1777:ORIGINAL-
JURISDICTION :UNITED-STATES-OF-AMERICA WITH THE AMENDMENT-
AD~1791:FOREIGN-NATION

## :ORGANIC-NEW-YORK-REPUBLIC-AD~1777-FOREIGN-NATION

~14TH~DAY-OF-NOVEMBER-AD~2010

:Richard-Enrique:family-Ulloa,
:WITNESS-PROTECTION-WITNESS-CLAIMANT
:REAL-SOVEREIGN-MAN
:REAL-PARTY-INTEREST

VS.
:~1   For the Court of ~ Ulster-Town-:~2   For the Court of the ~ Ulster-Town: ~ Judge- of-the
-~Ulster-Town-Court:~Susan-Kesick-:~3   For the People of the ~ New-York-Territory: ~
District-Attorney of the Ulster-County ~New-York-Territory :~ David-Boole-:~4   For the
Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ John-Dwyer-:~5   For the Credit-
Union- Mid-Hudson-Valley~ New York-Territory: ~ David-Wright-:~6   For the Credit-Union-
Mid-Hudson-Valley~ New York-Territory: ~ William-L-Spearman-:~7   For the Supreme- Court
of the ~ New-York-Ulster-County: ~ court-clerk of-the-County of the Ulster-New-York-
Territory :~ Florence-Brandt-:~8   For the Supreme- Court of the ~ New-York-Ulster-County: ~
court-clerk of-the-County of the Ulster-New-York-Territory :-:~9   For the Corbally-Gartland-
and-Rappleyea: ~ attorney of the Ulster-County of the New-York-Territory :~Michael-G-
Gartland-:~11   For the Superior- Court of the ~ Di-strict-of-Columbia-Territory: ~ United-
States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory
:~Thomas-A-Capezza-:~12   For the Superior- Court of the ~ Di-strict-of-Columbia-Territory: ~
United-States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory

~1 :Declaratory-Decree-(Judgment)

:~Richard-S-Hartunian-:~31   For with the complete-vassalees with the unknown-vassalees:~Third-Party-Defendants with the Foreign- Corporate-Agents of ~ Foreign-State :OTHERS-SIMILARLY-SITUATED:
**:VASSALEES:**

WITH :JOHN-AND:JANE:DOES[SIC]~1~20-[UN]NAMED

:DEBTORS-LIBELLEES
:OFFICE-OF-PUBLIC-MINISTER-OF-JUSTICE:MARK-ARNOLD WITH THE  GENERAL-POST-OFFICE:-MAIN-STREET~4-NEW-YORK:JUSTICE OF THE-ULSTER-COUNTY-JUDICIAL-DI-STRICT-COURT :NEW-YORK OF THE SEVERAL-STATESOF-THE-UNION-OF-:STATES:UNITED-STATES-OF:AMERICA UNDER THE ORIGINAL-JURISDICTION~1777 WITH THE AMENDMENT~1791-ANNO-DOMINI

FOR THE
          :AGENTS OF THE NAMES OF THE ORIGINAL-COUNTERCLAIM:NIHIL-DECIT-JUDGMENTS WITH THE INCLUDING AND THE VOID-LIMITING OF THE CORPORATE-ENTITY(S)-NAMES-HEREIN
:MID-HUDSON VALLEY FEDERAL CREDIT UNION [SIC] ALLEGED-TRUSTEE- GOVERNING- PERSON:
:SUPREME COURT OF THE STATE OF NEW YORK [SIC]-] ALLEGED-TRUSTEE- GOVERNING- PERSON:
:ULSTER COUNTY SUPREME COURT [SIC]- ALLEGED -TRUSTEES-GOVERNING-PERSONS:
: FLORENCE BRANDT [SIC]-ALLEGED -TRUSTEE-GOVERNING-PERSON:
: WILLIAM L. SPEARMAN [SIC]- ALLEGED-TRUSTEE- GOVERNING-PERSON:
: DAVID WRIGHT [SIC]-ALLEGED-TRUSTEE-GOVERNING-PERSON:
: JOHN DWYER [SIC] -ALLEGED-TRUSTEE- GOVERNING- PERSON:
: CORBALLY GARTLAND AND RAPPLEYEA, LLP [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
: [ATTORNEY] MICHAEL G. GARTLAND [SIC]-ALLEGED TRUSTEE, GOVERNING PERSON:
: [ATTORNEY] WILLIAM F. FRAME [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
: [ATTORNEY] THOMAS A. CAPEZZA [SIC]- ALLEGED-TRUSTEE- GOVERNING- PERSON:
[ATTORNEY] RICHARD S. HARTUNIAN [SIC]- ALLEGED-TRUSTEE- GOVERNING- PERSON:
: AMERICA'S CHOICE TITLE [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
WITH THE :JOHN-AND-JANE:DOES[SIC]~1-20 WITH THE VOID-NAMES

FOR THIS KNOWING-PUBLICATION **IS** WITH THE COMPLETE-PRESENCE WITH THIS ISSUING-DECREE-PUBLICATION-ORDER WITH THE CURRENT-REASONS:

1. FOR THIS JUSTICE'S-ATTENTION OF THE AGENT/OFFICERS OF THE FOREIGN-ADMINISTRATIVE,-BANKRUPT,-     CURRENT-CORPORATE,-[DE]-FACTO-ENTITIES[SIC] **IS** WITH THE REPUBLIC-INVASION~[18-JUNE~2010] WITH THE COLOR-OF-LAW,-ACTS-OF-WAR,-ARMS, OF THE VIOLENCE-THREATS,-PLAN-SEIZURE-AND-TRESPASS UPON THE BODY-LIBERTY-AND UPON-THE-FAMILY,-LIBERTY,-CHATTEL-PROPERTY OF THE STEWARDSHIP-OF-Richard-Enrique: of the family: Ulloa WITH THE EXTORTION-THREATS WITH THE BODY-HARMING-VOLITION WITH THE PARA-MILITARY-AGENTS-AND-CORPORATE-AGENT'S-ACTS UNDER THE JUDGMENT-GUISE BY :ADMINISTRATIVE- AGENT(S)-JUDGES-ACTING OF THE  ADMINISTRATIVE-

~2 :Declaratory-Decree-(Judgment)

TRIBUNAL WITH THE "CIVIL COURT"-CALLING OF THE TRUTH-REALITY:ROMAN-COURT-[MILITARY] WITH THE VOID-DUE-PROCESS-OF-LAW

2. FOR THESE DIRECTING-ACTS AGAINST :Richard-Enrique: of the family: Ulloa-~(JUNE 18, 2010) OF THE PRESUMPTION-ERROR OF THE ENS-LEGIS,-PROCEDURAL-PHANTOM,-STRAW-MAN,-CORPORATE-PERSON,-LEGAL-FICTION[SIC] WITH THE TRUTH-REALITY IS WITH THE LIVING-BREATHING-MAN :PRIVATE-CIVILIAN UPON THE LAND OF THE ULSTER-COUNTY-AD~1777:NEW-YORK- REPUBLIC~1683-AD

