*Written Response to:*
Ulster county court
Justice Mark-Arnold
General-post office
Main Street-4
Hurley-town
New York Republic

*Or Respond to;*
Richard-Enrique;
General-post office
Main Street-4
Hurley-town
New York Republic



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
DEC - 3 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

*Assembly of, by and for the People on the Ulster county in circuit judicial capacity*

## SUMMONS    ** ENDORSED ORDER **

File # 2010-001114-5

---

**UNITED STATES DISTRICT COURT-NORTHERN NEW YORK**

10-CR-0321 TJM

USA

Plaintiff

Vs.

RICHARD ENRIQUE ULLOA

Defendant

---

**Richard-Enrique, house of Ulloa**

*Witness Protection Witness Claimant*

Vs,

**UNITED STATES DISTRICT COURT-NORTHERN NEW YORK**
David R. Homer, FIDUCIARY / ACTOR

MOTION DENIED
Dated at Binghamton, NY
12-03-10
IT IS SO ORDERED

*[signature]*
Thomas J. McAvoy
District Court Judge