UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA  v. Richard Enrique Ulloa*

CASE No. 10-CR-321                        Page  1  of  5 

DATE:   December 14, 2010

PRESIDING JUDGE:   Hon. Thomas J. McAvoy

( X ) Plaintiff           (  ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | | | Caliendo | Washington State UCC Filing |
| 2 | | | | Vosper | Declaration and Notice of Final Determination and Judgment in Nihil Decit |
| 3 | | | | Vosper | Washington State UCC Filing |
| 4 | | | | Dwyer Spearman Verzi Fox | New York UCC Filing |
| 5 | | | | Dwyer Spearman Verzi Fox | New York UCC Filing |
| 6 | | | | Frame | Email dated October 20, 2009 |
| 7 | | | | Frame Gartland | Temporary Restraining Order |
| 8 | | | | Frame Gartland | Decision and Order |
| 9 | | | | Frame Gartland | New York UCC Filing |
| 10 | | | | Frame Gartland | New York UCC Filing |

Exhibits Returned to Counsel (Date): _____  Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA  v. Richard Enrique Ulloa*

CASE No. 10-CR-321                                                                                           Page  2  of  5

DATE:     December 14, 2010

PRESIDING JUDGE:   Hon. Thomas J. McAvoy

( X ) Plaintiff            (   ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 11 | | | | Havranek Postupak | June 8, 2009, Criminal Complaint |
| 12 | | | | Havranek Postupak | September 29, 2009, Final Demand for Payment |
| 13 | | | | Havranek Postupak | November 2, 2009, Administrative Affidavit of Specific Negative Averment, Opportunity to Cure and Counterclaim |
| 14 | | | | Schnittman | Notice of Claim of Maritime Lien |
| 15 | | | | Schnittman | Supporting documents including mailing receipts |
| 16 | | | | Schnittman | New York UCC Filing |
| 17 | | | | Huyck Maroney | Summary New York UCC Filings – ULLOA |
| 18 | | | | Huyck Maroney | November 24, 2009 New York UCC Filing Ulloa v. Ulloa |

Exhibits Returned to Counsel (Date): _____        Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA  v. Richard Enrique Ulloa*

CASE No. 10-CR-321   Page  3  of  5 

DATE:    December 14, 2010

PRESIDING JUDGE:   Hon. Thomas J. McAvoy

( X ) Plaintiff            (   ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 19 | | | | Huyck Maroney Wells Fargo | New York UCC Filing – Wells Fargo, February 12, 2010 |
| 20 | | | | Huyck Maroney Wells Fargo | New York UCC Filing – Wells Fargo, February 13, 2010 |
| 21 | | | | Wells Fargo Maroney | Business Record re: mortgage summary of loan ending in 2685 |
| 22 | | | 1B16 | Mounce | Agency Mailing List |
| 23 | | | 1B16 | Mounce | Attachment A – Property List |
| 24 | | | 1B16 | Mounce | Legal Notice and Demand |
| 25 | | | 1B19 | Mounce | American Express Statement |
| 26 | | | 1B19 | Mounce | Foreclosure File |
| 27 | | | 1B19 | Mounce | Foreclosure File |
| 28 | | | 1B19 | Mounce | Denny Hardin File |
| 29 | | | 1B25 | Mounce | Andrew James File |

Exhibits Returned to Counsel (Date): _____     Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA  v. Richard Enrique Ulloa*

CASE No. 10-CR-321                                                                                   Page  4  of  5

DATE:   December 14, 2010

PRESIDING JUDGE:   Hon. Thomas J. McAvoy

( X ) Plaintiff            (   ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 30 | | | 1B25 | Mounce | Original Maritime Liens, Ulster, MHVFCU, Rosendale File |
| 31A | | | Witness | Maroney Frame | Maritime Lien Corbally, et al |
| 31B | | | Witness | Maroney Dwyer Spearman Verzi Fox | Maritime Lien Mid-Hudson |
| 31C | | | Witness | Maroney | Maritime Lien Supreme Court of the State of New York |
| 31D | | | Witness | Maroney Vosper | Maritime Lien Vosper |
| 31E | | | Witness | Maroney Caliendo | Maritime Lien Caliendo |
| 31F | | | Witness | Maroney Havranek Postupak | Maritime Lien Ulster County |
| 32 | | | 1C3 | Maroney | May 11, 2010, Letter by Defendant to FBI |

Exhibits Returned to Counsel (Date): _____     Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA  v. Richard Enrique Ulloa*

CASE No. 10-CR-321                                                                                   Page  5  of  5

DATE:    December 14, 2010

PRESIDING JUDGE:   Hon. Thomas J. McAvoy

( X ) Plaintiff                (  ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 33 | | | 1B19 | Mounce Maroney | Decision and Order re: Palisades Collection, dated September 25, 2008 |
| 34 | | | 1B19 | Mounce Maroney | Certificates of Service by Mail by ULLOA regarding Schnittman |
| 35 | | | 1B19 | Mounce Maroney | USPS Track & Confirm by ULLOA |
| 36 | | | 1B19 | Mounce Maroney | Liberty Data.Net Report regarding Schnittman |
| 37 | | | 1B19 | Mounce Maroney | Demands for Settlement |

Exhibits Returned to Counsel (Date): _____     Signature: _____