UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA　　　　　　　Cr. No. 10-CR-321
　　　　　　　　　　　　　　　　　　　　(Hon. Thomas J. McAvoy)

　　　-vs-

RICHARD ENRIQUE ULLOA,

　　　　　　Defendant.
_____

## COURT ORDERED QUESTIONNAIRE

**NAMES AND ADDRESSES OF ALL DEFENDANTS ON TRIAL.
DEFENSE COUNSEL'S FIRM NAME, ADDRESS AND THE NAME OF ANY
PARTNER OR ASSOCIATE WHO MAY BE AT COUNSEL TABLE DURING THE
COURSE OF THE TRIAL.**

Defendant:　　　　　　　Richard Enrique Ulloa, *pro se*

Standby Counsel:　　　　Paul L. Evangelista, Esq.
　　　　　　　　　　　　Office of the Federal Defender
　　　　　　　　　　　　North Pearl Street
　　　　　　　　　　　　Albany, New York 12207

**U.S. ATTORNEY'S NAME AND OFFICE ADDRESS
NAMES AND BUSINESS ADDRESS OF ANY CASE AGENT OR OTHER
GOVERNMENT REPRESENTATIVE WHO WILL SIT AT COUNSEL TABLE.**

Thomas A. Capezza
Assistant United States Attorney
Albany, New York

Mark Maroney
FBI Special Agent
Albany, New York

Mark Hussey
Systems Manager
Albany, New York

**SET FORTH THE DATE OF EACH ALLEGED CRIMINAL OFFENSE, THE PLACE OF THE OFFENSE, AND A BRIEF STATEMENT OF THE EVENTS CENTRAL TO THE CHARGES OF EACH COUNT IN THE INDICTMENT.**

Counts 1through 7- From in or about June 2009, and continuing until on or about at least February 2010, within the Northern District of New York, defendant RICHARD ENRIQUE ULLOA, with the intent to defraud, devised and intended to devise a scheme or artifice to defraud, and for obtaining money and property by means of materially false or fraudulent pretenses, representations and promises, to wit: defendant directed false and fraudulent efforts against officials of Ulster County, executives of Mid-Hudson Valley Federal Credit Union ("MHVFCU"), and Wells Fargo Bank, N.A. ("Wells Fargo") who displeased him in one manner or another, to obtain money and to falsely and fraudulently keep the rightful owners of such money from freely controlling their funds, through the mailing of documents and the filing of liens intended to create indebtedness purportedly under the Uniform Commercial Code.

**SET FORTH THE NAMES AND ADDRESSES OF ALL LAY WITNESSES TO BE CALLED.**

    Names provided in separate filing.

**SET FORTH THE NAMES AND ADDRESSES OF ALL EXPERT WITNESSES TO BE CALLED GIVING A BRIEF DESCRIPTION OF THEIR AREA OF EXPERTISE.**

    None anticipated.

**SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY COUNT IN THE INDICTMENT.**

    See above.

**SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY AFFIRMATIVE DEFENSE ASSERTED.**

    None known.

Date: December 14, 2010        Respectfully submitted,

                                      RICHARD S. HARTUNIAN
                                      UNITED STATES ATTORNEY

                    BY:    */s/ Thomas A. Capezza*
                            Thomas A. Capezza
                            Assistant U.S. Attorney