UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA                    Cr. No. 10-CR-321
                                            (Hon. Thomas J. McAvoy)

    -vs-

RICHARD ENRIQUE ULLOA,

    Defendant.
_____

# **VERDICT FORM**

PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. THE QUESTIONS MUST BE ANSWERED UNANIMOUSLY AS TO EACH DEFENDANT ON EACH COUNT.

There should be a total of 2 pages in this Verdict Form Packet, including this sheet.

1. Count One (1): Mail Fraud [18 U.S.C. §§ 1341, 1349 and 2]

   As for Count One (1) of the Superseding Indictment against Richard Enrique Ulloa, how do you, the jury find?:

       Guilty _____          Not Guilty _____

2. Count Two (2): Mail Fraud [18 U.S.C. §§ 1341, 1349 and 2]

   As for Count Two (2) of the Superseding Indictment against Richard Enrique Ulloa, how do you, the jury find?:

       Guilty _____          Not Guilty _____

3. Count Three (3): Mail Fraud [18 U.S.C. §§ 1341, 1349 and 2]

   As for Count Three (3) of the Superseding Indictment against Richard Enrique Ulloa, how do you, the jury find?:

       Guilty _____          Not Guilty _____

4.     Count Four (4): Mail Fraud [18 U.S.C. §§ 1341, 1349 and 2]

    As for Count Four (4) of the Superseding Indictment against Richard Enrique Ulloa, how do you, the jury find?:

    Guilty _____        Not Guilty _____

5.     Count Five (5): Mail Fraud [18 U.S.C. §§ 1341, 1349 and 2]

    As for Count Five (5) of the Superseding Indictment against Richard Enrique Ulloa, how do you, the jury find?:

    Guilty _____        Not Guilty _____

6.     Count Six (6): Mail Fraud [18 U.S.C. §§ 1341, 1349 and 2]

    As for Count Six (6) of the Superseding Indictment against Richard Enrique Ulloa, how do you, the jury find?:

    Guilty _____        Not Guilty _____

7.     Count Seven (7): Mail Fraud [18 U.S.C. §§ 1341, 1349 and 2]

    As for Count Seven (7) of the Superseding Indictment against Richard Enrique Ulloa, how do you, the jury find?:

    Guilty _____        Not Guilty _____

YOUR DELIBERATIONS ARE COMPLETE.

REPORT YOUR VERDICT TO THE MARSHAL.  PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET.  THANK YOU.

Dated: _____, 2010

                                                _____
                                                Foreperson