

## richard-enrique: Ulloa

c/o postal department 771
non-domestic, non-commercial, non-resident
stone ridge, new york: the land
(845) 687-7855

July 26, 2009

CHRISTOPHER E. CAHILL
Justice of Supreme Court
285 Wall Street
Kingston, New York 12401
(845) 340-3225
(845) 340-3228

CORRECTON (ru)
11/16/2009

Re: richard-enrique:ulloa July 13, 2009 letter

Dear Judge Cahill;

    I hope this letter finds you in good health.

As per my conversation and agreement / contract with Don Ryan, I returned my Pistol Permit and associated gun as instructed by your letter on Friday July 24, 2009 at 8:30 am. (ru)

As you may or may not know, "Judge" Vosper's decision (which I still have never received a written copy of). It was his decision to dismiss all charges and send me to Ulster County Jail from ~~July 21,~~ JULY 14, 2009 until July ~~27~~ 20 (ru), 2009 (approx 120 Hours) and then to Hudson River for up to 90 days, without charges, without bail, without a return date.

Upon my arrival to Hudson River, I was greeted by one physiatrist, one nurse and one security guard. After 10 mins the security left, since I was not a danger to anyone, after 20 minutes the physiatrist bluntly asked my "What are you doing here?", and if she could she would release me immediately.

She released me within 48 hours, and I was picked up without any incident on Tuesday July 21, 2009, with the obvious observation that I am NOT a danger to myself or anyone else.

The only issue, notices and motions before Judge Vosper, was the matter of jurisdiction, it seems to me and others in the court, even court officers and police officers that "Judge" Vosper took this as a personal assault on him and had decided to make me an example. As an "American Citizen", I will let no one ever violate my civil rights or any of my united states constitutional rights.

From the beginning, the only issue before "Judge" Vosper was the claim by town police that I was "driving" without a license, (see copy) and the matter of jurisdiction which I presented.

"Judge" Vosper took it as a personal insult, attack or?, and decided to teach me a lesson on jurisdiction, by sending me to jail and setting bail at $500.00. I did nothing wrong and my civil rights were violated by his action, and I spent six hours in County jail.

The next time in his court 06/10/2009, he ordered a 730 evaluation because in his opinion I did not understand the law, I was ordered to go to Mental Health the next day. On 06/11/2009 Ulster County

● Page 2                                                                November 14, 2009

* Mental Health was not ready for me as "Judge" Vosper has stated on the record. Ulster County Mental Health sent appointment letter for 06/15/2009.

On 06/14/2009, I faxed a letter to Mental Health letting them know I could not make it due to a family emergency. The return date on the court paper mandating the 730 evaluation was 08/11/2009. There was enough time to set another appointment. However, on 06/23/2009 Rosendale Police came to my home, at peek farms, stone ridge, and told me that the judge wanted to see me. I went there voluntarily and was arrested, in court for not showing up for the appointment and bail was set at $10,000.00. The intent was once again to deprive me of my civil rights and get the 730 evaluation done in jail.

One 06/25/2009, bail was posted and I was released.

On 06/26/2009, I met with Mental Health. After the evaluation I returned to court on 07/07/2009, which was the date on the bail receipt, and not the original date of 08/11/2009. I was stopped outside the court by a town officer who asked if I had business with the court. I showed them the bail receipt, he took it inside the court and came back to say that I had to return on 07/14/2009, I requested to be sent a notice of the new date. This notice was never sent.

I went to court on 07/14/2009 voluntarily, and was told that I was delusional, "Delusion of the Law", and "Judge" Vosper ordered me to go to Hudson Valley Psychiatric Center for further evaluation. I was taken to Ulster County Jail and held there against my will for seven days, until I was transported to Hudson River, which took place on 07/20/2009.

It is my position that "Judge" Vosper, abused his position and caused me and my family major, un-repairable harm by attacking my integrity, and my social standing in the community, by interfering with my ability to conduct my work and my business, and causing unnecessary, un-repairable anguish, emotional pain and suffering to me and members of my family. If I was so mentally unstable, such an unstable person as described by "Judge" Vosper with several Town and County officers, I would not have friends and family willing to post $10,000.00 to get me out of jail.

Please use this letter as my personal request for a hearing. I will represent myself. I know your busy schedule, so I will call your office for the first available hearing date.

Sincerely,

richard-enrique: ulloa



cc: New York State Police Pistol Permit Bureau, Nina Postupack, Don Ryan, P.J. Van Blarcum, the Honorable George B. Ceresia 3rd Judicial District, "Judge" Vosper,