

CHRISTOPHER E. CAHILL
SUPREME COURT JUSTICE

STATE OF NEW YORK
SUPREME COURT CHAMBERS
ULSTER COUNTY COURT HOUSE
285 WALL STREET
KINGSTON, NEW YORK 12401
(845) 340-3225
FAX (845) 340-3228

January 21, 2010

Mr. Richard E. Ulloa
PO Box 771
Stone Ridge, New York 12484

Re:    Request to Terminate Revocation
       Pistol Permit #C-22500

Dear Mr. Ulloa:

This letter represents the decision and order of the Court regarding your above-referenced pistol permit. Given that the charge for which your permit was revoked was dismissed, and based on my in camera review of your submissions (which are returned herewith) regarding your CPL 730.40 examination, the revocation of your pistol permit is hereby terminated. You must contact the Pistol Permit Bureau of the Ulster County Sheriff's Office to obtain your permit and surrendered weapons.

**SO ORDERED.**

Very truly yours,

CHRISTOPHER E. CAHILL
Justice of the Supreme Court

CEC/sbs

cc:    Ulster County Sheriff's Office
       Ulster County Clerk's Office
       New York State Police Pistol Permit Bureau