UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                                  Case No. 10-CR-321(TJM)

     v.

RICHARD ENRIQUE ULLOA,

       Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2010 I electronically filed a Status Report Regarding Prior State Proceedings with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

                Paul Evangelista, Esq.
                Office of the Federal Public Defender
                39 North Pearl Street, 5th Floor
                Albany, NY 12207

      And, I hereby certify that on December 17, 2010, I have mailed by Federal Express, the foregoing to the following:

                Richard Enrique Ulloa
                22 Ridge Mountain Road
                Stone Ridge, New York 12484

                                                  /s/*Kelly L. Ciccarelli*
                                                  Legal Assistant