

**Third judicial district of tens, fifties, hundreds and thousands
Ulster county A. D. 1683, New York republic A. D, 1777
United States of America as amended A. D. 1791**



File # 10-001114-5

**In Re: Richard-Enrique; family of Ulloa**

    In the de jure Supreme Court of the third judicial district of tens, fifties, hundreds and thousands, for Ulster county Judicial District A. D. 1683, New York republic A. D. 1777, original jurisdiction for the United States of America as amended A. D. 1791, a Foreign Nation.

The Organic, New York republic A. D. 1777 – A Foreign Nation This <u>28th</u> day of November A. D. 2010

:UNITED STATES OF AMERCIA [sic]-ALLEGED
TRUSTEE-GOVERNING-PERSON:

vs.

Richard-Enrique: Ulloa
Witness Protection Witness Claimant
Real sovereign man
Real party in interest

Cause No. 10-CR-321



To All Parties Concerned:

## Case History:

Foreign Case # 10-CR-321 from the United States District Court for the Northern District of New York was brought to this Supreme Court of the People in common law and seated properly in assembly, in order to evaluate not only the charges but mainly to review the documents which were in question by the Assistant United States Attorney General which were filed with the Secretary of State for the STATE OF NEW YORK Corporation.

## Supreme Court and trial by jury initial review: November 14, 2010

Richard-Enrique: Ulloa presented all documents in Foreign Case 10-CR-321, and presented his case and informed the court and the jury of the Private Commercial Administrative process that was undertaken, Richard-Enrique presented all aspects of the Administrative process, and the fact that the parties never responded as they were required and that the parties were in commercial dishonor.

1 – Declaratory Decree Cover Letter Page 1 of 2

## Supreme Court and trial by jury final review: November 28, 2010

The Supreme Court invited all parties back for a second jury review; all interested parties were invited by Summons which was sent First Class mail and Priority Mail with Delivery Confirmation. All Parties are expected to show.

## Supreme Court and trial by jury determination:

This Supreme Court and jury has reviewed the documents presented by Richard-Enrique and has determined that the filings with the New York State Secretary of State are proper and within proper Commercial Law of New York State and International Uniform Commercial Code. All documents claimed to be invalid or false in foreign case 10-CR-321 have been reviewed and deemed valid and proper.

The Witness Protection Witness Claimant was the only party to show before this common law court, all other parties have defaulted due to no show.

The resolution of this Supreme Court in common law cannot be heard by any other court in the United States as per the Bill of Rights Seventh Amendment which states *"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law."*.

The resolution of this conflict by this de jure forum is final and is res judicata.

## *Peace in the Name of the Prince of Peace.*

Done and so **Ordered** under signature and Seal on this the twenty eight day of the Eleventh month in the Year of Our Savior and my King, two thousand ten.

 

**Third judicial district of tens, fifties, hundreds and thousands
Ulster county A. D. 1683, New York republic A. D, 1777
United States of America as amended A. D. 1791**

# Declaratory Decree (Judgment)

File # 10-001114-5

**In Re: Richard-Enrique; family of Ulloa**

In the de jure Supreme Court of the third judicial district of tens, fifties, hundreds and thousands, for Ulster county Judicial District A. D. 1683, New York republic A. D. 1777, original jurisdiction for the United States of America as amended A. D. 1791, a Foreign Nation.

### The Organic, New York republic A. D. 1777 – A Foreign Nation

This 28th day of November A. D. 2010

:UNITED STATES OF AMERCIA [sic]-ALLEGED
TRUSTEE-GOVERNING-PERSON:

Cause No. 10-CR-321

vs.

Richard-Enrique: Ulloa
Witness Protection Witness Claimant
Real sovereign man
Real party in interest

**OTHERS SIMILARLY SITUATED**
**:VASSALEES:**

and all JOHN and JANE DOES 1-20 yet unnamed.

Debtors/Libellees
From the Office of Public Minister of Justice, Mark-Arnold, Tri Republic Assembly, general-post office, Main Street – 4, Hurley-town, New York Republic. Justice for Ulster county judicial district court on New York, one of the several States of the Union of States of the United States of America, under the original jurisdiction, 1787 as amended 1791 Anno Domini.

