| | |
|---|---|
| 1 | I reserve the right to change, alter, and remove this document at any time. Without the leave of this or any other court. |
| 2 | Richard-Enrique; Ulloa, Sui Juris, unrepresented<br>Nation "New York". |
| 3 | general post-office. |
| 4 | Hurley-town.<br>United States Minor, Outlying Islands. Near. [12443-9998] |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 23 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,[sic]  ) | CASE # 1:10-CR-0321 (TJM), |
| ) | |
| Plaintiff,  ) | JUDICIAL NOTICE AND NOTICE TO ADMINSTRATIVE COURT & |
| ) | DEMAND FOR DISMISSAL |
| ) | Fed R Civ P(4)(j),12(b)(1), (2), (3), |
| v.  ) | (4), (5) & (6) |
| ) | Constitutional Amendments 4th, 5th, 9th, 10th, 11th & 14th. |
| RICHARD ENRIQUE ULLOA,[sic]  ) | Title 50 U.S.C |
| ) | Title 28 Chapter 176 |
| ) | Title 28 U.S.C. 1608 |
| Defendant.  ) | Title 22 U.S.C. 611 |
| ) | |

NOTICE AND SUMMARY OF ISSUES BEFORE THIS COURT AND
CHALLENGE OF JURISDICTION

---

state of New York      }

                       } §

county of Ulster       }


COMES NOW, Richard-Enrique: Ulloa, sui juris, and unrepresented.

Richard-Enrique: Ulloa Petitioner vs. CASE # 10-321 STATE OF NEW YORK, UNITED STATES DISTRICT COURT OF NORTHERN NEW YORK JUDGES HOMER AND MCAVOY Fictitious Foreign State Plaintiff or Defendant

JUDICIAL NOTICE, NOTICE TO THE ADMINISTRATIVE COURT
ALL COURTS ARE OPERATING UNDER

(1) TRADING WITH THE ENEMY ACT AS CODIFIED IN
TITLE 50 USC,

(2) TITLE 28 USC, CHAPTER 176, FEDERAL DEBT
COLLECTION PROCEDURE, AND

(3) FED.R.CIV.P. 4(j) UNDER TITLE 28 USC §1608, MAKING THE COURTS "FOREIGN STATES" TO THE PEOPLE BY CONGRESSIONAL MANDATE"IT IS THE DUTY OF THE COURT TO DECLARE THE MEANING OF WHAT IS WRITTEN, AND NOT WHAT WAS INTENDED TO BE WRITTEN. J.W. Seavey Hop Corp. v. Pollock, 20 Wn. 2d 337, 348-49, 147 P.2d 310 (1944), cited with approval in Berg v. Hudesman, 115 Wn. 2d at 669.

COMES NOW, Petitioner, Richard-Enrique: Ulloa, unrepresented, giving JUDICIAL NOTICE, that the Plaintiff / Court lacks jurisdiction to hear, convict, or bring any case against this Petitioner under Federal Rules of Civil Procedure 4(j),12(b)(1), (2), (3), (4), (5) & (6) as well as the 4th, 5th, 7th, 9th, 10th, 11th and 14th amendments of the Constitution, whereby Petitioner is not subject to a Foreign State.

1. Oath of office makes public officials "Foreign".

2. All Judges as per Title 28 Chapter 176 §3002 serve as debt collectors.

3. There is no immunity for all foreign agents under "commerce" as per Title 15 §1122

4. All courts are operating under the War Powers Act.

5. Clarification of language requested and never answered, Now Petitioner places before the court the definitions of such language.

6. Two common law juries have brought forth two Declaratory Decrees, issuing a dismissal of this case.

7. This issue was dismissed by the common law One Supreme Court, and as per the 7th amendment, it cannot be heard by another jury in the United States.

ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT WITH MY CHOICE OF LAW AND MY CHOICE OF COURT

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, complete and correct. 28 USC §1746

Signed on this the twenty second day of the twelfth month in the year of our Lord and Savior two thousand ten.

*[signature]*

Richard-Enrique; Ulloa, unrepresented
Phone 845-687-7855
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]