| | |
|---|---|
| 1 | I reserve the right to change, alter, and remove this document at any time. |
| 2 | Without the leave of this or any other court. |
|   | Richard-Enrique; Ulloa, Sui Juris, unrepresented |
| 3 | Nation "New York". |
|   | general post-office. |
| 4 | Hurley-town. |
|   | United States Minor, Outlying Islands. Near. [12443-9998] |

```
U.S. DISTRICT COURT
   N.D. OF N.Y.
      FILED
   DEC 2 8 2010
LAWRENCE K. BAERMAN, CLERK
         ALBANY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,[sic]   )   CASE # 1:10-CR-0321 (TJM/DRH),
　　　　　　　　　　　　　　　　 )
　　　　　　　　Plaintiff,　　　　 )
　　　　　　　　　　　　　　　　 )   MOTION to DISMISS
　　　　　　　　　　　　　　　　 )
　　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
RICHARD ENRIQUE ULLOA,[sic]　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　　　Defendant.　　　　)
_____　 )

**MOTION to DISMISS**
_____

state of New York　　}
　　　　　　　　　　} §
county of Ulster　　　}

1. COMES NOW, Petitioner, Richard-Enrique: Ulloa, unrepresented, **motions by way of giving testimony,** that he is a Child of God and not of Man, and

that this court and prosecution has not provided the Historical entirety of the Laws of Mail Fraud and that there is no proof that these Laws are valid and apply to a Child of God.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, complete and correct. 28 USC §1746

Signed on this the twenty seventh day of the twelfth month in the year of our Lord and Savior two thousand ten.

*Richard-Enrique Ulloa* (signature)

Richard-Enrique; Ulloa, unrepresented
Address:   Phone 845-687-7855
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "MOTION TO DISMISS CHILD OF GOD" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

*/s/ Richard-Enrique*

Richard-Enrique; Ulloa

December 27, 2010

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

1
2
3  **Proof and Evidence of Service**
4  *I,* Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "DEMAND FOR DISMISSAL AND NOTICE" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*
5

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |



Richard-Enrique; Ulloa

December 27, 2010

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT