Thursday, December 30, 2010 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:       MP
Steno:       TC
LC:          SE

UNITED STATES OF AMERICA

    VS.                      CRIMINAL NO.   1: 10-CR-321

RICHARD ENRIQUE ULLOA

APPEARANCES:   AUSA Thomas Capezza for Govt; Richard Ulloa, Pro Se Deft w/ Standby Counsel AFPD Paul Evangelista & Eric Schlesinger, Esq. present

| Time | Event |
|---|---|
| 9:30 AM | In court; outside presence of jury, jury question is spread upon the record. |
| 9:35 AM | Jury enters. |

<u>GOVT WITNESS</u>

Mark Maroney

| Time | Event |
|---|---|
| 10:48 AM | Government rests.  Jury stands aside.  Defendant, through stand-by counsel Evangelista makes Rule 29 motion; Government opposition heard - DENIED.  Defense makes proffer re: witness Celauro. |

<u>DEFENSE WITNESS</u>

Sal Celauro, Jr.

Court rules that Mr. Celauro will not be permitted to testify before the jury.

| Time | Event |
|---|---|
| 11:15 AM | Short break. |
| 11:29 AM | In court; outside presence of jury, Court rules on evidentiary issues. |
| 11:33 AM | Jury enters.  Defendant Richard Enrique Ulloa takes the stand. |
| 12:20 PM | Lunch recess to 1:00 PM |

USA vs. Richard Enrique Ulloa, 1:10-CR-321
12/30/10 - Albany, NY
Trial Minutes Page 2

| | |
|---|---|
| 1:00 PM | In court; jury present. Deft Ulloa's testimony continues. |
| 1:35 PM | Defense rests. Jury stands aside. Rule 29 motions renewed - DENIED. No rebuttal evidence. Evidence now closed. |
| 1:38 PM | Jury enters. Government begins closing argument. |
| 2:20 PM | Short break. |
| 2:31 PM | Jury enters. Defendant begins closing argument. |
| 2:53 PM | Government begins rebuttal summation. |
| 3:00 PM | Judge begins charge to jury. |
| 3:53 PM | Charge concluded. Jury steps aside & commence deliberations. |
| 4:55 PM | Court Exhibit 1 is marked. Parties are consulted. |
| 5:03 PM | Jury enters and CE#1 is complied with. |
| 5:45 PM | Jury reports verdict. Guilty on all 7 counts. Jury stands aside. Court gives post trial motion instruction. Sentencing is set for April 15, 2011 @ 9:30 AM in Albany, NY. Argument is heard concerning remand of defendant. Defendant is released under the same terms and conditions as originally set. Further, defendant is not to file any further liens, encumbrances, etc. |
| 6:05 PM | Court stands adjourned. |