**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

V.

**RICHARD ENRIQUE ULLOA,**

                    **DEFENDANT.**

1:10-CR-321

---

## VERDICT FORM

PLEASE NOTE - Each Juror will be provided with a Verdict Form.  HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON <u>ONLY ONE</u> VERDICT FORM WHICH IS SIGNED BY THE JURY FOREPERSON.  The remaining Verdict Forms should be returned to the courtroom deputy unsigned.

Each question must be answered unanimously.

Filed stamp: U.S. DISTRICT COURT - N.D. OF N.Y. FILED DEC 30 2010 AT ___ O'CLOCK ___ Lawrence K. Baerman, Clerk - Bing.

We, the jury, unanimously find as follows as to Defendant Richard Enrique Ulloa:

### COUNT 1

Not Guilty _____      Guilty __X__

### COUNT 2

Not Guilty _____      Guilty __X__

### COUNT 3

Not Guilty _____      Guilty __X__

### COUNT 4

Not Guilty _____      Guilty __X__

### COUNT 5

Not Guilty _____      Guilty __X__

### COUNT 6

Not Guilty _____      Guilty __X__

### COUNT 7

Not Guilty _____      Guilty __X__

**YOUR DELIBERATIONS ARE COMPLETE.**

**REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET. THANK YOU.**

Dated: DECEMBER 30, 2010

_____
Foreperson