UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA** v. Richard Enrique Ulloa

CASE No. 10-CR-321

DATE: December 14, 2010

PRESIDING JUDGE: Hon. Thomas J. McAvoy

GVT
( X ) ~~Plaintiff~~       ( ) Defendant

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 4 2011
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Bing.

Page 1 of 5

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 12-28 | 12-28 | | Caliendo 4:31 | Washington State UCC Filing |
| 2 | 12-29 | 12-29 | | Vosper 11:04 | Declaration and Notice of Final Determination and Judgment in Nihil Decit |
| 3 | 12-29 | 12-29 | SR | Vosper 11:10 | Washington State UCC Filing |
| 4 | 12-28 | 12-28 | | Dwyer 2:04 Spearman Verzi Fox | New York UCC Filing |
| 5 | 12-28 | 12-28 | | Dwyer Spearman 3:02 Verzi Fox | New York UCC Filing |
| 6 | 12-28 | 12-28 | | Frame Dwyer | Email dated October 20, 2009 |
| 7 | 12-28 | 12-28 | | Spearman 3:13 Frame Gartland | Temporary Restraining Order |
| 8 | 12-28 | 12-28 | SR | Spearman 3:18 Frame Gartland | Decision and Order |
| 9 | 12-29 | 12-29 | | Frame 3:07 Gartland | New York UCC Filing |
| 10 | 12-29 | 12-29 | | Joyce 4:15 Frame Gartland | New York UCC Filing |

Exhibits Returned to Counsel (Date): _____   Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA** v. *Richard Enrique Ulloa*

CASE No. 10-CR-321                                                                                          Page 2 of 5

DATE: December 14, 2010

PRESIDING JUDGE: Hon. Thomas J. McAvoy

( X ) Plaintiff            ( ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 11 | 12-29 | 12-29 | | Havranek 1:22 Postupak | June 8, 2009, Criminal Complaint |
| 12 | 12-29 | 12-29 | | Havranek Postupak 2:17 | September 29, 2009, Final Demand for Payment |
| 13 | 12-29 | 12-29 | | Havranek 1:32 Postupak | November 2, 2009, Administrative Affidavit of Specific Negative Averment, Opportunity to Cure and Counterclaim |
| 14 | 12-29 | 12-29 | SC | Schnittman | Notice of Claim of Maritime Lien |
| 15 | 12-29 | 12-29 | | Schnittman 10:31 | Supporting documents including mailing receipts |
| 16 | 12-29 | 12-29 | | Schnittman | New York UCC Filing |
| 17 | 12-29 | 12-29 | | Huyck 3:56 Maroney | Summary New York UCC Filings – ULLOA |
| 18 | 12-29 | 12-29 | | Huyck 4:06 Maroney | November 24, 2009 New York UCC Filing Ulloa v. Ulloa |
| 15A | 12-29 | 12-29 | Received | Schnittman 10:48 | Portion of Schnittman Envelopes |

Exhibits Returned to Counsel (Date): _____    Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA** v. *Richard Enrique Ulloa*

CASE No. 10-CR-321                                                                 Page 3 of 5

DATE:   December 14, 2010

PRESIDING JUDGE:   Hon. Thomas J. McAvoy

( X ) Plaintiff          ( ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 19 | 12-29 | 12-29 | | Huyck 4:09 Maroney Wells Fargo | New York UCC Filing – Wells Fargo, February 12, 2010 |
| 20 | 12-29 | 12-29 | | Huyck 4:12 Maroney Wells Fargo | New York UCC Filing – Wells Fargo, February 13, 2010 |
| 21 | 12-29 | 12-29 | | Wells Fargo - Cannon 11:53 Maroney | Business Record re: mortgage summary of loan ending in 2685 |
| 22 | | | 1B16 | Mounce | Agency Mailing List |
| 23 | | | 1B16 | Mounce | Attachment A – Property List |
| 24 | | | 1B16 | Mounce | Legal Notice and Demand |
| 25 | 12-30 | 12-30 | 1B19 | ~~Mounce~~ Maroney | American Express Statement |
| 26 | | | 1B19 | Mounce | Foreclosure File |
| 27 | 12-30 | 12-30 | 1B19 | ~~Mounce~~ Maroney | Foreclosure File |
| 28 | | | 1B19 | Mounce | Denny Hardin File |
| 29 | 12-30 | 12-30 | 1B25 | ~~Mounce~~ Maroney | ~~Andrew James File~~ Maritime Liens |

Exhibits Returned to Counsel (Date): _____          Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA** v. *Richard Enrique Ulloa*

CASE No. <u>10-CR-321</u>                                      Page <u>4</u> of <u>5</u>

DATE: <u>December 14, 2010</u>

PRESIDING JUDGE: <u>Hon. Thomas J. McAvoy</u>

( X ) Plaintiff            (   ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 30 | 12-30 | 12-30 | 1B25 | ~~Mounce~~ Maroney | Original Maritime Liens, Ulster, MHVFCU, Rosendale File |
| 31A | 12-29 ~~●~~ | 12-29 ● | Witness | Maroney Frame 2:51 | Maritime Lien Corbally, et al |
| 31B | 12-28-10 | 12-28-10 | Witness | Maroney Dwyer 2:00 Spearman Verzi Fox | Maritime Lien Mid-Hudson |
| 31C | | | Witness | Maroney | Maritime Lien Supreme Court of the State of New York |
| 31D | 12-29 | 12-29 | Witness | Maroney Vosper 11:02 | Maritime Lien Vosper |
| 31E | 12-28 | 12-28 | Witness | Maroney Caliendo 4:27 | Maritime Lien Caliendo |
| 31F | 12-29 | 12-29 | Witness | Maroney Havranek 1:29 Postupak | Maritime Lien Ulster County |
| 32 | | | 1C3 | Maroney | May 11, 2010, Letter by Defendant to FBI |

Exhibits Returned to Counsel (Date): _____     Signature: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA** v. *Richard Enrique Ulloa*

CASE No. 10-CR-321                                                                                   Page  5  of  5

DATE:  December 14, 2010

PRESIDING JUDGE:  Hon. Thomas J. McAvoy

( X ) Plaintiff          (   ) Defendant

| EXHIBIT NO. | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | SOURCE/ REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 33 | 12-29 12-30 | 12-29 12-30 | 1B19 except last page "St in its entirety" | Mounce Maroney | Decision and Order re: Palisades Collection, dated September 25, 2008 |
| 34 |  |  | 1B19 | Mounce Maroney | Certificates of Service by Mail by ULLOA regarding Schnittman |
| 35 |  |  | 1B19 | Mounce Maroney | USPS Track & Confirm by ULLOA |
| 36 | 12-30 | 12-30 | 1B19 | Mounce Maroney | Liberty Data.Net Report regarding Schnittman |
| 37 |  |  | 1B19 | Mounce Maroney | Demands for Settlement |

Exhibits Returned to Counsel (Date): _____    Signature: _____