UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NO.: _____10-CR-321_____

DATE: _____

PRESIDING JUDGE: _____McAvoy_____

( ) GOVERNMENT    (X) DEFENDANT    ( ) COURT

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 4 2011
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Bing.

| DATE: | | | | | |
|---|---|---|---|---|---|
| EXHIBIT NO. | MARKED FOR IDENTIFICATION | ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
| 1 | 12-28-10 | 12-28-10 | | Dwyer | Note |
| 2 | 12-28-10 | 12-28-10 | | Caliendo 4:42 | Costa Rica driver's license |
| 3 | 12-29 | | | } ordered appended to record & given to stenographer to that end | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | 12-30 | 12-30 | | 3 = Douglas R.dle | |
| 7 | | | | 4 = Dumpster Divers/ | |
| 8 | Court takes judicial notice | | US $1 bill | | Capital One Acct |
| 9 | 12-30 | 12-30 | Summons | 5 = Capital One | |
| 10 | 12-30 | 12-30 | } aid to court to determine if this witness can testify before jury. | "0" balance | |

DATE EXHIBITS RETURNED: _____    SIGNATURE OF ATTORNEY: _____