| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery<br><br>C. Signature<br>X [signature] ☐ Agent ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JAN 03 2011 |
| 1. Article Addressed to:<br><br>Mr. Richard Enrique Ulloa<br>P.O. Box 771<br>Stone Ridge, NY  12484 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0017 5497 4623 | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

JAN - 5 2011

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0017 5497 4623

| 1:10-CR-321 | Trial Text Notice dtd 12/13/10 |
|---|---|
| Postage | $ |
| Certified Fee | [signed] Postmark Here |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | 10/13/10 |
| Total Postage & Fees | $5.54 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Richard Enrique Ulloa
Street, Apt. No.; or PO Box No.
P.O. Box 771
City, State, ZIP+4
Stone Ridge, NY  12484

PS Form 3800, February 2000                See Reverse for Instructions