**richard-enrique: Ulloa**
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near.
[12443-9998]

January 4, 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York      10-CR-0321
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

RE: Transcripts

Dear Sir;



I need all the court transcripts to type up my Rule 33/29 for the court, and appeal.

As you are aware I am going thru a bankruptcy, (which by the way may be dismissed because I did not show up, and will probably need to file another), and I have no money and soon no job.

I am requesting that the court provide me with the transcripts free of charge, so I can mount an appeal and get the Rule 33/29 motion to the court in a timely manner.

_____
richard-enrique: [for the family ulloa]

cc: Court Clerk

"RICHARD ENRIQUE ULLOA", Estate.
Office of Executor.
Nation "New York".
General-Post Office.
Main Street - 4.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]



Hon. Thomas J. Mcavoy, Senior U.s. District Judge
Federal Building And U.s. Courthouse
15 Henry St
Binghamton, NY 13901-2723