**richard-enrique: Ulloa**

Nation "New York".
general post-office.
Hurley-town.
United States Minor. Outlying Islands. Near.
[12443-9998]

January 4, 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York     10-CR-0321
Federal Building and U.S. Courthouse     LETTER REQUEST
15 Henry Street
Binghamton, NY 13901

RE: Letter Request for Rule 33 and 29 filing

Dear Sir;

Please use this letter as my filing for my Rule 29 and 33 motion, and request for extension.

This request is made in lieu of the motion filing, due to the request of all transcripts from the case were not requested with the proper form.

The forms have been filed for all transcripts and all witness testimony, in and outside of court.

I am requesting a 45 day extension for the proper delivery and reading of the transcripts and to include a new or to amend the Rule 29 & 33 motion.

Please accept this letter as my motion for rule 29/33 order dismissing the Indictment/ granting a new trial. I am seeking 45 days in which to supplement the motion based on the need for transcripts of the proceedings.

*Richard -Enrique*
richard-enrique: [for the family ulloa]

cc: Court Clerk