**richard-enrique: Ulloa**

- Nation "New York".
  general post-office:
  Hurley-town.
  United States Minor, Outlying Islands. Near
  [12443-9998]



January 4, 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

10-CR-0321

**\*\* ENDORSED ORDER \*\***

RE: Letter Request for Rule 33 and 29 filing

Dear Sir;

Please use this letter as my filing for my Rule 29 and 33 motion, and request for extension.

This request is made in lieu of the motion filing, due to the request of all transcripts from the case were not requested with the proper form.

The forms have been filed for all transcripts and all witness testimony, in and outside of court.

I am requesting a 45 day extension for the proper delivery and reading of the transcripts and to include a new or to amend the Rule 29 & 33 motion.

Please accept this letter as my motion for rule 29/33 order dismissing the Indictment/ granting a new trial. I am seeking 45 days in which to supplement the motion based on the need for transcripts of the proceedings.

_____
richard-enrique: [for the family ulloa]

**ENDORSED ORDER:** Defendant's request dtd January 4, 2011 seeking an extension of time of 45 days to submit briefing in support of his [97] Motion for Judgment NOV and/or New Trial is hereby GRANTED; such briefing shall be due by February 28, 2011 and filed in compliance of Local Criminal Rule 12.1. When filing defendant's supporting briefs, defendant shall first file an *amended notice of motion* and calendar such motion in accordance with Senior District Judge McAvoy's motion schedule that may be found on this district's website: www.nynd.uscourts.gov under General Information - Motion Dates.

IT IS SO ORDERED.

Dated: January 12, 2011

_____
Thomas J. McAvoy
Senior, U.S. District Judge