**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

      **V.**

                                       **1:10-CR-321**

**RICHARD ENRIQUE ULLOA,**

                **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## ORDER

Defendant **RICHARD ENRIQUE ULLOA**'s terms and conditions of his pre-sentence release are **AMENDED to INCLUDE** the following:

(1) Defendant **shall not file** in any court, in any federal, state or municipal clerk's office, or in any public agency any document indicating that Defendant or anyone else holds a lien, encumbrance, civil or criminal claim, civil or criminal judgment, or entitlement to relief against any person or any entity **unless** Defendant has first received the permission of this Court or his United States Probation Officer to file such document.

(2) Defendant shall not cause to be delivered to any person or entity, whether private or public, any demand that the person or entity provide to the Defendant, or to anyone acting on Defendant's behalf, information, proof of authority or jurisdiction, an affidavit, a bond, or documentation **unless** Defendant has first received the permission of this Court or his United States Probation Officer to deliver such a document.

1

(3) Defendant shall participate in the following home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system.  Defendant shall pay all or part of the cost of the program as determined by the probation officer based upon ability to pay.

  (x) Home Detention.   The defendant is restricted to the defendant's residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services or the Court.

(4) Defendant shall not use or possess any computer or any other device with online capabilities, at any location, except at your place of employment, unless you participate in the Computer Restriction and Monitoring Program.  You shall permit the United States Probation Office to conduct periodic, unannounced examinations of any computer equipment you use or possess, except at your place of employment, limited to all hardware and software related to online use (e.g., use of the World Wide Web, e-mail, instant messaging, etc.) and the viewing of pictures or movies that may violate your conditions of pretrial release.   These examinations may include retrieval and copying of data related to online use from this computer equipment and any internal or external peripherals.  This computer equipment may be removed to the Probation Office for a more thorough examination.  The Probation Office may install any hardware or software system

**Failure to comply with these terms and condition shall be deemed a violation of the terms and conditions of Defendant's pre-sentence release**.

**IT IS SO ORDERED**

DATED:  January 27, 2011

_____
Thomas J. McAvoy
Senior, U.S. District Judge