**richard-enrique: Ulloa**

Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near.
[12443-9998]

January 28, 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York      10-CR-0321
Federal Building and U.S. Courthouse                                     Request to Reconsider
15 Henry Street                                                          In Affidavit
Binghamton, NY 13901

RE: Reconsider Order of January 27, 2011

Dear Sir;

First let me assure you that as a promised you and gave you my word the last day of court, that I would not start or file anything new, that is still the case. I have not violated your orders as it seems to imply in the Order Dated January 27, 2011. I urge you to reconsider and reverse your order based on the facts I will present.

For the current case with the Internal Revenue Service levy filed in the County of Ulster the following was completed, in order to send back a response to the Office of Chief Counsel, Internal Revenue Service Administrator in Washington D.C.

On November 22, 2010 a letter was written to the Internal Revenue Commissioner, notarized and sent to him via Certified Mail # 7009-3410-0002-4235-7768.

This Mail was received and delivered on November 29, 2010 at 06:52 am.

An Affidavit of Service was sent to the Ulster County Clerk to file into the miscellaneous record and send me a book and liber number so I can send to the Chief Counsel.

This document (attached) contained an Affidavit of Service, the Letter sent to the Commissioner, and the United States Postal Service Track and Confirm report.

As far as I am aware, this is an Affidavit of Service, filed for an Old case and nothing new.

In the transcript pages attached, the court stated *"you have been fairly honest and straightforward as far as what you did here and you have been respectful with the court"*

I still maintain respectful and honest.

I have copied pages 229, 230 and 231 from the last day of court, and we discussed the issues of responding to or answering papers.

The court stated, *"you have to answer papers. That's not a problem. Just don't want you submitting any new stuff"*. I did not submit anything new; the affidavit of service was part of a current case.

I even asked again, on page 230, *"Nothing new, just answer what I have to answer, is that correct?"*

The court replied, *"Right,.. And that includes filing liens"*

I also asked to the question of UCC's, "Can I terminate them?"

The court responded, "Yeah, you can terminate 'em"

I am asking the court to reconsider and reverse its Order dated January 27, 2011, since there was no dis-respect, and absolutely no failure to comply, in fact I was complying to the agreement we had.

I ask the court to reverse its Order of January 27, 2011.

*Richard-Enrique*
richard-enrique: [for the family ulloa]


cc: Court Clerk