<u>UNITED STATES DISTRICT COURT</u> FOR THE NORTHERN DISTRICT OF

US DISTRICT COURT
N.D. OF N.Y.
FILED

NEW YORK

**Reference dismissal of charges**

FEB 28 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

<u>UNITED STATES OF AMERICA</u>          PLAINTIFF

Vs                                         Case #**10-CR-0321**

<u>RICHARD ENRIQUE ULLOA</u>              Defendant

The defendant entreats the court to dismiss charges for the following reason.
**<u>THE RESERVATION OF MY RIGHTS.</u>**
I explicitly reserve all of my rights. **UCC 1-308** which was formally **UCC 1-207**.

**"§ 1-308. Performance or Acceptance Under Reservation of Rights. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I reserve all of my rights at all times and in all places. I reserve my right not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

WHEREFORE, the required remedy has been perfected and the defendant entreats the court to dismiss the charges accordingly.
        Respectfully submitted,
        Without prejudice **UCC 1-308 / 1-207**
    By: ___;Richard-Enrique;___ Date: 2/27/11
    c/o 22 Ridge Mt Road, Stone Ridge NY [12484]

I certify that I have mailed a copy of this motion to <u>Thomas A. Capezza, 445 Broadway, Albany, NY, 12207</u>

        Without prejudice **UCC 1-308 / 1-207**
        By: ___;Richard-Enrique;___ Date: 2/27/11

## NOTIFICATION OF RESERVATION OF RIGHTS UCC 1-308/UCC 1-207

**PUBLIC**
**THIS IS A PUBLIC COMMUNICATION TO ALL**
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

richard-enrique: Ulloa, sui juris
All rights reserved  UCC 1-308
Care of postal service address
general post-office
Hurley, New York [12443-9998]
Without the US

Phone: [845 687 7855]

Let it be known to all that I, :richard-enrique: explicitly reserves all of my rights.  **UCC 1-308** which was formally **UCC 1-207**.

"**§ 1-308. Performance or Acceptance Under Reservation of Rights.**
**(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I reserve all of my rights at all times and in all places. I reserve my right not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

**Affidavit**

Affiant, :richard-enrique: Ulloa, sui juris,  a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed _: Richard - enrique :_ sui juris, This Affidavit is dated  2/28/11

NOTARY PUBLIC
STATE  NEW YORK                                COUNTY ULSTER

Subscribed and sworn to before me, a Notary Public, the above signed :richard-enrique:,
This  28  day of  February , 2011

_____
Notary Public

MY COMMISSION EXPIRES:
10/26/2014

DIANA S. CLINE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CL6015194
QUALIFIED IN ULSTER COUNTY
COMMISSION EXPIRES 10 / 26 / 2014