# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## MOTION REJECTION ORDER

RE:   USA vs. Richard Enrique Ulloa

CASE NUMBER: **1:10-CR-321-1**

Papers Rejected:
   **Defendant's Motion for JNOV and/or New Trial, dkt. # 109.**

**ORDERED** that the enclosed paper(s) in the above titled action have been rejected and returned herewith by the Court for the following reason(s) listed below.  Please read this list carefully to correct the mistakes in your papers.  After you correct your papers, you may return them to the Clerk's Office for processing TOGETHER WITH THIS ORDER.

1.   Local Rule 7.1(c) provides that all briefs and memoranda submitted to the court must be limited to 25 pages of text unless prior leave of Court has been granted.

2.   By Endorsed Order dated February 15, 2011, Defendant was granted leave to file a Memorandum of Law not to exceed thirty-five (35) pages. [dkt. # 107].

Defendant shall have fourteen (14) days from the date of this order to correct his papers and to re-file them with the Clerk's Office.  The corrected motion papers must be in compliance with Local Rule 10.1 (Form of Papers) or the papers will be rejected.

**SO ORDERED**,

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge

DATED: March 2, 2011

Note: A copy of this Order has been served upon the parties to this action.