UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

     v.                                          1:10-cr-321

RICHARD ENRIQUE ULLOA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        Defendant Richard Enrique Ulloa ("Defendant") seeks to have the government pay for transcripts for proceedings held on: (1) June 22, 2010 and June 23, 2010 (the arraignment and bail hearing); (2) July 7, 2010 (defendant's request for additional time to consider the option of self-representation); (3) July 21, 2010 (wherein the Court finds that defendant voluntarily waived his Sixth Amendment right to counsel); (4) two days of Grand Jury testimony; and (5) all trial-related proceedings from December 28, 2010 through December 30, 2010.

        Requests numbered 1-3 are DENIED without prejudice for failure to specify a reason why such transcripts are needed. These proceedings do not appear to be relevant to any post-trial or potential appellate issues.

        Request number 4 for grand jury testimony is DENIED under Fed. R. Crim. P. 6(e) for failure to provide a particularized need for the disclosure of such testimony. In Re Grand Jury Subpoena, 103 F.3d 234, 239 (2d Cir. 1996).

Request number 5 for transcripts related to the trial held in this matter is DENIED because Defendant has already been provided a copy of the requested materials and is not entitled to another copy on a recordable compact disc.

IT IS SO ORDERED.

Dated: March 4, 2011

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge