**richard-enrique: Ulloa**

Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near.
[12443-9998]

March 26, 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York
Federal Building and U.S. Courthouse          10-CR-0321
15 Henry Street                                LETTER REQUEST
Binghamton, NY 13901

RE: Letter Request for filing new cases

Dear Sir;

Please use this letter as my request for the need to file a new bankruptcy and state court case.

It looks more than likely that I need to open a new bankruptcy and state case since the federal case for mortgage fraud was dismissed and needs to be filed in state court and the bankruptcy was dismissed because I did not submit the documentation in time (I was in your court at the time). In the bankruptcy, I did try to file a motion for reconsideration but that was denied also.

Please accept this letter as my request and motion to open a new case in bankruptcy and state court.

*? Richard-enrique ;*

richard-enrique: [for the family ulloa]

UCC 1-308

cc: Court Clerk