**richard-enrique: Ulloa**

Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near.
[12443-9998]

U.S. DISTRICT COURT - N.D. OF N.
FILED
MAR 30 2011
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

March 26, 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

10-CR-0321
LETTER REQUEST

RE: Letter Request for signing of Affidavit

Dear Sir;

Please use this letter as my request for your approval to get this Affidavit signed.

I had to pick up Janet Beddini's motor coach last year and it seems someone broke into it and stole some items; the attached affidavit is my testimony of what happened.

Please accept this letter as my request to make sure this is okay based on your restrictions on the Estate of RICHARD ENRIQUE ULLOA. I have enclosed a self-addressed envelope for you convenience.

_____
richard-enrique: [for the family ulloa]
UCC 1-308

cc: Court Clerk

AFFIDAVIT of Facts
by richard-enrique:

BE IT ACKNOWLEDGED, THAT I :richard-enrique: Executor for the Estate of RICHARD ENRIQUE ULLOA of peek farms, stone ridge, new york republic [peek farms, 3rd judicial district of tens, Stone Ridge, New York], county of Ulster, state of New York, the undersigned deponent, being of legal age, do hereby depose and say under oath as follows:

1. On or around July 27, 2010 I received a letter from the woman known to me as Janet for the family Beddini. This letter had a return address of 380 Boulevard, Kingston New York 12401, F-23.

2. In the letter dated July 27, 2010 letter Janet asked me to pick up her keys at the jail, unlock her motor coach and bring back to my house for safekeeping.

3. On or around July 27, 2010, I went to Budget Hotel on Route 28 and spoke to a man by the name of Joe, I told him who I was and that I was there to check on Janet's motor coach, and that I was going to the jail to pick up the keys in the next few days, and not to have it towed. We spoke for a long while, and I went around the back of the motel where Janet's motor coach was parked. I checked to see if it was unlocked and check for the second set of keys, but the doors were all locked.

4. On or around the end of July and the beginning of August 2010, I went to the Ulster County jail on 380 Boulevard, Kingston, New York, and asked the officer in front, that I was there to pick up Janet Beddini's property. The officer verified who I was, and checked to make sure my name was on the list. He said okay, please wait and I will get back to you. After about 10 or 20 minutes, the officer called me over and told me that he could not give me the keys because Janet was not cooperating. I asked him if she had told them to turn over the property to me and he said yes. I told him I would be back next week for a visit and pick up the keys.

5. I called the Budget Motel on 28 and spoke to Joe and told him I could not get the keys, but not to tow, until I was able to get the keys.

6. On or around the beginning of August 2010, I signed the log book, for a visit with Janet. When everyone was signed in, I was called over and was told Janet cannot see anyone, that she was not cooperating. I asked what they meant, and received a shrug. I went to the front desk officer to pick up my ID, and asked him if I can pick up Janet's property, and was told no.

7. After I got home I called the Budget Motel 28 and told Joe that I was not able to get the keys, and I was not sure what I can do at this time.

8. On or around August 20, 2010 I called the Budget Motel and asked to speak to Joe, he was not around, so I asked the lady that answer the phone, about the status of Janet's motor coach, she got a hold of the other manager and she told me that it was towed by Byrant's on Route 28.

9. On or around August 25, 2010 I phone Bryant's and was told that the tow would cost me $1,200.00, I told him I did not have that amount of money and that he only had the property there for a small amount of time, he asked me how much I had, I said only $500.00 (five hundred), he said if I pickup today you can have it.

10. On August 25, 2010 around 2:00pm I arrived with my friend Luis at Bryant's, we paid the fee and were walked over to the property. I asked the Bryant's manager if he had something to open the property, as he was going to get something, my partner Luis went to the other side and stated the door is open. So we tried the doors and in fact all were opened. We searched for the keys as instructed by Janet, we found the keys but the engine would not start, Bryant's checked and charged the battery but that was not the issue, It seems something was stuck or inserted in the ignition and the key would no longer turn it.

11. I called triple A (AAA) and asked to have the property towed to my home.

12. AAA was called on August 25, 2010 @ 2:27pm and was asked to tow to Stone Ridge.

13. Property was towed to Stone Ridge, I searched the motor coach for Janet's Laptop and other items as she requested, but I could not find the Laptop, the case was there but not the laptop.

I affirm that the foregoing is true and correct to the best of my knowledge and belief.

_____

By: :richard-enrique:                                   Witness:


IN WITNESS WHEREOF, we have hereinto set our hands and seals the
_____ day of _____, 2011.

Signed, sealed and delivered    :
In the presence of Notary Public and Certified by the County of Ulster in the State of New York  :


_____
By: richard-enrique: Ulloa

STATE OF NEW YORK}
           §:
COUNTY OF ULSTER}
On this ____ day of _____ in the year 2011 before me, the undersigned, a Notary Public in and for said State, personally appeared :richard-enrique: for the family Ulloa, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.


_____
NOTARY PUBLIC

"RICHARD ENRIQUE ULLOA," Estate
Office of Executor.
Nation "New York".
General-Post Office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

1Z301427B1

MID-HUDSON NY 125
28 MAR 2011 PM 3 T



Hon. Thomas J. Mcavoy, Senior U.S. District Judge
Federal Building And U.S. Courthouse