**richard-enrique: Ulloa**

Nation "New York"
general post-office.
Hurley-town.
United States Minor, Outlying Islands, Near
[12443-9998]

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

March 26, 2011

APR 1 4 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

LAWRENCE K. BAERMAN, CLERK
ALBANY

10-CR-0321
LETTER REQUEST

RE: Letter Request for filing new cases

Dear Sir;

Please use this letter as my request for the need to file a new bankruptcy and state court case.

It looks more than likely that I need to open a new bankruptcy and state case since the federal case for mortgage fraud was dismissed and needs to be filed in state court and the bankruptcy was dismissed because I did not submit the documentation in time (I was in your court at the time). In the bankruptcy, I did try to file a motion for reconsideration but that was denied also.

Please accept this letter as my request and motion to open a new case in bankruptcy and state court.

? Richard-enrique ;
richard-enrique: [for the family ulloa]
UCC 1-308

cc: Court Clerk

4/12/2011 — We will go on the assumption the opening of these cases will not create an issue or violation. If incorrect please advise. : Richard-enrique ;
UCC 1-308



Return address:
"RICHARD ENRIQUE ULLOA", Estate.
Office of Executor.
Nation "New York".
General-Post Office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Received stamp:
U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
APR 14 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

Addressee:
US District Court of Northern NY
COURT CLERK
445 Broadway Room 509
Albany, New York 12207