10CR321



richard-enrique: Ulloa

Nation "New York"
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near
[12443-9998]

March 26, 2011

Honorable Thomas J. McAvoy
united States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

10-CR-0321
LETTER REQUEST

RE: Letter Request for filing new cases

Dear Sir;

Please use this letter as my request for the need to file a new bankruptcy and state court case.

It looks more than likely that I need to open a new bankruptcy and state case since the federal case for mortgage fraud was dismissed and needs to be filed in state court and the bankruptcy was dismissed because I did not submit the documentation in time (I was in your court at the time). In the bankruptcy, I did try to file a motion for reconsideration but that was denied also.

Please accept this letter as my request and motion to open a new case in bankruptcy and state court.

: Richard-enrique ;
richard-enrique: [for the family ulloa]
UCC 1-308

cc: Court Clerk

4/12/2011 — We will go on the assumption the opening of these cases will not create an issue or violation. If incorrect please advise. : Richard-enrique ;
UCC 1-308



NEW HUDSON NY 125

15 APR 2011 PM 2 T

Honorable Thomas Mcavoy, Senior District Judge
Federal Building And United Stattes Courthouse
15 Henry Street
Binghamton, New York [13901-9998]

13301527B1

"RICHARD ENRIQUE ULLOA", Estate.
Office of Executor.
Nation "New York".
General-Post Office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]