UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

USA

No. 1:10-CR-321
(TJM/ATB)

vs.

Richard Enrique Ulloa,

Defendant.

_____

ORDER TO STRIKE

IT IS HEREBY ORDERED, that Defendant's "Reply to Prosecutions Response to Motion 29 and 33,"  DKT # 125 in the above-entitled action,  shall be stricken from the docket for the following reason(s) listed below.  Because Defendant's submission is being stricken from the docket, it will not be considered by the Court.

1.      The Local Rules of Criminal Procedure provide at Rule 12.1 that  "[t]he moving party may file reply papers **only** with leave of the Court, **upon a showing of necessity**." (emphasis added). Defendant neither received leave from the Court to file a reply, nor demonstrate necessity for such a filing.

SO ORDERED,

DATED:       April 20, 2011
               Binghamton, NY

Thomas J. McAvoy
Senior, U.S. District Judge