MOTION #4 - BINGHAMTON MOTION DAY - 4/22/11
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     C. Ligas
STENO:     V. Theleman
LC   :     JC


10:09 AM     Court meets.


4.     UNITED STATES OF AMERICA

       VS.                                          1:10-CR-321

       RICHARD ENRIQUE ULLOA


  1.   DEFT AMENDED MOTION FOR NEW TRIAL [114] - **TAKEN ON SUBMIT.**


       APPEARANCES:    None


10:57 AM     Court stands adjourned.