# FREEDOM OF INFORMATION ACT REQUEST

Disclosure Officer                                          May 1, 2011 *A.D.*
Office of the United States Attorney      MAY - 5 2011
445 Broadway, Room 218
Albany 12207
NEW YORK STATE, USA
                                                         10CR321

Subject:  Freedom of Information Act ("FOIA") Request

Dear Disclosure Officer:

This is a request under the Freedom of Information Act.  I request that a **true and correct copy of the following documents** be provided to Me, without delay:

1. **APPOINTMENT AFFIDAVITS** executed by Mr. Thomas A. Capezza, currently claiming to an Assistant United States Attorney for the Northern District of New York, in Albany, New York State, as required by the federal statute at 5 U.S.C. 3331.

2. **OATH OF OFFICE** executed by Mr. Thomas A. Capezza, currently claiming to be an Assistant United States Attorney for the Northern District of New York, in Albany, New York State, as required by the federal statute at 28 U.S.C. 544.

3. **APPOINTMENT LETTER** appointing Mr. Thomas A. Capezza to the position of Assistant United States Attorney and delegating power of authority to Mr. Thomas A. Capezza legally to represent either the United States of America [*sic*] or the UNITED STATES OF AMERICA [*sic*] in federal courts.

I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute *significantly* to public understanding of the operations and activities of the federal government, and is not *primarily* in My commercial interest.

See also 5 U.S.C. 552(a)(4)(B).

If you are not the correct person to whom this FOIA request should be directed, please forward it without delay to the correct person(s).

Please be informed, in advance, that the Executive Office for United States Attorneys is currently under formal investigation on suspicion of trafficking in counterfeit credentials and mail fraud.  A proper *Mail Fraud Report* has been lodged complaining of same to the U.S. Postal Inspection Service.  Cf.  PS Form 8165;  Paperwork Reduction Act as lawfully amended.

Thank you for your timely consideration of this FOIA request.

Sincerely yours,

*/s/ Richard-Enrique*

Richard-Enrique Ulloa, *Sui Juris, In Propria Persona* (28 U.S.C. 1654)
(<u>not</u> "*Pro Se*" i.e. "For It" in Latin)
**All Rights Reserved without Prejudice** (cf. UCC 1-308)

U.S. Mail:

       Richard-Enrique Ulloa, *Sui Juris*
 c/o General Post Office
       Hurley 12443-9998
       NEW YORK STATE, USA

[See USPS Publication #221 for addressing instructions.]



"RICHARD ENRIQUE ULLOA", Estate.
Office of Executor.
Nation "New York".
General-Post Office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Honorable Thomas Mcavoy, Senior District Judge
Federal Building And United Stattes Courthouse
15 Henry Street
Binghamton, New York [13901-9998]