**NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS**

TO:    Mr. Thomas J. McAvoy
    c/o U.S. District Court
    445 Broadway, Room 509
    Albany 12207
    NEW YORK, USA

FROM:  Richard-Enrique Ulloa
    c/o General Post Office
    Hurley 12443-9998
    NEW YORK STATE, USA

MAY - 5 2011

10CR321

DATE:  May 1, 2011 A.D.

SUBJECT:  APPOINTMENT AFFIDAVITS required by 5 U.S.C. §§ 2906, 3331

Greetings Mr. Thomas J. McAvoy,

The federal statute at 5 U.S.C. 2906 reads as follows:

> The oath of office taken by an individual under section 3331 of this title <u>shall be delivered by him to, and preserved by, the</u> House of Congress, agency, or <u>court</u> to which the office pertains.
> [emphasis added]

As of October 1, 2004 A.D., a proper SUBPOENA IN A CIVIL CASE was overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVITS.

We now infer that section 2906 *supra* renders you a <u>material witness</u> to either the existence, or absence, of the OPM Form 61 APPOINTMENT AFFIDAVITS mandated by the federal statute at 5 U.S.C. 3331.

**DEMAND FOR SPECIFIC PERFORMANCE**

Accordingly, formal DEMAND is hereby made of you to direct the designated legal custodian to locate, photocopy and transmit a true and correct copy of your APPOINTMENT AFFIDAVITS to the mailing location shown above no later than **5:00 p.m. on Tuesday, May 10, 2011 A.D.**

Beyond that reasonable deadline, your silence will activate estoppel pursuant to <u>Carmine v. Bowen</u>, and it will also constitute fraud pursuant to <u>U.S. v. Tweel</u>. See also 18 U.S.C. 912, 1341, 1961 *et seq*.

Thank you for your timely professional cooperation.

Sincerely yours,

*Richard-enrique;*

Richard-Enrique Ulloa, *Sui Juris, In Propria Persona* (28 U.S.C. 1654)
(not "*Pro Se*" i.e. "For It" in Latin)
**All Rights Reserved without Prejudice** (cf. UCC 1-308)

MID HUDSON NY 125

03 MAY 2011 PM 2 L

"RICHARD ENRIQUE ULLOA", Estate.
Office of Executor.
Nation "New York".
General-Post Office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Honorable Thomas Mcavoy, Senior District Judge
Federal Building And United Stattes Courthouse
15 Henry Street
Binghamton, New York [13901-9998]