U.S. DISTRICT COURT
N.D. OF N.Y.
FILED      5/20/11
MAY 25 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

Hon. Judge McAvoy
445 Broadway
Albany, New York Republic
[ 2207 ]

1:10-CR-0321 (TJM)

First & Foremost I would like to appologize for my violation of your order, and for that I am truly sorry.

I am not sure if Paul Evangelista has informed you that I have a second bankruptcy case in the Southern District of NY. I had to submit another case since the judge would not accept an extention from the last case in which you had called her & left a message.

I have a June 1st, 2001 meeting of the creditors, and as the beneficiary, holder in due course and executor of the Richard Enrique Ulloa Estate, not only am I a debtor, I am also a creditor, and as such I have B10 forms and uppated forms & possibly an update plan that needs to be completed before June 1st or at least presented. I have to prepare all these forms & find documents to support my position.

I am asking you to reinstate my bail, or even issue a 24x7 house arrest, only to attend bankruptcy proceedings & meetings, if you could so I can make sure my family issues are taken care of. I will not submit any paperwork other than case related to the bankruptcy, or to settle & close accounts in bankruptcy.

Thank you     Richard-Enrique

RICHARD ENRIQUE ULLOA, 1030030
PO BOX 389
TROY, NEW YORK [12180]

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
MAY 2 5 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

HON JUDGE MCAVOY
US. DISTRICT COURT NORTHERN NY
445 BROADWAY
ALBANY, NEW YORK
[12207]

ALBANY NY 122
24 MAY 2011 PM 1 T

USA FIRST-CLASS FOREVER