Hon. Judge McAvoy
445 Broadway
Albany, New York Republic
[.2207]

5/20/11

** ENDORSED ORDER **

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 26 2011
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Binghamton

1;10-CR-0321 (TJM)

First & foremost I would like to appoloyize for my violation of your order, and for that I am truly sorry.

I am not sure if Paul Evangelista has informed you that I have a second bankruptcy case in the Southern District of NY I had to submit another case since the judge would not accept an extention from the last case in which you had called her & left a message.

I have a June 1st, 2001 meeting of the croditors, and as the beneficary, holder in due course and executor of the Richard Enrique Ulloa Estate, not only am I a debtor I am also a creditor, and as such I have B10 forms and uppated forms + possibly an update plan that needs to be completed before June 1st or at least presented. I have to prepare all these forms & find documents to support my position.

I am asking you to reinstate my bail, or even issue a 24x7 House arrest, only to attend bankruptcy proceedings + meetings, if you could so I can make sure my family issues are taken care of. I will not submit any paperwork other than case related to the bankruptcy, or to settle + close accounts in bankruptcy.

Thank you    Richard-Enrique

**ENDORSED ORDER:** Defendant Ulloa's [138] letter request seeking release from custody and that he be reinstated upon his previous release conditions is hereby DENIED.

**IT IS SO ORDERED.**

Dated:   May 26, 2011

Thomas J. McAvoy
Senior, U.S. District Judge