

U.S. Department of Justice

*United States Attorney*
*Northern District of New York*

---

*445 Broadway*

*Albany, New York 12207*
*(518)431-0247*

July 11, 2011

***Filed Via ECF***

Hon. Thomas J. McAvoy
United States District Judge
Northern District of New York
United States Courthouse
15 Henry Street
Binghamton, New York 13901

        Re: **United States v. Richard Enrique Ulloa**
              **10 CR 321 (TJM)**

Dear Judge McAvoy:

    The government writes to respectfully provide the Court with copies of documents recently sent to a number of public officials in Ulster County, and the undersigned Assistant U.S. Attorney.

                              Respectfully submitted,

                              RICHARD S. HARTUNIAN
                              United States Attorney

                              /s/ Thomas A. Capezza

                  By:   Thomas A. Capezza
                        Assistant U.S. Attorney

cc: **By Mail**

    Richard Enrique Ulloa