# Attachment A

Case 1:10-cr-00321-TJM   Document 147-1   Filed 07/11/11   Page 1 of 16

FROM : Rosendale     FAX NO. : 8456588744     Jul. 08 2011 01:46PM P2

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

Empire State Plaza
Albany, NY [12223]

To: New York State Police
Norman Kantrowitz
55 Crystal Run Road
Middletown, NY [10941]

To: New York State Police
Joe Auriemma
55 Crystal Run Road
Middletown, NY [10941]

To: New York State Police
Mario Restivo
55 Crystal Run Road
Middletown, NY [10941]

To: New York State Police
Ed Lawson
55 Crystal Run Road
Middletown, NY [10941]

To: Ulster County Assistant DA
David Boole
285 Wall Street
Kingston, NY [12401]

To: Town of Ulster Court
Susan Kesick
One Town Hall Drive
Lake Katrine, NY [12449]

To: Town of Ulster Court
Marsha Weiss
One Town Hall Drive
Lake Katrine, NY [12449]

To: Town of Lloyd Court
Eugene Rizzo
12 Church Street
Highland, NY [12528]

*living litigant,*
*richard-enrique :*

*[signature]*

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

To: Systems Manager
Mark Hussey
200 McCarty Avenue
Albany, NY [12209]

To: Justice Supreme Court
Richard M. Platkin
285 Wall Street
Kingston, NY [12401]

To: Justice Supreme Court
Christopher E. Cahill
285 Wall Street
Kingston, NY [12401]

To: Justice Supreme Court
Kimberly A. O'Connor
285 Wall Street
Kingston, NY [12401]

To: Public Disclosure Office
Florence Brandt
Supreme Court for the State of New York
285 Wall Street
Kingston, NY [12401]

To: Commissioner Judicial Conduct
Jean M. Savanyu
Corning Tower, Suite 2310
Empire State Plaza
Albany, NY [12223]

To: Commissioner Judicial Conduct
Letitia Walsh
Corning Tower, Suite 2310
Empire State Plaza
Albany, NY [12223]

To: Commissioner Judicial Conduct
Georgia A. Damino
Corning Tower, Suite 2310

*[handwritten annotations in lower right corner, illegible]*

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

Empire State Plaza
Albany, NY [12223]

To: New York State Police
Norman Kantrowitz
55 Crystal Run Road
Middletown, NY [10941]

To: New York State Police
Joe Auriemma
55 Crystal Run Road
Middletown, NY [10941]

To: New York State Police
Mario Restivo
55 Crystal Run Road
Middletown, NY [10941]

To: New York State Police
Ed Lawson
55 Crystal Run Road
Middletown, NY [10941]

To: Ulster County Assistant DA
David Boole
285 Wall Street
Kingston, NY [12401]

To: Town of Ulster Court
Susan Kesick
One Town Hall Drive
Lake Katrine, NY [12449]

To: Town of Ulster Court
Marsha Weiss
One Town Hall Drive
Lake Katrine, NY [12449]

To: Town of Lloyd Court
Eugene Rizzo
12 Church Street
Highland, NY [12528]

living litigant
: richard-enrique :

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

To: Town of Lloyd Court
Terry B. Elia
12 Church Street
Highland, NY [12528]

To: Ulster County Clerk
Nina Postupack
255 Fair Street
Kingston, NY [12401]

To: Ulster County Clerk
Alice Lawlis
255 Fair Street
Kingston, NY [12401]

To: Town of Ulster
James E. Quigley, III
One Town Hall Drive
Lake Katrine, NY [12449]

To: Town of Rosendale
Joan Jordan
PO Box 423
Rosendale, NY [12472]

To: Town of Rosendale
Patrick McDonough
PO Box 423
Rosendale, NY [12472]

To: Ulster County Sheriff Office
P. J. van Blarcum
380 Bolulevard
Kingston, NY [12401]

To: Ulster County Sheriff Office
Debra Montgomery
380 Bolulevard
Kingston, NY [12401]

