Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

NORTHERN District of New York

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 11 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

Caption:

USA
v.
Richard-Enrique-Ulloa

Docket No.: 10-CR-321
TJM
(District Court Judge)

Notice is hereby given that Richard-Enrique appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other |X| Decison + Order (specify) entered in this action on 5/12/2011 (date).

This appeal concerns: Conviction only |__| Sentence only |__| Conviction & Sentence |__| Other |X|

Defendant found guilty by plea |✓| trial | | N/A |

Offense occurred after November 1, 1987? Yes |✓| No | N/A |

Date of sentence: _____ N/A |X|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A | BAIL IS STILL $10,000 BUT WAS REVOKED

Appellant is represented by counsel? Yes | No |✓| If yes, provide the following information:

Defendant's Counsel: Richard-enrique
Counsel's Address: Rensselaer County Jail
4000 Main Street
Counsel's Phone: Troy, New York Republic, [12180]

Assistant U.S. Attorney: T. CAPPEZZA
AUSA's Address: 455 Broadway
Albany New York
AUSA's Phone: _____

; Richard-enrique: UCC1-308
Signature

## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

<u>TO BE COMPLETED BY ATTORNEY:</u>

**CASE NAME:** USA v. Richard-Enrique Ulloa

**DOCKET NUMBER:** 10-CR-321

**COUNSEL'S NAME:** Richard-Enrique

**COUNSEL'S ADDRESS:** Rensselaer County Jail, 4000 Main Street, Troy, New York Republic [12180]

**COUNSEL'S PHONE:**

### QUESTIONNAIRE

☐ I am ordering a transcript.

☒ I am not ordering a transcript. Reason: ☑ Daily copy available ☐ U.S. Atty. placed order
☑ Other (attach explanation) — Appealing order revoking bail

### TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____ (Description & Dates)

☐ Trial: _____ (Description & Dates)

☐ Sentencing: _____ (Description & Dates)

☐ Post-trial proceedings: _____ (Description & Dates)

I, Richard-Enrique (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds  ☑ CJA Form 24 (no fee)

Counsel's Signature: Richard-Enrique? UCC 1-308    Date: 6/30/2011

<u>TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:</u>

### ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____    _____
Court Reporter's Signature    Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**

# FINANCIAL AFFIDAVIT
## In Support of a Motion to Proceed In Forma Pauperis

Case Name: USA v Richard-creique ullon

Docket Number: 10-CR-321

### EMPLOYMENT

Are you now employed?  ☐ Yes  ☒ No  ☐ Self Employed
Name & Address of Employer: N/A

If YES, how much do you earn per month? $ _____

If NO, give month & year of last employment   12/2010

How much did you earn per month?   6,000

If married, is your spouse employed?  ☐ Yes  ☒ No
If YES, how much does your spouse earn per month? $ ∅

If a minor under age 21, what is your parents' or guardian's approximate monthly income?
$ ∅

### OTHER INCOME

Have you received in the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent, payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
If YES, give the amount received and identify sources:

Received                         Sources:

N/A                              N/A

### CASH

Have you any cash on hand or money in savings, a prisoner trust fund account or checking account?  ☐ Yes  ☒ No
If YES, state total amount $ ∅

**PROPERTY**

Do you own any real estate, stock, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing?) ☐ Yes ☒ No
If YES, give value and describe it:

| Value | Description |
|-------|-------------|
| N/A   | N/A         |

**DEPENDENTS**

Marital status:    Total No. of Dependents: 0
☒ Single
☐ Married
☐ Widowed
☐ Separated or Divorced

List persons you actually support & your relationship

N/A

**DEBTS & MONTHLY BILLS**

List all creditors, including banks, loan companies, charge accounts, etc.

Creditors:  
Apt. or Home: _____  
IN BANKRUPTCY

| | Total Debt: | Monthly Payment: |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.   :Richard-enrique;         6/30/2011
                                      Signature of movant            Date

**WARNING:** A false or dishonest answer to a question in this affidavit may be punishable by fine, imprisonment, or both.



RICHARD-HENRIQUE ULLOA, 1030030
c/o PO Box 389
TROY, NEW YORK Republic

ALBANY NY 122
08 JUL 2011 PM 1 T

COURT CLERK 5TH FLOOR
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK

Notice
Appeal

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUL 11 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY