UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

    v.                                                  1:10-cr-321

RICHARD ENRIQUE ULLOA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **ORDER**

        In accordance with the hearing held on July 12, 2011, it is hereby ORDERED that Defendant be produced for a psychiatric examination.

IT IS SO ORDERED.

July 12, 2011

*[signature]*
Thomas J. McAvoy
Senior, U.S. District Judge