**Criminal Notice of Appeal - Form A**

## NOTICE OF APPEAL

United States District Court

NORTHERN District of New York

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 12 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

Caption:

USA v.

Richard-enrique ulloa

Docket No. 10-CR-321 TJM
(District Court Judge)

Notice is hereby given that ?richard-enrique? appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on 12/30/2010 (date)

This appeal concerns: Conviction only ✓  Sentence only [ ]  Conviction & Sentence [ ]  Other [ ]

Defendant found guilty by plea ✓ | trial | | N/A |

Offense occurred after November 1, 1987?  Yes ✓  No [ ]  N/A [ ]

Date of sentence: 07/12/2011  N/A [ ]

Bail/Jail Disposition: Committed ✓  Not committed | | N/A |

BAIL STILL SET FOR $10,000 BUT INCARCERATED FOR FILING A FOIA REQUEST. WHICH IS UNDER APPEAL TOO ANOTHER NOTICE OF APPEAL WAS SENT FOR THE 5/12/11 DECISION ONLY.

Appellant is represented by counsel?  Yes  | No | ✓  If yes, provide the following information:

Defendant's Counsel: Self

Counsel's Address: c/o Rensselaer county JAIL
4000 Main Street
Troy, New York Republic

Counsel's Phone:

Assistant U.S. Attorney: Tom Cappezza

AUSA's Address: 455 Broadway
Albany, New York Republic.

AUSA's Phone:

: Richard-enrique :
Signature
UCC 1-308

FINANCIAL AFFIDAVIT
In Support of a Motion to Proceed In Forma Pauperis

Case Name: _USA v Richard-eneiaut ullen_

Docket Number: _10-CR-0321_

## EMPLOYMENT

Are you now employed? ☐ Yes ☒ No ☐ Self Employed
Name & Address of Employer: _____

If YES, how much do you earn per month? $ _0_

If NO, give month & year of last employment _12/2010_

How much did you earn per month? _6,000_

If married, is your spouse employed? ☐ Yes ☒ No
If YES, how much does your spouse earn per month? $ _0_

If a minor under age 21, what is your parents' or guardian's approximate monthly income?
$ _0_

## OTHER INCOME

Have you received in the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent, payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
If YES, give the amount received and identify sources:

| Received | Sources: |
|---|---|
| | |
| | |
| | |
| | |

## CASH

Have you any cash on hand or money in savings, a prisoner trust fund account or checking account? ☐ Yes ☒ No
If YES, state total amount $ _0_

## PROPERTY

Do you own any real estate, stock, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing?) ☐ Yes ☒ No
If YES, give value and describe it:

| Value | Description |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## DEPENDENTS

Marital status:   Total No. of Dependents: _____

☒ Single
☐ Married
☐ Widowed
☐ Separated or Divorced

List persons you actually support & your relationship

_____
_____
_____

## DEBTS & MONTHLY BILLS

List all creditors, including banks, loan companies, charge accounts, etc.

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| Apt. or Home: _____ | $_____ | $_____ |
| BAnk Ruptcy | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

I certify the above to be correct.    ℗ Richard-enrique ⁰   7/5/2011
                                     Signature of movant UCC 1-308    Date

**WARNING:** A false or dishonest answer to a question in this affidavit may be punishable by fine, imprisonment, or both.

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
NORTHERN NEW YORK

File Number 10-CR-321

USA )
    *Plaintiff,* )
v. )     Notice of Appeal
Richard-Enrique Ulloa )
    *Defendant.* )

Notice is hereby given that : Richard-Enrique :  , (~~plaintiffs~~) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2ND Circuit (from the final judgment) ~~(from an order (describing it))~~ entered in this action on the 30 day of December, ~~19~~ 2010

/s/ : Richard-Enrique :
~~Attorn~~ey for Sele PRO-PER.
Address:
4000 Main Street
Troy, New York Republic

*See Rule 3(c) for permissible ways of identifying appellants

RICHARD-EVERS UE ULLOA
c/o PO BOX 387
TROY, NEW YORK REPUBLIC

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED

JUL 12 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

NOTICE OF APPEAL

ALBANY NY 122
11 JUL 2011 PM 4 T

USA FIRST-CLASS FOREVER

COURT CLERK 5TH FLOOR
USDC OF NORTHERN NEW YORK
445 BROADWAY
ALBANY, NEW YORK

12207+2948