UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

     v.                                              1:10-cr-321

RICHARD ENRIQUE ULLOA,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## AMENDED ORDER

       The Court's July 12, 2011 Order is hereby Amended as follows.

       Defendant was convicted by a jury of seven counts of mail fraud. Briefly stated, the facts supporting the counts are as follows. Whenever Defendant felt aggrieved by an individual or entity, he would send the individual or entity a demand for payment based upon some arcane, obscure, and legally improper basis. Defendant made demands up to $2,820,000,000.00. Defendant continued this conduct after receiving judicial rulings and warnings that his conduct was improper. Defendant's conduct persisted during the course of, and after, the trial. The nature of Defendant's actions caused the Court concern over Defendant's competency.

       On July 12, 2011, Defendant appeared for sentencing. At that time, he claimed to have participated in certain rehabilitation programs which helped him realize that he suffers from a delusional disorder with which he was originally diagnosed two years ago.

       In light of the nature of the offense conduct, Defendant's actions during and after the trial in this matter, and based upon his conduct and demeanor at the July 12, 2011

hearing, the Court finds there is reasonable cause to order an examination and hearing to determine Defendant's competency. Accordingly, Defendant shall be produced pursuant to 18 U.S.C. § 4247(b) for a psychiatric examination pursuant to 18 U.S.C. § 4241(b).

IT IS SO ORDERED.

Dated: July 13, 2011

Thomas J. McAvoy
Senior, U.S. District Judge