Honorable Mae A. D'Agostino
PO Box 7367
100 S. Clinton Street
Syracuse, New York [13261]



9:11-CV-0787
(MAD)

Response to order
of 7/14/2011

I appoligize to this court for a tardy response to your order, it arrived in Brooklyn, New York today August third two thousand-ten.

As per your order I am responding, and concur with your assesment of a 28 USC 2255.

Since the 2255 is basically a one shot petition, I would like the opportunity to add additional constitutional issues from my discussion in the original [rejected] 29/33 motion, memorandum + affidavit which was over 55 pages. If additional time is not allowed or my ammended petition does not arrive on time, my only addition or addendum is the entire review of the original and subsequent 29/33 motion and memorandum of law, which the first was rejected for being too lengthy and the second was never "properly" answered by the plaintiff, and in addition the judge addressed other issues not brought up in either the motion or response.

I would like at this time to request a memorandum or

LAW, WHEN THIS PETITION IS DENIED.

I WILL BE REQUESTING FROM EITHER THE CLERK OR FEDERAL DEFENSE; A COPY OF BOTH 29/33 MOTIONS & MEMORANDUMS, AND THE HABEAUS CORPUS FOR MY REVIEW, SO I CAN ADD ADDITIONAL ISSUES FOR REVIEW UNDER 28 USC 2255.

AT RENSSELEAR COUNTY JAIL I WAS DENIED AND NOT ALLOWED TO CARRY MY LEGAL WORK & DOCUMENTS BY BOTH US MARSHALLS & THE COUNTY SHERIFF DEPUTIES AT THE JAIL.

I HAVE ATTACHED THE ADDRESS CHANGE AS REQUESTED, AND WOULD LIKE TO ADD AN ADDITIONAL RESPONDENT AS (BOP) BUREAU OF PRISONS WITH THE BROOKLYN, NEW YORK ADDRESS.

"IF YOU REALLY FULFILL THE ROYAL LAW ACCORDING TO THE SCRIPTURE, 'YOU SHALL LOVE YOUR NEIGHBOR AS YOURSELF,' YOU WILL DO WELL; BUT IF YOU SHOW PARTIALITY, YOU COMMIT SIN, AND ARE CONVICTED BY THE LAW AS TRANSGRESSORS. FOR WHOEVER SHALL KEEP THE WHOLE LAW, AND YET STUMBLE IN ONE POINT, HE IS GUILTY OF ALL"
("JAMES CHAPTER 2: 8-10")

I PRAY TO THE HEAVENLY FATHER THAT JUSTICE BE DONE, AND BLESS THIS COURT WITH WISDOM TO FIND THE SAME.

; Richard-enrique;
    UCC 1-308