U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JAN 2 5 2012
LAWRENCE K. BAERMAN, CLERK
ALBANY

1/19/2012

COURT CLERK;

1:10-CR-0321 (TJM)

THE ATTACHED LETTERS ARE BEING RETURNED FOR FRAUD.

WHEN DID I, KNOWINGLY, VOLUNTARILY, WILLINGLY AND WITH FULL DISCLOSURE SIGN ANY CONTRACT WITH THE ENTITIES.

THANK YOU
: Richard-enrique; UCC1-308

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JAN 2 5 2012
LAWRENCE K. BAERMAN, CLERK
ALBANY



*RETURNED FOR FRAUD* (handwritten)

**U.S. Department of Justice**

**United States Attorney**
**Northern District of New York**
**Financial Litigation Unit**

P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261

315-448-0672
FAX: 315-448-0646

December 19, 2011

Richard Enrique Ulloa
22 Ridge Mountain Road
Stone Ridge, NY 12489

Re:    **United States v. Richard Ulloa**
       **Criminal Action No. 1:10-CR-000321-001**

Dear Mr. Ulloa:

On December 12, 2011, you were sentenced in the U.S. District Court for the Northern District of New York to pay financial debts outlined in your Judgment. If the court ordered any due in full immediately, your payment should be sent immediately to the Clerk of the Court as outlined below. Please refer to your Judgment which your attorney has for the terms of payment of your financial debts. As you know, your Special Assessment of $700 was due in full immediately. Please remit as soon as possible.

We wish to advise you that pursuant to the Mandatory Victim's Restitution Act, the United States is entitled to assess a 10% statutory penalty on any installments which become more than 30 days delinquent and an additional 15% penalty if the payment is 120 days overdue and in default. 18 U.S.C. §3572(h) and (i) and §3612(g). Interest accrues on this debt pursuant to federal law, unless specifically waived by the court and stated in your Judgment.

It is imperative that you review your payment terms as the Court ordered and make your payments accordingly to avoid further penalties and legal action. Please make your check or money order payable to the **U.S. DISTRICT COURT** and mail to Clerk, U.S. District Court, Federal Building, P.O. Box 7367, 100 South Clinton St., Syracuse, NY 13261-7367. **Payments over $500.00 must be paid by either money order or cashier's check.** Your name and court case number should be written legibly on the remittance in order to receive proper credit. Payments are due in the Clerk's Office by the 15th of each month. If you presently have an attorney, please review this letter with him or her promptly.

*RETURNED FOR FRAUD* (handwritten)

Very truly yours,

**RICHARD S. HARTUNIAN**
United States Attorney

By:    Ann M. Roden
       Paralegal Specialist
       Financial Litigation Unit

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

## NOTICE

Beginning May 17, 2010, and pursuant to the notice requirements set forth under 31 C.F.R. §210.6(g) and (h), please be advised that when you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, **funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from the financial institution**.

Additional information can be found on the Court's website at:
http://www.nynd.uscourts.gov

If you have any questions about this program, please call Leslie Malinowski at 315-234-8521.

Lawrence K. Baerman
Clerk of Court

*Returned for Fraud* [handwritten]