3. FOR THIS FAVOR-CAUSE OF THE WITNESS-PROTECTION-WITNESS-COMPLAINANT IS BY THE DEFENDANT'S-APPEARANCE-FAILURE AND VOID-SHOW-CAUSE OR POSITION-[DE]FENDING

4. FOR THE ISSUING-LAWFUL-PROCESS AND COURT-DATE-AND-TIME BY :JUSTICE-MARK-ARNOLD IS WITH THE PARTIES'-SERVICE-WITH THE ADEQUATE-TIME-RESPONSE-APPEARANCE WITH THE INCLUSION-LIST
    : CORAM-NOBIS (REGULAR COPY AND SYNTAX LANGUAGE COPY)
    :LETTERS-ROGATORY (REGULAR COPY AND SYNTAX LANGUAGE COPY)
    :WRIT-OF-MANDAMUS (REGULAR COPY AND SYNTAX LANGUAGE COPY)

:NOTICE-OF:ULSTER-COUNTY-COPY WITH THE REAL-TIME-RECEIPT-NOVEMBER~03~2010 BY :ULSTER:COUNTY-COMMISSIONERS (REGULAR COPY AND SYNTAX LANGUAGE COPY)
    :ORIGINAL~13TH-AMENDMENT (REGULAR COPY AND SYNTAX LANGUAGE COPY)
    :FINAL-JUDGMENT-OF THE :NIHIL-DICIT-JUDGMENT OF THE [DE]MANDING-IMMEDIATE-PAYMENT OF :$176,000,000.00-DOLLARS-COIN-SPECIE OF THE ORIGINAL-COINAGE-ACT-OF~1792-ET-SEC :FINAL-JUDGMENT-OF THE :NIHIL-DICIT-JUDGMENT OF THE [DE]MANDING-IMMEDIATE-PAYMENT OF :$2.1-BILLION-DOLLARS-COIN-SPECIE OF THE ORIGINAL-COINAGE-ACT-OF~1792-ET-SEC

5. FOR THE VOID-ANSWER IS WITH THE VOID-RECEIPT BY THE ULSTER-COUNTY-COURT: ~FOURTEENTH-DAY OF THE ~ELEVENTH-MONTH-ANNO-DOMINI

6. FOR THIS FAVOR-CAUSE OF THE WITNESS-PROTECTION-WITNESS-COMPLAINANT IS OF THE DEFENDANT'S-APPEARANCE-FAILURE AND SHOW-CAUSE-POSITION-[DE]FENDING

7. FOR THE CURRENT-RESOLUTION OF THIS COMPLETE-CONFLICT IS OF THIS [DE]-JURE-FORUM'S FINAL-RES- JUDICATA


## DECLARATORY DECREE:

~3 :Declaratory-Decree-(Judgment)

~1 FOR THE AGENT-OFFICERS-CO-CONSPIURATORS VOID-CHARGE-CLAIM-AND –VOID-POSSESSION **IS** OF THE COMPLETE-VOID-CHARGE-CLAIM-AND-VOID-PREMISES-LAND BY THE COMPLETE-EXPIRATION OF ~THREE-DAYS-(~72-HOURS) OF THE REAL-TIME-SERVICE-RECEIPT OF THIS COMPLETE-DECREE-ORDER **IS** WITH THE CEASING-ACTION(S) UNDER :COLOR- OF-LAW,-ACTS-OF-WAR WITH THE ARMS-FORCE,-THREATS-OF-VIOLENCE,-PLAN-SEIZURE,-EJECTION,- EXTORTION WITH THE VIOLENCE-VOLITION WITH THE BODY-HARM OF THE CORPORATE-AGENT-OFFICERS WITH THE WARRANTS-PROCESS[SIC] OF THE ENS-LEGIS-PROCEDURAL-PHANTOM-NAMING-QUASHING WITH THE IMMEDIATE-CHARGE-DISMISSAL-AND -RETURN OF THE COMPLETE-PROPERTY OF THE SAME-BETTER-CONDITION WITH THE ONE-THOUSAND~(1000)-FEET-DISTANCE OF THE MAN~Richard-Enrique of the family:Ulloa: WITH THE VOID-CHARGE-CLAIM-AND-LANDS-AND-PROPERTY OF THE REAL-TIME-STEWARDSHIP-AND-STEWARDSHIP-DAMAGE-CLAIM WITH THE IMMEDIATE-DEFENDANT'S-PAY UNTO :Richard-Enrique: of the family:Ulloa OF THE SWEAT-EQUITY-STEWARDSHIP-FEES-ACCRUEL-[NIHIL-DICIT-FINAL-JUDGMENT] OF THE VOID-CHARGE-DISMISSAL-AND-THE LOST-TIME-POSSESSION-[~ $2.1-BILLION ~ $176,000,000.00]-DOLLARS-COIN-SPECIE-OF-THE-ORIGINAL-COINAGE-ACT~ 1792-ET SEC OF THIS :ISSUING-DECLARATORY-DECREE BY THIS PERPETUAL-BINDING-[DE]-JURE-FORUM OF THIS REAL-TIME-DATE.

~2 FOR THIS DECLARATORY-DECREE-COPY **IS** WITH THE PARTIES'-NAMES-SERVICE WITH THE ORIGINAL- RETENTION BY :Richard-Enrique family of :Ulloa.

~3 FOR:INTERLOCKING-EQUITIES,-INSTRUMENTALITIES,-AGENCIES-AND-AGENTS-AND-CO-CONSPIRATORS'-NAMES[SIC] **IS** WITH THE DECLARATORY-DECREE-NOTICE WITH THE ACKNOWLEDGEMENT-AND-PROCESS OF THIS DECLARATORY-DECREE-SERVICE [SERVICE-BY:US:MARSHALLS[SIC]-AND-OR-COUNTY:RANGERS] AGAINST THE DEFENDANT- RESPONDENTS'S-COMPLETE-ASSETS WITH THE AGENT'S-OFFICER'S-AND CO-CONSPIRATOR'S-CONTEMPTIONS

~4 FOR THE ABOLISHMENT OF THE LAW-OF-NECESSITY **IS** WITH-IN THIS PUBLICATION-CASE

~5 FOR THE DEFENDANT-VASSALEE'S-FACTS-STIPULATION OF THE ~ONE-THROUGH~FIVE-COUNTS **IS** WITH THE WITNESS-PROTECTION-WITNESS-CLAIMANT'S-COUNTERCLAIM FOR THE DEFENDANT-VASSALEE'S-FACTS-STIPULATION OF THE ~ONE-THROUGH~TWO-COUNTS **IS** WITH THE WITNESS-PROTECTION-WITNESS-CLAIMANT'S-COUNTERCLAIM

~6  FOR THE DEFENDANT-VASSALEE'S-FACTS-STIPULATION OF THE CORUM-NOBIS'-COMPLETION-FACT-ORDER-FINALIZATION:NOVEMBER~14~2010~7:30-PM OF :ULSTER-COUNTY-COURT.