Directed to:
Any and all agents named in the original Counterclaim, NIHIL DECIT Judgments, including but not limited to all corporate entity(s) named herein;

1 – Declaratory Decree (Judgment) Page 1 of 5

:MID-HUDSON VALLEY FEDERAL CREDIT UNION [SIC] ALLEGED-TRUSTEE- GOVERNING- PERSON:
:SUPREME COURT OF THE STATE OF NEW YORK [SIC]-] ALLEGED-TRUSTEE- GOVERNING- PERSON:
:ULSTER COUNTY SUPREME COURT [SIC]- ALLEGED -TRUSTEES-GOVERNING-PERSONS:
: FLORENCE BRANDT [SIC]-ALLEGED -TRUSTEE-GOVERNING-PERSON:
: WILLIAM L. SPEARMAN [SIC]- ALLEGED-TRUSTEE- GOVERNING-PERSON:
: DAVID WRIGHT [SIC]-ALLEGED-TRUSTEE-GOVERNING-PERSON:
: JOHN DWYER [SIC] -ALLEGED-TRUSTEE- GOVERNING- PERSON:
: CORBALLY GARTLAND AND RAPPLEYEA, LLP [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
: [ATTORNEY] MICHAEL G. GARTLAND [SIC]-ALLEGED TRUSTEE, GOVERNING PERSON:
: [ATTORNEY] WILLIAM F. FRAME [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
: [ATTORNEY] THOMAS A. CAPEZZA [SIC]- ALLEGED- TRUSTEE- GOVERNING- PERSON:
[ATTORNEY] RICHARD S. HARTUNIAN [SIC]- ALLEGED- TRUSTEE- GOVERNING- PERSON:
: AMERICA'S CHOICE TITLE [SIC]-ALLEGED-TRUSTEE- GOVERNING- PERSON:
and all JOHN and JANE DOES 1-20 yet unnamed.

Be it known and remembered by All to whom these presence come and may concern.
This DECREE is issued forth for the following reasons:

1. It has come to attention of this Justice and Jury for Ulster county court that agent/officers of your foreign administrative, bankrupt, corporate, de facto entities have invaded the Republic,[18 June 2010] under color of law, with acts of war, under arms, with threats of violence, attempted seizure and trespass upon the family, liberty, chattel and property under stewardship of Richard-Enrique; of the family Ulloa, with threats of extortion, and intent to do bodily harm. These acts were carried out by para-military agents and corporate agents under the guise of judgments rendered by administrative agent(s) acting as a judge(s) in an administrative tribunal calling itself a "civil court" which is, in reality, a Roman court [military] and they/you have done so without proper due process of Law.

2. These acts were specifically directed at Richard-Enrique; of the family Ulloa (June 18, 2010) whom, by your error, you presume to be some ens legis, procedural phantom, straw man, corporate person, legal fiction. Who, in reality, is a living breathing man, a private civilian upon the land on the Ulster county A. D. 1683, New York Republic- 1777 A.D.

3. This cause was found in favor of the Witness Protection Witness complainant upon defendant's failure to appear and show cause or defend their position.

4. Lawful process and court date and time is hereby issued by Justice Mark-Arnold, and served upon all parties allowing adequate time for response/appearance including

    Summons (Regular and syntax language copy)
    Coram Nobis (Regular copy and syntax language copy)
    Letters Rogatory (Regular copy and syntax language copy)
    Writ of Mandamus (Regular copy and syntax language copy)
    Copy of Notice of Ulster county, received November 03, 2010 by ULSTER COUNTY Commissioners (Regular copy and syntax language copy)
    Richard-Enrique Decree of Political Will (Regular copy and syntax language copy)
    Original 13th amendment (Regular copy and syntax language copy)

   Notice of Final Judgment in Nihil Dicit demanding immediate payment in the amount of $176,000,000.00 dollars coin specie pursuant to the original Coinage Act of 1792 et sec for the Kesick issue and $2.8 billion dollars coin specie pursuant to the original Coinage Act of 1792 et sec for the Mid-Hudson Valley Credit Union issue.

5. If no answer is received by the Ulster county court, on twenty-seventh day of the eleventh month anno domini, final judgment was issued to witness protection witness claimant.

6. This cause was found in favor to the complainant upon defendant's failure to appear and show cause or defend their position.