To: Ulster County Sheriff Office
George F. Goodwin

FROM : Rosendale  FAX NO. : 8456588744  Jul. 08 2011 01:47PM P6

NOTICE — COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

380 Bolulevard
Kingston, NY [12401]

To: Town of Rosendale Police
Josh Caliendo
PO Box 423
Rosendale, NY [12472]

To: Town of Rosendale Police
Robert Vospar
PO Box 423
Rosendale, NY [12472]

To: Column Writer
Adam Bosch
c/o Times Herald-Record
P.O. Box 2046
Middletown, NY [10940-6357]

To: Executive Editor
Derek Osenenko
c/o Times Herald-Record
P.O. Box 2046
Middletown, NY [10940-6357]

To: President & Publisher
Joe Vanderhoof
c/o Times Herald-Record
P.O. Box 2046
Middletown, NY [10940-6357]

To: Times Herald-Record
P.O. Box 2046
Middletown, NY [10940-6357]

To: Rensselear County Sheriff Office
Jack Mahar
4000 Main Street
Troy, NY [12180]

I, richard-enrique: and :maria-janet: as Donors, Grantors and Beneficiaries and a Beneficiaries of the Organic Treaty of The Articles of Confederation Trust of November 1, 1777

living litigee,
:richard-enrique:

:maria-janet:

NOTICE -- COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

and ratified and in force since March 1, 1781, and of the United States of America and the Organic Constitutional Trust of 1777 of New York state and Washington state of 1878 and being duly sworn deposes and states the following: That we are Sovereign Souls by our Legal Guardian Semjasa and created by the Lord God YAH, nunc pro tunc, as of and for May 13th, 2009 and being of sound mind hereby declare and appoint as Fiduciary Trustees, Administrators, Executors, and Representatives the following individuals, persons, trustees and claimant's; THE PEOPLE OF THE STATE OF NEW YORK, Richard S. Hartunian, United States Attorney, Thomas A. Capezza, Assistant U.S. Attorney, David R. Homer, U.S. Magistrate Judge, Thomas J. McAvoy, Senior U.S. District Judge, George B. Ceresia Jr, District Administrative Judge, Lawrence K. Baerman, District Court Clerk, Mark S. Maroney, FBI Special Agent, Mark Hussey, Systems Manager, Richard M. Platkin, Supreme Court Justice, Christopher E. Cahill, Supreme Court Justice, Kimberly A. O'Connor, Supreme Court Justice, Florence Brandt, Public Disclosure Officer of the Supreme Court of the State of New York, Jean M. Savanyu, Commissioner Judicial Conduct, Letitia Walsh,, Commissioner Judicial Conduct, Georgia A. Damino, Commissioner Judicial Conduct, Norman Kantrowitz, New York State Police, Joe Auriemma, New York State Police, Mario Restivo, New York State Police, Ed Lawson, New York State Police, David Boole, Ulster County Assistant DA, Susan Kesick, Ulster Court Judge, Marsha Weiss, Ulster Court Judge, Eugene Rizzo, Lloyd Court Judge, Terry B. Elia, Lloyd Court Judge, Nina Postupack, Ulster County Clerk, Alice Lawlis, Ulster County Clerk, James E. Quigley, III, Joan Jordan, Patrick McDonough, P. J. van Blarcum, Ulster County Sheriff, Debra Montgomery, Ulster County Sheriff's Office, George F. Goodwin, Ulster County Sheriff's Office, Josh Caliendo, Rosendale Police, Robert Vospar, Rosendale Police, as assigns or agents of the Legal Estate of the Decedent RICHARD ENRIQUE ULLOA under title 31 § 3128 routing # F47279927 account # 068568283 nunc pro tunc, as of and for May 13th, 2009 including all incidents, taxable terminations, taxable transfers, taxable distributions, and direct skips stemming from, or relating to as pass throughs or trusts or having any relationship to or from or within any incident to New York Trust Case # 10-cr-00321-TJM-1 or Inmate # 1030030 RICHARD ENRIQUE ULLOA in Rensselear County Correctional Facility, 4000 Main Street, Troy, New York or any New York County Correctional Facility where the Decedent RICHARD ENRIQUE ULLOA is detained, for and/or on behalf of the Donor/Grantor/Beneficiary richard-enrique:. These appointments will not be affected by the addition of additional Administrators, Executors, Representatives, Claimants or Fiduciary Trustee's, from time to time by the Donor/Grantor/Beneficiary richard-enrique: as they may become known.