~7    FOR  THE  DEFENDANT'S-FACTS-STIPULATION:Richard-Enrique'-charge-claim-dismissal-and--LOST-HOLDING-AND:STEWARDSHIP-FEES-   IS    WITH THE:LOST-ITEMS-IMMEDIATE-REPLACEMENT-COSTS    WITH    THE    VOID-ASSETS-AND-LANDS BY THE DEFENDANTS-AND-CO-CONSPIRATORS

:PEACE IN THE:NAME OF THE:PRINCE-OF-PEACE.

FOR         THE:LOCATION:COUNTY-OF-ULSTER-COUNTY-COURT~80-PANCAKE-HOLLOW-ROAD-:HIGHLAND [~12528]:NEW-YORK-TERRITORY

## *:PEACE IN THE:NAME OF THE:PRINCE-OF-PEACE*

**WITH THE REAL-TIME-FINALIZATION-ORDER IS WITH THE :SIGNATURE: SEAL OF THIS~FOURTEENTH-DAY OF THE ~ELEVENTH-MONTH OF THE :SAVIOR-AND-MY- :KING'S YEAR~TWO-THOUSAND-~TEN.**

°MARK — ARNOLD °           LOCUS SIGILLI
**PUBLIC MINISTER OF JUSTICE**

¦ SAL — JR ¦           LOCUS SIGILLI
**SCRIBE**

FOR THIS REAL-TIME-~FOURTEENTH-DAY OF THE~ELEVENTH -MONTH OF THE :SAVIOR-AND KING'S-YEAR~TWO-THOUSAND-TEN.

¦ SAL — JR ¦
**SCRIBE**

:[RE]SPONSE:
: Justice Mark-Arnold
General-post office
Main Street-4
Hurley-town
New York Republic

~5 :Declaratory-Decree-(Judgment)





:~For the :~Flag-of-the-Peace

### :For the Publication-of-the-Writ-of-Mandamus

:For the :[de]-jure-Supreme-Court of the third-judicial-district-of-~tens,-~fifties,-~hundreds-and-~thousands is with the :Ulster-county-assembly~1683-AD-New-York-republic-~1777-~AD for the :original-jurisdiction for the :united-States-of-:`America~1787-AD with the amendment of the-~1791 AD:~Foreign Nation.

For the Severance of the Rights with the complete-Right of the correction-of-the-additions-and-deletions of this paper-constitution :For the definition of the constitution-punctuation is of the :~ the = the

:For the Cause-No:~10-CR-321

:UNIT[ED]-STATES-OF-AMERCIA [sic]-ALLEGED
TRUSTEE-GOVERNING-PERSON:

vs.

RICHARD ENRIQUE  ULLOA[sic], Fictitious Foreign Entity

vs

_____

:Richard-Enrique: Class~private-civilian
:Real-sovereign-man:~Beneficiary
:Real- party-of-the-interest:~ Third-Party-Plaintiff

vs

:~1   For the Court of ~ Ulster-Town-:~2   For the Court of the ~ Ulster-Town: ~ Judge- of-the-~Ulster-Town-Court:~Susan-Kesick-:~3   For the People of the ~ New-York-Territory: ~ District-Attorney of the Ulster-County ~New-York-Territory :~ David-Boole-:~4   For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ John-Dwyer-:~5   For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ David-Wright-:~6   For the Credit-Union-Mid-Hudson-Valley~ New-York-Territory: ~ William-L-Spearman-:~7   For the Supreme- Court of the ~ New-York-Ulster-County: ~ court-clerk of-the-County of the Ulster-New-York-Territory :~ Florence-Brandt-:~8   For the Supreme- Court of the ~ New-York-Ulster-County: ~ court-clerk of-the-County of the Ulster-New-York-Territory :-:~9   For the Corbally-Gartland-and-Rappleyea: ~ attorney of the Ulster-County of the New-York-Territory :~Michael-G-

Gartland-:~11   For the Superior- Court of the ~ Di-strict-of-Columbia-Territory: ~ United-States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory :~Thomas-A-Capezza-:~12   For the Superior- Court of the ~ Di-strict-of-Columbia-Territory: ~ United-States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory :~Richard-S-Hartunian-:~31   For with the complete-vassalees with the unknown-vassalees:~Third-Party-Defendants with the Foreign- Corporate-Agents of ~ Foreign-State

# For the Publication-of-the-Writ-of-Mandamus

:For the remembering-knowing of the presence-publication of the now-time-receipt **is** with the  de-jure-court of the living-man Richard-Enrique of the family-of-Ulloa with the evidence-presence of the de-facto-corporate-administrative-agency with the corporate-administrative-process-enforcement-attempt upon the void-man's-jurisdiction with the  court's-notice with the agency's-restraining-order-form with the corporate-agency's-proof-positive-evidence-production in the  de-jure-forum with the corporate-jurisdiction-limitation of the Richard-Enrique'-name with the examination-production of the following-publication:

1.       :For the certified true-and-correct-certified-copy of the official-oaths-of-office.
2.       :For the certified true-and-correct-certified-copy of the official-Bond of the  holding-and-filling of the  said-"public-office" with the agent/agency sign[ed]-and-certified-bonding.
3.       :For the certified true-and-correct-certified-copy of the corporate-jurisdictional-operation within the  :Republic-New-York-State with the corporate-charter-containing within the corporate-:State-of-:Delaware and the void-file with the :Office-of-the-Secretary-of-:State -:New-York.
4.       :For the certified true-and-correct-certified-copy of the  :Oath-of-Allegiance.
5.       :For the certified true-and-correct-certified-list of the total-bonds,-sureties, -indemnification,-insurance-and-Court-Registry-Investment-System-(CRIS) –CUSIP-numbers,
6.       :For the certified true-and-correct-certified-copy of the total-unregistered-private-corporations'-association with :Ulster County.

With the void-production of void-above-demands is with the ceasing-and-desisting-unlawful-actions-and-withdrawing of the existing-administrative-"process"- issuing of the  *de-facto*-corporate-administrative-agency with the corporate-agency-sitting of the administrative-agent-judge with the void-authorization of the foreign-jurisdictional-invasion with the acts-of-war-  or-usurpation   with   the   void-ens-legis,-straw-men,-corporate-"persons",-procedural phantoms-or-legal-fiction-recognition

: :For the now-time-completion of this fact-order for the:~7:30-now-time  -day-:~twenty-eight_-month-:~eleventh-_year: ~2010 with :Our-Savior and my-King

For the :Love-Peace of the Love-Name of the Prince-of-the-Peace
:For the:~Official-Capacity-Act unto the :current-correct-Seal

3.   A certified copy of your corporate jurisdiction to operate within the Republic state called New York when your corporate charter is contained within the corporate State of Delaware and is not on file with the Office of the Secretary of State for New York.