7. The resolution of this conflict by this de jure forum is final and is res judicata.

## Declaratory Decree:
1. All agent/officers/co-conspiurators shall dismiss all charges by the expiration of three days (72 hours) from the service/receipt of this Decree/Order and shall cease any further action(s) under color of law, acts of war under force of arms, threats of violence, attempted seizure, ejection, extortion, intent to do violence or bodily harm by any and all of your corporate agent/ officers. All purported warrants and process of any kind naming your ens legis procedural phantom, are hereby quashed. All property taken shall be immediately returned in at least the same condition as when it was taken or better. They, each and all shall maintain a distance of one thousand (1000) feet from the man Richard-Enrique of the family Ulloa; and the lands and property under his stewardship. The defendants shall immediately pay Richard-Enrique: of the family Ulloa the accrued sweat equity stewardship damage fees [Nihil Dicit Final Judgment] [$176,000,000.00] dollars coin specie pursuant to the original Coinage Act of 1792 et sec for the Kesick issue and the accrued sweat equity stewardship damage fees [Nihil Dicit Final Judgment] [$176,000,000.00] dollars coin specie pursuant to the original Coinage Act of 1792 et sec. for the Mid-Hudson Valley Credit Union issue. Said Declaratory Decree issued forth by this de jure forum is binding and perpetual, res judicata, from the date of the finalized Declaratory Decree upon default of the Defendants..

2. A copy of this show cause Declaratory Decree shall be served upon all parties named above with an original retained by Richard-Enrique of the family Ulloa.

3. All interlocking equities, instrumentalities, agencies and agents and co-conspirators NAMED ABOVE are hereby noticed of the date and time to finalize this Declaratory Decree and shall acknowledge and process any finalized Declaratory Decree upon default of the Defendants. [service by U.S. Marshalls, county Rangers and or United States Mail] issued against all assets of the defendant respondents along with all contemptuous agents/officers and co-conspirators forthwith.

4. The law of necessity in this case is hereby abolished.

5. All defendants stipulated to all of the facts, As to counts ONE through FIVE, in the Susan Kesick Counterclaim upon the default of the Defendants. And As to counts ONE through TWO, in the Mid-Hudson Valley Credit Union Counterclaim upon the default of the Defendants.

6. All defendants stipulated upon any default to the facts, As to the Corum Nobis' completion of this fact order finalization is on November 24, 2010 at 7:30 pm at the Ulster county court.

7. All defendants stipulated upon any default to the facts, As to dismissal of all charges and claims by the defendants and co-conspirators with the accrued damages to the witness protection witness claimant.

Peace in the Name of the Prince of Peace.

Location: Ulster county court, c/o 80 Pancake Hollow Road, Highland [12528] New York

## Peace in the Name of the Prince of Peace.

Done and so **Ordered** under signature and Seal on this the twenty eighth day of the Eleventh month in the Year of Our Savior and my King, two thousand ten.

:mark-arnold:                        Locus Sigilli
Public Minister of Justice

:Sal-Jr:                             Locus Sigilli
Scribe
Done this fourteenth day of the eleventh month in the year of our Savior and King, two thousand ten.

:Sal-Jr:
Scribe

Respond to:
Justice Mark-Arnold
General post-office
Main Street-4   #608
Hurley-town
New York Republic

Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

1. _[signature]_
Juror
:Jared-Meirl:
Print

2. _[signature]_
Juror
Martin-Edward
Print

3. _[signature]_
Juror
Patricia-Mary
Print

4. _[signature]_
Juror
_[illegible]_
Print

5. _[signature]_ HYOJA Moore
Juror

Print

6. _[signature]_
Juror
GERHARD L BURFEINDT
Print

7. _[signature]_ Janet-Linda: Beddinis
Juror
Janet Linda Beddini
Print

8. _[signature]_
Juror
Roy Anselmo
Print

9. _[signature]_
Juror
Angela Barnwell
Print

10. _[signature]_ Vincent Eugene
Juror
Vincent Eugene
Print

11. _[signature]_ Marisa-Helen
Juror
Marisa-Helen
Print

12. :jeffrey-charles:
Juror
:jeffrey-charles:
Print

Alternate jurors;

1a._____
Juror
_____
Print

2a._____
Juror
_____
Print

3a._____
Juror
_____
Print

4a._____
Juror
_____
Print

5 – Declaratory Decree (Judgment) Page 5 of 5



DEC 21 2010
USPS

Hon. Thomas J. Mcavoy, Senior U.S. District Judge
Federal Building And U.S. Courthouse
15 Henry St
Binghamton, NY 13901-2723

Tri-republic Assembly
c/o number 608.
Nation "New York".
General-Post Office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Priority Confidential