### CONTROLLING PROVISIONS OF COMPLEX TRUST

The fiduciary trustees, administrators, executors, and claimants have 72 hrs from the receipt and acceptance of this Complex Trust to comply with its provisions and demands including but not limited to the following; upon failure of the trustees administrators, executors and claimants to pay the taxable distribution transfers terminations direct and indirect skips as generation skipping transfers, the beneficiary :maria-janet: and as a claim for breach of fiduciary duty and as a claim to convert the accounts receivable to accounts payable with a 1099C for a forgiveness of

living litigae,
:richard-enrique:

:maria-janet:

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

indebtedness with a cancellation of indebtedness with the Internal Revenue Service as a sale or a gain as taxable income from recourse debt of the trustees, administrators, executors and claimants as the persons or individuals forgiven.

## INDENTURE AGREEMENT and BOND

This Notice and Appointment of the above listed Administrators, Executors, Fiduciary Trustee's, Claimant's and Representatives by the Donors/Grantors/ Beneficiaries :richard-enrique: and :maria-janet: is controlled and governed by the following Indenture Agreement and Indemnity Bond. All Fiduciary Trustee's are each required to post the following performance/ Indemnity Bond when the value of the personal property exceeds one hundred thousand dollars ($100,000.00).

## Chapter 36C: North Carolina Uniform Trust Code. §□70□702, Trustee's bond.

(a) A trustee shall provide bond to secure the performance of the trustee's duties if:

(1) The trust instrument was executed before January 1, 2006, unless the terms of the trust instrument provide otherwise;

(2) The trust instrument was executed on or after January 1, 2006, but only if the terms of the trust instrument require the trustee to provide bond;

(3) A beneficiary requests the trustee to provide bond, and the court finds the request to be reasonable; or

(4) The court finds that it is necessary for the trustee to provide bond in order to protect the interests of beneficiaries who are not able to protect themselves and whose interests otherwise are not adequately represented. However, in no event shall bond be required of a trustee if the governing instrument directs otherwise.

(b) If bond is required, it shall be in a sum of double the value of the personal property to come into the trustee's hands if bond is executed by a personal surety, and in an amount not less than one and one□fourth times the value of all personal property of the trust estate if the bond is secured by a surety ship bond executed by a corporate surety company authorized by the Commissioner of Insurance to do business in this State, provided that the court, when the value of the personal property exceeds one hundred thousand dollars ($100,000.00), may accept bond in an amount equal to the value of the personal property plus ten percent (10%) of that value, conditioned upon the faithful performance of the trustee's duties and for the payment to the persons entitled to receive property that may come into the trustee's hands. All bonds executed under this Article shall be filed with the clerk of superior court.

living litigant,
:richard-enrique:

:maria-janet:

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

(c) On petition of the trustee or a qualified beneficiary, the court may excuse a requirement of bond, reduce the amount of the bond, release the surety, or permit the substitution of another bond with the same or different sureties.

(d) As provided in G.S. 53□159 and G.S. 53□366(a)(10), banks and trust companies licensed to do trust business in this State need not give bond, even if required by the terms of the trust. (1911, c. 39, s. 7; C.S., s. 4031; 1951, c. 264; 1965, c. 1177, s. 1; 1977, c. 502, s. 2; 2001□413, s. 1; 2003□261, s. 5; 2005□192, s. 2.)