4.   A certified true and correct copy of your Oath of Allegiance.

5.   A detailed list of all bonds, sureties, indemnification, insurance and Court Registry Investment System (CRIS) CUSIP numbers,

6.   A copy of all unregistered private corporations you are associated with through Ulster County.

Absent production of any one of the above demands you shall cease and desist your unlawful actions and withdraw any existing administrative "process" issued forth by your *de facto* corporate administrative agency.   Your corporate agency, for which you sit as administrative agent judge, is not authorized to invade foreign jurisdictions with acts of war or usurpation. As we do not recognize ens legis, straw men, corporate "persons", procedural phantoms or legal fictions.

Done this 14th day of the eleventh month in the Year of Our Saviour and my King, two thousand ten.

Peace in the Name of the Prince of Peace.

Done in my Official Capacity under Seal

:mark-arnold:
Mark-Arnold: Public Minister of Justice

Upon your receipt you have been served.

Respond to:
Justice Mark-Arnold
General post-office #608
Main Street-4
Hurley-town
New York Republic
Standing in the Light  /Non-domestic without the U.S.

Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.





2010 civilian flag of peace

## Writ of Judgment in detinue

You (defendant(s)) are hereby commanded dismiss all charges and claims and to attach or deliver the chattel/property To wit (see Declaratory Decree) belongs to and is under the stewardship of Richard-Enrique of the family of Ulloa (Witness Protection Witness Complainant). which was claimed on  the 14th day of the eleventh  month in the year 2010 in the judicial district of tens, fifties, hundreds and thousands and declared to be the chattel/property To wit (see Declaratory Decree) belongs to and is under the stewardship of Richard-Enrique of the family of Ulloa (Witness Protection Witness complainant). by Lawful judgment of this court. If you have not dismissed all charges and claims and have not delivered said chattel/property to the complainant within three (3) days [72 hours] and additionally  cause to be delivered the alternative price [$176,000,000.00] and the double amount bond to be delivered to said Witness Protection Witness Complainant in the amount of $352,000,000.00, to be executed against all assets whatsoever and if the chattel/property already be delivered you shall be  held to only the damages for detention and cost ($1,000,000.00;  12/01/2010-1/31/2011) .

:mark-arnold:          Seal
Judge



:SAL-JR:          Seal
Judicial Scribe



## <u>INSTANT-ACTION-OR-OF-THE-ALTERNATIVE-PUBLICATION OF THE STATEMENT-OF-THE- JURISDICTION</u>

:For the--:de]-jure-court **is** with the :[de]-facto-corporate-court with the Public-Minister-of- the-Justice:~Mark-Arnold:~**Judicial-Notice:In-the-Nature-of-the-:Writ-of-the-Coram -Non-Judice and :claim-for-the-Vassalee's-Termination of the instant-Action(s) or-in-the-Alternative-publication of the Statement-of-the-currect-Jurisdiction.**

:For the :FRCP-Rule~4-(j) **is** with :vassalee-court with the current-definition of the :FRCP~4-(j):~FOREIGN    STATE    with    the    :~28-USC-sections~1602-~1611:FOREIGN-SOVEREIGN-IMMUNITY-ACT:(FSIA)    with    the    jurisdiction-challenge-and-complete-disclosure of the vassalee's-court's-true-jurisdiction of the now-time-**demand**

:For the VOID-failure of the publication-of-the-proper-jurisdiction of the vassalee's-court **is** with the vassalee's-violation of :~**15-Statutes-at-Large-:Chapter~249-(section~1): of the:July~27~1868.**

:**For the:Chapter~CCXLI is** with :**Act-[con]cerning-of-the-Rights-of the-American-Citizens-of-the-Foreign-States:**

:**For~Rights-of-expatriation is** of the natural-and inherent-right of the complete-people with the complete-enjoyment of the rights-of-:life-:liberty-and-of-the-:pursuit-of-the happiness-claims; and

:For the recognition-claim of this complete-principle-claim **is** with this vassalee's-government with the free-receipt of the foreign-emigrants of the complete-nations with the investment-of the-complete-people with the right-of-:citizenship

:For the complete-claim of the:Americans-citizen **is** with the American-citizen's-descendants with the  subjects-of-the-foreign-states with the American-citizen-allegiance to the Foreign-government

:For the  needed-maintenance of the public-peace of this void-claim-of-the-of foreign-allegiance **is** with the complete-current-[dis]vowment

:For the :Senate-enactment-and :House-of-Representatives-enactment of the :United-States-of-the-America-in-Congress-assembly **is** with the publication-declaration,-instruction,-opinion,-order,-or-decision    of    the    officers-of-the-government with the  denial,-restriction,-impairment-or-questions of the rights-of-expatriation with the declaration with the void-fundamental-principles of this citizen-government

:For this de-jure-forum **is** with the  **demand-claim** of the  authority-and-publication-proclamation of the current-venue-and-jurisdiction with the void-action against one-of-the-foreign-sovereigns with the misuse by the :FOREIGN-CORPORATE-ENTITY of the name-of-the-foreign-sovereign with the :**ALL-CAPITAL-LETTERS-publication** with the misuse of the family-name or action-of-the-term-"person" of the :CORPORATE-ENTITY with the complaint-claims-and-suit-claims of the  :CORPORATION-name of :THE-FOREIGN-SOVEREIGN-IMMUNITY-ACT and of the :DEPARTMENT-OF-THE-STATE-OFFICES of :Washington-DC of  :The-District-of-Columbia-Territory    with    the    notice-publication    of    the current:~22~CFR~93.1~93.2 with the publication-claim of the :FSIA with the filing-claim with

the complaint-claim with the vassalee's-defendant's-chief-executive-officer of said-:CORPORATION

:For:CORPORATE-MUNICIPAL,-COUNTY,-OR-STATE-COURTS void- jurisdiction of the hearing-publication of the current-case with the :FOREIGN-STATE- definitions is with the current-jurisdiction is with the district-court with the :FSIA-Statutes with the :~28-USC-section~1330.