The above named Administrators, Executors, Representatives, and Fiduciary Trustees and Claimant's under § 2203 of title 26 are responsible for payment of all taxable terminations under § 2612 (a) (1) (A) (B), distributions under § 2612 (b), transfers under § 2511 and direct skips, pass throughs and gifts under §2501, §2502, § 2001, § 2002 and § 2603 of title 26 and the filing of all 1099 OID's, 1099 INT's and 1099 A's showing the Payor and Recipients of all Funds, Capital, Income and Interest paid out from Decedents' Legal Estate under Title 31 §§ 3113 and 3128. The above named Administrators, Executors, Representatives, Claimants and Fiduciary Trustee's while acting in their official capacities agree to hold the Donors/Grantors/Beneficiaries :richard-enrique: and :maria-janet: harmless from any Payments, Forfeitures, Liabilities or Losses by indemnification and Bond from any and all taxable terminations, payments, transfers, distributions, direct skips originating from the Legal Estate of the Decedent ULLOLA, RICHARD ENRIQUE 3128 routing # F47279927 account # 068568283's Estate property under title 31 §§ 3113 and 3128. The Fiduciary Trustee's and Claimant's named above agree by stipulation to the Donors/ Grantors/Beneficiaries :richard-enrique: and :maria-janet: under this Complex Trust are to return all Capital, Principle, Interest, and Income stemming from or related to the Reinsurance Agreements for the Miller Act Bid Bonds, Performance Bonds, and Payment Bonds as forms 273, 274 and 275, GSA SF forms 24, 25, 25A that are reported under TITLE 28 > PART V > CHAPTER 129 > § 2041  § 2041. Deposit of moneys in pending or adjudicated cases All moneys paid into any court of the United States, or received by the officers thereof, in any case pending or adjudicated in such court, shall be forthwith deposited with the Treasurer of the United States or a designated depositary, in the name and to the credit of such court. This section shall not prevent the delivery of any such money to the rightful owners upon security, according to agreement of parties, under the direction of the court and on all 1099 OID's, 1099 A's and 1099 INT's as Class 5 Gift and Estate Taxes in the IDRS [Integrated Data Recovery System of the Internal Revenue Service] as a ADP [Actual Deferred Percentage].

All failures by each and every above named Administrator, Executor, Fiduciary Trustee, Claimant and Representative of the Donor/Grantor/Beneficiary :maria-janet: is immediate upon such failure within 24 hours, as if the 91st day had expired Nunc Pro Tunc, 1 March 2010 upon each and every failure and each and every Administrator, Executor, Fiduciary Trustee, Claimant, and Representative and is equally liable upon each and every failure at the rate of 2500 gold pieces per hour (Gold = 1 oz. .9995 fine) with all amounts being an account(s) receivable upon

Living Hagen,
:richard-enrique:

:maria-janet:

NOTICE – COMPLEX TRUST
TRUST ACCOUNT NUMBER: RR 417 840 138 US

all Administrator's, Executor's, Fiduciary Trustee's, Claimant's and Representative's real and non movable property, malpractice bonds, insurance bonds, self insurance program(s) and all assets whatever, whoever, wherever and whenever and is due and owing upon presentation of this complex trust to all holder(s) of all assets whatever, wherever, whoever and whenever here unto eternity.

*living litigen.*
*:richard-enrique:*                                              *:maria-janet:*

Donor/Grantor/Beneficiary, :richard-enrique:          Donor/Grantor/Beneficiary, :maria-janet:

*:sheila-marie:*            *:ingerid-bereth-elise:*            *:yoshiko-santo:*

Signatory Witness           Signatory Witness                    Signatory Witness

:sheila-marie:              :ingerid-bereth-elise:               :yoshiko-santo:

All references pertaining to the ALL STATES contained in the above referenced **Complex Trust** correspond to matching references to STATE OF NEW YORK and are accepted pursuant to the Session Laws [as codified and copyrighted at CPLR 4511 Judicial notice of law: "Every court "SHALL" take judicial notice without request of the common law, constitutions and public statutes of the United States and of every state, territory and jurisdiction of the United States and of the official compilation of codes, rules and regulations of the state * * *"] CR44.1 DETERMINATION OF FOREIGN LAW, See CR44.1(b) United States Jurisdiction. The laws of a state, territory, or other jurisdiction of the United States "SHALL" be determined as provided in RCW 5.24. The Washington State Supreme Court states that they "(a)re bound by the [U.S.] Supreme Court" State v. Counts, 99 Wn.2d 54, 659 P.2d 1087 (1983) STATE v. COUNTS, 99 Wn.2d 54, 659 P.2d 1087 [Nos. 47687-0, 48239-0, 47932-1. En Banc. February 24, 1983]

> Donors, Grantors, and Beneficiaries may "cite" various court cases, civil rules, and citings from other states. Such "citations" indicate that such cases/laws illustrate certain aspects of truth and therefore validate the points of this communication and are corresponding to the New York State Consolidated Laws and all CPLR rules.