:For the :Richard-Enrique void-fictitious-corporate-entity is with the void-registration with the :Secretary-of-the-State's-:CORPORATION with the void-prosecution with the void-**claim of the void-relief of the void-grant of the :~FRCP~12-(b)~(6).**

**:For** the [re]versal-of-the-matter with the lack-of-political,-in-personam-and-subject matter-venue-and-jurisdiction is with the void-"due process-of-Law" with the alternative-publishing of the citizen's-name of the de-jure-forum-record, with the court's-authority- and-jurisdiction for the foreign-sovereign-prosecution

:For the edification-and-quick-publication-reference is with the :Definitions:

:For the Foreign-Courts: is with~the-courts-of-the-foreign-state-or-nation of the United-States with the court's-application of one-of-the-states with the judgment-records unto the courts-of- another ~p~582 of the :BLACK'S-LAW-DICTIONARY-of the-fifth-Edition

:For the Foreign-Immunity: is with the jurisdictional-immunity of the foreign-nations: ~28 ~U.S.C.A.-sec.~1602-et-seq~-p.~582

:For the Foreign-jurisdiction: is with ~foreign-forum-jurisdiction: -e.g. of the sister-state-or-of-another-country with the state's-or-nation's-jurisdictional-exercise of the void-territory with the ~Long-arm-service-of-process with the foreign-extraterritorial-jurisdiction~28 - U.S.C..A.-section~1330-p.~582

:For the ~Foreign-Laws: is with The:laws-of-the-foreign-country or with the sister-state For the :void-law,-legal-principles-of-jurisprudence of the law-of-sister-state-or-nation :For the Foreign-laws-additions of the American-laws of the ~jus-receptum-p~582

:For the Foreign-service-of-the-process is with :Service-of-the-process of the jurisdictional-acquisition with the court-of-the-United-States unto the person-of-the-foreign-country with the :Fed.-R.-Civil-P~4-(j) and ~28-U-.S.-C.-A.-section~1608. Service-of-the-process unto foreign-corporations of the :Fed.-R.-Civil-P.~4-(d)~(3)~-p~583

:For the Foreign-states: is with :Nations of the void-United-States: :another-state-Term with the other-state: -i.e.-sister-state-p~583

:For the love-Peace is the love-Name of the Prince-of-the-Peace.

:For the completion of this fact-**Order is** with the signing-and-:Seal for the :now-time-~7:30-pm:~fourteenth -day-:~eleventh-month in the Year with Our-Saviour and my-King:~two-

°mark-arnold:
Mark-Arnold, Public Minister of Justice

&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
**:For :de-jure-Supreme-Court** is  with the-third-judicial-di-strict-of-~tens,-~fifties,-~hundreds-and-~thousands for the :Ulster-county-assembly~1683-AD **:New York-republic~1777~AD of the original-jurisdiction for the united-States-of-America~1787-AD with the amendment-of-the~1791-AD :Foreign-Nation.**

:For the  abundance-of-ways for the~ right,- <u>statutory-right</u>, **is** with the felon-arrest with-in ~ten-years with the void-knock of the <u>moment</u>-of-my-choosing of the location-claim and delivery unto ~authorities,-state-or-federal by the private-individual with the  *good-faith-communication* of the scenario-of-the-presumption with the judge's-[a]voidance

:For the witness-protection-claimant's-reports **is** with the void-conduct of :NY-and-U.S.-criminal-statute-violations-cites with the expectation of  the arrest-and-prosecution of the vassalee-actors against him with void-immediate-prosecution with the witness-protection-claimant's-freedom of the needed-void-front-doors for the vassalee-Mayor-arrest with the  law with the  [de]livery unto :federal-authorities.

:For the void-volition of the  arrest of the ULSTER COUNTY-vassalee-mayor in good-faith with : NYSL ~35~10.-~35.~15 **is** with the  oath-presumption of the law-and-rights-honor with the current-chance **with the void-Charge-claim-and-[re]turn of my holding-loss-stewardship** damages or my holding-loss-choice of the  enjoyment-of- *my holding-loss-stewardship*  with the volition-thinking of the ULSTER_COUNTY-mayor-and-judges with the integrity of the mayor-and-judge's-homes-and-families with the [re]flection unto  the event- things of the void-wrongs of the mayor- arrest-and-judge-arrest of the  private-residence



# Third judicial district of tens, Ulster county, A.D. 1683.

New York Republic, A.D. 1777.
united States of America, as amended A.D. 1791
c/o general post office # 608.
Main Street – 4.
Hurley-town, New York Republic

## Coram Nobis

In the *de jure* Superior Court of the third judicial district of tens, for the Ulster county assembly 1683 A.D., New York republic 1777 A.D., original jurisdiction for the united States of America 1787 A.D. amended 1791 A.D., a Foreign Nation.

:UNITED STATES OF AMERCIA [sic]-ALLEGED
TRUSTEE-GOVERNING-PERSON:                    Cause No. 10-CR-321

vs.

RICHARD ENRIQUE ULLOA[sic], Fictitious Foreign Entity

vs

_____

**Richard-Enrique:** private civilian, Real sovereign man, Beneficiary,
Real party in interest, Third Party Plaintiff
vs

Susan Kesick, Ulster-Town-Court, Town-of-Ulster-Town-Court, Town-of-Ulster, David-Boole, The-People-of-the-State-of-New-York, John Dwyer, William L. Spearman, David Wright, Mid-Hudson-Valley-Federal-Credit-Union, Florence Brandt, Supreme-Court-of-the-State-of-New-York, Ulster-County-Supreme-Court, Ulster-County-Court-Clerk, Michael-G-Gartland, Corbally-Gartland-and-Rappleyea-LLP, Thomas-A-Capezza, Richard-S-Hartunian,  involved whose names are otherwise unknown, Third Party Defendants, Foreign Corporate Agents of a Foreign State

### NOTICE IN THE NATURE OF WRIT OF ERROR CORAM NON JUDICE AND DEMAND FOR TERMINATION OF YOUR INSTANT ACTION OR IN THE ALTERNATIVE A STATEMENT OF YOUR JURISDICTION

Now from our *de jure* court and before your *de facto* corporate court comes,  Public Minister of Justice, Mark Arnold, with **Judicial Notice: In the Nature of Writ of Coram Non Judice and Demand for The Termination of your Action(s) or in the Alternative a Statement of your Proper Jurisdiction.**
Pursuant to your FRCP Rule 4(j). Your court, defined under FRCP 4(j) is a FOREIGN STATE as defined under 28 USC sections 1602- 1611 FOREIGN SOVEREIGN IMMUNITY

ACT (FSIA), is being jurisdictionally challenged and full disclosure of your court's true jurisdiction is now being **demanded.**

**Any** failure to disclose the true jurisdiction of your court is a violation of **15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.**

**Chapter CCXLIX---- An Act concerning the Rights of American Citizens in Foreign States:**

> "Whereas the rights of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and,
>
> whereas the recognition of this principle this government has freely received emigrants from all nations and invested them with the right of citizenship; and,
>
> whereas it is claimed that such Americans citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and,
>
> whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance, should be promptly and finally disavowed;
>
> Therefore, Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled. That any declaration, instruction, opinion, order, or decision of any officers of its government which denies, restricts, impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government. "

This *de jure* forum does hereby **demand** your authority and proclamation of your venue and jurisdiction to come against a foreign sovereign. If your FOREIGN CORPORATE ENTITY is misusing the name of any foreign sovereign by placing it in **ALL CAPITAL LETTERS,** or misusing The family name, or using the term "person" as a CORPORATE ENTITY, all complaints and suits against such CORPORATION fall under THE FOREIGN SOVEREIGN IMMUNITY ACT and under the DEPARTMENT OF STATE OFFICES in Washington D.C. The District of Columbia now has to be notified pursuant to 22 CFR 93.1-93.2. A copy of the FSIA has to be filed, with the complaint, to the defendant's chief executive officer of said CORPORATION.