*living litigen.*
*:richard-enrique:*

*:maria-janet:*

NOTICE -- COMPLEX TRUST
TRUST ACCOUNT NUMBER: RR 417 840 138 US

Certification of "good faith"[1] The parties identified herein -- in good faith, by this offer of proof with prejudice[2], in reliance upon the Constitution for The State of New York AD 1777[3], reserving status, office, and rights, swear the facts set forth herein are true, correct, complete, and not misleading the truth, the whole truth and nothing but the truth.

Donors, Grantors, and Beneficiaries are a son and daughter of God and not a son or daughter of man. Man cannot deny Donor/Grantor's/Beneficiary's Civil Rights and Civil Liberties from the Creator-God.

Isaiah 54:17. "No weapon that is formed against thee shall prosper; and every tongue that shall rise against thee in judgment thou shall condemn. This is the heritage of the servants of the LORD, and their righteousness is of me, saith the LORD."

May God Be With You.

Deuteronomy 19:15 "At the mouth of three witnesses shall the matter be established."

I John 5:7 "For there are three that bear record in heaven, the Father, the Word, and the Holy Ghost [Spirit]: and these three are one."

Hebrews 4:12 "For the word of God is quick and powerful, and sharper than any two edged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and is a discerner of the thoughts and intents of the heart."

2 Timothy 3:16 "All scripture is given by inspiration of God, and is profitable for doctrine, for reproof, for correction, for instruction in righteousness;

2 Timothy 3:17 "That the man of God may be perfect, thoroughly furnished to all good works."

I John 5:8 "And there are three that bear witness in the earth, the spirit and the water, and the blood; and these three agree in one."

I John 5:9 "If we receive the Witness of men, the witness of the Lord God YAH is greater."

Matthew 10:32 "Whosoever confesses me Immanuel before men, him will I confess also before my Father which is in heaven."

---

[1] As used in reference to this or any subsequent action or process relative to the issues identified individual ;good faith" means being faithful to one's duty and obligations to the Supreme Ruler of the universe and the Constitution for The State of New York AD 1777, to protect and defend each from all enemies foreign and domestic
[2] As used in reference to this or any subsequent action or process relative to this herein identified individuals "prejudice" means bias and discrimination, ongoing unlawful, unconstitutional or ungodly acts involving fraud, extortion ____ and gesture, or every other such deceit or presumption
[3] As used in referenced to this or any subsequent action or process relative to the herein identified individuals "The State of New York" means the State of New York of the several States of the Union AD 1777.

living fingers.
: richard-enrique :

: maria-joanne :

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNDER: RR 417 840 132 US

Luke 17:21 "Neither shall they say, Lo here! Or, lo there! For, behold, the Kingdom of God is within you."

Psalm 68:4 "By His name YAH" [Havah].

Proverbs 25:2 "It is the glory of God to conceal a thing: but the honor of kings is to search out a matter."

NEW YORK PROBATE AND TRUST CODE is as likewise defined below:

## CALIFORNIA PROBATE CODE
## SECTION 15680-15688

DIVISION 9., PART 3., Article 5. Compensation and Indemnification of Trustees
****

### SECTION 15680.

(a) Subject to subdivision (b), if the trust instrument provides for the trustee's compensation, the trustee is entitled to be compensated in accordance with the trust instrument.

(b) Upon proper showing, the court may fix or allow greater or lesser compensation than could be allowed under the terms of the trust in any of the following circumstances:

(1) Where the duties of the trustee are substantially different from those contemplated when the trust was created.

(2) Where the compensation in accordance with the terms of the trust would be inequitable or unreasonably low or high.

(3) In extraordinary circumstances calling for equitable relief.

(c) An order fixing or allowing greater or lesser compensation under subdivision (b) applies only prospectively to actions taken in administration of the trust after the order is made.