CORPORATE MUNICIPAL, COUNTY, OR STATE COURTS lack jurisdiction to hear any case under the FOREIGN STATE definitions. This jurisdiction lies with the district court under the FSIA Statutes pursuant to 28 USC section 1330.

And, whereas :Richard-Enrique: is not a fictitious corporate entity; and, whereas she is not registered with any Secretary of State as a CORPORATION. Your prosecution has **failed to state a claim upon which relief can be granted under FRCP 12(b)(6).**

**Therefore:** this matter shall be dismissed for lack of political, in personam and subject matter venue and jurisdiction and improper "due process of Law". Or in the alternative name, on and for the record of this *de jure* forum, your court's authority and jurisdiction to prosecute a foreign sovereign.

For your edification and quick reference.  Definitions:

Foreign Courts: The courts of a foreign state or nation. In the United States this term applies in the courts of one of the states when their judgments or records are introduced in the courts of another.   p. 582 BLACK'S LAW DICTIONARY fifth Edition

Long arm service of process is a form of such foreign extraterritorial jurisdiction. See also <u>28 U.S.C.A. section 1330</u>.   p. 582

Foreign Laws: The laws of a foreign country, or of a sister state. In conflict of law, the legal principles of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called jus receptum..p. 582

Foreign service of process: Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by <u>Fed. R. Civil P. 4(j)</u> and <u>28 U.S.C.A. section 1608</u>. Service of process on foreign corporations is governed by <u>Fed. R. Civil P. 4 (d)(3)</u>.   p. 583

Foreign states: Nations which are outside the United States. Term may also refer to another state: i.e. a sister state.   p. 583

Peace in the Name of the Prince of Peace.

Done and so **Ordered** under signature and Seal on this the 14th  day of the eleventh month in the Year of Our Saviour and my King, two thousand ten.

_mark – arnold_

Mark-Arnold:
Public Minister of Justice

_SAL – JR_

Scribe





2010 civilian flag of peace

### Detinue Affidavit

New York republic
Ulster county

Now appeared before me, the undersigned authority, in the judicial district of tens, fifties, hundreds and thousands, and who being duly sworn , avers, deposes and says that the chattel/property sued for in the Witness Protection Witness complaint, herein, To wit (see Declaratory Decree) belongs to and is under the stewardship of Richard-Enrique of the family of Ulloa (Witness Protection Witness complainant).

   Sworn to ( or avered) before Mark-Arnold (Judge), on this fourteenth day of the eleventh  month in the Year of our Saviour, two thousand ten.

ꞈmark – arnold ꞈ          Seal
Judge

The Lawful officers (county Rangers) Robert Fredrick  is  to take the chattel/property noticed in the complaint into his/their possession  with the defendant giving bond payable to the witness protection witness complainant with sufficient surety, in double the amount of the chattel/property value owing, with conditions that the defendant is cast in the suit, he will, within three (3) days thereafter dismiss all charges and claims, and deliver said chattel/property to the witness protection witness complainant and pay all cost and damages that has accrued from the detention thereof.

ꞈ S A L – J R ꞈ          Seal
Judicial Scribe





~2010 civilian:flag of:peace

## : DETINUE-AFFIDAVIT-PUBLICATION

:NEW YORK-REPUBLIC
:ULSTER county

FOR THE  UNDERSIGNED-AUTHORITY-APPEARANCE  IS OF THE JUDICIAL-
DI-STRICT-OF-~TENS,-~ FIFTIES,-~ HUNDREDS-AND-~THOUSANDS WITH
THE SWEARING ,- AVERING,-[DE]POSING WTH THE CHATTEL-PROPERTY-
PUBLICATION OF  THE CURRENT-WITNESS-PROTECTION-WITNESS-
COMPLAINANT  :WIT (:DECLARATORY-DECREE-PUBLICATION) OF THE
BELONGING-STEWARDSHIP OF: Richard-Enrique (:WITNESS-PROTECTION-
WITNESS-COMPLAINANT) WITH THE REAL-TIME-SWEARING.-(OR AVERING)
BEFORE :Mark-Arnold- (JUDGE) OF THIS :FOURTEENTH -DAY OF THE
~ELEVENTH-  MONTH OF THE SAVIOUR'S-YEAR-~ TWO-THOU-AND-~TEN.

:mark—arnoiD:           SEAL
JUDGE



 FOR THE LAWFUL-OFFICERS-(:COUNTY:RANGERS)-:Robert-Fredrick: ARE
WITH THE CHARGE-DISMISSAL-AND-CHATTEL-PROPERTY-NOTICE-
PUBLICATION OF THE REAL-TIME-COMPLAINT  WITH THE  CURRENT-
CHATTEL-PROPERTY-POSSESSION  WITH THE DEFENDANT'S- BOND OF THE
DOUBLE THE AMOUNT OF THE CHATTEL-PROPERTY-VALUE-AMOUNT-
OWING WITH THE SUFFICIENT-SURETY-BOND-PAYMENT WITH THE
WITNESS-PROTECTION-WITNESS-COMPLAINANT WITH THE CURRENT-
DEFENDANT'S-CONDITION OF THE CoST OF THE SUIT WITH THE
~FOURTEEN(~14)-DAYS WITH THE  CHARGE-DISMISSAL-AND-[DE]LIVER'S-
CHATTEL-PROPERTY-[~$176,000,000.00] UNTO THE WITNESS-PROTECTION-
WITNESS-COMPLAINANT  WITH THE ACCRUING-LAW-VIOLATION-AND-
COSTS-AND-DAMAGES OF THE [DE]TENTION-THEREOF.