### SECTION 15681.

If the trust instrument does not specify the trustee's compensation, the trustee is entitled to reasonable compensation under the circumstances.

### SECTION 15682.

The court may fix an amount of periodic compensation under Sections 15680 and 15681 to continue for as long as the court determines is proper.

:living lifepac:
:richard-enrique:

:velarna-:janei:

NOTICE — COMPLEX TRUST
TRUST ACCOUNT NUMBER: RR 417 840 138 US

**SECTION 15683.**

Unless the trust instrument otherwise provides or the trustees otherwise agree, if the trust has two or more trustees, the compensation shall be apportioned among the cotrustees according to the services rendered by them.

**SECTION 15684.**

A trustee is entitled to the repayment out of the trust property for the following:

(a) Expenditures that were properly incurred in the administration of the trust.

(b) To the extent that they benefited the trust, expenditures that were not properly incurred in the administration of the trust.

**SECTION 15685.**

The trustee has an equitable lien on the trust property as against the beneficiary in the amount of advances, with any interest, made for the protection of the trust, and for expenses, losses, and liabilities sustained in the administration of the trust or because of ownership or control of any trust property.

**SECTION 15686.**

(a) As used in this section, "trustee's fee" includes, but is not limited to, the trustee's periodic base fee, rate of percentage compensation, minimum fee, hourly rate, and transaction charge, but does not include fees for extraordinary services.

(b) A trustee may not charge an increased trustee's fee for administration of a particular trust unless the trustee first gives at least 60 days' written notice of that increased fee to all of the following persons:

    (1) Each beneficiary who is entitled to an account under Section 16062.

    (2) Each beneficiary who was given the last preceding account.

    (3) Each beneficiary who has made a written request to the trustee for notice of an increased trustee's fee and has given an address for receiving notice by mail.

(c) If a beneficiary files a petition under Section 17200 for review of the increased trustee's fee or for removal of the trustee and serves a copy of the petition on the trustee before the expiration of the 60-day period, the increased trustee's fee does not take effect as to that trust until otherwise ordered by the court or the petition is dismissed.

*living litigec.*
*richard-enrique:*

*[signature]*

NOTICE – COMPLEX TRUST
TRUST ACCOUNT NUMBER: RR 417 840 138 US

### SECTION 15687.

(a) Notwithstanding any provision of a trust to the contrary, a trustee who is an attorney may receive only (1) the trustee's compensation provided in the trust or otherwise provided in this article or (2) compensation for legal services performed for the trustee, unless the trustee obtains approval for the right to dual compensation as provided in subdivision (d).

(b) No parent, child, sibling, or spouse of a person who is a trustee, and no law partnership or corporation whose partner, shareholder, or employee is serving as a trustee shall receive any compensation for legal services performed for the trustee unless the trustee waives trustee compensation or unless the trustee obtains approval for the right to dual compensation as provided in subdivision (d).

(c) This section shall not apply if the trustee is related by blood or marriage to, or is a cohabitant with, the settlor.

(d) After full disclosure of the nature of the compensation and relationship of the trustee to all persons receiving compensation under this section, the trustee may obtain approval for dual compensation by either of the following:

　(1) An order pursuant to paragraph (21) of subdivision (b) of Section 17200.

　(2) Giving 30 days' advance written notice to the persons entitled to notice under Section 17203. Within that 30-day period, any person entitled to notice may object to the proposed action by written notice to the trustee or by filing a petition pursuant to paragraph (21) of subdivision (b) of Section 17200. If the trustee receives this objection during that 30-day period and if the trustee wishes dual compensation, the trustee shall file a petition for approval pursuant to paragraph (21) of subdivision (b) of Section 17200.

(e) Any waiver of the requirements of this section is against public policy and shall be void.

(f) This section applies to services rendered on or after January 1, 1994.

### SECTION 15688.

Notwithstanding any other provision of this article and the terms of the trust, a public guardian who is appointed as a trustee of a trust pursuant to Section 15660.5 shall be paid from the trust property for all of the following:

(a) Reasonable expenses incurred in the administration of the trust.