:SAL-JR:           SEAL
JUDICIAL SCRIBE





2010 civilian flag of peace

## :WRIT-OF-JUDGMENT-IN-DETINUE

FOR THE  VASSALEE-(DEFENDANT(S)) CURRENT-COMMAND **IS** WITH THE ATTACHMENT-OR-[DE]LIVERY OF  THE CHATTEL-PROPERTY-LAND  : WIT ( DECLARATORY-DECREE-PUBLICATION)  OF :Richard-Enrique:-(:WITNESS-PROTECTION-WITNESS-COMPLAINANT)'S-STEWARDSHIP-CLAIM OF  ~14TH -DAY OF THE ~ELEVENTH -MONTH OF THE YEAR-~2010 OF  :JUDICIAL-DI-STRICT-OF-~TENS,-~FIFTIES,-~HUNDREDS-AND~THOUSANDS WITH THE DECLARATION-PUBLICATION OF THE :CHATTEL-PROPERTY OF THE : LAWFUL-COURT-JUDGMENT WITH THE CHARGE-DISMISSAL-AND-VOID-CHATTEL-PROPERTY-[DE]LIVERY UNTO  :COMPLAINANT WITH-IN~ THREE-(~3)-DAYS-[~72-HOURS] **IS** WITH : THE [DE]LIVERY OF THE ALTERNATIVE-PRICE-[~$176,000,000.00]  WITH THE  DOUBLE-AMOUNT-BOND WITH THE [DE]LIVERY UNTO:WITNESS-PROTECTION-WITNESS- COMPLAINANT OF THE ~$352,000,000.00-AMOUNT  WITH THE ASSET-EXECUTION -WHATSOEVER WITH THE CHATTEL/PROPERTY-[DE]LIVERY WITH THE DETENTION-AND-COSTS-DAMAGES -(~$1,000,000.00~ 12~01~2010-UNTO~1~31~2011) .

:mark-arnold:                SEAL
:JUDGE



:SAL - JR:                   SEAL
:JUDICIAL SCRIBE







Third judicial district of tens, Ulster county, A.D. 1683

New York Republic, A.D. 1777
united States for America, as amended A.D. 1791
c/o general post office # 608
Main Street - 4
Hurley-town, New York Republic

In the *de jure* **Superior Court of the third judicial district of tens, for the Ulster county of assembly 1683 A.D., New York republic 1777 A.D., original jurisdiction for the united States for America 1787 A.D. amended 1791 A.D., a Foreign Nation.**

# Letters Rogatory
## International Judicial Assistance

F.R.C.P. 4(f)(2)(B) and 28 (b); 28 U.S.C. Sects. 1651, 1696, 1781, 1782; 22 C.F.R. 92.54 and 92.66 article 5(j), Vienna Convention on Consular relations; 21 U.S.T. 77, 596 UNTS 261; TIAS 6820; and Bilateral Consular Conventions.

:UNITED STATES OF AMERCIA [sic]-ALLEGED TRUSTEE-          Cause No.10-CR-321
GOVERNING-PERSON:

vs.

RICHARD ENRIQUE ULLOA [sic], Fictitious Foreign Entity

_____

**Richard-Enrique:** private civilian, Real sovereign man, Beneficiary,
Real party in interest, Third Party Plaintiff

vs

Susan Kesick, Ulster-Town-Court, Town-of-Ulster-Town-Court, Town-of-Ulster, David-Boole, The-People-of-the-State-of-New-York, John Dwyer, William L. Spearman, David Wright, Mid-Hudson-Valley-Federal-Credit-Union, Florence Brandt, Supreme-Court-of-the-State-of-New-York, Ulster-County-Supreme-Court, Ulster-County-Court-Clerk, Michael-G-Gartland, Corbally-Gartland-and-Rappleyea-LLP, Thomas-A-Capezza, Richard-S-Hartunian, involved whose names are otherwise unknown, Third Party Defendants, Foreign Corporate Agents of a Foreign State

### International Judicial Assistance

The New York Republic under "Act of State" Presents its complaint to the UNITED STATES DISTRICT COURT FOR NORTHERN NEW YORK, ALBANY NY and request International assistance to "Effect Service of Process" and "Obtain Evidence" to be used in a lawful proceeding, in Law or Equity before this forum in the above styled matter. A hearing and then later, no trial has been set.

This court requests assistance in the matters herein discussed as necessary in the interest of justice. The assistance requested is that the appropriate judicial authority of UNITED STATES DISTRICT COURT FOR NORTHERN NEW YORK compel the appearance of those named or otherwise involved to effect service of process by way of this Letters Rogatory, Coram Nobis, Writ of Mandamus and Writ of Detinue herein attached and incorporated by this reference.

A list of the Documents required of your forum is enumerated in the Writ of Mandamus and Coram Nobis and any other "evidence" that can be produced and the statutes that provide for such claim as your corporate forum asserts against the sovereigns named as Real party in interest, Third Party Plaintiff.

## Facts

The facts of the instant cause pending before your corporate forum are a Coram Nobis, Letters Rogatory, Writ of Mandamus, Removal and Restraining Order whereby your court, by way of writ shall compel your court of inferior jurisdiction to the performance of your ministerial duty to act where it is a clear Right of the Real Party in Interest, Third Party Plaintiff Richard-Enrique; and withdraw/dismiss/vacate/overturn your unlawful corporate actions against the Real Party in Interest, Third Party Plaintiff. And, your corporate administrative court shall follow the dictates contained within the Lawful Writs issued forth by this superior *de jure* court.

## Reciprocity

Should your court need the same service reciprocated, the New York Republic – a Foreign nation will provide similar assistance to your corporate receiving STATE OF NEW YORK

## Cost

Should there be any cost incurred this superior forum will pay in Lawful, pre 1933 coin of the United States of America, at daily spot, and not in fiat debt paper called a FEDERAL RESERVE NOTE, which is neither Federal, Reserve, nor a Note. For the reason one can not discharge a debt with debt paper.

Done this 14th day of the eleventh month in the Year of Our Saviour and my King, two thousand ten.

Peace in the Name of the Prince of Peace.

Done in my Official Capacity under Seal

*mark-arnold*
Mark-Arnold, Public Minister of Justice

Upon your receipt you have been served.

Respond to:
Justice Mark-Arnold
General post-office
Main Street-4 #608
Hurley-town
New York Republic
Standing in the Light /Non-domestic without the U.S.
Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.





:~For the :~Flag-of-the-Peace

# :Letters-Rogatory
## :International-Judicial-Assistance

:For the :F.-R.-C.-P~ 4-(f)~(2)-(B) and :28-(b)-28-U.-S.-C.- Sects~1651,-~1696,_~ 1781,-~ 1782;~ 22~C~F.-R~ 92.54-and~92.66-article~5-(j) of the :Vienna- Convention-of-Consular-relations :~21 U.-S.-T~77,~ 596-UNTS~261,-TIAS~6820;- and- :Bilateral-Consular-Conventions.

:For  the cause of:
**:~Richard-Enrique: Ulloa**~private civilian,                 :For the Cause-No:~10-CR-321
:~Real-sovereign-man:~Beneficiary,
:~Rea- party-of-the-interest:~ Third-Party-Plaintiff

vs.