*living lihagae*
*richard-enrique*

NOTICE – COMPLEX TRUST
TRUST ACCOUNT MUNBER: RR 417 840 138 US

(b) Compensation for services of the public guardian and the attorney of the public guardian, and for the filing and processing services of the clerk of the court in the amount the court determines is just and reasonable.

(c) An annual bond fee in the amount of twenty-five dollars ($25) plus one-fourth of 1 percent of the amount of the trust assets greater than ten thousand dollars ($10,000). The amount charged shall be deposited in the county treasury.

# CALIFORNIA PROBATE CODE
# SECTION 16060-16064

DIVISION 9., PART 4., Article 3. Trustee's Duty to Report Information and Account to Beneficiaries ..............................

**SECTION 16060.**

16060. The trustee has a duty to keep the beneficiaries of the trust reasonably informed of the trust and its administration.

The Donors/Grantors/Beneficiaries :richard-enrique: and :maria-janet: request a statement of accounting from the above appointed Fiduciary Trustee's under section 16060 of the Washington Probate Code as to the Superior Court for Duchess County D/B/A as the Trading Company Superior Court of The State of New York for the County of Duchess. Donors/Grantors/Beneficiaries request the DUNS [Data Universal Numbering System] numbers for the trading company, the BINS [Business Indentification Numbering System] and the TPINS [Trading Partner Indentification Numbering System]. Also the CAGE CODE [Commercial and Government Entity Code] which corresponds to the Bank Account of the Trading Company as registered with CCR [Central Contract Registration] as assigned by DLIS [Defense Logistics Information Service] under the DOD [Department of Defense]. The Donors/Grantors/Beneficiaries :richard-enrique: and :maria-janet: also request the name and address of the direct writing company and the sureties on any Reinsurance Agreements under the Miller Act Bid, Performance, and Payment Bonds as delineated on forms 273, 274 and 275 under 40 U.S.C. 270a – 280a and SF forms 24, 25 and 25A. Beneficiaries also request the name, address and telephone number of the Warranted Contracting Officer or Contract Specialist who handle the contact awards for any BOP [Federal Bureau Of Prisons] under the JAR [Justice Acquisition Regulations] and FAR [Federal Acquisition Regulations] under 48 C.F.R. 53.212. The Beneficiaries also request a copy of Standard form 1449 for the purchase of Commercial Items under the DPAS [Defense Priorities Allocation System] under 15 C.F.R. § 700] as prescribed in § 53.212 of 48 C.F.R. of the FAR regulations and a list of the Commercial Items purchased.

So Be It.

living litigee.
:richard-enrique:

:maria-janet:

07/08/2011 14:54 845-340-3691 COUNTY ATTORNEY Case 1:10-cr-00321-TJM Document 147-1 Filed 07/11/11 Page 16 of 16 PAGE 17

Jul. 08 2011 01:50PM P16

FROM: Rosendale
FAX NO. : 8456588744

United States Postal Service
**DELIVERY CONFIRMATION**™
0311 0240 0000 3630 4148

richard-enrique
grantor donor settlor
ba RICHARD E ULLOA
22 Ridge Mountain Road
Stone Ridge, NY 12489

To: Town of Rosendale
PO Box 423
Rosendale, NY [12472]



received
1-8-11

UNITED STATES POSTAL SERVICE
PRIORITY MAIL
Visit us at usps.com
Label 107R, January 2008
1006  12472
U.S. POSTAGE PAID
JAMAICA, NY 11430
JUL 06, '11
AMOUNT $5.80
00033451-20

United States Postal Service
**DELIVERY CONFIRMATION**™
0311 0240 0000 3630 4148

richard-enrique
grantor donor settlor
ba RICHARD E ULLOA
2 Ridge Mountain Road
Stone Ridge, NY 12489



To: Town of Rosendale Police
PO Box 423
Rosendale, NY [12472]



received
7-8-11




UNITED STATES POSTAL SERVICE
PRIORITY MAIL
Visit us at usps.com
Label 107R, January 2008
1006  12472



U.S. POSTAGE PAID
JAMAICA, NY 11430
JUL 06, '11
AMOUNT $5.80
00033451-20