:~1    For the Court of ~ Ulster-Town-:~2    For the Court of the ~ Ulster-Town: ~ Judge- of-the -~Ulster-Town-Court:~Susan-Kesick-:~3    For the People of the ~ New-York-Territory: ~ District-Attorney of the Ulster-County ~New-York-Territory :~ David-Boole-:~4   For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ John-Dwyer-:~5   For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ David-Wright-:~6   For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ William-L-Spearman-:~7   For the Supreme- Court of the ~ New-York-Ulster-County: ~ court-clerk of-the-County of the Ulster-New-York-Territory :~ Florence-Brandt-:~8   For the Supreme- Court of the ~ New-York-Ulster-County: ~ court-clerk of-the-County of the Ulster-New-York-Territory :-:~9   For the Corbally-Gartland-and-Rappleyea: ~ attorney of the Ulster-County of the New-York-Territory :~Michael-G-Gartland-:~11   For the Superior- Court of the ~ Di-strict-of-Columbia-Territory: ~ United-States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory :~Thomas-A-Capezza-:~12   For the Superior- Court of the ~ Di-strict-of-Columbia-Territory: ~ United-States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory :~Richard-S-Hartunian-:~31   For with the complete-vassalees with the unknown-vassalees:~Third-Party-Defendants with the Foreign- Corporate-Agents of ~ Foreign-State

## For the :International-Judicial-Assistance

:For The :New-York-Republic is with :"Act-of-State" with the Presents-publishing of the witness-protection-claim  unto  the  :UNITED-STATES:~DI-STRICT-OF-THE-NORTHERN-NEW-YORK-TERRITORY and petition of the :International-assistance of the : "Effect –of-the-Service-of-the-Process" and "the receipt of the Evidence-claim" for the lawful-proceeding of the Law-or-Equity-claim with this Republic-forum with the now-time-hearing and now-time- trial

with the ~7:30~pm with the location-of-the-Ulster-county-:~Pancake-Hollow-:~St-~New-York-Territory of the :~28th-day of the eleventh-month of ~2010.

:For the court-assistance of the matters of the interest-of-justice-claim. For the current-judicial-authority of UNITED-STATES:~DI-STRICT-OF-THE-NORTHERN-NEW-YORK-TERRITORY is with the mandatory-appearance of the-named-vassallees with the similar-location-status with the service-of-process of the :Letters-Rogatory,-:Coram-Nobis, :Writ-of-Detinue-and-:Writ-of-Mandamus-publication

:For the :mandatory-Documents-list is with :Writ-of-Mandamus-and-:Coram-Nobis with the publication-"evidence" with the publication-production with the publication-statutes of the claim of the corporate-forum-asserts against the private-sovereigns of the identity-Real-party- of-interest,-:Third Party Plaintiff.

## Facts

:For the current-case-instant-facts unto the corporate-forum **are** of the :Coram-Nobis,-:Letters-Rogatory,-:Writ-of-Mandamus-and-:Writ-of-Detinue-Orders with the writ-compelling-claim of the inferior-jurisdiction with the ministerial-duty-performance-act of the :Real-Party-Interest-Right with the Witness-protection-Claimant :Richard-Enrique of the family :Ulloa with the withdraw-dis-miss-vacate-overturn-order-claim of the [un]lawful-corporate-actions-claim against the :Real-Party-of-Interest-witness-protection-claimant with the corporate-administrative-court-will-volition with the volition-dictates of the :Lawful-Writs of the :superior-de-jure-court.

## Reciprocity

:For the identical-service-reciprocation of the :New-York-Republic – :Foreign-nation is with the corporate-receiving:~STATE-OF-NEW_YORK-TERRITORY

## Cost

:For the cost-expense of this superior-forum **is** with the will-volition of the :Lawful-pre~1933-coin of the :United-States-of-America with the daily-spot-value with the void-fiat-debt-paper of the :FEDERAL-RESERVE-NOTE with the void-Federal,-void-Reserve-and-void-Note with conclusion-reason of the void-discharge-debt o the void-debt-paper-claim.

:For the now-time-completion of this fact-order for the:~**7:30-now-time** -day-:~**twenty-eight-** **month-:~eleventh-_year:** ~2010 with :Our-Savior and my-King

For the :Love-Peace of the Love-Name of the Prince-of-the-Peace
:For the:~Official-Capacity-Act unto the :current-correct-Seal

:ᴍᴀʀᴋ~ᴀʀɴᴏʟᴅ :
:Mark-Arnold-:~Public-Minister




:~For the :~Flag-of-the-Peace

# :For the publication-of-the-Coram-Nobis

**:For the :[de]-jure-Supreme-Court of the third-judicial-district-of-~tens,-~fifties,-~hundreds-and-~thousands is with the :Ulster-county-assembly~1683-AD-New-York-republic-~1777~AD for the :original-jurisdiction for the :united-States-of-:`America~1787-AD with the amendment of the-~1791 AD:~Foreign Nation.**

For the Severance of the Rights with the complete-Right of the correction-of-the-additions-and-deletions of this paper-constitution :For the definition of the constitution-punctuation is of the :~ the = the

:For the Cause-No:~10-CR-321

:Richard-Enrique: Class~private-civilian
:Real-sovereign-man:~Beneficiary
:Real- party-of-the-interest:~ Third-Party-Plaintiff

vs.

:~1    For the Court of ~ Ulster-Town-:~2    For the Court of the ~ Ulster-Town: ~ Judge- of-the -~Ulster-Town-Court:~Susan-Kesick-:~3    For the People of the ~ New-York-Territory: ~ District-Attorney of the Ulster-County ~New-York-Territory :~ David-Boole-:~4  For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ John-Dwyer-:~5    For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ David-Wright-:~6  For the Credit-Union- Mid-Hudson-Valley~ New York-Territory: ~ William-L-Spearman-:~7  For the Supreme- Court of the ~ New-York-Ulster-County: ~ court-clerk of-the-County of the Ulster-New-York-Territory :~ Florence-Brandt-:~8  For the Supreme- Court of the ~ New-York-Ulster-County: ~ court-clerk of-the-County of the Ulster-New-York-Territory :-:~9  For the Corbally-Gartland-and-Rappleyea: ~ attorney of the Ulster-County of the New-York-Territory :~Michael-G-Gartland-:~11 For the Superior- Court of the ~ Di-strict-of-Columbia-Territory: ~ United-States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory :~Thomas-A-Capezza-:~12  For the Superior-Court of the ~ Di-strict-of-Columbia-Territory: ~ United-States-Attorney of the United-States-Corporation of the of the Washington-DC-Territory :~Richard-S-Hartunian-:~31  For with the complete-vassalees with the unknown-vassalees:~Third-Party-Defendants with the Foreign- Corporate-Agents of ~ Foreign-State

## :FOR THE NOTICE-IN-THE-NATURE OF :WRIT-OF-ERROR-CORAM-NON-JUDICE IS WITH ~THE-CLAIM- FOR-THE-VASSALEE'S-TERMINATION OF THE